UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.

## NOTICE OF FILING IN SUPPORT OF MOTION
## FOR SPECIAL SCHEDULING ORDER

Defendants Revolution Eyewear, Inc., Hardy Way, LLC (fka Hardy Life), and Gary Martin Zelman (collectively "Defendants") hereby give notice of filing the Declaration of Steven M. Hanle in Support of Defendants' Motion and Memorandum of Law for Special Scheduling Order and attaches same hereto as Exhibit "A".

                                                           s/Samuel A. Lewis            .
                                                Samuel A. Lewis, Esq.
                                                Florida Bar No. 0055360
                                               SLewis@feldmangale.com
                                               Janet T. Munn
                                               jmunn@feldmangale.com
                                               Florida Bar No. 501281
                                               FELDMAN GALE, P.A.
                                               One Biscayne Tower, 30th Floor
                                               2 South Biscayne Blvd.
                                               Miami, Florida 33131
                                               Telephone: 315.397.0798
                                               Telecopy: 315.358.3309

                                               and

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron M. Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:     714.513.5100
Telecopy:      714.513.5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.


                                   s/Samuel A. Lewis

## SERVICE LIST

Jacqueline Becerra, Esq.
Email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esq.
Email: turkmooree@gtlaw.com
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Telephone:  305-579-0534
Telefax:       305-579-0717

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc.*

W. Barry Blum, Esq.
Email: bblum@gjb-law.com
Martin J. Keane, Esq.
Email: mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
Telephone:  305.349.2300
Facsimile:  305.349.2310
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

Michael Nicodema, Esq.
Email: nicodemam@gtlaw.com
MetLife Building
Greenberg Traurig
200 Park Avenue
New York, NY 10166-1400
Telephone:  (212) 801-9200
Telefax:  (212) 801-6400

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc.*

Edgar H. Haug, Esq.
ehaug@flhlaw.com
Brian S. Gonclaves, Esq.
BGoncalves@flhlaw.com
David Herman, Esq.
dherman@flhlaw.com
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151
Telephone: 212-588-0888
Facsimile:  212-588-0500
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*