UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.

## DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM OF LAW FOR SPECIAL SCHEDULING ORDER

    Steven M. Hanle declares as follows. I am a partner with Sheppard Mullin Richter & Hampton, counsel for Defendants Revolution Eyewear, Inc., Hardy Way, LLC (fka Hardy Life), and Gary Martin Zelman (collectively "Defendants"). I have personal knowledge of the following, and could and would testify competently thereto.

    1.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. RE37,545 (the "'545 Patent) and the reexamination certificate pertaining thereto.

    2.    Attached hereto as Exhibit 2 is a true and correct copy of an Office Action issued by the United States Patent and Trademark Office on December 16, 2009, rejecting claim 22 of the '545 Patent as obvious.

    3.    Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of David Yinkai Chao, including only Exhibit 5 of that declaration, filed in support of counterclaimants' Contour and Aspex motion for summary judgment in *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, Central District of California Case No. CV 02-1087 ("California Action").

-1-

4. Attached hereto as Exhibit 4 is a true and correct copy of the claim construction order in the California Action.

5. The photograph below is a true and accurate representation of the auxiliary frame of Revolution Eyewear's REV 319 product, which I am informed and believe has been accused of infringement in this action



6. The photograph below is a true and accurate representation of the auxiliary frame of Revolution Eyewear's IMF 323B product (bottom frame), which I am informed and believe was accused of infringement in the California Action, and of the auxiliary frame of Revolution Eyewear's REV 575 product (top frame), which I am informed and believe is accused of infringement in this action.



      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, in Costa Mesa, California, on this 23rd day of December, 2009.

                                               s/Steven M. Hanle_____
                                               Steven M. Hanle