| *Office Action in Ex Parte Reexamination* | Control No.<br>90/009,451 | Patent Under Reexamination<br>RE37,545 ET AL. |
|---|---|---|
| | Examiner<br>JIMMY T. NGUYEN | Art Unit<br>3725 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☒ Responsive to the communication(s) filed on *15 September 2009*.    b☐ This action is made FINAL.
c☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire 2 month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.    3. ☐ Interview Summary, PTO-474.
2. ☐ Information Disclosure Statement, PTO/SB/08.    4. ☐ _____.

Part II   SUMMARY OF ACTION

1a. ☒ Claims *22* are subject to reexamination.
1b. ☒ Claims *1-21 and 23-34* are not subject to reexamination.
2. ☐ Claims _____ have been canceled in the present reexamination proceeding.
3. ☐ Claims _____ are patentable and/or confirmed.
4. ☒ Claims *22* are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ The drawings, filed on _____ are acceptable.
7. ☐ The proposed drawing correction, filed on _____ has been (7a)☐ approved (7b)☐ disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All b)☐ Some* c)☐ None   of the certified copies have
   1☐ been received.
   2☐ not been received.
   3☐ been filed in Application No. _____.
   4☐ been filed in reexamination Control No. _____.
   5☐ been received by the International Bureau in PCT application No. _____.
   * See the attached detailed Office action for a list of the certified copies not received.
9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.
10. ☐ Other: _____

cc: Requester (if third party requester)

Application/Control Number: 90/009,451  Page 2
Art Unit: 3725

# REEXAMINATION

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

**Claim 22 is rejected under 35 U.S.C. 103(a) as being unpatentable over Nishioka (US 5,642,177) in view of Sadanaga (JP 5-40493).**

Sadanaga teaches a primary spectacle frame (9) for supporting primary lenses therein (fig. 1) and having two sides portion extensions (4) extending rearwardly therefrom (fig. 4) and having a front side (fig. 3), a rear side (fig. 4), a top side (fig. 1), and a rear end (fig. 3), each of the rear ends pivotally coupling a leg (fig. 4) configured to conform to a user at a distal end thereof. Sadanaga discloses projections (5) and a pair of first magnetic members (see page 6, lines 30-31 of the translation copy) respectively secured in the projections, and the first magnetic members capable of engaging second magnetic members (14b) (see figure 6b) of an auxiliary spectacle frame (15) so that lenses of an auxiliary spectacle frame are located in front of the primary lenses (figs. 3 and 4). Sadanaga discloses each of the projections (5) protrudes outward in a transverse direction from both sides of the primary spectacle frame (9) (see fig. 1), Sadanaga does not specifically disclose that the projections are attached to the rear side of the extensions of the frame. However, Sadanaga further discloses that the projections may occupy any

Application/Control Number: 90/009,451     Page 3
Art Unit: 3725

other suitable positions on the respective frames (see page 6, lines 23-38 of the translation copy). Therefore, it would have been an obvious matter of choice to one having ordinary skill in the art at the time the invention was made to relocate the projections from both sides of the primary spectacle frame to any other suitable positions on the frame, as suggested by Sadanaga, such as a position on the rear side of the extensions of the frame, since it has been held that rearranging parts of an invention involves only routine skill in the art. *In re Japikse*, 86 USPQ 70.

### Service of Papers

After the filing of a request for reexamination by a third party requester, any document filed by either the patent owner or the third party requester **must be served** on the other party (or parties where two or more third party requester proceedings are merged) in the reexamination proceeding in the manner provided in 37 CFR 1.248. See 37 CFR 1.550(f) and MPEP 2266.03.

### Litigation

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. RE 37545 throughout the course of this reexamination proceeding. The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

### Extensions of Time

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

Application/Control Number: 90/009,451                                    Page 4
Art Unit: 3725

### Amendment in Reexamination Proceedings

Patent owner is notified that any proposed amendment to the specification and/or claims in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally presented pursuant to 37 CFR 1.52(a) and (b), and must contain any fees required by 37 CFR 1.20(c). See MPEP § 2250(IV) for examples to assist in the preparation of proper proposed amendments in reexamination proceedings.

### Submissions

In order to insure full consideration of any amendments, affidavits or declarations or other documents as evidence of patentability, such documents must be submitted in response to the first Office action on the merits (which does not result in a close of prosecution). Submissions after the second Office action on the merits, which is intended to be a final action, will be governed by the requirements of 37 CFR 1.116, after final rejection and by 37 CFR 41.33 after appeal, which will be strictly enforced.

### Notification of Concurrent Proceedings

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving US Patent No. RE 37,545 E throughout the course of this reexamination proceeding. Likewise, if present, the third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

All correspondence relating to this *ex parte* reexamination proceeding should be directed as follows:

**By U.S. Postal Service Mail** to:

Mail Stop *Ex Parte* Reexam
ATTN: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

By **EFS**: Registered users may submit via the electronic filing system EFS-Web, at
https://sportal.uspto..qov/authenticate/authenticateuserlocalepf.html.

By **FAX** to: (571) 273-9900
Central Reexamination Unit

Application/Control Number: 90/009,451                                                Page 5
Art Unit: 3725

By **hand** to: Customer Service Window
                Randolph Building
                401 Dulany St.
                Alexandria, VA 22314

    For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

    Any inquiry concerning this communication or earlier communications from the Reexamination Examiner should be directed to Jimmy Nguyen whose telephone number is 571-272-4520. The examiner can normally be reached on Monday through Thursday (7:00 AM - 5:00 PM). If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Andres Kashnikow, can be reached at 571-272-4361.

    For general information regarding reexamination proceedings please call the Central Reexamination Unit at 571-272-7705. For guidance on reexamination practice and procedure please call the Office of Patent Legal Administration at 571-272-7703. Information regarding this reexamination proceeding may be obtained from the Patent Application Information Retrieval (PAIR) system. For more information about the PAIR system, see http://pair- direct.uspto.gov.

/Jimmy T Nguyen/

Jimmy T Nguyen

Primary Examiner, Art Unit 3725

Central Reexamination Unit

December 03, 2009

Conferees: /JGF/

AK