UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an individual,

    Defendants.
_____/

## DECLARATION OF ERICKA TURK-MOORE

I, Ericka Turk-Moore, depose and state under oath as follows:

1. I am a attorney at the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs"), in this action. I have full knowledge of, and am competent to testify to, all matters stated herein.

2. Attached to Plaintiffs' Memorandum of Law In Opposition to Motion to Dismiss Complaint, Pursuant to Fed. R. Civ. P. 12(b)(6), of Defendant Nike, Inc. are true and correct copies of the following documents:

    Exhibit 1: United States Patent Number RE37,545 E (the "'545 Patent")

    Exhibit 2: Complaint (D.E. #1)

    Exhibit 3: Notice of Intent to Issue Ex Parte Reexamination Certificate dated December 1, 2009

    Exhibit 4: Fed. R. Civ. P. Form 18

1

<u>Exhibit 5</u>: *WiAV Networks, LLC v. 3COM Corp.*, Civ. Act. No. 5:09-CV-101 (DF) (E.D. Tex. Dec. 15, 2009), slip opinion

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2009 at Miami-Dade County, Florida.

_____
ERICKA TURK-MOORE