UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## NOTICE OF FILING DECLARATION OF ERICKA TURK-MOORE

Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby give notice of filing Declaration of Ericka Turk-Moore in Support of Plaintiffs' Opposition To Defendant Hardy Way, LLC's Motion To Dismiss Complaint, Pursuant to Fed. R. Civ. P. 12(B)(6).

Dated: December 24, 2009

Respectfully submitted,

By: s/Jacqueline Becerra
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

and

Michael A. Nicodema, Admitted *Pro Hac Vice*
NicodemaM@gtlaw.com
Barry J. Schindler, Admitted *Pro Hac Vice*
SchindlerB@gtlaw.com
Todd L. Schleifstein, Admitted *Pro Hac Vice*
SchleifsteinT@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Attorneys for Plaintiffs Aspex Eyewear, Inc.
and Contour Optik, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 24th day of December, 2009, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Jacqueline Becerra
                                              Jacqueline Becerra

<u>SERVICE LIST</u>
Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

| | |
|---|---|
| Janet T. Munn<br>jmunn@feldmangale.com<br>Feldman Gale, P.A.<br>One Biscayne Tower, 30th Floor<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305-397-0798<br>Facsimile: 305-358-3309<br><br>*Attorneys for Defendants*<br>*Hardy Way, LLC, Revolution Eyewear, Inc.*<br>*and Gary Martin Zelman*<br><br>Steven M. Hanle, Admitted Pro Hac Vice<br>shanle@sheppardmullin.com<br>Jennifer A. Trusso, Admitted Pro Hac Vice<br>jtrusso@sheppardmullin.com<br>Aaron Fennimore, Admitted Pro Hac Vice<br>afennimore@sheppardmulli.com<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714-513-5100<br>Facsimile: 714-513-5130<br><br>*Attorneys for Defendants*<br>*Revolution Eyewear, Inc. and Gary Martin*<br>*Zelman* | W. Barry Blum<br>bblum@gjb-law.com<br>Martin J. Keane<br>mkeane@gjb-law.com<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Telephone: 305-349-2300<br>Facsimile: 305-349-2310<br><br>Edgar H. Haug, Admitted Pro Hac Vice<br>ehaug@flhlaw.com<br>Brian S. Goncalves, Admitted Pro Hac Vice<br>bgoncalves@flhlaw.com<br>David Herman, Admitted Pro Hac Vice<br>dherman@flhlaw.com<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>Telephone: 212-588-0888<br>Facsimile: 212-588-0500<br><br>*Attorneys for Defendants*<br>*Marchon Eyewear, Inc. and Nike, Inc.* |

*NJ 226,820,346v1*