# EXHIBIT "4"

Westlaw.

Federal Rules of Civil Procedure Form 18                                                                                           Page 1

C
United States Code Annotated Currentness
  Federal Rules of Civil Procedure for the United States District Courts (Refs & Annos)
    Appendix of Forms (See Rule 84)
      → **Form 18. Complaint for Patent Infringement**

(Caption--See Form 1.)

1. (Statement of Jurisdiction--See Form 7.)

2. On *date*, United States Letters Patent No._____ were issued to the plaintiff for an invention in an *electric motor*. The plaintiff owned the patent throughout the period of the defendant's infringing acts and still owns the patent.

3. The defendant has infringed and is still infringing the Letters Patent by making, selling, and using *electric motors* that embody the patented invention, and the defendant will continue to do so unless enjoined by this court.

4. The plaintiff has complied with the statutory requirement of placing a notice of the Letters Patent on all *electric motors* it manufactures and sells and has given the defendant written notice of the infringement.

Therefore, the plaintiff demands:

    (a) a preliminary and final injunction against the continuing infringement;

    (b) an accounting for damages; and

    (c) interest and costs.

(Date and sign--See Form 2.)

CREDIT(S)

(Added Apr. 30, 2007, eff. Dec. 1, 2007.)

RESEARCH REFERENCES

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Forms

Federal Procedural Forms § 44:11, Complaint--By Insurance Company Seeking Interpleader and Temporary Injunction Against Claimants to Life Insurance Policy--Rule Interpleader [28 U.S.C.A. § 2283; Fed. R. Civ. P. 8 (A), 22(a)]...

Fed. Rules Civ. Proc. Form 18, 28 U.S.C.A., FRCP Form 18
Amendments received to 11-30-09

Westlaw. © 2009 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.