UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME**

    Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby submit this Motion for Leave to File Out of Time their opposition to Defendant Marchon Eyewear, Inc's motion to dismiss the complaint, under seal, and state as follows.

    1.    Plaintiffs' memorandum of law in opposition to Defendant's, Marchon Eyewear, Inc. ("Marchon"), motion to dismiss was due on or before December 24, 2009.

    2.    On December 23, 2009, Plaintiffs attempted to file their Memorandum of Law In Opposition to Motion to Dismiss Complaint, Pursuant to Fed. R. Civ. P. 12(b)(6), of Defendant Marchon Eyewear, Inc. ("Opposition Memorandum") under seal, pursuant to Local Rule 5.4.

    3.    Because undersigned counsel inadvertently failed to sign the Opposition Memorandum, it could not be filed with the Court.

    4.    Plaintiffs nevertheless timely served the Opposition Memorandum and supporting documents on Marchon on December 23, 2009.

5. Plaintiffs hereby request that the Court grant them leave to file the Opposition Memorandum under seal. Good cause exists for this relief and the relief requested herein will not result in any prejudice to this Court, to Marchon, or any other party to this litigation.

6. Undersigned counsel conferred with counsel for Marchon and they do not object to the relief sought herein.

WHEREFORE, Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. respectfully request that the Court enter an order granting their Motion for Leave to File Out of Time their Memorandum of Law in Opposition to Motion to Dismiss Complaint, Pursuant to Fed. R. Civ. P. 12(B)(6), of Defendant Marchon Eyewear, Inc. under seal.

Dated:   December 28, 2009

Respectfully submitted,

By:  s/Ericka Turk-Moore
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717

and

Michael A. Nicodema, Admitted *Pro Hac Vice*
NicodemaM@gtlaw.com
Barry J. Schindler, Admitted *Pro Hac Vice*
SchindlerB@gtlaw.com
Todd L. Schleifstein, Admitted *Pro Hac Vice*
SchleifsteinT@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Attorneys for Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this $\underline{28^{th}}$ day of December, 2009, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           s/Ericka Turk-Moore
                                           Ericka Turk-Moore

<u>SERVICE LIST</u>
Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@feldmangale.com
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-397-0798
Facsimile: 305-358-3309

*Attorneys for Defendants*
*Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants*
*Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants*
*Marchon Eyewear, Inc. and Nike, Inc.*