UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND )
CONTOUR OPTIK, INC. )
)
    Plaintiffs, )
)
v. )
)
HARDY LIFE, LLC., MARCHON )
EYEWEAR, INC., NIKE, INC., )
REVOLUTION EYEWEAR, INC., AND )
GARY MARTIN ZELMAN, AN )
INDIVIDUAL, )
)
    Defendants. )

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME

THIS CAUSE came before the Court on Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), Unopposed Motion for Leave to File Out of Time Plaintiffs' Memorandum of Law in Opposition to Defendant's, Marchon Eyewear, Inc. Motion to Dismiss . The Court, being fully advised in the premises and having fully considered the agreement of the parties, it is hereby

ORDERED and ADJUDGED that the Parties' Agreed Motion is GRANTED.

1.     Plaintiffs shall file Opposition Memorandum by the next day following the date of this order.

DONE and ORDERED in Chambers at Miami, Florida this 30th day of December, 2009.

                                            TED E. BANDSTRA
                                            UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record