# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

      Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an individual,

      Defendants.

_____/

### DECLARATION OF ERICKA TURK-MOORE

I, Ericka Turk-Moore, depose and state under oath as follows:

1.    I am a attorney at the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs"), in this action. I have full knowledge of, and am competent to testify to, all matters stated herein.

2.    Attached to Plaintiffs' Memorandum of Law In Opposition to Defendants Revolution Eyewear, Inc., Hardy Way, LLC and Gary Martin Zelman's Motion for Special Scheduling Order and Cross-Motion to Strike are true and correct copies of the following documents:

> Exhibit 1: United States Reissued Patent, Patent Number RE37,545 E (the "'545 Patent") dated February 12, 2002

> Exhibit 2: Complaint (D.E. #1)

Exhibit 3:   "Ex Parte Reexamination Certificate No. US RE37,545 F1" dated March 3, 2009

Exhibit 4:   Order re Motions *in Limine* in *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, Case No. 02-cv-01087 (C.D. Cal. July 23, 2007).

Exhibit 5:   "Notice of Intent to Issue Ex parte Reexamination Certificate" dated December 1, 2008

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 11, 2010 at Miami-Dade County, Florida.

ERICKA TURK-MOORE