# EXHIBIT 3

US00RE37545F1

# (12) EX PARTE REEXAMINATION CERTIFICATE (6678th)
# United States Patent
## Chao

(10) Number: **US RE37,545 F1**
(45) Certificate Issued: **Mar. 3, 2009**

(54) **AUXILIARY LENSES FOR EYEGLASSES**

(75) Inventor: **Richard Chao**, Chia Yi Hsien (TW)

(73) Assignee: **Aspex Eyewear, Inc.**, Miramar, FL (US)

**Reexamination Request:**
No. 90/008,864, Sep. 13, 2007

**Reexamination Certificate for:**
Patent No.: **Re. 37,545**
Issued: **Feb. 12, 2002**
Appl. No.: **09/182,862**
Filed: **Oct. 21, 1998**

**Related U.S. Patent Documents**
Reissue of:
(64) Patent No.: **5,568,207**
Issued: **Oct. 22, 1996**
Appl. No.: **08/554,854**
Filed: **Nov. 7, 1995**

(51) Int. Cl.
*G02C 07/08* (2006.01)
*G02C 09/00* (2006.01)

(52) U.S. Cl. .................................... 351/57; 351/47
(58) Field of Classification Search .............. None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 188,246 A | 3/1877 | Johnson |
| 1,613,765 A | 1/1927 | Nerney |
| 1,679,233 A | 7/1928 | Strauss |
| 1,907,749 A | 5/1933 | Dechau |
| 1,936,319 A | 11/1933 | Wingate |
| 2,065,122 A | 12/1936 | Diggins |
| 2,117,436 A | 5/1938 | Lindblom |
| 2,141,063 A | 12/1938 | Euler |
| 2,254,637 A | 9/1941 | Welsh |
| 2,492,072 A | 12/1949 | Tapner |
| 2,587,472 A | 2/1952 | Hoffmaster |
| D170,435 S | 9/1953 | Weissman |
| 2,737,847 A | 3/1956 | Tessauro |
| 2,770,168 A | 11/1956 | Tessauro |
| 3,498,701 A | 3/1970 | Miller |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 773287 | 12/1967 |
| CH | 572222 | 1/1976 |
| CN | 1117593 | 2/1996 |
| DE | 1797366 | 1/1971 |
| DE | G 85 87 761.5 | 6/1985 |
| DE | G 88 06 898.6 | 10/1988 |
| DE | 3905041 | 8/1990 |
| DE | 3920879 | 1/1991 |
| DE | 3921987 | 1/1991 |
| DE | 39333310 | 1/1991 |
| DE | G 92 16 919.8 | 2/1993 |
| DE | 43 16 698 | 11/1994 |
| DE | 29518590 | 11/1995 |
| EP | 0469699 | 2/1992 |
| EP | 0502796 B1 | 2/1995 |

(Continued)

OTHER PUBLICATIONS

"Twincome–Pentax Documents" Describing Twincome in A Patent Opposition in Germany initiated by Pentax, on or about Apr. 30, 1997.

*Primary Examiner*—Glenn K. Dawson

(57) **ABSTRACT**

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.



**US RE37,545 F1**
Page 2

| U.S. PATENT DOCUMENTS | | | | FOREIGN PATENT DOCUMENTS | | |
|---|---|---|---|---|---|---|
| 3,531,188 A | | 9/1970 | LeBlanc et al. | EP | 0743545 | 11/1996 |
| 3,531,190 A | | 9/1970 | LeBlanc | FR | 915421 | 11/1946 |
| 3,536,385 A | | 10/1970 | Johnston | FR | 1037755 | 9/1953 |
| 3,565,517 A | | 2/1971 | Gitlin et al. | FR | 1061253 | 4/1954 |
| 3,582,192 A | | 6/1971 | Gitlin et al. | FR | 2483632 | 4/1981 |
| D221,480 S | | 8/1971 | Tagnon | FR | 1266652 | 12/1981 |
| 3,838,914 A | | 10/1974 | Fernandez | FR | 2657436 | 7/1991 |
| 4,021,892 A | | 5/1977 | Piper | GB | 846425 | 8/1960 |
| 4,070,103 A | | 1/1978 | Meeker | GB | 855268 | 11/1960 |
| 4,070,105 A | | 1/1978 | Marzouk | JP | 57-184910 | 5/1956 |
| 4,196,981 A | | 4/1980 | Waldrop | JP | 44-15392 | 7/1969 |
| 4,217,037 A | | 8/1980 | Lemelson | JP | 54-111841 | 9/1979 |
| 4,380,379 A | | 4/1983 | Ahern | JP | 54-111842 | 9/1979 |
| 4,432,616 A | | 2/1984 | Kurosaka | JP | 54-163052 | 12/1979 |
| 4,466,713 A | | 8/1984 | Tanaka | JP | 55-50217 | 4/1980 |
| 4,547,909 A | | 10/1985 | Bell | JP | 55-083022 | 6/1980 |
| 4,685,782 A | | 8/1987 | Lhospice | JP | 55-133014 | 10/1980 |
| D291,808 S | | 9/1987 | Meyerspeer | JP | 55-135814 | 10/1980 |
| 4,822,158 A | | 4/1989 | Porsche | JP | 56-29209 | 3/1981 |
| 4,878,749 A | | 11/1989 | McGee | JP | 56-925214 | 8/1981 |
| D307,756 S | | 5/1990 | Porsche | JP | 56-153317 | 11/1981 |
| 4,988,181 A | | 1/1991 | Riach | JP | 57-178215 | 11/1982 |
| 5,181,051 A | | 1/1993 | Townsend et al. | JP | 57-184910 | 11/1982 |
| 5,243,366 A | | 9/1993 | Blevins | JP | 61-2621 | 1/1986 |
| 5,321,442 A | * | 6/1994 | Albanese ...................... 351/44 | JP | 63-188626 | 12/1988 |
| 5,389,981 A | | 2/1995 | Riach | JP | 1-136114 | 5/1989 |
| 5,410,763 A | | 5/1995 | Bolle | JP | 2-109325 | 8/1990 |
| 5,416,537 A | | 5/1995 | Sadler | JP | 5-157997 | 6/1993 |
| 5,642,177 A | | 6/1997 | Nishioka | JP | 05-196899 | 8/1993 |
| 5,682,222 A | | 10/1997 | Chao | JP | 5-40493 | 10/1993 |
| 5,684,558 A | | 11/1997 | Hamamoto | JP | 05-289029 | 11/1993 |
| 5,696,571 A | | 12/1997 | Spencer et al. | JP | 06-265828 | 9/1994 |
| 5,710,614 A | | 1/1998 | Cereda | JP | 06-331943 | 12/1994 |
| 5,724,118 A | | 3/1998 | Krebs | JP | 07-028001 | 1/1995 |
| 5,737,054 A | | 4/1998 | Chao | JP | 07-101722 | 2/1995 |
| 5,867,244 A | | 2/1999 | Martin | JP | 07-056123 | 3/1995 |
| 5,877,838 A | | 3/1999 | Chao | JP | 3011174 | 5/1995 |
| 5,882,101 A | | 3/1999 | Chao | JP | 7-128620 | 5/1995 |
| 5,883,688 A | | 3/1999 | Chao | JP | 07-156856 | 5/1995 |
| 5,883,689 A | | 3/1999 | Chao | JP | 07-244259 | 9/1995 |
| 5,889,574 A | | 3/1999 | Gandl-Schiller | JP | 08-050263 | 2/1996 |
| 5,912,718 A | | 6/1999 | Murai et al. | JP | 9-043544 A | 2/1997 |
| 5,914,768 A | | 6/1999 | Hyoi | RU | 220885 | 6/1968 |
| 5,929,964 A | | 7/1999 | Chao | TW | 274588 | 4/1996 |
| 6,012,811 A | | 1/2000 | Chao et al. | WO | WO 90/09611 | 8/1990 |
| 6,092,896 A | | 7/2000 | Chao et al. | WO | WO-95/18986 | 7/1995 |
| 6,109,747 A | | 8/2000 | Chao | WO | WO-95/23995 | 9/1995 |
| 6,149,269 A | | 11/2000 | Madison | WO | WO 96/23241 | 8/1996 |
| 6,170,948 B1 | | 1/2001 | Chao | | | |
| 7,040,751 B2 | | 5/2006 | Madison | | * cited by examiner | |

US RE37,545 F1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the original patent but was deleted by the reissue patent; matter printed in italics was added by the reissue patent. Matter enclosed in heavy double brackets [[ ]] appeared in the reissue patent but is deleted by this reexamination certificate; matter printed in boldface is added by this reexamination certificate.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1–9, 12, 13, 16–20, 24,** and **31–33** is confirmed.

Claims **23** and **34** are determined to be patentable as amended.

New claim **35** is added and determined to be patentable.

Claims **10, 11, 14, 15, 21, 22** and **25–30** were not reexamined.

23. An eyeglass device comprising:
an auxiliary spectacle frame for supporting auxiliary lenses therein, said frame including a front side, a rear side, and oppositely positioned side portions, each of said side portions having an arm extended therefrom, each of said arms having a rearwardly directed free end for securing a magnetic member having a horizontal surface, and a pair of magnetic members respectively secured in the free ends of said arms, said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame so that said pair of magnetic members having a horizontal surface can vertically engage corresponding magnetic [[members]] member surfaces on a primary spectacle frame.

34. An eyeglass device comprising:
a primary spectacle frame having two side portion extensions with a front side, a rear side and a first magnetic member at said rear side,
an auxiliary spectacle frame including two side portions each having an arm extended therefrom, each of said arms containing a second magnetic member, said arms extending across a respective extension from said front side to said rear side so that said first and second magnetic members engage one another whereby said auxiliary spectacle frame is supported by said primary spectacle frame.

35. **The eyeglass device according to claim 23, wherein, said magnetic members of said auxiliary spectacle frame are magnets.**

\* \* \* \* \*