UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

      Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

      Defendants.

## DEFENDANTS' REQUEST FOR HEARING ON MOTION FOR SPECIAL SCHEDULING ORDER

Defendants Revolution Eyewear, Inc., Gary Martin Zelman and Hardy Way, LLC ("Defendants") request a hearing on their motion for special scheduling order ("Motion", Dkt. No. 38) and that such hearing be held at the same time as the hearing on defendant Marchon Eyewear's motion to dismiss (Dkt. No. 23), which is based on substantially overlapping claim preclusion arguments. Defendants estimate that such a hearing would require approximately 30 minutes of the Court's time (including all parties). Defendants believe that such a hearing would be beneficial to the Court to clarify the issues raised in plaintiffs' opposition to the Motion and would greatly assist the efficient resolution of this case.

      Respectfully submitted,

      s/Janet T. Munn
      Janet T. Munn
      Florida Bar No. 501281
      jmunn@rascoklock.com
      Rasco Klock et al.
      283 Catalonia Avenue, Suite 200
      Coral Gables, FL 33134
      305-476-7101 Office
      305.476.7102 Fax

      and

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron M. Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Telecopy: 714.513.5130

*Attorneys for Defendants Revolution Eyewear, Inc., Gary Martin Zelman, and Hardy Way, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.

s/Janet T. Munn

## SERVICE LIST

Jacqueline Becerra, Esq.
Email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esq.
Email: turkmooree@gtlaw.com
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Telephone: 305-579-0534
Telefax: 305-579-0717

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc. Inc.*

W. Barry Blum, Esq.
Email: bblum@gjb-law.com
Martin J. Keane, Esq.
Email: mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

Michael Nicodema, Esq.
Email: nicodemam@gtlaw.com
MetLife Building
Greenberg Traurig
200 Park Avenue
New York, NY 10166-1400
Telephone: (212) 801-9200
Telefax: (212) 801-6400

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix,*

Edgar H. Haug, Esq.
ehaug@flhlaw.com
Brian S. Gonclaves, Esq.
BGoncalves@flhlaw.com
David Herman, Esq.
dherman@flhlaw.com
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

4822-4459-5973, v. 1