UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.

**DEFENDANTS' JOINT REQUEST/MOTION FOR
STATUS/SCHEDULING CONFERENCE
AND SUPPORTING MEMORANDUM OF LAW**

    All defendants jointly request a status/scheduling conference with the Court as soon as possible to ensure the efficient progress of this case. The case was filed on September 23, 2009, and the parties filed their Joint Scheduling Report on December 7, 2009. Plaintiffs have previously sued several of the defendants on the same patent and all defendants contend this case is barred by *res judicata*/claim preclusion. Three of the five defendants have filed motions to dismiss and the two remaining defendants have requested a special scheduling order to permit an early summary judgment motion on claim preclusion; all of these motions are pending. (Dkt. Nos. 21, 23, 24, 38.)

    Plaintiffs have now propounded extensive discovery on all five defendants regarding invalidity defenses, damages, etc., all of which would be mooted by a decision in defendants' favor on claim preclusion.[1] Defendants submit that judicial intervention is necessary

---

[1] Attached as Exhibit A is a copy of plaintiffs' First Request for Production of Documents to Marchon Eyewear, containing 41 requests. A similar Request for Production, as well as a set of 15 interrogatories with numerous subparts, was served on each of the five defendants. In contrast, defendant Revolution Eyewear served a narrow set of six interrogatories focused directly on claim preclusion and issue preclusion as a result of the previous lawsuit by plaintiffs on the same patent at issue here.

to ensure the efficient progress of this case, and therefore request a status/scheduling conference. See *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366-67 (11th Cir. 1997) ("any legally unsupported claim that would unduly enlarge the scope of discovery should be eliminated before the discovery stage, if possible"); see also *Quito Enterprises, LLC v. Netflix, Inc.*, Case No. 08-23543 (S.D. Fla. Sep. 2, 2009, Jordan, J.) (granting motion for special scheduling order and limiting discovery pending determination of potentially dispositive motion) (copy attached hereto as Exhibit B). Plaintiffs declined to join in this motion/request.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the defendants have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but have been unable to do so.

Respectfully submitted,

s/Janet T. Munn
Janet T. Munn
Florida Bar No. 501281
jmunn@rascoklock.com
Rasco Klock et al.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
305-476-7101 Office
305.476.7102 Fax

and

s/Steven M. Hanle
Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Telecopy:    714.513.5130

*Attorneys for Defendants Revolution Eyewear, Inc., Gary Martin Zelman, and Hardy Way, LLC*

<u>W. Barry Blum</u>
W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Bank of America Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

and

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Defendants Marchon Eyewear, Inc.*
*and Nike. Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.

s/Janet T. Munn

## SERVICE LIST

Jacqueline Becerra, Esq.
Email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esq.
Email: turkmooree@gtlaw.com
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Telephone: 305-579-0534
Telefax: 305-579-0717

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc. Inc.*

W. Barry Blum, Esq.
Email: bblum@gjb-law.com
Martin J. Keane, Esq.
Email: mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

Michael Nicodema, Esq.
Email: nicodemam@gtlaw.com
MetLife Building
Greenberg Traurig
200 Park Avenue
New York, NY 10166-1400
Telephone: (212) 801-9200
Telefax: (212) 801-6400

*Attorney for Plaintiffs Aspex Eyewear, Inc. and Contour Optix,*

Edgar H. Haug, Esq.
ehaug@flhlaw.com
Brian S. Gonclaves, Esq.
BGoncalves@flhlaw.com
David Herman, Esq.
dherman@flhlaw.com
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500
*Attorney for Defendants Marchon Eyewear, Inc. and Nike, Inc.*