UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an individual,

    Defendants.
_____/

## DECLARATION OF ERICKA TURK-MOORE

I, Ericka Turk-Moore, depose and state under oath as follows:

1.    I am a attorney at the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs"), in this action. I have full knowledge of, and am competent to testify to, all matters stated herein.

2.    Attached hereto, in support of Plaintiff Contour Optik, Inc.'s Opposition to Defendant Revolution Eyewear, Inc.'s, Motion to Compel Supplemental Interrogatory Responses, are true and correct copies of the following documents:

    Exhibit 1:  United States Reissued Patent, Patent Number RE37,545 E (the "'545 Patent") dated February 12, 2002

    Exhibit 2:  Complaint (D.E.# 1)

    Exhibit 3:  "Ex Parte Reexamination Certificate No. US RE37,545 F1" dated March 3, 2009

1

<u>Exhibit 4</u>: Plaintiff Contour Optik, Inc.'s Certified Responses to Defendant Revolution Eyewear, Inc.'s First Set of Interrogatories

<u>Exhibit 5</u>: Letter from J. Becerra (counsel for Plaintiffs) to J. Trusso (counsel for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman) dated February 2, 2010

<u>Exhibit 6</u>: Plaintiff Contour Optik, Inc.'s Supplemental Responses to Defendant Revolution Eyewear, Inc.'s First Set of Interrogatories

<u>Exhibit 7</u>: "United States Patent, Patent Number US6,705,722 B2 (the "'722 Patent") dated March 16, 2004" -- Revolution Eyewear, Inc.'s '722 Patent

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2010 at Miami-Dade County, Florida.

_____
ERICKA TURK-MOORE

2

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com