# EXHIBIT 6

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

      Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

      Defendants.

_____/

### PLAINTIFF CONTOUR OPTIK, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT REVOLUTION EYEWEAR, INC.'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Contour

Optik, Inc. ("Contour") respectfully provides the following supplemental responses to the First

Set of Interrogatories of Defendant Revolution Eyewear, Inc. ("Revolution").   All objections

previously stated in the certified original responses served on January 29, 2010 are incorporated

by reference herein.

### INTERROGATORY NO. 1

Identify by name and all other available commercial designations each accused product in
the Florida Action.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Contour objects to this Interrogatory on the ground that it is overbroad and unduly

burdensome.   Contour further objects to this Interrogatory on the ground that it is premature, as

Contour will be unable to comprehensively identify each infringing Revolution product at issue

until after the completion of fact discovery from Revolution and Defendants Hardy Way, LLC, formerly known as Hardy Life, LLC ("Hardy") and Gary Martin Zelman (collectively, the "Revolution Defendants"). Moreover, in light of the fact that discovery in this case is still ongoing, Contour reserves its right to amend and supplement these responses as the law and the Federal and Local Rules allow and require. Without waiver of these objections, Contour responds as follows: As previously advised, the Revolution Defendants have made, used, sold, or offered for sale various brands of magnetic clip-on eyewear that satisfy every element of Claims 23 and 35 of the '545 Patent. Such products include, without limitation, Bling Bling Clips, Alter Egos, Revolution Kids, Ed Hardy, Revolution, Revolution Airs, Revolution Titanium, and That's So Raven branded magnetic clip-on eyewear. More specifically, listed below are the model numbers of the products that Contour was aware of prior to the filing of this lawsuit:

| | |
|-------|--------|
| BB034 | REV547 |
| EHK101 | REV549 |
| EHK102 | REV550 |
| EHK103 | REV551 |
| EHK104 | REV555 |
| EHK105 | REV557 |
| EHK106 | REV559 |
| REV525 | REV560 |
| REV527 | REV561 |
| REV528 | REV562 |
| REV529 | REV564 |
| REV530 | REV566 |
| REV531 | REV567 |
| REV532 | REV568 |
| REV535 | REV581 |
| REV537 | REVT62 |
| REV539 | REVT63 |
| REV540 | REVT64 |
| REV542 | REVT65 |
| REV543 | REVT66 |
| REV546 | |

2

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

## CERTIFICATION

I, David Chao, certify that I am the Director and Vice President of International Sales, of Contour Optik, Inc., one of the Plaintiffs in this action, that I have read the foregoing Plaintiff Contour Optik, Inc.'s Supplemental Responses to Defendant Revolution Eyewear, Inc.'s First Set of Interrogatories, and that I believe, to the best of my knowledge and based on information provided to me by others, that the matters stated therein are true and correct.

Dated: February 8 , 2010

_____
David Chao

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

Dated:  February  9th , 2010

Respectfully submitted,

By: _____
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717

and

Michael A. Nicodema, Admitted *Pro Hac Vice*
NicodemaM@gtlaw.com
Barry J. Schindler, Admitted *Pro Hac Vice*
SchindlerB@gtlaw.com
Todd L. Schleifstein, Admitted *Pro Hac Vice*
SchleifsteinT@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Attorneys for Plaintiffs Aspex Eyewear, Inc.
and Contour Optik, Inc.*

## CERTIFICATE OF SERVICE

I  hereby  certify  that  the  foregoing  document,  ***Plaintiff  Contour  Optik  Inc.'s
Supplemental  Responses  To  Defendant  Revolution  Eyewear,  Inc.'s  First  Set  Of
Interrogatories***, is being served via facsimile and first class U.S. mail on February 9, 2010 on all
counsel of record identified on the attached Service List.

_____
JACQUELINE BECERRA

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

4

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

## SERVICE LIST

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants*
*Hardy Way, LLC, Revolution Eyewear, Inc.*
*and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants*
*Revolution Eyewear, Inc. and Gary Martin*
*Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants*
*Marchon Eyewear, Inc. and Nike, Inc.*

5