UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an individual,

    Defendants.
_____/

**NOTICE OF FILING PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS COMPLAINT, PURSUANT TO FED. R. CIV. P. 12(B)(6), OF DEFENDANT MARCHON EYEWEAR, INC.**

    Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby give notice of the filing of Plaintiffs' Motion to File Under Seal Plaintiffs' Motion for Leave to File Supplemental Memorandum of Law in Opposition to Motion to Dismiss Complaint, Pursuant to Fed. R. Civ. P. 12(b)(6), of Defendant Marchon Eyewear, Inc.

    Respectfully submitted,

By: __/s/ Ericka Turk-Moore_____
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

       And

       Michael A. Nicodema, Admitted *Pro Hac Vice*
       NicodemaM@gtlaw.com
       Barry J. Schindler, Admitted *Pro Hac Vice*
       SchindlerB@gtlaw.com
       Todd L. Schleifstein, Admitted *Pro Hac Vice*
       SchleifsteinT@gtlaw.com
       GREENBERG TRAURIG, LLP
       200 Park Avenue
       Florham Park, New Jersey 07932
       Telephone: (973) 360-7900
       Facsimile: (973) 301-8410

       *Attorneys for Plaintiffs Aspex Eyewear, Inc.*
       *and Contour Optik, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       /s/ Ericka Turk-Moore
       ERICKA TURK-MOORE

**SERVICE LIST**

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

| | |
|---|---|
| Janet T. Munn | W. Barry Blum |
| jmunn@rascoklock.com | bblum@gjb-law.com |
| Rasco Klock Reininger Perez | Martin J. Keane |
| Esquenazi Vigil & Nieto | mkeane@gjb-law.com |
| 283 Catalonia Avenue | Genovese Joblove & Battista, P.A. |
| Second Floor | 100 S.E. 2nd Street, Suite 4400 |
| Miami, Florida 33134 | Miami, Florida 33131 |
| Telephone: 305-476-7101 | Telephone: 305-349-2300 |
| Facsimile: 305-476-7102 | Facsimile: 305-349-2310 |

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants
Marchon Eyewear, Inc. and Nike, Inc.*

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*