UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.

## DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM OF LAW FOR SUMMARY JUDGMENT

Steven M. Hanle declares as follows. I am a partner with Sheppard Mullin Richter & Hampton, counsel for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman (collectively "Defendants"). I have personal knowledge of the following, and could and would testify competently thereto.

1. Attached hereto as Exhibit C is a true and correct copy of Plaintiff Aspex Eyewear, Inc., and Contour Optik, Inc.'s Answer and Counterclaim filed in a prior case involving the same parties, *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, Central District of California Case No. CV 02-1087 ("California Action"). Plaintiffs' counterclaim alleged that Revolution's products infringed "multiple claims" of United States Patent Re. 37,545 ("'545 patent"). (Ex. C, paragraph 12.)

2. On February 14, 2003, Revolution filed an answer and asserted affirmative defenses to Aspex's and Contour's counterclaim in the California Action. Revolution also filed a counterclaim for Declaratory Judgment pursuant to 28 U.S.C. §§ 2201 and 2202, seeking a declaration that Revolution does not infringe any valid and enforceable claim of the '545 patent, literally or under the doctrine of equivalents. Attached hereto as Exhibit D is a true and correct

-1-

copy of Defendant Revolution's Reply and Counterclaim for declaratory relief filed in the California Action. (Ex. D – see paragraph 15.)

2.  Attached hereto as Exhibit E is a true and correct copy of an order from the Court in the California Action dated August 7, 2003, granting in part and denying in part Revolution's motion for summary judgment.

3.  Attached hereto as Exhibit F is a true and correct copy of the court's claim construction order in the California Action dated May 6, 2003.

4.  Attached hereto as Exhibit G is a true and correct copy of non-confidential excerpts from the deposition transcript of '545 patent inventor Richard Chao taken on April 21, 2010.

5.  Attached to the accompanying Notice of Conventional Filing as Exhibit H are samples of Revolution's IMF 402 and IMF 435 products, which were accused products in the California Action.

6.  Attached hereto as Exhibit I is a true and correct copy of the Declaration of David Chao filed by Aspex and Contour in the California Action in support of their motion for partial summary judgment that Revolution infringed the '545 patent.

7.  Attached hereto as Exhibit J is a true and correct copy of the Judgment in the California Action file February 25, 2008.

8.  Attached hereto as Exhibit K is a true and correct copy of non-confidential excerpts from the deposition transcript of Aspex's Rule 30(b)(6) witness Thierry Ifergan taken on April 23, 2010 and May 13, 2010.

9.  Attached to the Notice of Conventional Filing as Exhibit L a sample of Revolution's REV 546 product, which is an accused product in this action and has the same configuration as the additional accused products in this action.

10. Attached hereto as Exhibit M is a true and correct copy of the Request for Reexamination of the '545 patent filed with the United States Patent and Trademark Office ("USPTO") on September 13, 2007 ("Ex Parte Reexamination").

11. Attached hereto as Exhibit N is a true and correct copy of the April 23, 2008 Office Action from the USPTO in the Ex Parte Reexamination.

12. Attached hereto as Exhibit O is a true and correct copy of Aspex's and Contour's Amendment in Response to Non-Final Office Action filed with the USPTO in the Ex Parte Reexamination.

13. Attached hereto as Exhibit P is a true and correct copy of Plaintiff Aspex Eyewear's Responses to Defendant Revolution's Second Set of Interrogatories dated March 30, 2010.

14. Attached hereto as Exhibit Q are true and correct copies of (1) Plaintiff Contour Optik, Inc.'s Supplemental Responses to Defendant Revolution's Interrogatory Nos. 2, 3 and 5 and Second Supplemental Interrogatory No. 1 dated March 15, 2010 and (2) Plaintiff Contour Optik, Inc.'s Notice of Serving Certification of David Chao dated March 19, 2010.

15. Attached hereto as Exhibit R is a true and correct copy of Aspex's and Contour's Reply to Revolution Eyewear, Inc.'s Counterclaim in the California Action dated March 10, 2003.

16. The photographs below are true and accurate representations of Revolution Eyewear's IMF 402 frame (Exhibit H), attached to the Notice of Conventional Filing, which was accused of infringement in the California Action. This frame was marked as Deposition Exhibit 73A (auxiliary frame) and 73B (primary frame) at the depositions of plaintiffs' witnesses.



17. The photographs below are true and accurate representations of Revolution Eyewear's IMF 435 frame (Exhibit H), attached to the Notice of Conventional Filing, which was accused of infringement in the California Action. This frame was marked as Deposition Exhibit 83A (auxiliary frame) and 83B (primary frame) at the depositions of plaintiffs' witnesses.





18.     The photographs below are true and accurate representations of Revolution's REV 546 product (Exhibit L), attached to the Notice of Conventional Filing, which has been accused of infringement in this action.  This frame was marked as Deposition Exhibit 74A (auxiliary frame) and 74B (primary frame) at the depositions of plaintiffs' witnesses.





19.     Attached hereto as Exhibit S is a true and correct copy of non-confidential excerpts from the deposition transcript of '545 patent inventor David Chao taken on April 20, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, in Costa Mesa, California, on this 20th day of May, 2010.

                                              s/Steven M. Hanle_____
                                              Steven M. Hanle

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.

                                                        By: s/ Janet T. Munn
                                                               Janet T. Munn

**SERVICE LIST**

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Jacqueline Becerra, Esquire
email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esquire
email: turkmooree@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305.379.0534
Telecopy: 305.579.0717

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Michael Nicodema, Esquire
email: nicodemam@gtlaw.com
Barry J. Schindler, Admitted Pro Hac Vice
email: schindlerb@gtlaw.com
MetLife Building
**GREENBERG TRAURIG**
200 Park Avenue
New York, New York 10166-1400
Telephone: 212.801.9200
Telecopy: 212.801.6400

Todd Schleifstein, Admitted Pro Hac Vice
**GREENBERG TRAURIG**
200 Park Avenue
Florham Park, NJ  07932
email: schleifsteint@gtlaw.com
Telephone:  973.360.7900
Telecopy:  973.301.8410

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
W. Barry Blum, Esquire
email: bblum@gjb-law.com
Martin J. Keane, Esquire
email: mkeane@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305.349.2300
Telecopy: 305.349.2310

Scott W. Hansen, Admitted Pro Hac Vice
email:  shansen@reinhartlaw.com
**REINHART BOERNER VAN DEUREN**
1000 N. Water Street
PO Box 2965
Milwaukee, WI  53201-2965
Telephone:  414.298.8123
Telecopy:  414.298.8097

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
Edgar H. Haug, Admitted Pro Hac Vice
email:  ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
email:  bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
email:  dherman@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
email:  pfleming@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, New York 10151
Telephone:  212.588.0800
Telecopy:  212.588.0500

Mark P. Walters, Admitted Pro Hac Vice
email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
1191 2nd Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206.336.5690
Telecopy:  212.588.0500