# EXHIBIT R

3/10/03

```
 1  JEFFER, MANGELS, BUTLER & MARMARO LLP
    ELIZABETH BARROWMAN GIBSON (Bar No. 136710)
 2  BRIAN W. KASELL (Bar No. 143776)
    1900 Avenue of the Stars, Seventh Floor
 3  Los Angeles, California 90067-4308
    Telephone: (310) 203-8080
 4  Fax: (310) 203-0567

 5  Michael A. Nicodema (Pro Hac Vice)
    Barry J. Schindler (Pro Hac Vice)
 6  GREENBERG TRAURIG, LLP
    885 Third Avenue
 7  New York, New York 10022
    Telephone: (212) 801-2100
 8  Facsimile: (212) 688-2449

 9  Attorneys for Defendants ASPEX
    EYEWEAR, INC. and THIERRY
10  IFERGAN and Counter-
    Claimants/Counterdefendants ASPEX
11  EYEWEAR, INC., MANHATTAN
    DESIGN STUDIO, INC., CONTOUR
12  OPTIK, INC. and ASAHI OPTICAL
    CO. LTD.
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REVOLUTION EYEWEAR, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASPEX EYEWEAR, INC., a Delaware Corporation; THEIRRY IFERGAN, an individual; REAL EYES OPTICAL, a business; and SCOTT STRENK, an individual,<br><br>Defendants.<br><hr>ASPEX EYEWEAR, INC., et al.,<br><br>Counterclaimants and Counterdefendants, | CASE NO. 02-01087 LGB (CWx)<br><br>DEFENDANTS/COUNTERCLAIM-ANTS' REPLY TO PLAINTIFF/COUNTERDEFENDANT REVOLUTION EYEWEAR INC.'S COUNTERCLAIM |

PRINTED ON RECYCLED PAPER

LA 3072157 v1

| | |
|---|---|
| v. | ) |
| REVOLUTION EYEWEAR, INC., a California Corporation, | ) ) ) |
| Counterdefendants and Counterclaimants. | ) ) ) ) |

### REPLY TO REVOLUTION'S COUNTERCLAIM

Counterclaimants and Counterdefendants Aspex Eyewear, Inc., Manhattan Design Studio, Inc., Countour-Optik, Inc., Asahi Optical Co., LTD. ("Counterdefendants") hereby reply to Plaintiff/Counterdefendant/Counterclaimant Revolution Eyewear, Inc.'s ("Revolution") Counterclaim as follows:

### COUNTERCLAIM

1.  Counterdefendants admit the allegations of Paragraph 1 of Revolution's Counterclaim to the extent Revolution asserts that its Counterclaim seeks a declaratory judgment of non-infringement, patent invalidity, and unenforceability. Counterclaimants deny that the 545 patent is invalid, unenforceable, or non-infringed by Revolution.

### JURISDICTION

2.  Admitted.
3.  Admitted.

### THE PARTIES

4.  Admitted.
5.  Admitted.
6.  Admitted.

7. Admitted.

8. Admitted.

## FACTUAL BACKGROUND

9. Admitted. In addition, on or about November 24, 2002, Asahi Optical Co., LTD. assigned all of its interest in the 545 reissue patent to Aspex Eyewear, Inc. Consequently, Aspex Eyewear, Inc. and Contour Optik, Inc. are now the co-owners of the 545 patent.

10. Admitted.

11. Admitted.

## COUNTERCLAIM FOR PATENT INVALIDITY, UNENFORCEABILITY AND NON-INFRINGEMENT

12. Counterdefendants repeat and re-allege their responses herein to the allegations contained in Paragraphs 1-12 of Revolution's Counterclaim.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

///
///
///
///
///
///

LA 3072157 v1

-3-

19. Counterdefendants admit that a judicial determination is appropriate, but deny that the 545 patent is either invalid or non-infringed by Revolution.

DATED: March 10, 2003

GREENBERG TRAURIG, LLP
MICHAEL A. NICODEMA, ESQ.
BARRY J. SCHINDLER, ESQ.

JEFFER, MANGELS, BUTLER & MARMARO LLP
ELIZABETH BARROWMAN GIBSON, ESQ.
BRIAN W. KASELL, ESQ.

By: *Brian W. Kasell*
BRIAN W. KASELL
Attorneys for Defendants ASPEX EYEWEAR, INC. and THIERRY IFERGAN and Counter-Claimants/Counterdefendants ASPEX EYEWEAR, INC., MANHATTAN DESIGN STUDIO, INC., CONTOUR OPTIK, INC. and ASAHI OPTICAL CO. LTD.

PROOF OF SERVICE

REVOLUTION EYEWEAR, INC. V. ASPEX EYEWEAR, INC.

1013A (3) CCP Revised 5/1/88
**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On **March 10, 2003**, I served the attached **DEFENDANTS/COUNTERCLAIMANTS' REPLY TO PLAINTIFF/COUNTERDEFENDANT REVOLUTION EYEWEAR INC.'S COUNTERCLAIM** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED PROOF OF SERVICE**

[X]  **(BY MAIL)** I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FAX) I caused to be transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error.

[ ]  (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on **March 10, 2003** at Los Angeles, California.

[ ]  (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Simone Robinson

LA 3014800 v1

```
 1
 2                          SERVICE LIST
               REVOLUTION EYEWEAR, INC. V. ASPEX EYEWEAR, INC.
 3
 4   R. Joseph Trojan, Esq.
     TROJAN LAW OFFICES
 5   9250 Wilshire Boulevard, Suite 325
     Beverly Hills, CA  90212
 6   (310)777-8348
     (310)777-8399 (fax)
 7   Attorneys for Defendant Revolution Eyewear, Inc.

 8   Samuel L. Alberstadt, Esq.
     FULWIDER, PATTON, LEE & UTECHT
 9   Howard Hughes Center
     6060 Center Drive, 10th Floor
10   Los Angeles, CA 90045
     (310)824-5555
11   (310)824-9696 (fax)
     Local Counsel for Defendants Real Eyes Optical and Scott Strenk
12
     Stephen T. Sullivan, Esq.
13   Tish L. Berard, Esq.
     SULLIVAN LAW GROUP
14   5060 North 40th Street, Suite 120
     Phoenix, Arizona   85018
15   (602)956-6161
     (602)956-6262 (fax)
16   Lead Counsel for Defendants Real Eyes Optical and Scott Strenk
17
18
...
28
```

PRINTED ON
RECYCLED PAPER

LA 3014800 v1                       -2-