# EXHIBIT S

# ASPEX EYEWEAR, INC. VS. HARDY LIFE, LLC

## DAVID CHAO
### April 22, 2010
### CONFIDENTIAL - ATTORNEYS' EYES ONLY



126 East 56h Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097
WWW.ELLENGRAUER.COM

*Original File 93225B.TXT*
*Min-U-Script® with Word Index*

```
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------x
ASPEX EYEWEAR, INC., and
CONTOUR OPTIK, INC.,

            Plaintiffs,

    -vs-

HARDY LIFE, LLC., MARCHON EYEWEAR, INC.
NIKE, INC., REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an individual,

            Defendants.

CASE NO.: 09-61515-civ-Cooke
-----------------------------------------------x


        * * * CONFIDENTIAL - ATTORNEYS' EYES ONLY * * *


                            1221 Brickell Avenue
                            Miami, Florida

                            April 22, 2010
                            1:23 P.M.



        VIDEOTAPED DEPOSITION OF DAVID CHAO, as

reported by KELLI ANN WILLIS, a Registered Professional,

Certified Realtime Reporter and Notary Public within and

for The State of Florida.




            ELLEN GRAUER COURT REPORTING CO. LLC
              126 East 56th Street, Fifth Floor
                 New York, New York 10022
                        212-750-6434
                        Ref: 93225B
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                            2

```
 1   A P P E A R A N C E S:

 2


 3   On behalf of the Plaintiff:

 4   Greenberg Traurig, LLP

 5        1221 Brickell Avenue
          Miami, Florida    33131
 6
     BY:  BARRY SCHINDLER, ESQ.
 7        305.597.0500
          schindlerb@gtlaw.com
 8


 9   On behalf of the Defendants Marchon and Nike:

10   Frommer Lawrence & Haug, LLP

11        745 Fifth Avenue
          New York, New York    10151
12
     BY:  PORTER F. FLEMING, ESQ.
13        212.588.0800
          pfleming@flhlaw.com
14


15   On behalf of the Defendants Revolution and Zelman:

16   Sheppard Mullin Richter & Hampton, LLP

17        650 Town Center Drive, Fourth Floor
          Costa Mesa, California    92626
18
     BY:  STEVEN M. HANLE, ESQ. and
19        JENNIFER TRUSSO, ESQ.
          714.513.5100
20        shanle@sheppardmullin.com
          jtrusso@sheppardmullin.com
21


22


23   Also Present:  Dave Zeber, Videographer

24


25
```

```
 1        CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2        A.   Yes.
 3        Q.   Okay.  Now, I would like you to turn to
 4   Page 31.
 5        A.   Yes.
 6        Q.   And I will read for the record Page 31,
 7   Lines 3 through 7 and a half or so.
 8             It says, "Here the invention described is
 9   clearly for a top-mounting design.  The written
10   description only describes a top-mounting design,
11   the drawings only show a top-mounting configuration,
12   and nothing in the prosecution history shows that
13   the inventor envisioned anything other than a
14   top-mounting design."
15             Do you see that?
16        A.   Yes.
17        Q.   So is it your understanding that the Court
18   in the California case construed the '545 -- the
19   invention of the '545 patent to cover only a
20   top-mounting design?
21             MR. SCHINDLER:  Whatever you can testify
22        sitting here today.
23             THE WITNESS:  Well, this is a document I
24        have reviewed, I believe, over five years ago.
25        And the document says what it says.
```

```
 1        CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   BY MR. HANLE:
 3        Q.   What is your understanding --
 4        A.   So --
 5        Q.   I'm sorry.
 6        A.   So if that is the Court's decision, then
 7   we abide by that decision.
 8        Q.   What is your understanding of that
 9   language that I just read into the record?
10             MR. SCHINDLER:  Please interpret the
11        Court's language, if you can.
12             THE WITNESS:  Well, I'm sorry because I
13        did not read the complete document.  So is this
14        paragraph part of the Court's order?  Is that
15        what it is?
16   BY MR. HANLE:
17        Q.   Yes.  This is the order that you said you
18   reviewed and you went through in detail in your
19   declaration, and now I'm asking you what your
20   understanding is of that language that I just read
21   into the record.
22             MR. SCHINDLER:  Sitting here today, please
23        answer that question if you can interpret what
24        the Court has stated.
25             THE WITNESS:  Well, sitting here today,
```