# EXHIBIT "1"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 09-61515-CIV-COOKE
### MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

      Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

      Defendants.
_____

### DECLARATION OF GARY MARTIN ZELMAN IN SUPPORT OF
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1.    I am the President of defendant Revolution Eyewear, Inc. I have personal knowledge of the facts stated herein and could and would competently testify thereto. I have been involved in the design and manufacture of magnetic clip-on eyewear, including Revolution's own products, since at least 1998. I am the named inventor on several issued U.S. patents relating to clip-on eyewear, including magnetic clip-on eyewear.

2.    The auxiliary frames of Revolution's magnetic clip-on eyewear have always had magnets with upwardly facing surfaces. The arms of the auxiliary frames of Revolution's magnetic clip-on eyewear have always been adapted to extend underneath respective side portions of a primary spectacle frame so that they can engage corresponding magnetic member surfaces on the bottom of the primary spectacle frame. This configuration is often referred to in the industry as "bottom-mounting."

3.    By April 2007, Revolution had redesigned its primary frames such that the magnets were embedded in the frames, rather than placed in projections attached to the frames. The design of the auxiliary frames remained unchanged, with magnetic member surfaces that face upwardly and arms that are adapted to extend underneath the respective side portions of the primary frame.

-1-

4.      Because there is variability in the size and shape of Revolution's various primary frames in both the old design and new embedded design of the primary frames, there is also variability in the angle and length of the arms in the various auxiliary frames that mate with the respective primary frames.  Other than the differences in the arm lengths and angles and the size of the magnets, all of the auxiliary frames for both the old primary frames and the redesigned primary frames for the products accused in this case are identical.  It is my understanding that the differences in the arm lengths and angles and size of the magnets have nothing to do with the limitations of asserted claims 23 and 35 of the '545 patent.

5.      After the California court granted summary judgment of non-infringement of primary/auxiliary claims 6 and 34, Plaintiffs Aspex and Contour never asserted that Revolution's bottom-mounting auxiliary frames infringed the '545 patent until this case was filed in September 2009.

6.      I personally do not make, use, sell or offer to sell any eyewear products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, in Thousand Oaks, California, on this 20th day of May, 2010.

Gary Martin Zelman
Pres/CEO
Revolution Eyewear, Inc.

Respectfully submitted,

s/ Steven M. Hanle

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron M. Fennimore, Admitted Pro Hac
Vice
afennimore@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:  714.513.5100
Telecopy:   714.513.5130

and

s/ Janet T. Munn
Janet T. Munn
jmunn@rascoklock.com
Florida Bar No. 501281
Rasco, Klock, Reininger, Perez, Esquenazi,
Vigil & Nieto, P.L.
283 Catalonia Avenue
Suite 200
Coral Gables, FL  33134
Telephone: 305.476.7100
Telecopy: 305.476.7102

*Attorneys for Defendants Revolution
Eyewear, Inc., Hardy Way, LLC and Gary
Martin Zelman*

W02-WEST:3SMH1\402658792.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.


By: <u>s/ Janet T. Munn</u>
       Janet T. Munn

W02-WEST:3SMH1\402658792.1

## SERVICE LIST

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Jacqueline Becerra, Esquire
email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esquire
email: turkmooree@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305.379.0534
Telecopy: 305.579.0717

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
W. Barry Blum, Esquire
email: bblum@gjb-law.com
Martin J. Keane, Esquire
email: mkeane@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305.349.2300
Telecopy: 305.349.2310

Scott W. Hansen, Admitted Pro Hac Vice
email: shansen@reinhartlaw.com
**REINHART BOERNER VAN DEUREN**
1000 N. Water Street
PO Box 2965
Milwaukee, WI 53201-2965
Telephone: 414.298.8123
Telecopy: 414.298.8097

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Michael Nicodema, Esquire
email: nicodemam@gtlaw.com
Barry J. Schindler, Admitted Pro Hac Vice
email: schindlerb@gtlaw.com
MetLife Building
**GREENBERG TRAURIG**
200 Park Avenue
New York, New York 10166-1400
Telephone: 212.801.9200
Telecopy: 212.801.6400

Todd Schleifstein, Admitted Pro Hac Vice
**GREENBERG TRAURIG**
200 Park Avenue
Florham Park, NJ 07932
email: schleifsteint@gtlaw.com
Telephone: 973.360.7900
Telecopy: 973.301.8410

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
Edgar H. Haug, Admitted Pro Hac Vice
email: ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
email: bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
email: dherman@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
email: pfleming@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, New York 10151
Telephone: 212.588.0800
Telecopy: 212.588.0500

Mark P. Walters, Admitted Pro Hac Vice
email: mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.336.5690
Telecopy: 212.588.0500

W02-WEST:3SMH1\402658792.1