UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

  Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR,
INC., AND GARY MARTIN
ZELMAN, AN INDIVIDUAL,

  Defendants.                                    /

## REQUEST OF DEFENDANTS REVOLUTION EYEWEAR, INC. AND GARY MARTIN ZELMAN FOR ORAL ARGUMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Defendants Revolution Eyewear, Inc. and Gary Martin Zelman (collectively "Defendants") respectfully request, pursuant to S.D. Fla. L.R. 7.1(b)(1), that the Court conduct a hearing on Defendants' Motion for Summary Judgment. Simultaneously herewith, Defendants have filed a Motion for Summary Judgment and Memorandum of law in Support requesting that this Court enter judgment in favor of Defendants based upon res judicata, issue preclusion and Rule 13(a) of the Federal Rules of Civil Procedure in light of prior federal court proceedings between Defendant Revolution and Plaintiffs. *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, Central District of California Case No. CV 02-1087 ("California Action").

  The Court's consideration of the motion for summary judgment, and the nature of the patent claims brought in both cases, will be aided by oral argument. Oral argument

will better enable the parties to explain to the Court the nature of the claims asserted in the California Action and in this case, so as to assist the Court in reaching a full and fair determination of the issues in this matter.

Defendants estimate that the time required for argument would be one hour.

WHEREFORE, Defendants request that the Court schedule oral argument on Defendants' Motion for Summary Judgment.

Respectfully submitted,

    s/ Steven M. Hanle
Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron M. Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:	714.513.5100
Telecopy:	714.513.5130

and

s/ Janet T. Munn
Janet T. Munn
jmunn@rascoklock.com
Florida Bar No. 501281
Rasco, Klock, Reininger, Perez, Esquenazi, Vigil & Nieto, P.L.
283 Catalonia Avenue
Suite 200
Coral Gables, FL  33134
Telephone: 305.476.7100
Telecopy: 305.476.7102

*Attorneys for Defendants Revolution Eyewear, Inc., Hardy Way, LLC and Gary Martin Zelman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.

By: s/Janet T. Munn

**SERVICE LIST**

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Jacqueline Becerra, Esquire
email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esquire
email: turkmooree@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305.379.0534
Telecopy: 305.579.0717

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Michael Nicodema, Esquire
email: nicodemam@gtlaw.com
Barry J. Schindler, Admitted Pro Hac Vice
email: schindlerb@gtlaw.com
MetLife Building
**GREENBERG TRAURIG**
200 Park Avenue
New York, New York 10166-1400
Telephone: 212.801.9200
Telecopy: 212.801.6400

Todd Schleifstein, Admitted Pro Hac Vice
**GREENBERG TRAURIG**
200 Park Avenue
Florham Park, NJ  07932
email:  schleifsteint@gtlaw.com
Telephone:  973.360.7900
Telecopy:  973.301.8410

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
W. Barry Blum, Esquire
email: bblum@gjb-law.com
Martin J. Keane, Esquire
email: mkeane@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305.349.2300
Telecopy: 305.349.2310

Scott W. Hansen, Admitted Pro Hac Vice
email:  shansen@reinhartlaw.com
**REINHART BOERNER VAN DEUREN**
1000 N. Water Street
PO Box 2965
Milwaukee, WI  53201-2965
Telephone:  414.298.8123
Telecopy:  414.298.8097

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
Edgar H. Haug, Admitted Pro Hac Vice
email:  ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
email:  bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
email:  dherman@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
email:  pfleming@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, New York 10151
Telephone:  212.588.0800
Telecopy:  212.588.0500

Mark P. Walters, Admitted Pro Hac Vice
email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
1191 2nd Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206.336.5690
Telecopy:  212.588.0500