UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

**DECLARATION OF ERICKA TURK-MOORE**

I, Ericka Turk-Moore, depose and state under oath as follows:

1. I am an attorney in the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs") in this action. I have full knowledge of and am competent to testify as to all matter stated herein.

2. Attached to Plaintiffs' Motion for Summary Judgment of Infringement of Claims 23 and 35 of U.S. Patent No. RE37,545F1 ("'545 Patent") are true and correct copies of the following documents:

    Exhibit 1:    United States Reissued Patent Serial No RE37,545 E (issued February 12, 2002).

    Exhibit 2:    United States Patent Serial No RE37,545F1 (Reexamination Certificate dated March 3, 2009).

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

<u>Exhibit 3</u>:   Exhibit 1 to Plaintiff Contour Optik, Inc.'s Supplemental Responses to Defendant Revolution's Interrogatory Nos. 2, 3 and 5, and Second Supplemental Response to Interrogatory No. 1, served March 15, 2010.

<u>Exhibit 4</u>:   A true and correct copy of the definition of "adapted" from http://www.merriam-webster.com/dictionary/adapted (last accessed May 20, 2010).

<u>Exhibit 5</u>:   Revolution Eyewear, Inc.'s Supplemental Response to Special Set of Interrogatories (specifically Special Interrogatory No. 1), dated April 5, 2010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2010 in Miami-Dade County, Florida.

_____
ERICKA TURK-MOORE