# EXHIBIT 4





# adapted

3 entries found.

- adapt (verb)
- dark adaptation (noun)
- light adaptation (noun)

Ads by Google

**How To Patent Your Idea**
We Can Protect Your Idea & Market For Royalties. Request Free Info.
Patents.MatchProduct.com

Main Entry: **adapt**
Pronunciation: \ə-'dapt, a-\
Function: *verb*
Etymology: French or Latin; French *adapter*, from Latin *adaptare*, from *ad-* + *aptare* to fit, from *aptus* apt, fit
Date: 15th century

*transitive verb*

: to make fit (as for a specific or new use or situation) often by modification

*intransitive verb*

: to become adapted
— adapt·ed·ness *noun*

**synonyms** ADAPT, ADJUST, ACCOMMODATE, CONFORM, RECONCILE mean to bring one thing into correspondence with another. ADAPT implies a modification according to changing circumstances <*adapted* themselves to the warmer climate>. ADJUST suggests bringing into a close and exact correspondence or harmony such as exists between parts of a mechanism <*adjusted* the budget to allow for inflation>. ACCOMMODATE may suggest yielding or compromising to effect a correspondence <*accommodated* his political beliefs in order to win>. CONFORM applies to bringing into accordance with a pattern, example, or principle <refused to *conform* to society's values>. RECONCILE implies the demonstration of the underlying compatibility of things that seem to be incompatible <tried to *reconcile* what he said with what I knew>.

bing  Learn more about "adapted" with Bing - bing.com

Learn more about "adapted" and related topics at Britannica.com

Ads by Google

**How To Patent Your Idea**
We Can Protect Your Idea & Market For Royalties. Request Free Info.
Patents.MatchProduct.com

**Patent Attorney/Engineer**
Over 36 years experience. Staff available 24/7 by phone.
www.invention.net

Pronunciation Symbols

Share this entry:

**Link to this page:**
`<a href="http://www.merriam-webster.com/dictionary/adapted">adapted</a>`

**Cite this page:**

**MLA Style**
"adapted." Merriam-Webster Online Dictionary. 2010.
    Merriam-Webster Online. 20 May 2010
    <http://www.merriam-webster.com/dictionary/adapted>

**APA Style**
adapted. (2010). In *Merriam-Webster Online Dictionary*.
    Retrieved May 20, 2010, from http://www.merriam-webster.com/dictionary/adapted



Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2010 Merriam-Webster, Incorporated