UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## NOTICE OF FILING DECLARATION OF JACQUELINE BECERRA

Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby give notice of filing Declaration of Jacqueline Becerra in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

| | |
|---|---|
| Dated: June 14, 2010 | Respectfully submitted, |
| | By: /s/ Jacqueline Becerra |
| | Jacqueline Becerra |
| | BecerraJ@gtlaw.com |
| | Ericka Turk-Moore |
| | TurkMooreE@gtlaw.com |
| | GREENBERG TRAURIG, P.A. |
| | 1221 Brickell Avenue |
| | Miami, Florida 33131 |
| | Telephone: (305) 579-0500 |
| | Facsimile: (305) 579-0717 |
| | And |

        Michael A. Nicodema, Admitted *Pro Hac Vice*
        NicodemaM@gtlaw.com
        Barry J. Schindler, Admitted *Pro Hac Vice*
        SchindlerB@gtlaw.com
        Todd L. Schleifstein, Admitted *Pro Hac Vice*
        SchleifsteinT@gtlaw.com
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        Florham Park, New Jersey 07932
        Telephone: (973) 360-7900
        Facsimile: (973) 301-8410

        *Attorneys for Plaintiffs Aspex Eyewear, Inc.*
        *and Contour Optik, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this <u>14th</u> day of June 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             /s/ *Jacqueline Becerra*
             JACQUELINE BECERRA

## SERVICE LIST

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants Marchon Eyewear, Inc. and Nike, Inc.*