UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

**DECLARATION OF JACQUELINE BECERRA IN SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

I, Jacqueline Becerra, depose and state under oath as follows:

1.     I am a shareholder in the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs") in this action. I have full knowledge of and am competent to testify as to all matters stated herein.

2.     Attached to Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment are true and correct copies of the following documents. The numbering of these exhibits follows consecutively from the numbering of the exhibits submitted in the Declaration of Ericka Turk-Moore (DE 117) in support of Plaintiffs' Motion for Partial Summary Judgment (DE 115):

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

| | |
|---|---|
| Exhibit 6: | Declaration of David Y. Chao Pursuant to 37 CFR §1.131 dated April 19, 2001. This document also was marked in this matter as Exhibit 14 during the deposition of Mike Marcus on April 7, 2010. |
| Exhibit 7: | Non-confidential excerpt from the deposition of David Chao taken on April 22, 2010. |
| Exhibit 8: | Non-confidential excerpt from the deposition of Richard Chao taken on April 21, 2010. |
| Exhibit 9: | Notice of Allowability, dated July 12, 2001. |
| Exhibit 10: | Request for Ex Part Reexamination Transmittal Form filed by Revolution Eyewear, Inc., dated April 14, 2009. |
| Exhibit 11: | Information Disclosure Statement By Applicant, signed by the examiner on June 30, 2009. |
| Exhibit 12: | Notice of Intent to Issue Ex Parte Reexamination Certificate. |
| Exhibit 13: | Notice of References Cited. |
| Exhibit 14: | Order Granting In Part and Denying In Part Plaintiff's Motion for Summary Judgment, dated August 7, 2003, *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, CV 02-1087 LGB (CWx), C.D. Cal. |
| Exhibit 15: | Letter from Edgar H. Haug, Esq. to Barry Schindler, Esq., dated November 13, 2009. |
| Exhibit 16: | News Article titled "Oakley Sues Nike Over Sunglasses," dated July 18, 1997. |
| Exhibit 17: | Declaration of David Chao dated April 15, 2003, *Aspex Eyewear, Inc. v. Concepts In Optics, Inc.*, 00 CIV 7067 Moreno/Dube, S.D. Fla. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14th, 2010 in Miami-Dade County, Florida.

JACQUELINE BECERRA

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com