Our Docket No. 4216-4000

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue of :

**Letters Patent 5,568,207** :

Richard CHAO : Examiner: H. Mai

Serial No.:   09/182,862 : Group Art Unit: 2873

Filed:   October 21, 1998 :

For: AUXILIARY LENSES FOR EYEGLASSES :

Commissioner for Patents
Washington, D.C. 20231



### DECLARATION OF DAVID Y. CHAO PURSUANT TO 37 CFR § 1.131

SIR:

### I David Y. Chao hereby declare that:

1. I have a Bachelor of Science degree in Finance from the University of Maryland.

2. I am currently the Director of International Sales of Contour Optik, Inc., and have been the Director since 1996. I was the Sales Manager of Contour Optik Inc. between 1993 to 1996. My business address is 6 Industrial Fifth Rd., Tau-Chiauo Industrial Park, Chiayi Taiwan.

1 of 5



APR-19-2001 03:52 PM   CHERNG/CHAO   650 962 8854   P.01

Mike Marcus 000641

Declaration of David Y. Chao                                    Docket No. 4216-4000
Serial No. 09/182,862

3.   Contour Optik, Inc. manufactures and sells optical products. Contour Optik, Inc. is the

assignee of 50% of the entire right, title and interest in and to U.S. Patent No. 5,568,207

("the '207 patent"), which issued on October 22, 1996 to my brother, Richard Chao.

4.   I am the same David Chao who testified under oath in Interference No. 104,051,

involving the '207 patent, before Judges Lee and McKelvey in February 1999.

5.   I understand that a reissue of the '207 patent is being sought, and I am familiar with at

least claim 1 of the '207 patent and the reissue application.

6.   Prior to May 31, 1995, while I was working in Taiwan I made a first drawing entry into

my Day Planner. The drawing entry illustrates a figure that depicts what I thought my

brother Richard Chao had invented and communicated to me in Taiwan. (Chao

Interference Exhibits 1105). (Exhibits 8)

7.   I routinely take my Day Planner with me when I travel for business in my capacity as

Director of International Sales. I also routinely took my Day Planner with me when I

traveled for business in my capacity as Sales Manager for Contour Optik, Inc.

8.   Prior to May 31, 1995, but after I sketched the drawing (the figure of Exhibit 8) referred

to in ¶6 above, I traveled to the United States (the "US")(hereinafter the "first trip"). A

copy of business records verifying that I was in the US prior to May 31, 1995 are

attached as Exhibit 10. The business records include a copy of my American Express

<div align="center">2 of 5</div>

23727 v1



Mike Marcus 000642

Declaration of David Y. Chao
Serial No. 09/182,862

Docket No. 4216-4000

Bill. The copy of my American Express Bill attached as Exhibit 10 has a closing date prior to May 31, 1995, and identifies the charges I made in California and Pennsylvania prior to May 31, 1995. A copy of charge receipts that I signed and received while I was in the US prior to May 31, 1995, and identified on my American Express Bill, are also attached as part of Exhibit 10. The Credit Card Number and dates have been redacted from these business records.

9. As is my customary practice, I had my Day Planner referred to in ¶ 6 above with me during my first trip to the US prior to May 31, 1995, which Day Planner included the illustration identified in ¶ 6 supra.

10. Prior to May 31, 1995, but after I returned from my first trip to the US discussed in ¶ 8 above, and while working in Taiwan, I made a second drawing entry into my Day Planner which illustrates a figure which depicts what I thought my brother Richard Chao had invented and communicated to me while in Taiwan. (Chao Interference Exhibits 1106). (Exhibit 9). The second drawing entry into my Day Planner made prior to May 31, 1995, but after the first drawing entry into my Day Planner, illustrates, inter-alia, a magnetic member extending downward from an auxiliary frame toward a projection on the primary spectacle frame holding a magnetic member, as does Figure 7 of the Chao '207 patent.

11. Prior to May 31, 1995, but after I sketched the drawing figure of Exhibit 9, referred to in ¶ 10 above, I again traveled to the US (hereinafter the "second trip"). A copy a business

23727 v1



Mike Marcus 000643

Declaration of David Y. Chao
Serial No. 09/182,862

Docket No. 4216-4000

record verifying that I was again in the US prior to May 31, 1995 is attached as Exhibit 11, and includes a copy of my American Express Bill. The copy of my American Express Bill attached as Exhibit 11 has a closing date prior to May 31, 1995, and identifies charges I made in California and Virginia prior to May 31, 1995. The Credit Card Number and dates have been redacted from these business records.

12.   As is my customary practice, I had my Day Planner with me during my second trip to the US prior to May 31, 1995, which Day Planner included the illustration identified in ¶ 10 supra.

13.   Prior to May 31, 1995, I brought at least one prototype of a spectacle device having the "hook" type engagement between the primary spectacle frame and the auxiliary spectacle frame and in which a magnetic member extended downward from the auxiliary frame toward a projection on the primary spectacle with me when I traveled to the US.

14.   That shortly before March 25, 1995, active exercise began and continued in a diligent effort toward reducing the inventive concepts illustrated in my Day Planner to practice in the US.

15.   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18

4 of 5



Mike Marcus 000644

Declaration of David Y. Chao
Serial No. 09/182,862

Docket No. 4216-4000

of the United States Code and that such willful false statements may jeopardize the

validity of the application or any patent issued thereon.

DATE: _APRIL 19, 2001_

_____
David Y. Chao

23727 v1

P.05                    650 962 8854              APR-19-2001 03:54 PM   CHERNG/CHAO

Mike Marcus 000645

EXHIBIT 8

Mike Marcus 000646

CHAO EXHIBIT 1105
CHAO v IWARD
INTERFERENCE 104,651

Mike Marcus 000647

9 September

Week 37

5 Monday 星期一

REDACTED

REDACTED

6 Tuesday 星期二

REDACTED

7 Wednesday 星期三

REDACTED

REDACTED

REDACTED

Chao EXHIBIT 1105
Chao v. Iwamoto
Interference 104,051

8 Thursday 星期四

REDACTED

9 Friday 星期五

REDACTED

REDACTED

10 Saturday 星期六

REDACTED

11 Sunday 星期日

**EXHIBIT 9**

Mike Marcus 000649

CHAO EXHIBIT 1106
CHAO V IWAHO
INTERFERENCE 104,051

Mike Marcus 000650



Chao EXHIBIT 1106
Chao v. Iwamoto
Interference 104,051

Mike Marcus 000651

EXHIBIT 10

Mike Marcus 000652



# The Gold Card Summary of Account

EXHIBIT 10

Please retain this portion for your files.

| Card Member Name | Account Number | Closing Date |
|---|---|---|
| DAVID YINKAI CHAO | | |

Page 1 of 2

| Previous Balance | Credits/Payments | New Charges | New Balance |
|---|---|---|---|
| $.00 | $.00 | $652.81 | $652.81 |

| Amex Ref. No. | Item No. | Listing of Charges and Credits | Charges | Credits |
|---|---|---|---|---|
| 034266-1 | 001 | THRIFTY CAR RENTAL LOS ANGELES CA INV#384806 | 116.53 | |
| 098281-1 | 002 | DOLLAR RAC OF SO. CAL LOS ANGELES CA INV#477258 | 183.75 | |
| 033283-1 | 003 | B/W MONTEREY PARK INN MONTEREY PARK CA INV#159032 | 50.40 | |
| 501263-1 | 004 | ALAMO RENT-A-CAR INC CHANTILLY VA 232836519 ALAMO RENT-A-CAR INC | 253.72 | |
| 501266-1 | 005 | HOUSE OF SHANGHAI LANCASTER PA 265211838 FOOD-BEV | 22.30 | |
| 501268-1 | 006 | BLOOMINGDALES TYSONS CORNER VA 142058725 MENS WOVEN SHIRTS | 26.11 | |

ACCOUNT TOTAL   $652.81   $.00

Mike Marcus 000653



Mike Marcus 000654

EXHIBIT 11

Mike Marcus 000655

# The Gold Card Summary of Account

Please retain this portion for your files

EXHIBIT 11

Card Number Name

DAVID YINKAI CHAO

Account Number

Closing Date

Page 1 of 2

| Previous Balance | Credits/Payments | New Charges | New Balance |
|---|---|---|---|
| $.00 | $.00 | $355.75 | $355.75 |

| Amex Ref. No. | Item No. | Listing of Charges and Credits | | Charges | Credits |
|---|---|---|---|---|---|
| 501087-1 | 001 | ROSS DRESS FOR LESS ESCONDIDO<br>00001498  CLOTHING | CA | 70.60 | |
| 495094-1 | 002 | AVIS RENT-A-CAR     CHANTILLY<br>R/A# 700105114 AVIS RENT-A-CAR | VA | 205.15 | |
| 501097-1 | 003 | DFS WEST810 LA AIRPTLOS ANGELES<br>15030215  GIFTS/SUNDRIES | CA | 80.00 | |
| | | ACCOUNT TOTAL | | $355.75 | $.00 |

ck # 440

Payments or credits received after closing date above will appear on next month's statement

Please see reverse side for important information regarding certain types of charges

Mike Marcus 000656