*ASPEX EYEWEAR, INC. VS.*
*HARDY LIFE, LLC*

*DAVID CHAO*
*April 22, 2010*
*CONFIDENTIAL - ATTORNEYS' EYES ONLY*



# Ellen Grauer
## COURT REPORTING
Co. LLC

126 East 56H Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097
WWW.ELLENGRAUER.COM

*Original File 93225B.TXT*
*Min-U-Script® with Word Index*

| ASPEX EYEWEAR, INC. VS. | CONFIDENTIAL | DAVID CHAO |
| HARDY LIFE, LLC | ATTORNEYS' EYES ONLY | April 22, 2010 |

### Page 5

1  CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  being of lawful age and having been first duly
3  sworn, testified on his oath as follows:
4  EXAMINATION
5    BY MR. HANLE:
6  Q.  Mr. Chao, you testified this morning as
7    the 30(b)(6) witness for certain topics of Marchon
8    and Nike's Rule 30(b)(6) deposition notice to
9    Contour Optik; is that correct?
10 A.  Yes.
11 Q.  And do you understand that you are now
12   testifying as an individual who is an officer,
13   agent, or employee of the party to this litigation,
14   Contour Optik?
15 A.  Yes.
16 Q.  What is your title with Contour Optik?
17 A.  I'm the senior vice president.
18 Q.  Does it have any qualifier other than
19   senior vice president, your title?
20 A.  No.
21 Q.  Are you the person at Contour who was
22   primarily responsible for the prosecution of the
23   reissued patent, reissue number 37,545?
24 A.  Yes.
25 Q.  And are you the person at Contour who was

### Page 6

1  CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2    primarily responsible for the interference that
3    involved the '207 patent of Richard Chao and a
4    patent application by Iwamoto?
5  A.  Yes.
6  Q.  And are you the person at Contour who has
7    been primarily responsible for dealing with
8    litigations in which Contour Optik was a party
9    involving the '207 patent or the '545 patent?
10 A.  Yes.
11 Q.  I'm going to show you what has been
12   previously marked as Exhibit 14.  This the
13   Declaration of David Y. Chao Pursuant to 37 CFR
14   Section 1.131.
15      MR. HANLE: And you have got that,
16   Counsel.
17      MR. SCHINDLER: Yes, thank you.
18      MR. HANLE: Let's go off the record.
19      (Thereupon, a discussion was held off the
20   record, after which the following proceedings
21   were held:)
22      THE VIDEOGRAPHER: We are on the record.
23      BY MR. HANLE:
24 Q.  Mr. Chao, do you recognize this document,
25   Exhibit 14?

### Page 7

1  CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  A.  Yes.
3  Q.  And is that your signature on Page 5 of
4    the document?
5  A.  Yes.
6  Q.  What is this document?
7  A.  I think this is part of the interference
8    proceeding.
9  Q.  Do you see at the top left, I don't want
10   to mislead you, at the top left it says, "In re
11   reissue of patent 5,568,207?
12 A.  Yes.
13 Q.  Does this refresh your recollection that
14   this was submitted in the prosecution of the
15   reissued patent?
16 A.  Yes.
17 Q.  When you signed this document, did you
18   believe it was truthful and accurate?
19 A.  Yes.
20 Q.  Do you still believe it is truthful and
21   accurate?
22 A.  It has my signature on it, yes.
23 Q.  But just to make sure you were answering
24   my question, do you still believe it is truthful and
25   accurate?

### Page 8

1  CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
2  A.  Yes.
3  Q.  And take a look at Paragraph 6.
4      And it states, for the record, "Prior to
5    May 31, 1995, while I was working in Taiwan, I made
6    a first drawing entry into my day planner.  The
7    drawing entry illustrates a figure that depicts what
8    I thought my brother, Richard Chao, had invented and
9    communicated to me in Taiwan."
10     Do you see that?
11 A.  Yes.
12 Q.  And it refers to Exhibit 8, which is
13   attached to the declaration, and has the Bates
14   number MIKE MARCUS 648 on the lower right.
15     Do you see that?
16 A.  Yes.
17 Q.  And you see in the upper left, if you
18   orient the page side to side in I guess you would
19   call it the landscape manner, do you see on the
20   upper left there is a sketch.
21     Do you see that sketch?
22 A.  Yes, I do.
23 Q.  And did you draw that sketch?
24 A.  Yes.
25 Q.  And did that sketch illustrate a figure