# ASPEX EYEWEAR, INC. VS. HARDY LIFE, LLC

## RICHARD CHAO
### April 21, 2010
### CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Ellen Grauer COURT REPORTING Co. LLC** *worldwide!*

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
WWW.ELLENGRAUER.COM

*Original File 93224.TXT*
*Min-U-Script® with Word Index*

```
 1        CHAO - CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2   primarily responsible for dealing with the attorneys
 3   in connection with this patent on behalf of Contour
 4   Optik?
 5        A.    Yes.
 6        Q.    Do you recall that your testimony was
 7   taken in an interference proceeding in February 1999
 8   in Virginia?
 9        A.    Yes.
10        Q.    Do you recall that you testified in that
11   proceeding that you had your idea for the invention
12   of the '545 patent in September or October 1994?
13        A.    Yes.
14        Q.    And is that true?
15        A.    Yes.
16        Q.    Do you recall that you testified also in
17   February of 1999 that you first reviewed the
18   original application for the '545 patent in
19   October 1995?
20        A.    I don't recall.
21        Q.    You will see on the '545 patent in front
22   of you that the filing date for the '207 patent,
23   where we were looking before, is November 7th, 1995.
24              Do you see that?
25        A.    Yes.
```