Sheet __1__ of __1__

| Form PTO-1449 (Substitute) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Attorney Docket Number CONT1013SRM/PPT | Serial/Patent Number Unknown |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) | Applicant/Patent Owner David Yinkai Chao | |
| | | Filing/Issue Date Herewith | Group Art Unit Unknown |

### U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|---|
| HM | | 4,070,103 | 1/24/78 | Meeker | 351 | 52 | |
| HM | | 5,642,177 | 6/24/97 | ~~Sunreeve~~ Nishioka | 351 | 47 | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Country | Class | Subclass | Translation Yes \| No |
|---|---|---|---|---|---|---|---|
| HM | | G 85 07 761.5 | June, 1985 | Germany | | | X |
| HM | | G 88 06 898.6 | October, 1988 | Germany | | | X |
| HM | | 2-109325 | August, 1990 | Japan | | | X |
| HM | | 7-128620 | May, 1995 | Japan | | | X |
| HM | | 76,209,045 | September, 1976 | China | | | X |
| HM | | WO 90/09611 | August, 1990 | PCT | | | X |
| HM | | 1,061,253 | April, 1954 | ~~Europe~~ France | | | X |

### OTHER DOCUMENTS (Include Author, Title, Date, Pertinent pages, etc.)

| HM | | Documents describing Twincome in a Patent Opposition Proceeding in Germany initiated by Pentax, on or around April 30, 1997. |
|---|---|---|

Examiner: Mai    Date Considered: 6/30/99

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*1 = Copy not submitted because it was submitted in prior application SN __/_____, filed _____, 19___.
*2 = Copy not submitted because it was submitted in prior application SN __/_____, filed _____, 19___.

- 4 -

Attorney Docket No.: CONT1013SRM/PPT
/ppt/cont/1013.003

104.001:120197
10/21/98-14:58