| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Notice of Intent to Issue Ex Parte Reexamination Certificate** | 90/008,864 | RE37545 ET AL. |
| | Examiner | Art Unit |
| | Glenn K. Dawson | 3993 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: <u>23 June 2008</u>.
   (b) ☐ Patent owner's late response filed: _____.
   (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
   (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (e) ☐ Other: _____.

   Status of *Ex Parte* Reexamination:
   (f) Change in the Specification:  ☐ Yes ☒ No
   (g) Change in the Drawing(s):  ☐ Yes ☒ No
   (h) Status of the Claim(s):
      (1) Patent claim(s) confirmed: <u>1-9,12,13,16-20,24 and 31-33</u>.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): <u>23 and 34</u>
      (3) Patent claim(s) cancelled: _____.
      (4) Newly presented claim(s) patentable: <u>35</u>.
      (5) Newly presented cancelled claims: _____.

2. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☒ Note attached LIST OF REFERENCES CITED (PTO/SB/08).

5. ☐ The drawing correction request filed on _____ is: ☐ approved  ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All   b)☐ Some*   c)☐ None      of the certified copies have
      ☐ been received.
      ☐ not been received.
      ☐ been filed in Application No. _____.
      ☐ been filed in reexamination Control No. _____.
      ☐ been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

7. ☐ Note attached Examiner's Amendment.

8. ☐ Note attached Interview Summary (PTO-474).

9. ☒ Other: <u>Claims 10,11,14,15,21,22 and 25-30 were not subject to reexamination.</u>

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-469 (Rev.08-06)          Notice of Intent to Issue Ex Parte Reexamination Certificate          Part of Paper No 20081124

REV 02204

Application/Control Number: 90/008,864    Page 2
Art Unit: 3993

*Reexamination*

## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

With respect to independent claim 1, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame with rear and side portions with projections and 1st magnetic members secured therein and an auxiliary frame having side portions having an arm for extending over and engaging the upper side portion of the primary frame and the arms having 2nd magnetic members secured thereto for engaging the 1st magnetic members, wherein the arms are engaged with and supported on the upper side portions of the primary frame.

With respect to claim 4, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame with lenses defining a vertical plane, the primary frame having two side portion extensions with 1st magnets attached thereto which have horizontal surfaces and an auxiliary frame having two side portions each with a 2nd magnet for engaging the horizontal surfaces of the 1st magnets.

Application/Control Number: 90/008,864                                                Page 3
Art Unit: 3993

With respect to claim 6, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side portion extensions with 1st magnets attached thereto which have horizontal surfaces and an auxiliary frame having two side portions each with a 2nd magnet having horizontal surfaces for engaging the horizontal surfaces of the 1st magnets.

With respect to claim 12, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions with a rear side and 1st magnetic members secured to the rear side of the extensions, and an auxiliary frame having two side portions having arms for extending toward and beyond the rear side of the primary frame extensions, each arm having a 2nd magnetic member.

With respect to claim 16, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions with rear sides having 1st magnetic members secured to the rear sides, An auxiliary frame including two side portions with arms for extending beyond the rear side of the extensions, the arms having 2nd corresponding magnetic members.

With respect to claim 17, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions extending laterally away from each other and rearward of the frame; each extension

Application/Control Number: 90/008,864  Page 4
Art Unit: 3993

having a top and rear side with 1st magnetic members secured to the rear sides; an auxiliary frame having two side portions with arms extending from said front side over the top side of the extensions; the arms having 2nd corresponding magnetic members.

With respect to claim 18, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions extending rearward and having a top side and rear side with 1st magnetic members secured thereto; an auxiliary frame having two arms for extending over the top sides of the extensions; the arms having 2nd magnetic members and downwardly extended end portions for hooking said auxiliary frame to the primary frame.

With respect to claim 19, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions with top sides and rear sides, projections being attached to the rear sides and the projections securing a magnetic member; an auxiliary frame having two arms for extending over and engaging a top side of the extensions, the arms having downwardly extending end portions and magnetic members.

With respect to claim 20, the prior art fails to disclose or fairly suggest an eyeglass device having a primary frame having two side extensions with top

Application/Control Number: 90/008,864                                                                Page 5
Art Unit: 3993

sides and rear sides and 1st magnetic members secured to the rear sides; an auxiliary frame having two arms for extending over and engaging a top side of the extensions, the arms having downwardly extended 2nd magnetic members for hooking the auxiliary frame to the primary frame.

With respect to claim 23, the prior art fails to disclose or fairly suggest an eyeglass device having an auxiliary frame having front, rear and side portions, each side portion having an arm extended therefrom and having a rearward directed free end securing magnetic members therein, each magnetic member having a horizontal surface, the arms and magnetic members adapted to extend across respective side portions of a primary spectacle frame so that the magnetic members can vertically engage corresponding magnetic members on the primary frame.

With respect to claim 24, the prior art fails to disclose or fairly suggest an eyeglass device having an auxiliary frame having front, rear and side portions, each side portion having an arm extending therefrom, each arm having a rearward directed end securing a magnetic member at the ends of the arms, the arms including a downwardly extended end portion for hooking onto a primary spectacle, the arms and magnetic members adapted to extend across side portions of the primary frame.

Application/Control Number: 90/008,864                                          Page 6
Art Unit: 3993

With respect to claim 31, the prior art fails to disclose or fairly suggest an eyeglass device having a primary spectacle frame having two side extensions extending rearward and having top and rear sides and 1st magnetic members secured thereto; an auxiliary frame having two arms for extending over the top sides of the extensions and containing 2nd magnetic members, the arms also having downwardly extended ends for hooking the auxiliary frame to the primary frame, the arms and 2nd magnetic members supporting the auxiliary frame on the primary frame.

With respect to claim 32, the prior art fails to disclose or fairly suggest an eyeglass device having a primary spectacle frame having two side extensions having front and rear sides and 1st magnetic members secured to the rear sides; an auxiliary frame having two side portions each with an arm traversing an extension from said front side to the rear side, each arm containing a 2nd magnetic member.

With respect to claim 33, the prior art fails to disclose or fairly suggest an eyeglass device having a primary spectacle frame having two side extensions having front and rear sides and 1st magnetic members secured to the rear sides; an auxiliary frame having two side portions each with an arm extending

Application/Control Number: 90/008,864                                                      Page 7
Art Unit: 3993

across an extension from said front side to the rear side, each arm containing a 2nd magnetic member.

With respect to claim 34, the prior art fails to disclose or fairly suggest an eyeglass device having a primary spectacle frame having two side extensions having front sides and rear sides with 1st magnetic members at the rear sides; an auxiliary frame having two side portions each having an arm and containing a 2nd magnetic member, the arms extending across the extensions from the front side to the rear side so that the 1st and 2nd magnetic members engage each other whereby the auxiliary frame is supported by the primary frame.

Dependent claims 2, 3 ,5, 7-9, 13 and 35 are also patentable at least because of their dependence from one of the above patentable independent claims.


The previous art rejections in the last office action have been withdrawn. As pointed out by the patentee, the Martin reference is not prior art to RE37,545, as the patentee swore behind another reference by affidavit during the prosecution of the -'545 patent which established the effective filing date of the claimed subject matter as being prior to May 31, 1995, which predates the Martin filing date by over 2 months. Additionally, even if the Martin

Application/Control Number: 90/008,864  Page 8
Art Unit: 3993

reference were prior art, the examiner agrees with the patentee that Martin would not be combinable with Nishioka or Sadler because there would not be any motivation for placing magnets on Martin's frames because the clipping attachment of Martin's auxiliary frame to the primary frame is sufficient to establish the attachment and the magnets would interfere with the easy detachment of the auxiliary frame from the primary frame. The examiner agrees with the reasons set forth by the patentee on pages 14-20 of the response dated 06-23-2008.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

Application/Control Number: 90/008,864  Page 9
Art Unit: 3993

### Conclusion

Claims 1-9,12,13,16-20,23,24 and 31-35 are confirmed and/or patentable.

Claims 10,11,14,15,21,22 and 25-30 were not reexamined and are also patentable.

All correspondence relating to this ex-parte reexamination proceeding should be directed:

By EFS: Registered users may submit via the electronic filing system (EFS-Web, at https://sportal.uspto.gov/authenticate/authenticateuserlocalepf.html.
By mail to: Mail Stop *Ex Parte* Reexam
  Central Reexamination Unit
  Commissioner for Patents
  United States Patent & Trademark Office
  P.O. Box 1450
  Alexandria, VA 22313-1450
By Fax to: (571) 273-9900

REV 02212

Application/Control Number: 90/008,864       Page 10
Art Unit: 3993

|         | Central Reexamination Unit |
| ------- | -------------------------- |
| By hand: | Customer Service Window |
|         | Randolph Building |
|         | 401 Dulaney Street |
|         | Alexandria, VA 22314 |

For EFS-Web transmissions 37 CFR 1.8(a)(1)(i) (C) and (ii) states that the correspondence (except for a request for reexamination and a corrected or replacement request for reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

Any inquiry concerning this communication should be directed to Glenn K. Dawson at telephone number (571) 272-4694.

/Glenn K Dawson/

Primary Examiner, Art Unit 3993

Conferee: /Michael W. Phillips/

RQAS

Conferee:/A.J.L./