| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 09/182,862 | CHAO, RICHARD |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Huy K. Mai | 2873 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- - | | | |
| | B | US- - | | | |
| | C | US- - | | | |
| | D | US- - | | | |
| | E | US- - | | | |
| | F | US- - | | | |
| | G | US- - | | | |
| | H | US- - | | | |
| | I | US- - | | | |
| | J | US- - | | | |
| | K | US- - | | | |
| | L | US- - | | | |
| | M | US- - | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| * | N | -3011174- | 05-1995 | JP | Boston Club | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)         **Notice of References Cited**         Part of Paper No. 38