

FOCUS - 33 of 37 DOCUMENTS

Copyright 1997 The Oregonian
All Rights Reserved
The Oregonian (Portland, Oregon)

July 18, 1997 Friday
SUNRISE Edition

**SECTION:** BUSINESS; Pg. D01

**LENGTH:** 774 words

**HEADLINE:** OAKLEY SUES NIKE OVER SUNGLASSES

**BYLINE:** LISA LEVENSON of the Oregonian

**BODY:**

Friday, July 18, 1997 OAKLEY SUES NIKE OVER SUNGLASSES

Summary: The industry leader says Nike's new line of performance eyewear for trail running infringes on its lens-design patent -

Nike Inc.'s foray into the lucrative performance-eyewear market has rival Oakley Inc. seeing red.

Oakley sued the Beaverton-based athletic shoe giant Wednesday, charging that products in Nike's 11-month-old line of sport sunglasses infringe on newly patented Oakley optical technology.

Oakley, which is based in Foothill Ranch, Calif., received a patent for its XYZ Optics on Tuesday. XYZ is a lens design that offers increased peripheral vision, minimal distortion and maximum sun and wind protection in wraparound, nonprescription sunglasses, the company said.

``We're seeking damages for the infringement, and then an injunction to stop them from selling the infringing product,'' said Link Newcomb, Oakley chief operating officer.

Nike doesn't comment on active legal matters involving the company. The timing of this week's events complicated matters further.

``The patent was granted on Tuesday, the suit was filed on Wednesday, so we've just all gotten this information, and for now it's premature to comment on the issue,'' said Vizhier Corpuz, a spokeswoman for Nike's equipment division in Beaverton. ``We're evaluating the claims.''

But Oakley, the leader in performance eyewear, has never lost a lawsuit in which it alleged patent infringement. It has won or settled cases against Smith, Gap Inc. and Foster Grant. In March, a Bausch & Lomb unit agreed to pay

OAKLEY SUES NIKE OVER SUNGLASSES The Oregonian (Portland, Oregon) July 18, 1997 Friday

Oakley $750,000 to settle a **patent** infringement **lawsuit** over a sunglass design.

The suit filed Wednesday in U.S. District Court in California is the first brought under the **XYZ** patent, which could be the company's most valuable, Newcomb said.

``We're protective of our inventions, and I don't think this situation is any different,'' he said.

Nike released its V-series of performance sunglasses for road running last fall, Corpuz said. The lenses of the aerodynamically styled glasses are mounted off the frame, to minimize fogging, she added. Their optics offer better depth perception.

``Their original style did not infringe,'' Newcomb said of **Nike**. But **Nike's** RV-series of glasses for trail running, which came out this spring, prompted **Oakley's** suit because of their ``altered lens geometry,'' he said. The changes would not be visible to the naked eye.

**Oakley** Chairman Jim Jannard and **Nike** Chairman Phil Knight are friends. Knight often was seen wearing **Oakley** wraparound shades, but Jannard didn't have kind words for him Thursday.

``Our competitors often feel a need to use our inventions,'' Jannard said. ``While this is flattering, it is still not acceptable.''

Oakley's technology and innovations are protected by more than 300 patents worldwide, the company said. The **XYZ** technology is used in five Oakley models: Jackets, Wires, X Metal Romeo, Frogskins and Fives.

The **Oakley** sunglasses sell for between $55 and $250, depending on the model, Newcomb said. The **Nike** sunglasses are priced between $85 and $200, depending on size and features, Corpuz said. Though she said the glasses are selling ``quite well,'' a salesman in the special-orders department at NikeTown in downtown Portland characterized sales as ``moderate.''

And Amy Bloemendaal, manager of Rigorno Sunglass, a Sunglass Hut store in Pioneer Place, said her associates have sold only a few pairs of the **Nike** glasses since their arrival a couple of weeks ago. By comparison, **Oakley** sunglasses constitute between 19 and 25 percent of the store's weekly sales, she said.

``Anything that enters the market, it usually takes a little while for people to get used to having,'' Bloemendaal said.

Ironically, many of **Nike's** most recognized and highest-paid endorsers, including Chicago Bulls guard Michael Jordan and beach volleyball player Gabrielle Reece, also have contracts with **Oakley**. Jordan also sits on **Oakley's** board of directors.

**Nike** stock rose $1.1875 Thursday, to close at $61.9375 a share. Also Thursday, **Oakley** released second-quarter earnings of $8.8 million, or 13 cents a share, compared with $15.7 million or 22 cents a share for the same period a year ago. Company officials attributed the drop to significantly lower sales to Sunglass Hut, the company's largest customer.

Total Oakley sales dropped to $55.2 million from $62.8 million in the same quarter a year ago.

Oakley shares fell $1.0625 in heavy trading, closing at $12.50 on Thursday.

ILLUSTRATION: Photo - by Cameron Craig for The Oregonian<

The following fields overflowed: BYLINETITLE = LISA LEVENSON of the Oregonian Staff

**LOAD-DATE:** April 6, 2006