UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## SUPPLEMENTAL DECLARATION OF THIERRY IFERGAN

I, Thierry Ifergan, depose and state under oath as follows:

1. I am the Executive Vice President of Aspex Eyewear, Inc. ("Aspex"). Among my other responsibilities, since at least as early as the mid-1990's, I have been responsible for the day-to-day operations of Aspex. I make this declaration in support of Plaintiffs' opposition to Defendant Nike, Inc.'s summary judgment motion. I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

2. In March 2007, I attended the International Vision Expo East ("Vision Expo") at the Jacob Javits Convention Center in New York. During the Vision Expo, I met with Al Berg, CEO of Marchon Eyewear, Inc. ("Marchon"), in Marchon's exhibition booth. At that meeting, Mr. Berg stated, among other things, that Marchon and its lawyers were tracking Aspex's patents very closely. It was clear from the context of my conversation with Mr. Berg, including Mr.

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

Berg's reference to Aspex's lawsuit against Revolution Eyewear, Inc., that he was referring to the '545 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2010 in Pembroke Park, Florida.

_____
THIERRY IFERGAN