UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,

    Defendants.
_____/

**APPENDIX IN SUPPORT OF
DEFENDANT MARCHON EYEWEAR, INC.'S RESPONSE MEMORANDUM IN
OPPOSITION TO PLAINTIFFS ASPEX EYEWEAR, INC.'S AND CONTOUR
OPTIK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**INDEX**

| APP. EX. NO. | DESCRIPTION |
| --- | --- |
| 1 | Expert Report of Joel Sodano |

Dated:  June 14, 2010
        Miami, Florida

Respectfully submitted,

**s./ Martin J. Keane**

_____
W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
Martin J. Keane
Florida Bar No.: 524239
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310

-- and --

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
pfleming@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500

*Attorneys for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

CASE NO.: 09-61515-CIV-COOKE-BANDSTRA

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               **s./ Martin J. Keane**
               Attorney

| | |
|---|---|
| **Jacqueline Becerra, Esq.**<br>becerraj@gtlaw.com<br>**Ericka Yolanda Turk, Esq.**<br>turkmooree@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 579-0534<br>Facsimile: (305) 579-0717 | **Michael Nicodema, Esq.**<br>nicodemam@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166-1400<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400 |

*Attorneys for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc.*

| | |
|---|---|
| **Janet T. Munn, Esq.**<br>jmunn@rascoklock.com<br>RASCO KLOCK REININGER PEREZ<br>ESQUENAZI VIGIL & NIETO, P.L.<br>283 Catalonia Avenue<br>Suite 200<br>Coral Gables, FL 33134<br>Telephone: (305) 476-7121<br>Facsimile: (305) 476-7102 | **Steven M. Hanle, Esq.**<br>shanle@sheppardmullin.com<br>**Jennifer A. Trusso, Esq.**<br>jtrusso@sheppardmullin.com<br>**Aaron M. Fennimore, Esq.**<br>afennimore@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>650 Town Center Drive – Fourth Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 513-5100<br>Facsimile: (714) 513-5130 |

*Attorneys for Defendants Revolution Eyewear, Inc., Hardy Way, LLC, and Gary Martin Zelman*

10289 – 001 / 312