UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME SUPPLEMENTAL DECLARATION OF LEE ZARO IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT MARCHON EYEWEAR, INC.'S MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF MATERIAL FACTS**

    Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby submit this Motion for Leave to File Out of Time the Supplemental Declaration of Lee Zaro in support of Plaintiffs' Oppositions to Defendant Marchon Eyewear, Inc's Motion for Summary Judgment and Concise Statement of Material Facts, and state as follows.

    1.    Plaintiffs' memorandum of law in opposition to Marchon Eyewear, Inc.'s ("Marchon") motion for summary judgment and opposition to Marchon's Concise Statement of Material Facts ("Plaintiffs' Oppositions"), both of which were filed under seal, were timely filed and served on June 14, 2010.

    2.    Marchon's reply in support of its motion for summary judgment is due on or before July 2, 2010.

3. Today, Plaintiffs' counsel realized that the supplemental declaration of Lee Zaro ("Zaro Supplemental Declaration"), Plaintiffs' expert, was not filed or served on counsel for Marchon.

4. It is evident that Plaintiffs intended to file Zaro's Supplemental Declaration because it is referenced throughout Plaintiffs' Oppositions.

5. Plaintiffs hereby request that the Court grant them leave to file Zaro's Supplemental Declaration. Good cause exists for this relief and the relief requested herein will not result in any prejudice to this Court, to Marchon (as its reply brief is due in two weeks -- July 2nd), or any other party to this litigation.

6. Undersigned counsel attempted to confer with counsel for Marchon, but they had not responded at the time of the filing of this motion.

WHEREFORE, Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. respectfully request that the Court enter an order granting their Motion for Leave to File Out of Time the Supplemental Declaration of Lee Zaro.

Dated: June 22, 2010                    Respectfully submitted,

By:  s/Jacqueline Becerra
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

and

>Michael A. Nicodema, Admitted *Pro Hac Vice*
>NicodemaM@gtlaw.com
>Barry J. Schindler, Admitted *Pro Hac Vice*
>SchindlerB@gtlaw.com
>Todd L. Schleifstein, Admitted *Pro Hac Vice*
>SchleifsteinT@gtlaw.com
>GREENBERG TRAURIG, LLP
>200 Park Avenue
>Florham Park, New Jersey 07932
>Telephone:  (973) 360-7900
>Facsimile:  (973) 301-8410
>
>*Attorneys for Plaintiffs Aspex Eyewear, Inc.*
>*and Contour Optik, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 22nd day of June, 2010, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>s/Jacqueline Becerra
>Ericka Turk-Moore

**SERVICE LIST**

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants
Marchon Eyewear, Inc. and Nike, Inc.*