# EXHIBIT "A"

David Chao - Volume II                                    May 3, 2010

Page 132

09:42:08

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

      Plaintiffs,

vs.                 CIVIL ACTION
                  NO. 09-61515-CV-COOKE

HARDY LIFE, LLC, et al.,

      Defendants.
                         /


DEPOSITION OF DAVID CHAO

VOLUME II

PAGES 132 - 267


DATE:       May 3, 2010

TIME:       10:10 a.m.

LOCATION:   Greenberg Traurig
            1900 University Avenue, 5th Floor
            East Palo Alto, California

REPORTED BY: SHELLEY M. SAILOR, CSR No. 10254

David Chao - Volume II                                May 3, 2010

Page 217

| Time | # | |
|---|---|---|
| 13:32:12 | 1 | Q.  I didn't ask you that.  I didn't ask you |
| 13:32:15 | 2 | that.  That's what you wanted to volunteer in your |
| 13:32:17 | 3 | answer.  So with all due respect, Mr. Chao, just |
| 13:32:20 | 4 | answer the question -- |
| 13:32:20 | 5 | A.  I want to answer the question fairly. |
| 13:32:22 | 6 | Q.  Here's the question:  Answer this question: |
| 13:32:27 | 7 | Were those auxiliary clip-ons, Exhibit 83, made to |
| 13:32:32 | 8 | be mounted to the bottom of the primary frames, |
| 13:32:36 | 9 | Exhibit 84? |
| 13:32:37 | 10 | MR. JOYAL:  Objection to the form of the |
| 13:32:38 | 11 | question. |
| 13:32:38 | 12 | BY MR. HANLE: |
| 13:32:39 | 13 | Q.  Yes or no. |
| 13:32:40 | 14 | MR. JOYAL:  Objection, asked and answered |
| 13:32:41 | 15 | five times. |
| 13:32:44 | 16 | THE WITNESS:  I thought I answered the |
| 13:32:46 | 17 | question. |
| 13:32:47 | 18 | BY MR. HANLE: |
| 13:32:47 | 19 | Q.  Answer it again. |
| 13:32:49 | 20 | MR. JOYAL:  Objection. |
| 13:32:50 | 21 | BY MR. HANLE: |
| 13:32:51 | 22 | Q.  Yes or no, were the auxiliary clip-ons, |
| 13:32:55 | 23 | Exhibit 83, made to be mounted to the bottom of the |
| 13:32:58 | 24 | primary frames 84? |
| 13:32:59 | 25 | MR. JOYAL:  Objection again, asked and |

fb7d1789-4daa-4c64-9eb0-1ed37b492b35

David Chao - Volume II                                           May 3, 2010

```
                                                                Page 218
13:33:05    1    answered.
13:33:05    2              Counsel, you may not like the answer, but
13:33:07    3    he's answered the question.
13:33:07    4    BY MR. HANLE:
13:33:23    5         Q.   What just happened when you attempted to
13:33:25    6    put those on top and shook it?  What happened?
13:33:27    7         A.   It fell off.
13:33:29    8         Q.   Now they are mounted on the bottom,
13:33:33    9    correct?
13:33:33   10         A.   Correct.
13:33:34   11         Q.   Put it back.  Shake it as you just did.
13:33:34   12         A.   (Witness complies.)
13:33:38   13         Q.   They didn't fall off, did they?
13:33:41   14         A.   No.
13:33:41   15         Q.   So would you agree that the auxiliary
13:33:44   16    clip-ons, Exhibit 83, were made to be mounted to the
13:33:47   17    bottom of the primary frames, Exhibit 84?
13:33:50   18              MR. JOYAL:  Objection to the form of the
13:33:51   19    question, calls for expert testimony.  The physical
13:33:55   20    exhibits speak for themselves.  And asked and
13:34:12   21    answered.
13:34:12   22    BY MR. HANLE:
13:34:12   23         Q.   Do you have the question in mind?
13:34:14   24         A.   I'm thinking.  It's also capable of doing
13:34:23   25    this --
```

David Chao - Volume II                                           May 3, 2010

```
                                                              Page 219
13:34:23    1        Q.  Yes or no, okay?
13:34:26    2        A.  I don't know the intent -- well --
13:34:28    3        Q.  You do know the intent.  You do know the
13:34:31    4   intent.  Okay?  Were the auxiliary clip-ons,
13:34:36    5   Exhibit 83, made to be mounted to the bottom or to
13:34:39    6   the top of the primary frames, Exhibit 84?
13:34:43    7        A.  I think the intent is to mount it at the
13:34:46    8   bottom because as I said --
13:34:46    9        Q.  You've answered my question.
13:34:48   10        A.  -- it's mounted elsewhere.  And that's a
13:34:54   11   fact.
13:34:57   12        Q.  Okay.  So turning to the next page of
13:35:02   13   Exhibit 71, there's another photograph there, and
13:35:13   14   somehow it appears that the auxiliary frames have
13:35:24   15   somehow been moved to the top of the primary frames.
13:35:27   16   Why is that?
13:35:29   17            MR. JOYAL:  Objection.  Document speaks for
13:35:31   18   itself.  Objection, calls for expert testimony.
13:35:35   19   Objection, lack of foundation.
13:35:36   20            THE WITNESS:  I don't know.
13:35:41   21   BY MR. HANLE:
13:35:42   22        Q.  So would you agree that as shown in this
13:35:45   23   picture that the auxiliary frames are put somewhere
13:35:50   24   different than was intended by Revolution?
13:35:54   25            MR. JOYAL:  Objection.  Ambiguous as to the
```