UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME (1) REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) RESPONSE TO MARCHON EYEWEAR, INC.'S RULE 7.5 COUNTER STATEMENT OF MATERIAL FACTS, AND (3) RESPONSE TO REVOLUTION EYEWEAR, INC.'S RULE 7.5 COUNTER STATEMENT OF MATERIAL FACTS**

    Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby submit this Motion for Leave to File Out of Time (1) Reply Brief In Support Of Their Motion For Partial Summary Judgment ("Reply Brief"), (2) Response To Marchon Eyewear, Inc.'s Rule 7.5 Counter Statement Of Material Facts, and (3) Response To Revolution Eyewear, Inc.'s Rule 7.5 Counter Statement Of Material Facts (collectively, "Responses to Counter Statements of Material Facts"), and state as follows.

    1.    Plaintiffs' Motion for Partial Summary Judgment and Rule 7.5 Statement of Material Facts were timely filed and served on May 20, 2010.

    2.    On June 14, 2010, Plaintiffs timely filed and served their Oppositions to Defendants', Marchon Eyewear, Inc. ("Marchon"), Nike, Inc. ("Nike"), Revolution Eyewear,

Inc. ("Revolution") and Gary Martin Zelman ("Zelman") (collectively, "Defendants"), Motions for Summary Judgment and Rule 7.5 Statements of Material Facts. Likewise, Defendants filed and served their Oppositions to Plaintiffs' Motion Partial for Summary Judgment and Rule 7.5 Statement of Material Facts on June 14, 2010.

3. Plaintiffs' Reply Brief and Responses to Marchon and Revolution's Counter Statements of Material Facts were due on or before July 1, 2010.

4. Due to an error in the calculation of time, Plaintiffs inadvertently missed the filing deadline.

5. Plaintiffs hereby request that the Court grant them leave to file their Reply Brief and Responses to Counter Statements of Material Facts. Good cause exists for this relief and the relief requested herein will not result in any prejudice to this Court or any other party to this litigation.

WHEREFORE, Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. respectfully request that the Court enter an order granting their Motion for Leave to File Out of Time (1) Reply Brief In Support Of Their Motion For Partial Summary Judgment, (2) Response To Marchon Eyewear, Inc.'s Rule 7.5 Counter Statement Of Material Facts, and (3) Response To Revolution Eyewear, Inc.'s Rule 7.5 Counter Statement Of Material Facts.

Dated: July 2, 2010

Respectfully submitted,

By: s/Jacqueline Becerra
Jacqueline Becerra
BecerraJ@gtlaw.com
Ericka Turk-Moore
TurkMooreE@gtlaw.com
GREENBERG TAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

and

Michael A. Nicodema, Admitted *Pro Hac Vice*
NicodemaM@gtlaw.com
Barry J. Schindler, Admitted *Pro Hac Vice*
SchindlerB@gtlaw.com
Todd L. Schleifstein, Admitted *Pro Hac Vice*
SchleifsteinT@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Attorneys for Plaintiffs Aspex Eyewear, Inc.
and Contour Optik, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on this 2nd day of July, 2010, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            s/Jacqueline Becerra_____
            Jacqueline Becerra

**SERVICE LIST**

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants*
*Marchon Eyewear, Inc. and Nike, Inc.*