**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

       Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

       Defendants.

_____/

**DEFENDANT MARCHON EYEWEAR, INC.'S**
**OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE THE SUPPLEMENTAL DECLARATION OF LEE ZARO**

Defendant Marchon Eyewear, Inc. ("Marchon") hereby submits this Opposition to Plaintiffs' Motion for Leave to File Out of Time the Supplemental Declaration of Lee Zaro [DE 141] and states as follows:

1.     Plaintiffs served the Expert Report of Lee Zaro on Marchon on May 7, 2010, pursuant to an agreement between the parties.

2.     Plaintiffs served a first Declaration of Lee Zaro on Marchon on May 20, 2010.

3.     Defendants took the expert deposition of Mr. Zaro on June 3, 2010.

4.     Plaintiffs' Memorandum of Law in Opposition to Marchon's Motion for Summary Judgment was filed on June 14, 2010.

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

5.      Toward the close of business on Friday, June 18, 2010, counsel for Plaintiffs notified counsel for Marchon by electronic mail that counsel for Plaintiffs had failed to file and serve a Supplemental Declaration of Lee Zaro with Plaintiffs' Memorandum of Law in Opposition to Marchon's Motion for Summary Judgment, filed on June 14, 2010.

6.      Plaintiffs' pending motion to file out of time the Supplemental Declaration of Lee Zaro, DE 141, dated June 22, 2010, represents to the Court that "Today, Plaintiffs' counsel realized that the supplemental declaration of Lee Zaro ("Zaro Supplemental Declaration"), Plaintiffs' expert, was not filed or served on counsel for Marchon." Plaintiffs' statement is incorrect. Contrary to Plaintiffs' assertion, Plaintiffs' counsel realized the mistake at least as early as June 18th, not June 22nd.

7.      The Supplemental Declaration of Lee Zaro, which was filed out of time, contains new and additional opinions that were not included in the Expert Report of Lee Zaro served on May 7, 2010, or even the Declaration of Lee Zaro served on Marchon on May 20, 2010. For example:

   a. Paragraph 4 introduces the opinion that "the arms of Sadanaga extend outward to the side rather than across the side portions of the primary spectacle frame";

   b. Paragraph 6 introduces three separate numbered lists that now each recite four elements allegedly not found in the Martin, Nishioka, and Boston Club prior art patent references; and

   c. Paragraph 9 introduces opinion on the level of ordinary skill in the art at the time of invention of the '545 Patent.

8.      The new and additional opinions set forth in the Supplemental Declaration of Lee Zaro are untimely, improper, and prejudice Marchon's rights as they are after the June 3, 2010

2

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

deposition.  As part of a meet and confer, Marchon requested to depose Mr. Zaro on these new opinions.   In an e-mail dated June 21, 2010, Plaintiffs' counsel refused to allow further examination of Mr. Zaro on these new opinions.

9. Plaintiffs now seek to introduce an untimely declaration that introduces new opinions almost six weeks past the original deadline for filing expert reports, all to the prejudice of Marchon and Nike.

10. Despite Plaintiffs' late filing of several days and introduction of new expert opinion almost six weeks past the original deadline for filing expert reports, Plaintiffs refused to make Mr. Zaro available for a follow-up deposition based on his new opinions.

11. Marchon has been and will continue to be prejudiced should Plaintiffs be allowed to enter and rely upon the out-of-time and beyond-the-allowable-scope opinions set forth in the Supplemental Declaration of Lee Zaro.

12. Simply stated, the Supplemental Declaration of Lee Zaro should be stricken. Alternatively, the Court should order that Mr. Zaro's deposition be reopened on these new issues and opinions.

WHEREFORE, Defendant Marchon Eyewear, Inc. respectfully requests that this Court DENY Plaintiffs' Motion for Leave to File Out of Time the Supplemental Declaration of Lee Zaro [DE 141] and grant further relief as this Court deems just and proper.  The Court should strike the Supplemental Declaration of Lee Zaro, or in the alternative, order further deposition examination of Mr. Zaro.

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

Dated:  July 6, 2010
        Miami, Florida

Respectfully submitted,


s/ W. Barry Blum
W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
Martin J. Keane
Florida Bar No.: 524239
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street
Miami, Florida  33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310

and

s/ Edgar H. Haug
Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
pfleming@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500

*Attorneys for Defendants Marchon Eyewear, Inc. and Nike, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ W. Barry Blum
Attorney

**Jacqueline Becerra, Esq.**
becerraj@gtlaw.com
**Ericka Yolanda Turk, Esq.**
turkmooree@gtlaw.com
GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 579-0534
Facsimile:  (305) 579-0717

**Michael Nicodema, Esq.**
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166-1400
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400

*Attorneys for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc.*

**Janet T. Munn, Esq.**
jmunn@rascoklock.com
RASCO KLOCK REININGER PEREZ
ESQUENAZI VIGIL & NIETO, P.L.
283 Catalonia Avenue
Suite 200
Coral Gables, FL 33134
Telephone:  (305) 476-7121
Facsimile:  (305) 476-7102

**Steven M. Hanle, Esq.**
shanle@sheppardmullin.com
**Jennifer A. Trusso, Esq.**
jtrusso@sheppardmullin.com
**Aaron M. Fennimore, Esq.**
afennimore@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
650 Town Center Drive – Fourth Floor
Costa Mesa, CA 92626
Telephone:  (714) 513-5100
Facsimile:  (714) 513-5130

*Attorneys for Defendants Revolution Eyewear, Inc., Hardy Way, LLC, and Gary Martin Zelman*

**10289 – 001 / 361**