**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

      Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

      Defendants.
_____/

**DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE (1) PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION
FOR PARTIAL SUMMARY JUDGMENT, (2) PLAINTIFFS' RESPONSE
TO MARCHON EYEWEAR, INC.'S RULE 7.5 COUNTER STATEMENT
OF MATERIAL FACTS, AND (3) PLAINTIFFS' RESPONSE TO REVOLUTION
EYEWEAR, INC.'S RULE 7.5 COUNTER STATEMENT OF MATERIAL FACTS**

      Defendants Marchon Eyewear, Inc. ("Marchon") and Revolution Eyewear, Inc.

("Revolution") hereby submit this Joint Opposition to Plaintiffs' Motion for Leave to File Out of

Time (i) Plaintiffs' Reply Brief In Support of Their Motion for Partial Summary Judgment

("Reply Brief"), (ii) Plaintiffs' Response to Marchon Eyewear, Inc.'s Rule 7.5 Counter

Statement of Material Facts, and (iii) Plaintiffs' Response to Revolution Eyewear, Inc.'s Rule 7.5

Counter Statement of Material Facts (collectively "Responses to Counter Statements of Fact")

[DE 151] and state as follows:

1.      Plaintiffs' Reply Brief was due on July 1, 2010.

2.      Plaintiffs' Responses to Counter Statements of Material Fact were likewise due on July 1, 2010.

3.      Plaintiffs filed and served their Motion for Leave, Reply Brief, and Responses to Counter Statements of Material Fact after the close of Court business on July 2, 2010.

4.      Plaintiffs did not conduct a meet and confer prior to filing its present motion.  The present motion is therefore in violation of Local Rule 7.1(a)(3).

5.      Plaintiffs also failed to give notice to Defendants that Plaintiffs' papers would not be timely filed and served.  Plaintiffs also failed to answer an e-mail from Defendants sent on the morning of July 2, 2010, inquiring as to the status of Plaintiffs' papers.

6.      Defendants believe that Plaintiffs likewise failed to give notice to the Court that Plaintiffs' papers would not be timely filed and served.

7.      Plaintiffs' Motion for Leave only states that the July 1, 2010 filing deadline was missed due to an error in the calculation of time.  No explanation was given as to how the error occurred.

8.      Plaintiffs also failed to timely file and serve another document, the Supplemental Declaration of Lee Zaro, during the course of this litigation.  Defendant Marchon has prepared a separate opposition to Plaintiffs' Motion for Leave To File Out of Time the Supplemental Declaration of Lee Zaro, which will be filed contemporaneously with this motion.

9.      Defendants have been and will continue to be prejudiced if Plaintiffs are allowed to enter the out-of-time Reply Brief and Responses to Counter Statements of Fact as Plaintiffs had an unfair opportunity to review Defendants' reply papers timely filed in support of their related motions on July 1, 2010.  Plaintiffs' Reply Brief and Responses to Counter Statements of

Fact should be stricken.

WHEREFORE, Defendants Marchon Eyewear, Inc. and Revolution Eyewear, Inc.,
respectfully request that this Court DENY Plaintiffs' Motion for Leave to File Out of Time (i)
Plaintiffs' Reply Brief In Support of Their Motion for Partial Summary Judgment, (ii) Plaintiffs'
Response to Marchon Eyewear, Inc.'s Rule 7.5 Counter Statement of Material Facts, and (iii)
Plaintiffs' Response to Revolution Eyewear, Inc.'s Rule 7.5 Counter Statement of Material Facts
[DE 151] and grant further relief as this Court deems just and proper.


Dated:  July 6, 2010                                   Respectfully submitted,
        Miami, Florida


                                                      s/ W. Barry Blum
                                                      W. Barry Blum
                                                      bblum@gjb-law.com
                                                      Florida Bar No.: 379301
                                                      Martin J. Keane
                                                      Florida Bar No.: 524239
                                                      mkeane@gjb-law.com
                                                      GENOVESE JOBLOVE & BATTISTA, P.A.
                                                      100 Southeast Second Street
                                                      Miami, Florida  33131
                                                      T: (305) 349-2300 / F:  (305) 349-2310

                                                      s/ Edgar H. Haug
                                                      Edgar H. Haug, Admitted Pro Hac Vice
                                                      ehaug@flhlaw.com
                                                      Porter F. Fleming, Admitted Pro Hac Vice
                                                      pfleming@flhlaw.com
                                                      Brian S. Goncalves, Admitted Pro Hac Vice
                                                      bgoncalves@flhlaw.com
                                                      FROMMER LAWRENCE & HAUG LLP
                                                      745 Fifth Avenue
                                                      New York, New York 10151
                                                      T: (212) 588-0800 / F:  (212) 588-0500
                                                      *Attorneys for Defendants Marchon Eyewear, Inc.
                                                      and Nike, Inc.*

--and--

s/ Steven M. Hanle
Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON
LLP
650 Town Center Drive – Fourth Floor
Costa Mesa, California  92626
T: (714) 513-5100 / F:  (714) 513-5130

Janet T. Munn
jmunn@rascoklock.com
Florida Bar No.: 501281
RASCO KLOCK REININGER PEREZ
ESQUENAZI VIGIL & NIETO, P.L.
283 Catalonia Avenue - Suite 200
Coral Gables, Florida  33134
T: (305) 476-7121 / F:  (305) 476-7102

*Attorneys for Defendants Revolution Eyewear, Inc.
and Gary Martin Zelman*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ W. Barry Blum
Attorney

**Jacqueline Becerra, Esq.**
becerraj@gtlaw.com
**Ericka Yolanda Turk, Esq.**
turkmooree@gtlaw.com
GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
Telephone:  (305) 579-0534
Facsimile:  (305) 579-0717

**Michael Nicodema, Esq.**
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166-1400
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400

*Attorneys for Plaintiffs Aspex Eyewear, Inc. and Contour Optix, Inc.*

**10289 – 001 / 360**