UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 09-61515-Civ-COOKE/BANDSTRA**

ASPEX EYEWEAR, INC., *et al.,*

    Plaintiffs,

vs.

HARDY LIFE, LLC, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal With Prejudice [ECF No. 101], filed on May 18, 2010. Having reviewed the Notice and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the above-styled case is dismissed without prejudice only as to Defendant Hardy Life, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August 2010.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All counsel of record*