**Appendix 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC.**

**v**

**HARDY LIFE, LLC, MARCHON EYEWEAR, INC.,
NIKE, INC.,REVOLUTION EYEWEAR, INC.
AND GARY MARTIN ZELMAN, an individual**

## EXHIBIT AND WITNESS LIST

CASE # 09-61515-CIV-

COOKE/BANDSTRA

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | | | | | U.S. Patent No. RE37,545 E issued February 12, 2002 |
| 2 | | | | | | Ex Parte Reexamination Certificate US RE 37,545 F1 issued March 3, 2009 |
| 3 | | NP,R, ID, H, I, UP | | | | Notice of Intent To Issue Ex Parte Reexamination Certificate C2 issued August 20, 2010 |
| 4 | | ID | | | | USPTO File Wrapper for U.S. Patent No. 5,568,207 (including reissue file wrapper) |
| 5 | | ID, LP | | | | USPTO File Wrapper for U.S. Patent No. RE 37,545 F1 |
| 6 | | NP,R, LP | | | | USPTO File Wrapper for U.S. Patent No. RE 37,545 C2 |
| 7 | | NP,R, A,ID | | | | Demonstrative Exhibit: sample of front-mounted clip-on sunglasses and primary spectacle frame |
| 8 | | NP,R, A,ID | | | | Demonstrative Exhibit: sample of conventional clip-on sunglasses and primary spectacle frame |
| 9 | | NP,A, ID | | | | Samples of Revolution auxiliary spectacle frames (including sample marked in depositions as Defendant's exhibit 100) |
| 10 | | NP,A, ID | | | | Samples of Marchon auxiliary spectacle frames (including samples marked in depositions as Defendant's exhibits 94 and 97) |
| 11 | | NP,R, A,ID,I ,UP | | | | Samples of primary spectacle frames (including samples marked in depositions as Defendant's exhibits 95, 96, 98, 99, 101, 102) |

| 12 | R,H, LP | Document "Flexon Magnetic Style Conversion" Old style name - New style name chart (MAR 7182-7185) (Berg 4) |
| 13 | R,H, LP | Email from J Stern re: "Transition of the first styles starts today" (MAR 6705-6708) (Berg 6) |
| 14 | R,H, LP | Email with attachment re: Flexon Magnetics Transition 700 Series to 800 Series-Specifics of design. (MAR 6711-6713) (Berg 8) |
| 15 | R,H, LP | CAD's of FLX707MAG (MAR 7129-7132) (Berg 9) |
| 16 | R,H, LP | Schematic document - Renderings of eyeglasses (MAR 7829 - 7132) (Berg 10) |
| 17 | R,H, LP | Email with attachments of "revised CAD's for CK clip-ons" (MAR 2250 - 2267) (Berg 11) |
| 18 | R,H, LP | Email dated 11/20/08 - Finkler to Ryno Re: "keeping the mag business alive until we release new styles next fall 2009". (Mar 2850) (Berg 12) |
| 19 | LP | Marchon-Revolution Licensing Agreement dated April 2004 (REV 3133 - 3148) (Berg 17) |
| 20 | LP | Addendum to Marchon-Revolution licensing agreement modifying original license Executed 4/24/09 (REV 3149 - 3160) (Berg 18) |
| 21 | LP | Multipage royalty report - Summary of Revolution Magnetic Sales (MAR 2780 - 2814) (Berg 19) |
| 22 | LP | Settlement Agreement between Aspex Eyewear, Contour Optik, Inc. and Marchon Eyewear, Inc. Feb. 2008  (Berg 20) |
| 23 | R, I, UP, LP | Judgment in Revolution Eyewear, Inc. v. Aspex Eyewear, Inc. (REV 00835 - 00842) (Zelman 1) |
| 24 | R, I, UP, LP | Westlaw - Opinion in Revolution Eyewear, Inc. v. Aspex Eyewear, Inc. (Zelman 2) |
| 25 | R,H,I, UP | Expert Report of Lee Zaro plus exhibits |
| 26 | R, I, UP, LP | Message from Gary Martin, President/CEO of Revolution Eyewear, 2008 (REV 00533) (Zelman 8) |
| 27 | R,H,I, UP | Expert Report of Brian Napper including exhibits |
| 28 | R,H,I, A, UP, NP | Highlighted Frames Data publication of accused Revolution auxiliary frames produced during 30(b)(6) deposition of Theirry Ifergan |
| 29 | R,H,I, NP, UP | Highlighted Frames Data publication of accused Marchon auxiliary frames produced during 30(b)(6) deposition of Theirry Ifergan |

| | | |
|---|---|---|
| 30 | R,H,A, LP | Email chain between Marchon on its supplier dated between March 31, 2009 and April 22, 2009 regarding use of a epoxy like glue (MAR 1919-23) |
| 31 | R,H,A, LP | Email chain re: magnetic clip between November 29, 2005 and December 7, 2005 (MAR 2389-2402) |
| 32 | R,H,A, LP | Email chain re: Rim block used by Arts for Mag sets between  March 1, 2006 and March 9, 2006 (MAR 2574-81) |
| 33 | R,H,A, LP | Email chain re: ck mags dated May 29, 2009 (MAR 2948-49) |
| 34 | R,A, LP | CK Magnetic Program Sheet (MAR2977-2978) |
| 35 | R,H, LP | Email from Jeff Stern re: Flexon Magnetics dated September 12, 2004 (MAR0004277) |
| 36 | R,H, LP | Email from Jessica Tortorella dated May 18, 2008 with attachment titled Flexon Magnetics by Marchon (MAR 4280-1) |
| 37 | R,H, LP | Email from Jeff Stern re: Magnetics dated July 3, 2004 (MAR 4298) |
| 38 | R,H,A, LP | Email chain re: Flexon Magnetic clips dated from July 2, 2004 to July 6, 2004 (MAR 4336-4339) |
| 39 | R, UP | Revolution Catalogs (Rev 1-747) |
| 40 | R,H,A, LP | Revolution Financial Statements 2002-2008 (Rev 3107-3130) |
| 41 | R,H,A, LP | Revolution Eyewear -- Sales and Partial Cost Report (March 3, 2009 to March 23, 2010) (Rev 3131-2) |
| 42 | R,H,A, LP | Revolution 2009 Balance Sheet (Rev 3169-70) |
| 43 | R,H,A, LP | Revolution 2009 Profit & Loss (Rev 3171-2) |
| 44 | R. LP | Patent and License Agreement dated November 2008 between Contour Optik, Inc. and Chic Optik, Inc. (Aspex 69-83) |
| 45 | R, LP | Trademark License Agreement between Nike, Inc. and Marchon Eyewear, Inc. dated June 1, 2008 (Mar 1-77) |
| 46 | R,H, LP | Email from Alison Finkler dated November 20, 2008 re: ck mag styles (MAR 2850) |
| 47 | R,H, LP | Emails from Jeff Stern dated April 22 & 27, 2009 re: Mags (MAR 5285-6) |
| 48 | R,H, A, LP | Aspex  Sales Statistics from 2003 to 2009 (2 pages) |
| 49 | R, LP | Distribution and License Agreement between Contour and Chic dated April 7, 1998 |
| 50 | R, LP | Ownership agreement between Contour and Pentax dated May 2, 2000 |
| 51 | R, LP | Assignment agreement between Pentax and Aspex dated November 24, 2002 assigning Pentax's one-half interest in the '545 patent to Aspex |

| | | |
|---|---|---|
| 52 | R, LP | Patent License and Distribution Agreement between Chic and Contour dated November 8, 2002 |
| 53 | NP,R, A, LP | License Agreement between Chic and Aspex dated January 1, 2003 |
| 54 | NP,R, A, LP | Patent License and Distribution Agreement between Chic and Contour dated June 3, 2005 |
| 55 | | U.S. Patent No. 6,343,858 |
| 56 | | U.S. Patent No. 6,550,913 |
| 57 | | U.S. Patent No. 6,705,722 |
| 58 | R,H,A ,I, UP | Declaration of David Y. Chao Pursuant to 37 CFR § 1.131 dated April 19, 2001 |
| 59 | R,H,A ,I, UP | David Chao day planner drawing (Exhibit 8 to Chao April 19, 2001 declaration) |
| 60 | R,H,A ,I, UP | David Chao day planner drawing (Exhibit 9 to Chao April 19, 2001 declaration) |
| 61 | R,H,A ,I, UP | David Chao American Express receipts (Exhibit 10 to Chao April 19, 2001 declaration) |
| 62 | R,H,A ,I, UP | David Chao American Express receipts (Exhibit 11 to Chao April 19, 2001 declaration) |
| 63 | R,H,A ,I,UP | Declaration of David Chao dated April 15, 2003, *Aspex Eyewear, Inc. v. Concepts in Optics, Inc.,* 00 CIV 7067 Moreno/Dube, S.D. Fla. |
| 64 | NP,R, H,A,I, UP | David Chao sample making form (Exhibit 3 to Chao April 15, 2003 declaration) |
| 65 | NP,R, H,A,I, UP | David Chao technical drawings of prototype (Exhibit 4 to Chao April 15, 2003 declaration) |
| 66 | NP,R, H,A,I, UP | David Chao photographs of prototype (Exhibits 5-8 to Chao April 15, 2003 declaration) |
| 67 | NP,R, H,A,I, UP | David Chao pages from passport (Exhibit 10 to Chao April 15, 2003 declaration) |
| 68 | NP,R, H,A,I, UP | David Chao American Express charges (Exhibits 9 and 11 to Chao April 15, 2003 declaration) |
| 69 | R, A, H, NP, UP | "Made in Shades,"  Los Angeles Business Journal, December 6, 1999 |
| 70 | NP,R, H,A,I, UP | "Dispense, Practitioner Prices", Frames Data publication |
| 71 | NP,R, H,A,I, UP | "French Inventors Develop Eyeglasses Rimlock for Eyeglass," US Fed News, June 21, 2008 |
| 72 | NP,R, | "Nike Teams Up with High-End Eyeglass Dealer," |

|  | | |
|---|---|---|
|  | H,A,I, UP | The Oregonian, December 23, 1999 |
| 73 | NP,R, H,A,I, UP | "U.S. Patents Awarded to Inventors in California," Targeted News Service, June 17,2008 |
| 74 | NP,R, H,A,I, UP | "USPTO Issues Trademark EasyTwist to Chic Optic for Eyeglass Cases, Eyeglass Frames, Eyeglasses," US Fed News, December 18,2009 |
| 75 | NP,R, H,A,I, UP | http://finance.yahoo.com/q/pr?s=NKE |
| 76 | NP,R, H,A,I, UP | http://investing.businessweek.com/research/stocks /private/shapshot.asp?privcapId=30887656 |
| 77 | R, NP, ID, H, A, I, UP | http://revolutioneyewear.com/ |
| 78 | NP,R, H,A,I, UP, ID | http://www.contourop.com/ |
| 79 | R, NP, H,A,I, UP, ID | http://www.marchon.com/ |
| 80 | NP,R, H,A,I, UP, ID | http://www.marshalsclothingcompany.com/cat240 _1.htm |
| 81 | NP,R, H,A,I, UP, ID | http://ive10.mapyourshow.com |
| 82 | NP,R, H,A,I, UP, ID | http://sacramento.bizjournals.com/sacramento/sto ries/2008/08/18/daily1.html |
| 83 | NP,R, H,A,I, UP, ID | http://sunglasses.lovetoknow.com/Clip- On_Sunglasses |
| 84 | NP,R, H,A,I, UP, ID | http://www.2020mag.com |
| 85 | NP,R, | http://www.faqs.org/patents/inv/800183 |

| | H,A,I, | |
|---|---|---|
| | UP,ID | |
| 86 | NP,R, | http://www.framesdirect.com |
| | H,A,I, | |
| | UP, | |
| | ID | |
| 87 | NP,R, | http://www.framesdirect.com/aspex/ |
| | H,A,I, | |
| | UP, | |
| | ID | |
| 88 | NP,R, | http://www.gunnars.com/news/gunnar-partners-with-revolution-eyeware-in-3d-lens-technology/ |
| | H,A,I, | |
| | UP, | |
| | ID | |
| 89 | NP,R, | http://www.kuusa.co.uk/who/php |
| | H,A,I, | |
| | UP, | |
| | ID | |
| 90 | NP,R, | Amendment to Patent License and Distribution Agreement dated June 2010 (Aspex 000084) |
| | H,A,I, | |
| | UP | |
| 91 | NP,R, | Assignment of U.S. Patent No. Re 37,545 F1 Patent Rights dated June 2010 (Aspex 000085) |
| | H,A,I, | |
| | UP | |
| 92 | NP,R, | Assignment of U.S. Patent No. Re 37,545 F1 Patent Rights dated August 30, 2010 (Aspex 000086) |
| | H,A,I, | |
| | UP | |
| 93 | R | Defendant Revolution Eyewear, Inc.'s Responses To Plaintiff's First Set of Special Interrogatories |
| 94 | R | Defendant Gary Martin Zelman's Responses To Plaintiff's First Set of Special Interrogatories |
| 95 | R | Defendant Gary Martin Zelman's Supplemental Responses To Plaintiff's First Set of Special Interrogatories |
| 96 | R | Defendant Revolution Eyewear, Inc.'s supplemental Responses To Plaintiff's First Set of Special Interrogatories |
| 97 | R | Defendant Marchon Eyewear, Inc.'s Supplemental Responses To Plaintiffs' First Set of Interrogatories Numbered 1,3,4, and 9 |
| 98 | R | DEFENDANT NIKE EYEWEAR, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES NUMBERED 1, 2, 3, 4, AND 9 |

**Basis for Objection:**
NP - Never Produced
R - Relevance
H - Hearsay
A - Authenticity
I - Inadmissible Matter
UP - Undue Prejudice
ID - Insufficient Designation
LP – Limited Purpose