**Appendix 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ASPEX EYEWEAR, INC.

v.

HARDY LIFE, LLC, MARCHON EYEWEAR, INC.
NIKE, INC., REVOLUTION EYEWEAR, INC.
AND GARY MARTIN ZELMAN, an Individual

Case Number: 09-61515-CIV-COOK/BANDSTRA

### EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 001 | | | | | U.S. Patent No. RE37,545 F1 (March 3, 2009) |
| | DM 002 | | | | | File History of U.S. Patent No. RE37,545 F1. |
| | DM 003 | | | | | U.S. Patent No. RE37,545 E (February 12, 2002) (Marcus Ex. 005) |
| | DM 004 | | | | | File History of U.S. Patent No. RE37,545 E |
| | DM 005 | | | | | U.S. Patent No. 5,568,207 (Tong Ex. 43) |
| | DM 006 | | | | | File History of U.S. Patent No. 5,568,207 |
| | DM 007 | R, H, I | | | | Letter from Ed Haug to Michael Nicodema dated November 4, 2009 (Ifergan, Thierry Ex. 77) |
| | DM 008 | R, H, I | | | | Letter from Barry Schindler to Ed Haug dated November 10, 2009 |
| | DM 009 | R, H, I | | | | Letter from Ed Haug to Jacqueline Becerra dated March 26, 2010 (Ifergan, Thierry Ex. 79) |
| | DM 010 | | | | | Settlement Agreement between Aspex Eyewear, Inc., Contour Optik, Inc., and Marchon Eyewear, Inc. dated February 4, 2008 (Berg Ex. 020) |
| | DM 011 | | | | | Joint Report Re: Marchon's New Design dated May 29, 2007 |
| | DM 012 | | | | | Joint Report Re: Marchon's Products 1-66 (New/Old) |
| | DM 013 | | | | | Nike 9082MAG-SET (014) MAR000011 |
| | DM 014 | | | | | Nike 9013MAG-SET (045) MAR000012 |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 015 | | | | | Nike 9048MAG-SET (444) MAR000015 |
| | DM 016 | | | | | Nike 4082MAG-SET (014) MAR000017 |
| | DM 017 | | | | | CK 5518MAG-SET (003) MAR000025 |
| | DM 018 | | | | | CK 5132MAG-SET (210) MAR000028 |
| | DM 019 | | | | | CK 5302MAG-SET (028) MAR000029 |
| | DM 020 | | | | | CK 5117MAG-SET (060) MAR000031 |
| | DM 021 | | | | | CK 5111MAG-SET (001) MAR000034 |
| | DM 022 | | | | | CK 5100MAG-SET (005) MAR000036 |
| | DM 023 | | | | | CK 5101MAG-SET (002) MAR000037 |
| | DM 024 | | | | | FLEXON 822MAG-SET MAR000048 |
| | DM 025 | | | | | FLEXON 803MAG-SET MAR000049 |
| | DM 026 | | | | | FLEXON 806MAG-SET MAR000051 |
| | DM 027 | | | | | FLEXON 823MAG-SET MAR000053 |
| | DM 028 | | | | | FLEXON 809MAG-SET MAR000055 |
| | DM 029 | | | | | FLEXON 807MAG-SET MAR000056 |
| | DM 030 | | | | | FLEXON 801MAG-SET MAR000057 |
| | DM 031 | | | | | FLEXON 818MAG-SET MAR000058 |
| | DM 032 | | | | | FLEXON 800MAG-SET MAR000059 |
| | DM 033 | | | | | FLEXON 817MAG-SET MAR000060 |
| | DM 034 | | | | | FLEXON 816MAG-SET MAR000064 |
| | DM 035 | R, H, I | | | | Proposed Stipulation and Order of Dismissal of Action with Prejudice (Draft) |
| | DM 036 | | | | | Order of Dismissing Claims and Counter Claims with Prejudice dated February 8, 2008 |
| | DM 037 | R, H, I | | | | Order Construing Claims of US Patents 6,343,858 and RE 37,545 dated May 5, 2003 (Chao, David Ex. 69) |
| | DM 038 | | | | | Trademark License Agreement between Nike and Marchon dated June 01, 2008 (MAR08409-548) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 039 | | | | | Plaintiff Aspex Eyewear and Contour Optik's Responses to Defendants Marchon Eyewear Inc. and Nike Inc.'s First Set of Interrogatories dated March 31, 2010 (Ifergan, Thierry Ex. 078) |
| | DM 040 | | | | | CK 5158 MAG-SET |
| | DM 041 | | | | | FLEXON 820 MAG-SET |
| | DM 042 | | | | | FLEXON 883 MAG-SET |
| | DM 043 | | | | | FLEXON 885 MAG-SET (Sodano Ex. 005) |
| | DM 044 | | | | | NIKE 9009 MAG-SE |
| | DM 045 | | | | | NIKE 9084 MAG-SE |
| | DM 046 | | | | | Plaintiff Contour Optik, Inc.'s Responses to Defendant Revolution's Second Set of Interrogatories dated March 31, 2010 |
| | DM 047 | | | | | Plaintiff Contour Optik, Inc.'s Supplement Responses to Defendant Revolution's Interrogatory Nos. 2, 3 and 5 and Second Supplement Responses to Interrogatory No. 1 dated March 15, 2010 (Chao, David Ex. 71) |
| | DM 048 | H, I | | | | Plaintiff Contour Optik, Inc.'s Notice of Serving Certification of David Chao dated March 18, 2010 (Chao, David Ex. 72) |
| | DM 049 | H | | | | Defendant Nike, Inc. Response to Plaintiff's First set of Interrogatories dated February 26, 2010 |
| | DM 050 | H | | | | Resume of Joel P. Sodano (Sodano Ex. 002) |
| | DM 051 | H | | | | Expert Report of Joel Sodano dated June 7, 2010 (Sodano Ex. 003) |
| | DM 052 | H | | | | (Revised) Expert Report of Joel Sodano dated August 25, 2010 (Sodano Ex. 004) |
| | DM 053 | | | | | LEFT BLANK |
| | DM 054 | | | | | LEFT BLANK |
| | DM 055 | H | | | | Japanese Patent No. 5-40493 to Sadanaga (Sodano Ex. 009) (MAR0009687-696) |
| | DM 056 | H | | | | Japanese Patent No. 5-40493 to Sadanaga (translation) (Chao, Richard Ex. 065) (REV 2752-761) |
| | DM 057 | H | | | | Japanese Patent Application No. H07-156856 to Iwamoto (MAR0009672-676) |
| | DM 058 | H | | | | Translation of the Patent Application of Iwamoto H7-156856 (Chao, Richard Ex. 062) (APX 207 INTERFERENCE 2584-611) |
| | DM 059 | H | | | | Declaration of Yasuo Fukuwa dated November 20, 1998 (attaching Twincome-Pentax Documents) (APX 207 INTERFERENCE 04954-5002) |
| | DM 060 | H | | | | Supplemental Declaration of Yasuo Fukuwa dated December 15, 1998 (APX 202INTERFERENCE02279-287) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 061 | | | | | U.S. Patent No. 5,642,177 to Nishioka (Sodano Ex. 010) (Chao, Richard Ex. 064) (MAR0009662-666) |
| | DM 062 | | | | | U.S. Patent No. 5,867,244 to Martin (MAR0009667-671) |
| | DM 063 | H | | | | Japanese Patent No. 3011174 to Boston Club (MAR0009677-686) |
| | DM 064 | H | | | | Japanese Patent No. 3011174 to Boston Club and Translation (Chao, Richard Ex. 064) (REV 01076-081) |
| | DM 065 | | | | | U.S. Patent No. 4,070,103 to Meeker |
| | DM 066 | | | | | U.S. Patent No. 5,416,537 to Sadler |
| | DM 067 | H, I | | | | Individual Deposition Transcript of Lee Zaro (June 3, 2010) |
| | DM 068 | H, I | | | | Rule 30(b)(6) Deposition Transcript of Michael Marcus (Dickstein Shapiro) taken on April 7, 2010 |
| | DM 069 | R | | | | Power of Attorney By Inventor Richard Chao dated February 19, 2001 (Marcus Ex. 006) (Mike Marcus 000168-169) |
| | DM 070 | R, H | | | | Protest Under 37 CFR 1.291(a) dated July 27, 2001 (With exhibits Boston Club and Translation) (Marcus Ex. 007) (Mike Marcus 006354-365) |
| | DM 071 | | | | | Reissue Application Declaration of Richard Chao October 18, 1998 (Marcus Ex. 008) (Mike Marcus 006810-820) |
| | DM 072 | H, R | | | | Office Action dated July 15, 1999 (Marcus Ex. 011) (Mike Marcus 000890-902) |
| | DM 073 | H, R | | | | Response to Office Action dated November 22, 2000 (Marcus Ex. 012) (Mike Marcus 000174-227) |
| | DM 074 | | | | | Supplemental Reissue Declaration by Inventor dated March 23, 2001 (Marcus Ex. 013) (Mike Marcus 006830-832) |
| | DM 075 | H, R | | | | Office Action dated May 22, 2001 (Marcus Ex. 015) (Mike Marcus 002400-407) |
| | DM 076 | H, R | | | | Amendment and Interview Summary dated April 20, 2001 (Marcus Ex. 016) (Mike Marcus 000559-585) |
| | DM 077 | | | | | Date Planner Drawings (Chao Exhibit 1105, APX 207 INTERFERENCE 01964-65) |
| | DM 078 | | | | | Date Planner Drawings (Chao Exhibit 1106, APX 207 INTERFERENCE 01966-67) |
| | DM 079 | | | | | Notice of Intent to Issue Ex Parte Reexamination Certificate dated June 23, 2008 (Marcus Ex. 019) (Mike Marcus 005754-762) |
| | DM 080 | H, I | | | | Amendment in Response to Non-Final Office Action dated June 23, 2008 (Marcus Ex. 022) (Mike Marcus 005917-964) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 081 | | | | | Settlement Agreement between Contour Optik and Asahi-Optical dated March 30, 2000 (Marcus Ex. 023) (Mike Marcus 000082-090) |
| | DM 082 | H, I | | | | Individual Deposition Transcript of Michael Fink (April 9, 2010) |
| | DM 083 | H | | | | Declaration of Yasuo Fukuwa and Supplemental Declaration (Paragraphs 1-59) of Yasuo Fukuwa dated November 20, 1998 (Fink Ex. 036) (Iwamoto Exhibit 2001, APX 207 INTERFERENCE 02270-290) |
| | DM 084 | H | | | | Letter to Robert Kuranz from Michael Fink and R. Danny Huntington dated June 7, 1999 (with fax transmission sheet dated June 15, 1999) (Fink Ex. 040) (FINK00468-471) |
| | DM 085 | H, I | | | | Individual Deposition Transcript of Danny Huntington (April 8, 2010) |
| | DM 086 | H, R | | | | Re-Declaration of Interference (Iwamoto 08/655,828) dated October 08, 1998 (Huntington Ex. 026) (REV 1241-244) |
| | DM 087 | H | | | | Declaration of Ira Lerner dated November 23, 1998 (Huntington Ex. 027) (Iwamoto Exhibit 2024, Iwamoto Exhibit 2023a, APX 207 INTERFERENCE 02386) |
| | DM 088 | H | | | | Declaration of Erich J. Speckin dated March 15, 1999 (Huntington Ex. 028) (Iwamoto Exhibit 2082, APX 207 INTERFERENCE 02943-946) |
| | DM 089 | H, R | | | | Decision On Request for Reconsideration dated May 24, 1999(Huntington Ex. 029) (APX 207 INTERFERENCE 06806-809) |
| | DM 090 | | | | | Joint Request for Entry of Adverse Judgment Chao v. Iwamoto dated May 26, 2000 (Huntington Ex. 031) (REV 01286-289) |
| | DM 091 | | | | | Chao v. Iwamoto Judgment dated May 30, 2000 (Huntington Ex. 032) (REV01290-294) |
| | DM 092 | | | | | Ownership Agreement (To Own Contour Patents) between Contour Optik and Asahi Optical dated April 25, 2000 (Huntington Ex. 033) (MLS 000092-108) |
| | DM 093 | | | | | Agreement between Aspex Eyewear and Pentax dated November 24, 2002 (Huntington Ex. 034) (MLS 000689-713) |
| | DM 094 | H, I | | | | Individual Deposition Transcript of Peter Tong (April 16, 2010) |
| | DM 095 | H | | | | Declaration of Masahiro Sudo dated November 19, 1998 (Tong Ex. 044) (Iwamoto Exhibit 2019, APX 207INTERFERENCE 02367 – 371) |
| | DM 096 | H | | | | Declaration of Thomas A. Woods dated November 23, 1998 (Tong Ex. 045) (Iwamoto Exhibit 2034, APX 207INTERFERENCE 02484 – 493) |
| | DM 097 | H | | | | Second Supplemental Declaration of Yasuo |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Fukuwa dated January 06, 2001 (Tong Ex. 046) (Iwamoto Exhibit 2001-s2, APX 207INTERFERENCE 02289 – 290) |
| | DM 098 | H, R | | | | E-mail from M. Fink to P. Tong RE: Contour/Pentax Revised agreements dated March 22, 2000 (Tong Ex. 047) (FINK00376) |
| | DM 099 | H, R | | | | Information Disclosure Statement Under 37 C.F.R. §1.56 dated October 21, 1998 (Reissue Patent Application 5,568,207) (Tong Ex. 049) (REV 02191-196) |
| | DM 100 | H, R | | | | Response to Office Action under 37 C.F.R. §1.111 dated January 14, 2000 (Reissue Patent Application 5,568,207) (Tong Ex. 050) (APX R545 00085-117) |
| | DM 101 | H, R | | | | Information Disclosure Statement Under 37 C.F.R. §1.56 dated November 29, 2000 (Reissue Patent Application 5,568,207 ) (Tong Ex. 051) (REV 01476-484) |
| | DM 102 | H, I | | | | Rule 30(b)(6) Deposition Transcript of David Chao (April 22, 2010) |
| | DM 103 | H, I | | | | Amended Notice of taking Deposition by Marchon and Nike of Contour (Chao, David 30(b)(6) Ex. 066) |
| | DM 104 | | | | | Patent License and Distribution Agreement between Contour Optik K and Chic Optic dated December 16, 2008 (Chao, David 30(b)(6) Ex. 067) (ASPEX000069-083) |
| | DM 105 | H, I | | | | Individual Deposition Transcript of David Chao (April 22, 2010) |
| | DM 106 | H, I | | | | Plaintiff Contour Optik Inc.'s Notice of Serving Certification of David Chao (Chao, David Ex. 072) |
| | DM 107 | | | | | Auxiliary Frame, IMF 402 (Chao, David Ex. 073A) |
| | DM 108 | | | | | Primary Frame, IMF 402 (Chao, David Ex. 073B) |
| | DM 109 | | | | | Auxiliary Frame, REV 546 (Chao, David Ex. 074A) |
| | DM 110 | | | | | Primary Frame, REV 546 (Chao, David Ex. 074B) |
| | DM 111 | H, I | | | | Individual Deposition Transcript of David Chao (May 13, 2010) |
| | DM 112 | H | | | | Pentax Drawings (Chao, David Volume II Ex. 086) (APX 207INTERFERENCE 4968-979) |
| | DM 113 | H | | | | October 1995, IOFT - - MATERIAL FOR NEW PRODUCT DEVELOPMENT (Q & A) (Chao, David Volume II Ex. 086) (APX 207INTERFERENCE 4988-5002) |
| | DM 114 | | | | | Patent License and Distribution Agreement between  Contour Optik and Chic Optic dated November 8, 2002 (Chao, David Volume II Ex. 086) (APX50075-088) |
| | DM 115 | H, I | | | | Individual Deposition Transcript of Nonu Ifergan |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | (April 10, 2010) |
| | DM 116 | | | | | Declaration of Nonu Ifergan in Opposition to Revolution's Motion to Dismiss Aspex for Lack of Standing (Ifergan, Nonu Ex. 052) (MLS 587-591) |
| | DM 117 | | | | | Settlement Agreement between Aspex Eyewear, Contour Optik and Marchon Eyewear dated February 04, 2008 (Ifergan, Nonu Ex. 053) |
| | DM 118 | | | | | Complaint and Demand for Jury Trial dated September 23, 2009 (Ifergan, Nonu Ex. 054) |
| | DM 119 | | | | | MDX 3027 (Ifergan, Nonu Ex. 055) |
| | DM 120 | | | | | MG 750 (Ifergan, Nonu Ex. 056) |
| | DM 121 | | | | | PC 189 (Ifergan, Nonu Ex. 057) |
| | DM 122 | | | | | MG 747 (Ifergan, Nonu Ex. 058) |
| | DM 123 | | | | | T 9528 (Ifergan, Nonu Ex. 059) |
| | DM 124 | H, I | | | | Individual Deposition Transcript of Richard Chao (April 21, 2010) |
| | DM 125 | | | | | Affidavit of Evidence in Chief Richard Ho-Chia (Chao, Richard Ex. 061) (APX SINGAPORE 001879-926) |
| | DM 126 | | | | | Hand drawing by Richard Chao (Chao, Richard Ex. 061) |
| | DM 127 | H, I | | | | Rule 30(b)(6) and Individual Deposition Transcript of Thierry Ifergan (May 13, 2010) |
| | DM 128 | | | | | U.S. Patent No. 6,705,722 to Zelman (Ifergan, Thierry Ex. 089) |
| | DM 129 | H, I | | | | Rule 30(b)(6) and Individual Deposition Transcript of Thierry Ifergan (June 2, 2010) |
| | DM 130 | | | | | Amended Notice of Taking Deposition by Marchon and Nike of Contour (Ifergan, Thierry Ex. 092) |
| | DM 131 | H, I | | | | Rule 30(b)(6) Deposition Transcript of Thierry Ifergan (April 23, 2010) by Marchon/Nike |
| | DM 132 | H, I | | | | Amended Notice of Taking Deposition by Marchon and Nike of Aspex (Ifergan, Thierry Ex. 076) |
| | DM 133 | | | | | Thierry Ifergan's Deposition Binder (Ifergan, Thierry Ex. 075) |
| | DM 134 | | | | | LEFT BLANK |
| | DM 135 | H, I | | | | Rule 30(b)(6) Deposition Transcript of Thierry Ifergan (April 23, 2010) |
| | DM 136 | H, I | | | | Plaintiffs Initial Disclosures to Pursuant to Fed R. Civ. P. 26(A)(1)(A) dated January 15, 2010 (Ifergan, Thierry Ex. 080) |
| | DM 137 | | | | | Aspex's Sales Statistics, Products with Magnetic Small Clip on as of September 30, 2009 (Ifergan, Thierry Ex. 081) |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 138 | H | | | | Expert Report of Gordon Rausser, Ph.D. dated June 7, 2010 |
| | DM 139 | H | | | | Curriculum Vitae of Gordon Rausser, Ph.D. |
| | DM 140 | H | | | | Four Year Testimony List of Gordon Rausser, Ph.D. |
| | DM 141 | | | | | U.S. Patent No. 6,343,858 to Zelman |
| | DM 142 | | | | | U.S. Patent No. 6,550,913 to Zelman |
| | DM 143 | H | | | | Brown & Michaels. "How do I figure out if a patent is still in force? http://www.bpmlegal.com/howtoterm.html |
| | DM 144 | H | | | | Contour Optik, Inc. Web site. www.contourop.com |
| | DM 145 | H | | | | Eyeglasses.com. "Clip On Sunglasses." http://www.eyeglasses.com/category/sunglasses/clip-onsunglasses.html |
| | DM 146 | H | | | | Garcia, S. 1999. "Made in the Shades." *Los Angeles Business Journal* December 6 |
| | DM 147 | H | | | | Goldscheider, Robert, John Jarosz, and Carla Mulhern. 2002. "Use of the 25 per cent rule in valuing IP." *Les Nouvelles* 37(4): 123-33 |
| | DM 148 | H | | | | Lovetoknow.com. "Clip On Sunglasses." http://sunglasses.lovetoknow.com/Clip-On_Sunglasses |
| | DM 149 | H | | | | Saltzberg, Robert. 2008. "Intervening Rights: Protection from Liability After Reexamination." December 17. http://www.mofo.com/pubs/xpqPublicationDetail.aspx?xpST=PubDetail&pub=8060 |
| | DM 150 | H | | | | US Patent Office. 2005. "General Information Concerning Patents." http://www.uspto.gov/web/offices/pac/doc/general |
| | DM 151 | | | | | LEFT BLANK |
| | DM 152 | | | | | Marchon-Revolution Licensing Agreement dated April 27, 2004 (REV 03133-148) |
| | DM 153 | | | | | Addendum to Marchon-Revolution Licensing Agreement dated April 27, 2004 (REV 03149-160) |
| | DM 154 | | | | | "Agreement" between Aspex Eyewear, Inc., and Pentax Corporation, November 2002 (Exhibit 14 to 2007 trial on Claim 22 infringement) |
| | DM 155 | | | | | "Distribution and Licensing Agreement" between Contour Optik, Inc., and Chic Optic. Inc. Dated April 7, 1998 (Exhibit 11 to 2007 trial on Claim 22 infringement) |
| | DM 156 | H | | | | "Marchon Eyewear, Inc., Revolution Magnetic Clip Royalty Sales Analysis, Fiscal 2005 through Fiscal 2009" ("Marchon total and Mag Sales - |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Trends 0876_001.pdf") |
| | DM 157 | | | | | "Ownership Agreement" between Contour Optik, Inc., and Asahi Optical Co., Ltd. (Exhibit 12 to 2007 trial on Claim 22 infringement) |
| | DM 158 | | | | | "Patent License and Distribution Agreement" between Contour Optik, Inc., and Chic Optic Inc. Dated November 8, 2002 (Exhibit 15 to 2007 trial on Claim 22 infringement) (Napper Ex. 015) |
| | DM 159 | | | | | Letter from Nonu Ifergan of Chic Optic Inc. to David Chao of Contour Optik, Inc. 8/30/2002 (Exhibit 68 to 2007 trial on Claim 22 infringement) |
| | DM 160 | H, I | | | | LEFT BLANK |
| | DM 161 | | | | | Marchon Eyewear, Inc. Summary of Revolution Magnetic Sales March 2009 (Berg Ex. 019) (MAR 2780-814) |
| | DM 162 | H, I | | | | LEFT BLANK |
| | DM 163 | H, I | | | | Notice of Rule 30(B)(6) Deposition of Defendant Nike, Inc. (Sibbet Ex. 001) |
| | DM 164 | H, I | | | | Defendant Nike, Inc.'s Responses and Objections to Notice of Rule 30(B)(6) Deposition dated 04/06/10 (Sibbet Ex. 002) |
| | DM 165 | H, R | | | | Second Amended Complaint for Patent Infringement dated 06/04/07 (Sibbet Ex. 003) |
| | DM 166 | | | | | Trademark License Agreement dated 06/01/08 (Sibbet Ex. 004) |
| | DM 167 | H | | | | Document entitled: Marchon Frame Styles as of April 2010 (Silver Ex. 002) |
| | DM 168 | H | | | | Five patent documents: US Patent 5,642,177; US Patent 5,867,244; Patent abstracts of Japan Publication Num. 09-101489; JP 3011174; Japanese Examined Utility Model Application No. H01-17574 (Silver Ex. 003) |
| | DM 169 | R | | | | Notice of Voluntary Dismissal with Prejudice of Defendant Hardy way, LLC dated May 18, 2010 |
| | DM 170 | H, R | | | | Letter to D. Weider from P. Fleming dated September 24, 2010 |
| | DM 171 | H, R | | | | Series of e-mails between attorneys from Greenberg-Traurig and Novak Druce + Quigg (Napper Ex. 004) |
| | DM 172 | R, H | | | | Defendant Zenni Optical, LLC's Motion to Strike the Expert Report of Brian W. Napper, or in the Alternative Unopposed Motion for Extension of Time to Serve its Rebuttal Expert Report (Napper Ex. 005) |
| | DM 173 | R, H | | | | Letter to P. Fleming from D. Weider dated September 28, 2010 |

| PLF. NO. | DEF. NO. | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | DM 174 | R, H | | | | Series of e-mails attached to D. Weider's letter of September 28, 2010 |
| | DM 175 | R, H | | | | Excerpts of the expert report of Brian W. Napper in the Aspex v. Zenni case attached to D. Weider's letter of September 28, 2010 |
| | DM 176 | R, H | | | | Letter to D. Weider from P. Fleming dated September 29, 2010 |
| | DM 177 | R, H | | | | E-mail to P. Fleming from D. Weider dated September 30, 2010 and attachment |