**Appendix 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ASPEX  EYEWEAR, INC. and CONTOUR OPTIK, INC.

    V

HARDY LIFE, LLC, MARCHON EYEWEAR, INC.,
NIKE, INC.,REVOLUTION EYEWEAR, INC.
AND GARY MARTIN ZELMAN, an individual

## EXHIBIT AND WITNESS LIST

CASE # 09-61515-CIV-

COOKE/BANDSTRA

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | COURT REPORTER | | | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | | | | US Reissued Patent RE37,545 E (Defendants' Depo. Ex. No. 5) |
| | 2 | H | | | | Japanese Patent No. 3011174 (Defendants' Depo. Ex. No. 64) REV 0176-1081; Ex. P to Marchon MSJ |
| | 3 | | | | | Reissue Application Declaration of Richard Chao (Defendants' Depo. Ex. No. 8) Mike Marcus 006810-820 |
| | 4 | H, R | | | | USPTO Office Action 5/17/99 (Defendants' Depo. Ex. No. 11) Mike Marcus 000890-902 |
| | 5 | H, R | | | | Response to Office Action Dated 11/22/2000 (Defendants' Depo. Ex. No. 12) Mike Marcus 000174-227 |
| | 6 | | | | | Supplemental Reissue Declaration by Inventor Richard Chao (Defendants' Depo. Ex. No. 13) Mike Marcus 006830-832 |
| | 8 | H, R | | | | USPTO Office Action 5/22/2001 (Defendants' Depo. Ex. No. 15) Mike Marcus 002400-407 |
| | 9 | H, R | | | | Amendment and Interview Summary 4/20/2001 (Defendants' Depo. Ex. No. 16) Mike Marcus 000559-585 |
| | 10 | H, I | | | | Amendment in Response to Non-Final Office Action in Reexam |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (Defendants' Depo. Ex. No. 22) Mike Marcus 005917-964 |
| | 11 | | | | | Settlement Agreement (Inteference) (Defendants' Depo. Ex. No. 23) MLS 000082-090 |
| | 12 | | | | | Re-Declaration of Interference Iwamoto 08/655,82 (Defendants' Depo. Ex. No. 26) REV 1241 to 1244 |
| | 13 | H | | | | Declaration of Ira Lerner Iwamoto Exhibit 2024 (Defendants' Depo. Ex. No. 27) |
| | 14 | H | | | | Declaration of Erich J. Speckin Iwamoto Exhibit 2082 (Defendants' Depo. Ex. No. 28) |
| | 15 | | | | | Joint Request for Entry of Adverse Judgment (Interference) (Defendants' Depo. Ex. No. 31) REV 1286-1289 |
| | 16 | | | | | Judgment (Interference) (Defendants' Depo. Ex. No. 32) REV 1290-1294 |
| | 17 | | | | | Ownership Agreement (To Own Contour Patents) (Defendants' Depo. Ex. 33) MLS 000092-108 |
| | 18 | | | | | Agreement Aspex Eyewear and Pentax November (Defendants' Depo. Ex. 34) MLS 000689-713 |
| | 19 | H | | | | Declaration of Yasuo Fukuwa Iwamoto Exhibit 2001 APX 207-Interference 4954-5002, 2279-2287; Ex. M to Marchon MSJ |
| | 20 | H, R | | | | Morgan & Finnegan Letter 4/23/01 to Jean-Pierre from Michael Marcus (Defendants' Depo. Ex. 39) FINK03785-788 |
| | 21 | H, R | | | | Fax Cover, Greenblum & Bernstein Letter 6/7/99 t Kuranz from Michael Fink and R. Danny Huntingt (Defendants' Depo. Ex. 40) FINK00468-471 |
| | 22 | | | | | U.S. Patent No. 5,568,207 (Defendants' Depo. Ex. 43) |
| | 23 | H | | | | Declaration of Masahiro Sudo (Defendants' Depo. Ex. 44) APX 207INTERFERENCE 02367 – 2371 |
| | 24 | H | | | | Declaration of Thomas A. Woods (Defendants' Depo. Ex. 45) APX 207INTERFERENCE 02484 – 2493 |
| | 25 | H, R | | | | Information Disclosure Statement 10/21/1998 (Defendants' Depo. Ex. 49) REV 02191 – 2196 |
| | 26 | H, R | | | | Response to Office Action 1/14/2000 (Defendants' Depo. Ex. 50) APX R545 00085 – 117 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | | | | | | Nonu Ifergan Declaration 6/15/2007<br>(Defendants' Depo. Ex. 52)<br>MLS 587 - MLS 591 |
| 28 | | | | | | MDX 3027<br>(Defendants' Depo. Ex. 55) |
| 29 | | | | | | MG 750<br>(Defendants' Depo. Ex. 56) |
| 30 | | | | | | PC 189<br>(Defendants' Depo. Ex. 57) |
| 31 | | | | | | MG 747<br>(Defendants' Depo. Ex. 58) |
| 32 | | | | | | T 9528<br>(Defendants' Depo. Ex. 59) |
| 33 | R, U | | | | | Nishioka '177 Patent (12/9/94)<br>(Defendants' Depo. Ex. 60) |
| 34 | | | | | | Affidavit of Evidence in Chief, Richard Chao<br>(Defendants' Depo. Ex. 61)<br>APX SINGAPORE 001879 – 1926 |
| 35 | H | | | | | Translation of the Patent Application of Iwamoto<br>(Defendants' Depo. Ex. 62)<br>APX 207 Interference<br>2584 – 2611 |
| 36 | H | | | | | Japanese Publication No. H05-40493 (Sadanaga)<br>(Defendants' Depo. Ex. 65)<br>REV 2752 – 2761 |
| 37 | | | | | | Patent license and Distribution agreement<br>(Defendants' Depo. Ex. 67)<br>ASPEX 000069 – 000083 |
| 38 | | | | | | Declaration of David Y. Chao<br>(Defendants' Depo. Ex. 68) |
| 39 | R, H, I | | | | | Order construing claims of U.S. Patents 6,343,858<br>RE37,545<br>(Defendants' Depo. Ex. 69) |
| 40 | R, H, I | | | | | Court's Order of August 8, 2003<br>(Defendants' Depo. Ex. 70) |
| 41 | | | | | | Plaintiff Contour Optik Inc.'s Supplemental Respo[...]<br>Defendant Revolution Eyewear's Interrogatories N[...]<br>3 and 5 (Defendants' Depo. Ex. 71) |
| 42 | | | | | | Plaintiff Contour Optik Inc.'s Notice of Serving<br>Certification of David Chao<br>(Defendants' Depo. Ex. 72) |
| 43 | | | | | | Auxillary Frame, IMF 402<br>(Defendants' Depo. Ex. 73A) |
| 44 | | | | | | Primary Frame, IMF 402<br>(Defendants' Depo. Ex. 73B) |
| 45 | | | | | | Auxilliary Frame, REV 546<br>(Defendants' Depo. Ex. 74A) |
| 46 | | | | | | Primary Frame, REV 546<br>(Defendants' Depo. Ex. 74B) |
| 47 | H, I | | | | | Plaintiffs' Initial Disclosures Pursuant to Fed. R. C[...]<br>26(A)(1)(A)<br>(Defendants' Depo. Ex. 80) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | | | | | | IMF 435 Auxillary Frame<br>(Defendants' Depo. Ex. 83) |
| 49 | | | | | | IMF 435 Primary Frame<br>(Defendants' Depo. Ex. 84) |
| 50 | H, R | | | | | Decision of Summary Judgment in Aspex v. Revol (2001)<br>(Defendants' Depo. Ex. 85) |
| 51 | | | | | | Patent License and Distribution Agreement, Nover 2002 between Contour Optik and Chic Optic<br>(Defendants' Depo. Ex. 88)<br>APX50075 – 50088 |
| 52 | | | | | | U.S. Patent No. 6,705,722<br>(Defendants' Depo. Ex. 89) |
| 53 | | | | | | U.S. Patent No. 6,343,858<br>(Plaintiffs' Zelman Depo. Ex. 5) |
| 54 | | | | | | U.S. Patent No. 6,550,913 |
| 55 | R | | | | | Opinion letter from patent counsel David O'Reilly<br>Dated 10/1/98<br>REV 000062-64 |
| 56 | R | | | | | Opinion letter from patent counsel David O'Reilly<br>Dated 10/27/00<br>REV 000065-67 |
| 57 | R | | | | | Opinion letter from patent counsel David O'Reilly<br>Dated 3/22/02 |
| 58 | I, H | | | | | US Court of Appeals April 29, 2009 Decision<br>(Plaintiffs' Berg Depo. Ex. 16) |
| 59 | | | | | | Marchon-Revolution Licensing Agreement<br>(Plaintiffs' Berg Depo. Ex. 17)<br>REV 3133-3148 |
| 60 | | | | | | Addendum to Marchon-Revolution Licensing Agre Dated April 27, 2004<br>(Plaintiffs' Berg Depo. Ex. 18)<br>REV 3149-3160 |
| 61 | | | | | | Revolution Eyewear Sales and Partial Cost Report March 3, 2009 to March 23, 2010<br>(Plaintiffs' Zelman Depo. Ex. 9)<br>REV 3131-3132 |
| 62 | | | | | | Revolution Eyewear, Inc. Profit & Loss<br>(Unaudited/Tax Basis) January through December<br>(Plaintiffs' Zelman Depo. Ex. 10)<br>REV 3125-3130 |
| 63 | | | | | | Revolution Eyewear, Inc. Balance Sheet<br>(Unaudited/Tax Basis) as of December 31, 2007<br>(Plaintiffs' Zelman Depo. Ex. 14)<br>REV 3123-3129 |
| 64 | H | | | | | Document entitled "Exhibit B"<br>(Plaintiffs' Sodano Depo. Ex. 1) |
| 65 | H | | | | | Resume of Joel P. Sodano<br>(Plaintiffs' Sodano Depo. Ex. 2) |
| 66 | H | | | | | Revised Expert Report of Joel Sodano<br>(Plaintiffs' Sodano Depo. Ex. 4) |
| 67 | | | | | | Distribution and License Agreement between Cont Chic Optic (4/7/1998) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Ex. 11 to 2007 Trial |
| | 68 | H, A | | | | Copy of sales 010108-030209.xls REV 03192-03193 |
| | 69 | H, A | | | | Rev-sales.xls REV 03189 |
| | 70 | H, A | | | | Sales-2007.xls REV 03194-03195 |
| | 71 | H, A | | | | Sales 030309-032310-Total.A.xls REV 03190-03191 |
| | 72 | H, R, I | | | | Aspex Counterclaim in 2002 case Ex. C to Revolution's MSJ |
| | 73 | H, R, I | | | | Revolution's Reply and Counterclaim in 2002 case Ex. D to Revolution's MSJ |
| | 74 | H, R, I | | | | Aspex's Reply to Counterclaim in 2002 case Ex. R to Revolution's MSJ |
| | 75 | H, R, U | | | | Iwamoto Abstract and Drawings MAR 9672-9676; Ex. L to Marchon MSJ |
| | 76 | | | | | United States Patent No. 5,867,244 MAR 0009667-9671; Ex. O to Marchon MSJ |
| | 77 | H, R | | | | Letter from Steve Hanle to Michael Nicodema Dated 11/17/2009 |
| | 78 | H, R | | | | Letter from Steve Hanle to Michael Nicodema Dated 12/4/2009 |
| | 79 | H | | | | File history of U.S. Patent No. RE 37,545 F1 |
| | 80 | H | | | | File history of U.S. Patent No. RE 37,545 E |
| | 81 | H | | | | File history of U.S. Patent No. 5,568, 207 |
| | 82 | | | | | Exemplars of Revolution accused products |
| | 83 | | | | | U.S. Patent No. 4,070,103 to Meeker |
| | 84 | | | | | U.S. Patent No. 5,416,537 to Sadler |
| | 85 | R | | | | Opinion letter from R. Joseph Trojan to Revolution Eyewear Dated 1/5/2006 |
| | 86 | R | | | | Opinion letter from R. Joseph Trojan to Revolution Eyewear Dated 1/12/2006 |
| | 87 | R | | | | Opinion letter from R. Joseph Trojan to Revolution Eyewear Dated 4/27/2006 |
| | 88 | R | | | | Opinion letter from R. Joseph Trojan to Revolution Eyewear Dated 10/10/2008 |
| | 89 | H | | | | Revolution Corporate Record Book REV 03216-03324 |

Inclusion of exhibits on this list does not suggest Defendants Revolution Eyewear, Inc. and Gary Martin Zelman agree that the documents are admissible for all purposes. For example, certain documents on the list would be offered in rebuttal to plaintiffs' willful infringement allegations, but are not admissible with respect to infringement, validity or damages.