**Appendix 4**

## PLAINTIFFS' TRIAL WITNESS LIST

Pursuant to the Court's Order Setting Civil Jury Trial Date and Pretrial Deadlines dated February 22, 2010 [DE 59], Plaintiffs hereby submit the following list of witnesses that they may call.

**FACT WITNESSES**

1. Richard Chao
   Contour, Inc.
   c/o Greenberg Traurig
   200 Park Avenue
   Florharm, Park NJ 07932

2. David Chao
   Contour, Inc.
   c/o Greenberg Traurig
   200 Park Avenue
   Florharm, Park NJ 07932

3. Theirry Ifergan
   Aspex Eyewear, Inc.
   c/o Greenberg Traurig
   200 Park Avenue
   Florharm, Park NJ 07932

4. Gary Martin Zelman
   Revolution Eyewear, Inc.
   c/o Sheppard Mullin Richter & Hampton LLP
   650 Town Center Drive, 4th Floor
   Costa Mesa, CA 92626

5. Albert Berg
   Marchon Eyewear, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue
   New York, NY 10151

6. Phillip Sibbet
   Nike, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue

       New York, NY 10151

7.    Joe Paek
      Marchon Eyewear, Inc.
      c/o Frommer Lawrence & Haug LLP
      745 Fifth Avenue
      New York, NY 10151

8.    Thomas Fessler
      Marchon Eyewear, Inc.
      c/o Frommer Lawrence & Haug LLP
      745 Fifth Avenue
      New York, NY 10151

**EXPERT WITNESSES**

9.    Lee Zaro
      3417 Paseo Del Campo
      Palos Verdes Estates, CA 90274

10.   Brian Napper
      FTI Consulting
      One Front Street, 16th Floor
      San Francisco, CA 94111

**OTHER**

-    Any witnesses necessary for rebuttal or impeachment.

Defendants reserve the right to amend or supplement this Witness List.