**Appendix 5**

## DEFENDANTS' TRIAL WITNESS LIST

Pursuant to the Court's Order Setting Civil Jury Trial Date and Pretrial Deadlines dated February 22, 2010 [DE 59], Defendants hereby submit the following list of witnesses that they may call.

**FACT WITNESSES**

1. Albert Berg
   Marchon Eyewear, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue
   New York, NY 10151

2. Arthur Silver
   Marchon Eyewear, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue
   New York, NY 10151

3. Joe Paek
   Marchon Eyewear, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue
   New York, NY 10151

4. Joseph Sherer
   11 Saturn Court
   Syosset, NY 11791

5. Phillip Sibbet
   Nike, Inc.
   c/o Frommer Lawrence & Haug LLP
   745 Fifth Avenue
   New York, NY 10151

6. Gary Martin Zelman
   Revolution Eyewear, Inc.
   c/o Sheppard Mullin Richter & Hampton LLP
   650 Town Center Drive, 4th Floor
   Costa Mesa, CA 92626

7. Joe Trojan, Esq.
   Trojan Law Offices

    9250 Wilshire Blvd.
    Suite 325
    Beverly Hills, CA 90212

8.  Thierry Ifergan
  Aspex Eyewear, Inc.
  c/o Greenberg Traurig, P.A.
  1221 Brickell Avenue
  Miami, FL 33131

9.  Nonu Ifergan
  Aspex Eyewear, Inc.
  c/o Greenberg Traurig, P.A.
  1221 Brickell Avenue
  Miami, FL 33131

10.  Jose Pena, Esq.
  Aspex Eyewear, Inc.
  c/o Greenberg Traurig, P.A.
  1221 Brickell Avenue
  Miami, FL 33131

11.  David Chao
  Contour Optik, Inc.
  c/o Greenberg Traurig, P.A.
  1221 Brickell Avenue
  Miami, FL 33131

12.  Richard Chao
  Contour Optik, Inc.
  c/o Greenberg Traurig, P.A.
  1221 Brickell Avenue
  Miami, FL 33131

13.  Barry J. Schindler, Esq.
  Greenberg Traurig LLP
  200 Park Avenue
  New York, NY 10166

14.  Michal J. Fink, Esq.
  Greenblum & Bernstein, P.L.C.
  1950 Roland Clarke Place
  Reston, Virginia 20191

15.  R. Danny Huntington, Esq.
  Rothwell, Figg, Ernst & Manbeck, P.C.
  1425 K Street, N.W.
  Suite 800

                Washington, D.C. 20005

16.    Michael S. Marcus, Esq.
       Dickstein Shapiro LLP
       1825 Eye Street NW
       Washington, DC

17.    Peter Tong, Esq.
       IpVenture, Inc.
       5150 El Camino Real
       Building A, Suite 22
       Los Altos, CA 94022

**EXPERT WITNESSES**

18.    Joel P. Sodano
       Joel Sodano Consulting
       9328 Ambleside Dr.
       Cincinnati, OH 45241

19.    Gordon Rausser, Ph.D.
       OnPoint Analytics, Inc.
       2000 Powell Street, Suite 860
       Emeryville, CA 94608

**OTHER**

- Any additional witnesses on Plaintiffs' Trial Witness List to which Defendants have not objected.

- Any witnesses necessary for rebuttal or impeachment.

Defendants reserve the right to amend or supplement this Witness List.