UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

      Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

      Defendants.
_____/

**PLAINTIFFS' RESPONSE TO DEFENDANT REVOLUTION EYEWEAR, INC.'S
RULE 7.5 COUNTER STATEMENT OF MATERIAL FACTS IN OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

      Pursuant to Local Rule 7.5, Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs") submit the following response to Revolution Eyewear, Inc.'s ("Revolution") Counter Statement Of Material Facts. Plaintiffs' response herein tracks the headings and numbered paragraphs of Revolution's Counter Statement.

1.      Disputed. *See* Ifergan Decl. ¶¶ 2-5 (describing the construction of the primary frames); Zaro Decl. ¶ 8 (at pg. 6, 8) (showing that Revolution's auxiliary frame do satisfy the following limitation of Claim 23 of the "545 Patent: "…each of said side portions having an arm extended therefrom, each of said arms having a rearwardly directed free end for securing a magnetic member having a horizontal surface).

2.      Disputed. *See* Ifergan Decl. ¶¶ 2-5 (describing the construction of the primary frames); Zaro Decl. ¶ 8 (at pgs. 11-14) (showing that Revolution's products do satisfy the following limitation of Claim 23 of the '545 patent: "…said arms and said pair of magnetic members adapted to extend across respective portions of a primary spectacle frame…").

3.      Disputed. *See* Ifergan Decl. ¶¶ 2-5 (describing the construction of the primary frames); Zaro Decl. ¶ 8 (at pgs. 11-14) (showing that Revolution's products do satisfy the following limitation of Claim 23 of the '545 Patent: "…so that said pair of magnetic members having a

horizontal surface can vertically engage corresponding magnetic member surfaces on a primary spectacle frames…" ).

   4.  Disputed.  The above elements are part of claim 35 and Revolution satisfies them.

*See* 1-3 above.

Dated:  October 15, 2010    Respectfully submitted,

              By: s/Jacqueline Becerra
              Jacqueline Becerra
              BecerraJ@gtlaw.com
              Ericka Turk-Moore
              TurkMooreE@gtlaw.com
              GREENBERG TRAURIG, P.A.
              1221 Brickell Avenue
              Miami, Florida 33131
              Telephone:  (305) 579-0500
              Facsimile:  (305) 579-0717

              and

              Michael A. Nicodema, Admitted *Pro Hac Vice*
              NicodemaM@gtlaw.com
              Barry J. Schindler, Admitted *Pro Hac Vice*
              SchindlerB@gtlaw.com
              Todd L. Schleifstein, Admitted *Pro Hac Vice*
              SchleifsteinT@gtlaw.com
              GREENBERG TRAURIG, LLP
              200 Park Avenue
              Florham Park, New Jersey 07932
              Telephone:  (973) 360-7900
              Facsimile:  (973) 301-8410

              *Attorneys for Plaintiffs Aspex Eyewear, Inc.*
              *and Contour Optik, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Jacqueline Becerra
JACQUELINE BECERRA

**SERVICE LIST**
Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants
Marchon Eyewear, Inc. and Nike, Inc.*