**EXHIBIT INDEX**

| EX. NO. | DESCRIPTION |
| --- | --- |
| A | U.S. Patent No. RE 37,545 |
| B | Claim Construction Order, Revolution Eyewear, Inc. v. Aspex Eyewear, Inc. et al., Case No. 02-1087 (C.D. Ca.) dated May 6, 2003 |
| C | Revolution Eyewear, Inc. v. Aspex Eyewear, Inc., 563 F. 3d 1358 (Fed. Cir. 2009) |
| D | Reissue Application dated October 21, 1998 |
| E | Excerpt of Prosecution History of U.S. Patent No. RE 37,545: Office Action dated July 15, 1999 |
| F | Excerpt of Prosecution History of U.S. Patent No. RE 37,545: Response to Office Action Under 37 C.F.R. §1.111 dated January 19, 2000 |
| G | Excerpt of Prosecution History of U.S. Patent No. RE 37,545: Response to Office Action Under 37 C.F.R. §1.111 dated November 27, 2000 |
| H | Excerpt of Prosecution History of U.S. Patent No. RE 37,545: Amendment and Interview Summary dated April 20, 2001 |
| I | U.S. Patent No. 5,416,537 to Sadler |
| J | Prosecution History of U.S. Patent No. RE 37,545 |