# EXHIBIT D

PATENT APPLICATION SERIAL NO. _____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

11/19/1998 MILLARI 00000006 061325   09182662

| 01 FC:208 | | 395.00 OP |
| 02 FC:209 | | 410.00 OP |
| 03 FC:210 | 64.00 CH | 101.00 OP |

PTO-1556
(5/87)
*U S. GPO: 1998-433-214/80404



**Bib Data Sheet**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER 09/182,862 | FILING DATE 10/21/1998 RULE — | CLASS 351 | GROUP ART UNIT 2873 | ATTORNEY DOCKET NO. CONT1013SRM/ |
|---|---|---|---|---|

**APPLICANTS**
RICHARD CHAO, TAWAIN, TAIWAN;

** CONTINUING DATA ***************************
THIS APPLICATION IS A REI OF 08/554,854 11/07/1995 PAT 5,568,207

** FOREIGN APPLICATIONS *********************

** SMALL ENTITY **

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions ☐ yes ☐ no ☐ Met after met Allowance<br>Verified and Acknowledged   Examiner's Signature   Initials | STATE OR COUNTRY TAIWAN | SHEETS DRAWING 3 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 11 |
|---|---|---|---|---|

**ADDRESS**
SHELDON R MEYER
FLIESLER DUBB MEYER AND LOVEJOY
FOUR EMBARCADERO CENTER
SUITE 400
SAN FRANCISCO ,CA 941114156

**TITLE**
AUXILIARY LENSES FOR EYEGLASSES

| | | |
|---|---|---|
| **FILING FEE RECEIVED** 1264 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/182,862 REISSUE | 10/21/98 | 351 | 2833 | CONT1013SRM/ |

**APPLICANT**

RICHARD CHAO, TAWAIN, TAIWAN.

**CONTINUING DOMESTIC DATA****Yes*************
VERIFIED     THIS APPLN IS A RE OF     08/554,854 11/07/95 PAT     5,568,207

HM

**371 (NAT'L STAGE) DATA***None*************
VERIFIED

HM

**FOREIGN APPLICATIONS***None*******
VERIFIED

HM

***** SMALL ENTITY *****

| Foreign Priority claimed ☐yes ☒no<br>35 USC 119 (a-d) conditions met ☐yes ☐no ☐Met after Allowance<br>Verified and Acknowledged ___Examiner's Initials___ ___Initials___ | STATE OR COUNTRY<br>TWX | SHEETS DRAWING<br>2 | TOTAL CLAIMS<br>35 | INDEPENDENT CLAIMS<br>11 |
|---|---|---|---|---|

**ADDRESS**

SHELDON R MEYER
FLIESLER DUBB MEYER AND LOVEJOY
FOUR EMBARCADERO CENTER
SUITE 400
SAN FRANCISCO CA 94111-4156

**TITLE**

AUXILIARY LENSES FOR EYEGLASSES

| FILING FEE RECEIVED<br>$970 | FEES: Authority has been given in Paper<br>No. _____ to charge/credit DEPOSIT ACCOUNT<br>NO. _____ for the following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |
|---|---|---|



182862

## ABSTRACT

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

1

# AUXILIARY LENSES FOR EYEGLASSES

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to auxiliary lenses, and more particularly to auxiliary lenses for eyeglasses.

2. Description of the Prior Art

A typical spectacle frame having an attachable one-piece slide-on rim is disclosed in U.S. Pat. No. 4,070,103 to Meeker. In Meeker, a spectacle frame includes a magnetic material secured to the peripheral portion thereof for facilitating attachment of the auxiliary lens rim cover to the spectacle frame. The lens rim cover also includes a magnetic strip for engaging with the magnetic material of the spectacle frame.

Another typical eyeglasses are disclosed in U.S. Pat. No. 5,416,537 to Sadler and comprise first magnetic members secured to the temporal portions of the frames and second magnetic members secured to the corresponding temporal portions of the auxiliary lenses

In both of the eyeglasses, the auxiliary lenses are simply attached to the frames by magnetic materials and have no supporting members for preventing the auxiliary lenses from moving downward relative to the frames such that the auxiliary lenses may easily move downward relative to the frames and may be easily disengaged from the frames when the users conduct jogging or jumping exercises. In addition, the magnetic materials are embedded in the frames of the primary lenses and of the auxiliary lenses such that the frames should be excavated with four or more cavities for engaging with the magnetic members and such that the strength of the frames is greatly decreased.

The present invention has arisen to mitigate and/or obviate the afore-described disadvantages of the conventional spectacle frames

## SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide auxiliary lenses which may be stably secured and supported on the frames

In accordance with one aspect of the present invention, there is provided an eyeglass device comprising a primary spectacle frame for supporting primary lenses therein, the primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, the primary spectacle frame including two rear and side portions each having a projection secured thereto, the primary spectacle frame including an upper portion, a pair of first magnetic members secured in the projections respectively, an auxiliary spectacle frame for supporting auxiliary lenses therein, the auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending over and for engaging with the upper portion of the primary spectacle frame, and a pair of second magnetic members secured to the arms respectively for engaging with the first magnetic members of the primary spectacle frame so as to secure the auxiliary spectacle frame to the primary spectacle frame. The arms are engaged with and supported on the upper portion of the primary spectacle frame so as to allow the auxiliary spectacle frame to be stably supported on the primary spectacle frame and so as to prevent the auxiliary spectacle frame from moving downward relative to and so as to prevent the

2

auxiliary spectacle frame from being disengaged from the primary spectacle frame.

The projections and the first magnetic members are arranged lower than the upper portion of the primary spectacle frame, the second magnetic members are extended downward toward the projections for hooking on the primary spectacle frame so as to further secure the auxiliary spectacle frame to the primary spectacle frame. The auxiliary spectacle frame may be prevented from disengaging from the primary spectacle frame.

Further objectives and advantages of the present invention will become apparent from a careful reading of a detailed description provided hereinbelow, with appropriate reference to accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 and 2 are front views of a spectacle frame and of auxiliary lenses in accordance with the present invention respectively;

FIGS 3 and 4 are top views of the spectacle frame and of the auxiliary lenses respectively,

FIG. 5 is a front view of the spectacle frame and the auxiliary lenses combination;

FIG 6 is a top view of the spectacle frame and the auxiliary lenses combination; and

FIG 7 is a cross sectional view taken along lines 7—7 of FIG 6,

FIG. 8 illustrates another embodiment of a cross sectional view taken along lines 7-7 of FIG. 6.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings, and initially to FIGS. 1 to 4, an eyeglass device in accordance with the present invention comprises a primary spectacle frame 10 for supporting primary lenses therein. The primary spectacle frame 10 includes two side portions each having an extension 11 extended rearward therefrom for pivotally coupling leg 12 thereto. The primary spectacle frame 10 includes two projections 13 secured to the rear and side portions thereof for supporting magnetic members 14 therein. An auxiliary spectacle frame 20 is provided for supporting the auxiliary lenses therein and includes two side portions each having an arm 21 extended rearward therefrom for extending over and for engaging with the upper portion of the primary spectacle frame 10 (FIGS. 5 and 6). The auxiliary spectacle frame 20 also includes two magnetic members 22 secured to the arms 21 thereof for engaging with the magnetic members 14 of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 may be stably supported on the primary spectacle frame 10, best shown in FIGS. 5 and 6.

It is to be noted that the arms 21 are engaged with and are supported on the upper portion of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 may be stably supported and secured to the primary spectacle frame 10. The auxiliary spectacle frame 20 will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when the users conduct jogging or jumping exercises.

It is further to be noted that the projections 13 and the magnetic members 14 are secured to the primary spectacle frame 10 and the magnetic members 22 are secured in the arms 21. The magnetic members 14, 22 are not embedded in the frames 10, 20 such that the frames 10, 20 are not required to be formed with cavities therein and such that the strength of the frames 10, 20 will not be decreased.

3

Referring next to FIGS 7 and 8, it is preferable that the projec-

tions 13 and the magnetic members 14 are located slightly
lower than the upper portion of the primary spectacle frame
10, and the end portions of the arms 21 and/or the magnetic
members 22 are slightly extended downward toward the    5
projections 13 such that the arms 21 and the magnetic
members 22 may hook on the primary spectacle frame 10
and such that the auxiliary spectacle frame 20 may further be
stably supported and secured to the primary spectacle frame
10.                                                     10

   In one embodiment, as shown in FIG. 7, magnetic members 14 and 22 are not in contact
with each other; magnetic members 14 and 22 are engaged with, but not supported on, each
other. Instead, the arm 21 securing the magnetic member 22 is supported on an upper side
portion of the primary spectacle frame 10. As shown in FIG. 7, the upper side portion can be an
upper part of the side portion securing the projection 13.

Accordingly, the eyeglass device in accordance with the present invention includes an auxiliary spectacle frame that may be stably secured to the primary spectacle frame and will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary [15] spectacle frame when the users conduct jogging or jumping exercises. In addition, the magnetic members are not embedded in the frames such that the strength of the frames will not be decreased.

Although this invention has been described with a certain [20] degree of particularity, it is to be understood that the present disclosure has been made by way of example only and that numerous changes in the detailed construction and the combination and arrangement of parts may be resorted to [25] without departing from the spirit and scope of the invention as hereinafter claimed.

I claim:

1 An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses [30] therein, said primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, said primary spectacle frame including two rear and side

4

portions each having a projection secured thereto, said primary spectacle frame including an upper side portion,

5    a pair of first magnetic members secured in said projections respectively,

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including two side portions each having an arm extended there-

**from, with at least one arm** for extending over [and for engaging with] said

upper side portion of said primary spectacle frame, and

a pair of second magnetic members secured to said arms respectively for engaging with said first magnetic members of said primary spectacle frame so as to secure said

15    auxiliary spectacle frame to said primary spectacle frame,

**at least one of said arms being [engaged with and] supported on said upper**

side portion of said primary spectacle frame so as to allow said auxiliary spectacle frame to be stably sup-

20    ported on said primary spectacle frame and so as to prevent said auxiliary spectacle frame from moving downward relative to said primary spectacle frame and so as to prevent said auxiliary spectacle frame from being disengaged from said primary spectacle frame.

25    2. An eyeglass device according to claim 1, wherein said projections and said first magnetic members are arranged lower than said upper side portion of said primary spectacle frame, said second magnetic members are extended down-

30    ward toward said projections for hooking on said primary spectacle frame so as to further secure said auxiliary spectacle frame to said primary spectacle frame.

Page 6

3.   An eyeglass device as recited in claim 1 wherein the first and the second magnetic members are magnets.

4.   An eyeglass device as recited in claim 1 wherein:
the primary spectacle frame includes two upper side portions, each upper side portion for supporting one of said arms.

5.   An eyeglass device comprising:
a primary spectacle frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a first magnetic member; and
the primary spectacle frame including an upper portion; and

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each said auxiliary side portion having an arm extended therefrom;
with at least one arm being configured to extend over the upper portion of the primary spectacle frame;
each arm securing a second magnetic member;
each second magnetic member configured to engage with one of the first magnetic members of the primary spectacle frame; and
the upper portion supports at least one arm of the auxiliary frame.

6.   An eyeglass device as recited in Claim 5 wherein the upper portion is an upper part of one of the side portions of PSF

7.   An eyeglass device as recited in Claim 5 wherein the first and the second magnetic members are magnets.

8.   An eyeglass device as recited in Claim 7 wherein the first magnetic members are not in contact with the second magnetic members.

9.   An eyeglass device as recited in Claim 8 wherein the upper portion is an upper part of one of the side portions. of PSF

10.   An eyeglass device comprising:
a primary spectacle frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a first magnetic member; and
the primary spectacle frame including an upper (means) and

Page  7

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each said auxiliary side portion having an arm extended therefrom;
with at least one arm being configured to extend over the upper means
of the primary spectacle frame;
each arm securing a second magnetic member;
each second magnetic member configured to engage with one of the
first magnetic members of the primary spectacle frame; and
the upper means supports at least one arm of the auxiliary frame.

11.    An eyeglass device as recited in claim 10 wherein:
the first and the second magnetic members are magnets; and
the upper means is an upper part of one of the side portions.

12.    An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally
coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured
to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for
disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one
of the auxiliary side portions, for engaging on a horizontal position with one of
the first magnets so as to secure the auxiliary frame to the primary frame.

13.    An eyeglass device as recited in Claim 12 wherein:

the primary spectacle frame includes a projection extending from each
of its side portion;
each projection secures one of the first magnets;
the primary spectacle frame includes an upper portion;
each said auxiliary side portion has an arm extended therefrom;
at least one arm is configured to extend over the upper portion of the
primary spectacle frame;
each arm secures one of the second magnets; and
the upper portion is an upper part of one of the side portions.

14.    A primary eyeglass device adapted to stably support an auxiliary
spectacle frame, which includes two auxiliary side portions, each auxiliary side
portion having an arm extended therefrom, and each arm securing a first
magnetic member,
the primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two primary side portions;
each side portion having an extension extended therefrom for pivotally
coupling a leg thereto;
the primary spectacle frame including a projection extending from each
said side portion;
each projection securing a second magnetic member;
the primary spectacle frame including an upper portion; and
when the primary frame is supporting the auxiliary frame,
each second magnetic member engages with one of the first
magnetic members;
the upper portion being extended over by at least one arm of the
auxiliary frame; and
the upper portion supports at least one arm of the auxiliary
frame.

15.   A primary eyeglass device as recited in Claim 14 wherein the upper
portion is an upper part of one of the primary side portions.

16.   An auxiliary eyeglass device comprising:
an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom; and
each arm securing a first magnet;
the auxiliary spectacle frame being adapted to be stably supported on a
primary spectacle frame, which includes two primary side portions, each side
portion securing a second magnetic member, the primary spectacle frame also
including an upper portion; and
when the auxiliary frame is supported by the primary frame,
each first magnet engages with one of the second magnetic
members; and
at least one arm of the auxiliary frame extending over the upper
portion.

17.   An auxiliary eyeglass device as recited in Claim 16 wherein
when the auxiliary frame is supported by the primary frame, at least one
arm of the auxiliary frame is supported by the upper portion of the
primary frame, which is an upper part of one of the primary side
portions.

18.   An auxiliary eyeglass device adapted to be stably supported on a
primary spectacle frame, which includes two primary side portions, each said
side portion securing a first magnetic member, the primary spectacle frame also
including an upper portion, the auxiliary eyeglass device comprising:

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom;
each arm securing a second magnet; and
when the auxiliary frame is supported by the primary frame,

Page 9

each second magnet engages with one of the first magnetic members of the primary spectacle frame; and

at least one arm of the auxiliary frame extending over the upper portion.

19.     An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least one arm of the auxiliary frame is supported by the upper portion of the primary frame, which is an upper part of one of the primary side portions.

20.     A primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two primary side portions;

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a first magnet; and

the primary spectacle frame including an upper portion;

the primary frame adapted to stably support an auxiliary spectacle frame, which includes two auxiliary side portions each securing a second magnetic member; and

when the primary spectacle frame is supporting the auxiliary spectacle frame,

the upper portion is extended over by at least one of the auxiliary side portions;

the upper portion supports at least one of the auxiliary side portions; and

each first magnet engages with one of the second magnetic members.

21.     A primary eyeglass device as recited in Claim 20 wherein the upper portion is an upper part of one of the primary side portions.

22.     A primary eyeglass device adapted to stably support an auxiliary spectacle frame, the auxiliary spectacle frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame, the auxiliary spectacle frame including two auxiliary side portions, each auxiliary side portion having an arm extended therefrom, and each arm securing a first magnet,

the primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two side portions;

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a second magnet; and

when the primary frame is supporting the auxiliary frame, each second magnet is coupled to, but not in contact with, one of the first magnets on a horizontal position so as to secure the auxiliary frame to the primary frame.

23.   An eyeglass device as recited in Claim 4 wherein each upper side portion is an upper part of one of the side portions of the primary spectacle frame.

24.   An eyeglass device as recited in Claim 23 wherein the magnetic members are magnets.

25.   An eyeglass device as recited in Claim 1 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame so as to further stably support and secure the auxiliary spectacle frame to the primary spectacle frame.

26.   An eyeglass device as recited in Claim 5 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

27.   An eyeglass device as recited in Claim 10 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

28.   An eyeglass device as recited in Claim 12 wherein at least the end portion of one auxiliary side portion extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

29.   An auxiliary eyeglass device as recited in Claim 16 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

30.   An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

31.   An eyeglass device as recited in claim 25 wherein the first and the second magnetic members are magnets.



32.    An eyeglass device as recited in claim 26 wherein the first and the second magnetic members are magnets.

33.    An eyeglass device as recited in claim 27 wherein the first and the second magnetic members are magnets.

34.    An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one of the auxiliary side portions, for coupling on a horizontal position with one of the first magnets so as to secure the auxiliary frame to the primary frame.

35.    An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnetic members, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnetic members, each secured to one of the auxiliary side portions, for coupling on a horizontal position, but not in contact, with one of the first magnets so as to secure the auxiliary frame to the primary frame.

OIPE

OCT 21 1998

PATENT & TRADEMARK OFFICE

# The United States of America

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*Bruce Lehman*

Commissioner of Patents and Trademarks

*Marjorie V. Turner*

Attest

US005568207A

# United States Patent [19]

## Chao

[11] Patent Number: 5,568,207

[45] Date of Patent: Oct. 22, 1996

[54] **AUXILIARY LENSES FOR EYEGLASSES**

[76] Inventor: **Richard Chao**, No. 43-4, Yi Hsin Tsuen, Shui San Hsiang, Chia Yi Hsien, Taiwan

[21] Appl. No.: **554,854**

[22] Filed: **Nov. 7, 1995**

[51] Int. Cl.⁶ .............................. G02C 7/08; G02C 9/00
[52] U.S. Cl. ................................... 351/57; 351/47
[58] Field of Search ..................... 351/41, 44, 47, 351/57, 158; 2/441, 443

[56] **References Cited**

### U.S. PATENT DOCUMENTS

5,416,537   5/1995   Sadler ........................................ 351/47

Primary Examiner—Huy Mai
Attorney, Agent, or Firm—Peterson, Wicks, Nemer & Kamrath, P.A.

[57] **ABSTRACT**

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

2 Claims, 2 Drawing Sheets







FIG. 5



FIG. 6



FIG. 7



FIG. 8

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Reissue Application ) | REISSUE PATENT APPLICATION |
| ) | |
| Inventor:    Richard Chao ) | |
| ) | Art Unit:    Unknown |
| Reissue Application No.: Unknown ) | |
| ) | Examiner:    Unknown |
| Filed:    Herewith ) | |
| ) | |
| Patent No.: 5,568,207 ) | |
| ) | |
| Title:    AUXILIARY LENSES FOR ) | |
| EYEGLASSES ) | |

**CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. §1.10**

"Express Mail" mailing label number:TB687080988US
Date of Mailing: October 21, 1998.

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service addressed to Assistant Commissioner for Patents, Washington, DC 20231 and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

_____ (Signature)
Peter P. Tong
Signature Date: October 21, 1998.

## REISSUE APPLICATION DECLARATION OF RICHARD CHAO AND POWER OF ATTORNEY

Box DAC
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

I, Richard Chao, hereby declare that:

1.    I am the sole inventor of the subject matter described and claimed in the attached U.S. Patent No. 5,568,207, issued on October 22, 1996, for an invention entitled, "Auxiliary Lenses for Eyeglasses" (the "Patent"), for which invention I solicit a reissue patent.

- 1 -

2.      I am a citizen of Taiwan, R.O.C., and my address is No. 43-4, Yi Hsin Tsuen, Shui San Hsiang, Chia Yi Hsien, Taiwan.

3.      I have reviewed and understand the contents of the above identified specification, including the claims.

4.      I acknowledge the duty to disclose information that is material to the examination of this application (the "Reissue Application"), namely, information where there is a substantial likelihood that a reasonable examiner would consider it important in deciding whether to allow the Reissue Application to issue as a patent. In compliance with this duty, there is attached an information disclosure statement in accordance with 37 CFR 1.98.

5.      I believe the Patent to be partly inoperative because of errors without any deceptive intent on my part.

The statement below specifies the errors relied upon, and how they arose (37 CFR 1.175(a)(5)), namely, why the Patent is believed to be partly inoperative (37 CFR 1.175(a)(1)); and more distinctly, the excess or insufficiency in the claims that make the patent partly inoperative "by reason of the patentee claiming less than he had a right to claim in the patent" (37 CFR 1.175(a)(3)).

As hereinafter more fully explained, I believe that through error, without any deceptive intent, subject matter was disclosed in the figures of the Patent, but not described in text; and vice versa. Though the Patent was not appropriately claimed, the disclosed figures and text show my intent to claim. The circumstances giving rise to the aforesaid error, to the best of my information and belief, are set forth below.

6.      At the time the application for the Patent was being prepared (the "Original Application"), I requested that the Original Application protect my magnetic frames invention. I provided my Taiwan patent counsel with sketches and descriptions, and requested the Original Application preparation move forward. My Taiwan patent counsel ensured me that my invention would be protected. I was not versed in patent application and patent law. As a result, I posited the utmost trust in my Taiwan patent counsel to ensure that my invention would be safeguarded.

7.      When the Original Application was completed, I reviewed it and understood the disclosure with the claims. I relied upon my Taiwan patent counsel's assurances that my invention would be protected in the market place based on the Original Application as prepared.

8.      While I understood the disclosure and the claims, I was not really able to thoroughly understand US patent law and procedure. For example, I believed that as long as an embodiment was in the disclosure, such as in the figures or the detailed description of the preferred embodiment, of the Patent, I would have got protection for it. At all times during the preparation and prosecution of the Original Application, I was assured by my Taiwan patent counsel that the Original Application would protect my invention.

9.      The Patent was allowed and issued on October 22, 1996.

- 2 -

10.    Recently, my Patent has been opposed by third parties.  Specifically, as shown in the attached German opposition (Appendix I), Pentax Vision Co. (hereinafter "Pentax") opposed to the grant of the Patent's corresponding German patent.  Also, the U.S. Patent and Trademark Office has notified me that an interference has been declared on my Patent.  A copy of the declaration is enclosed (Appendix II).  Both of these events have caused me to be concerned that the Patent may be partly inoperative by reason of my inappropriate claiming, including claiming less than what I have a right to claim.

11.    Based on further investigation, I was advised that my Taiwan patent counsel failed to appreciate the full scope and breadth of the invention.  I should both broaden and narrow my claims.

12.    I was advised, for example, that (1) I should include as dependent claims magnetic members being magnets; (2) I should include as dependent claims two upper side portions, and the gap between the first magnetic members and the second magnetic members; (3) I should claim magnetic members engaging on a horizontal position; (4) I should claim primary spectacle frames without auxiliary frames; (5) I should claim auxiliary frames without primary spectacle frames; (6) I should include as dependent claims the end portion of an arm extending downward for hooking on the primary spectacle frame; and (7) I should broaden the issued Claim 1.

13.    I was also advised that I should (a) Describe one embodiment disclosed in FIG. 7 of the Patent, for example, the magnetic members 14 and 22 not being in contact with each other, the arm 21 being supported on an upper side portion of the primary spectacle frame 10, and the upper side portion being an upper part of the side portion securing the projection 13; and (b) Include a new FIG. 8 illustrating one embodiment of "the end portions of the arms 21 ... extended downward toward the projections 13 such that the arms 21 ... may hook on the primary spectacle frame 10..."  See Col. 3, lines 4-7 of the specification.

14.    I was further advised of the ability to seek reissue of my invention in the Patent in order to correct the errors.

15.    Failure to describe embodiments shown in the figure and the text, and to suggest broader and narrower claim language were errors.  They resulted from the fact that I did not understand the procedure of patent prosecution and the law of patent.  The errors occurred without any deceptive intent on my part, nor do I believe that there was any deceptive intent on the part of any other person.

16.    I also believe that the invention as claimed in this Reissue Application was disclosed in the Patent, and no new matter has been introduced in this Reissue Application.

17.    I believe that this Reissue Application seeks to correct the above-described errors through the following changes:

Add a new FIG. 8, as attached.

A new informal FIG. 8 is submitted herewith.  Upon the acceptance of the figure, a formal FIG. 8 will be submitted.

- 3 -

At column 2, line 30, insert a new paragraph as follows:

--FIG. 8 illustrates another embodiment of a cross sectional view taken along lines 7-7 of FIG. 6.--

At column 3, line 10, insert at the end of the line the following:

--In one embodiment, as shown in FIG. 7, magnetic members 14 and 22 are not in contact with each other; magnetic members 14 and 22 are engaged with, but not supported on, each other. Instead, the arm 21 securing the magnetic member 22 is supported on an upper side portion of the primary spectacle frame 10. As shown in FIG. 7, the upper side portion can be an upper part of the side portion securing the projection 13.--

Amend Claim 1 and Add new claims 3-35 as follows:

1. **(Once Amended)** An eyeglass device comprising:
   a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, said primary spectacle frame including two rear and side portions each having a projection secured thereto, said primary spectacle frame including an upper side portion,  -
   a pair of first magnetic members secured in said projections respectively,
   an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including two side portions each having an arm extended therefrom, with at least one arm for extending over [and for engaging with] said upper side portion of said primary spectacle frame, and
   a pair of second magnetic members secured to said arms respectively for engaging with said first magnetic members of said primary spectacle frame soas to secure said auxiliary spectacle frame to said primary spectacle frame,
   at least one of said arms being [engaged with and] supported on said upper side portion of said primary spectacle frame so as to allow said auxiliary spectacle frame to be stably supported on said primary spectacle frame and so as to prevent said auxiliary spectacle frame from moving downward relative to said primary spectacle frame and so as to prevent said auxiliary spectacle frame from being disengaged from said primary spectacle frame.

3. **(New)** An eyeglass device as recited in claim 1 wherein the first and the second magnetic members are magnets.

4. **(New)** An eyeglass device as recited in claim 1 wherein:
   the primary spectacle frame includes two upper side portions, each upper side portion for supporting one of said arms.

5. **(New)** An eyeglass device comprising:
   a primary spectacle frame for supporting primary lenses therein;
   the primary spectacle frame including two side portions;

- 4 -

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001                                                    207.001:100396

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a first magnetic member; and

the primary spectacle frame including an upper portion; and

an auxiliary spectacle frame for supporting auxiliary lenses therein;

the auxiliary spectacle frame including two auxiliary side portions;

each said auxiliary side portion having an arm extended therefrom;

with at least one arm being configured to extend over the upper portion of the primary spectacle frame;

each arm securing a second magnetic member;

each second magnetic member configured to engage with one of the first magnetic members of the primary spectacle frame; and

the upper portion supports at least one arm of the auxiliary frame.

6. **(New)**      An eyeglass device as recited in Claim 5 wherein the upper portion is an upper part of one of the side portions.

7. **(New)**      An eyeglass device as recited in Claim 5 wherein the first and the second magnetic members are magnets.

8. **(New)**      An eyeglass device as recited in Claim 7 wherein the first magnetic members are not in contact with the second magnetic members.

9. **(New)**      An eyeglass device as recited in Claim 8 wherein the upper portion is an upper part of one of the side portions.

10. **(New)**      An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two side portions;

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a first magnetic member; and

the primary spectacle frame including an upper means; and

an auxiliary spectacle frame for supporting auxiliary lenses therein;

the auxiliary spectacle frame including two auxiliary side portions;

each said auxiliary side portion having an arm extended therefrom;

with at least one arm being configured to extend over the upper means of the primary spectacle frame;

each arm securing a second magnetic member;

each second magnetic member configured to engage with one of the first magnetic members of the primary spectacle frame; and

- 5 -

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001

207.001:100398


the upper means supports at least one arm of the auxiliary frame.

11. **(New)**    An eyeglass device as recited in claim 10 wherein:
the first and the second magnetic members are magnets; and
the upper means is an upper part of one of the side portions.

12. **(New)**    An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for  pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one of the auxiliary side portions, for engaging on a horizontal position with one of the first magnets so as to secure the auxiliary frame to the primary frame.

13. **(New)**    An eyeglass device as recited in Claim 12 wherein:

the primary spectacle frame includes a projection extending from each of its side portion;
each projection secures one of the first magnets;
the primary spectacle frame includes an upper portion;
each said auxiliary side portion has an arm extended therefrom;
at least one arm is configured to extend over the upper portion of the primary spectacle frame;
each arm secures one of the second magnets; and
the upper portion is an upper part of one of the side portions.

14. **(New)**    A primary eyeglass device adapted to stably support an auxiliary spectacle frame, which includes two auxiliary side portions, each auxiliary side portion having an arm extended therefrom, and each arm securing a first magnetic member,
the primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;
the primary spectacle frame including two primary side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a second magnetic member;

- 6 -

the primary spectacle frame including an upper portion; and
when the primary frame is supporting the auxiliary frame,

    each second magnetic member engages with one of the first magnetic members;

    the upper portion being extended over by at least one arm of the auxiliary frame; and

    the upper portion supports at least one arm of the auxiliary frame.

15. **(New)**    A primary eyeglass device as recited in Claim 14 wherein the upper portion is an upper part of one of the primary side portions.

16. **(New)**    An auxiliary eyeglass device comprising:
an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom; and
each arm securing a first magnet;
the auxiliary spectacle frame being adapted to be stably supported on a primary spectacle frame, which includes two primary side portions, each side portion securing a second magnetic member, the primary spectacle frame also including an upper portion; and
when the auxiliary frame is supported by the primary frame,

    each first magnet engages with one of the second magnetic members; and

    at least one arm of the auxiliary frame extending over the upper portion.

17. **(New)**    An auxiliary eyeglass device as recited in Claim 16 wherein when the auxiliary frame is supported by the primary frame, at least one arm of the auxiliary frame is supported by the upper portion of the primary frame, which is an upper part of one of the primary side portions.

18. **(New)**    An auxiliary eyeglass device adapted to be stably supported on a primary spectacle frame, which includes two primary side portions, each said side portion securing a first magnetic member, the primary spectacle frame also including an upper portion, the auxiliary eyeglass device comprising:

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom;
each arm securing a second magnet; and
when the auxiliary frame is supported by the primary frame,

    each second magnet engages with one of the first magnetic members of the primary spectacle frame; and

    at least one arm of the auxiliary frame extending over the upper portion.

-7-

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001

207.001:100398

19. **(New)**      An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least one arm of the auxiliary frame is supported by the upper portion of the primary frame, which is an upper part of one of the primary side portions.

20. **(New)**      A primary eyeglass device comprising:
      a primary spectacle frame for supporting primary lenses therein;
      the primary spectacle frame including two primary side portions;
      each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
      the primary spectacle frame including a projection extending from each said side portion;
      each projection securing a first magnet; and
      the primary spectacle frame including an upper portion;

      the primary frame adapted to stably support an auxiliary spectacle frame, which includes two auxiliary side portions each securing a second magnetic member; and
      when the primary spectacle frame is supporting the auxiliary spectacle frame,
         the upper portion is extended over by at least one of the auxiliary side portions;
         the upper portion supports at least one of the auxiliary side portions; and
            each first magnet engages with one of the second magnetic members.

21. **(New)**      A primary eyeglass device as recited in Claim 20 wherein the upper portion is an upper part of one of the primary side portions.

22. **(New)**      A primary eyeglass device adapted to stably support an auxiliary spectacle frame, the auxiliary spectacle frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame, the auxiliary spectacle frame including two auxiliary side portions, each auxiliary side portion having an arm extended therefrom, and each arm securing a first magnet,
      the primary eyeglass device comprising:

      a primary spectacle frame for supporting primary lenses therein;
      the primary spectacle frame including two side portions;
      each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
      the primary spectacle frame including a projection extending from each said side portion;
      each projection securing a second magnet; and
      when the primary frame is supporting the auxiliary frame, each second magnet is coupled to, but not in contact with, one of the first magnets on a horizontal position so as to secure the auxiliary frame to the primary frame.

- 8 -

23. **(New)**      An eyeglass device as recited in Claim 4 wherein each upper side portion is an upper part of one of the side portions of the primary spectacle frame.

24. **(New)**      An eyeglass device as recited in Claim 23 wherein the magnetic members are magnets.

25. **(New)**      An eyeglass device as recited in Claim 1 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame so as to further stably support and secure the auxiliary spectacle frame to the primary spectacle frame.

26. **(New)**      An eyeglass device as recited in Claim 5 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

27. **(New)**      An eyeglass device as recited in Claim 10 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

28. **(New)**      An eyeglass device as recited in Claim 12 wherein at least the end portion of one auxiliary side portion extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

29. **(New)**      An auxiliary eyeglass device as recited in Claim 16 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

30. **(New)**      An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

31. **(New)**      An eyeglass device as recited in claim 25 wherein the first and the second magnetic members are magnets.

32. **(New)**      An eyeglass device as recited in claim 26 wherein the first and the second magnetic members are magnets.

- 9 -

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001                                                                                207.001:100396



33. **(New)**      An eyeglass device as recited in claim 27 wherein the first and the second magnetic members are magnets.

34. **(New)**      An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one of the auxiliary side portions, for coupling on a horizontal position with one of the first magnets so as to secure the auxiliary frame to the primary frame.

35. **(New)**      An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for  pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnetic members, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnetic members, each secured to one of the auxiliary side portions, for coupling on a horizontal position, but not in contact, with one of the first magnets so as to secure the auxiliary frame to the primary frame.

18.      As a result of these corrections, the amended claim, the new claims and the amended specification more closely represent my invention.  The specification and the claims in the Patent caused the Patent to be partly inoperative.  My invention is better represented by the amended specification, the amended claim, and the new claims for reissue.

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001

207.001:100396

## POWER OF ATTORNEY

As the sole named inventor, I hereby appoint the following attorneys to prosecute and transact all business in the U.S. Patent and Trademark Office regarding this Reissue Application: Sheldon R. Meyer, Reg. No. 27,660, and Peter P. Tong, Reg. No. 35,757.

Please address all correspondence to:
Sheldon R. Meyer
FLIESLER, DUBB, MEYER & LOVEJOY LLP
Four Embarcadero Center, Suite 400
San Francisco, CA 94111-4156

Please direct all telephone calls to:
Peter P. Tong
(415) 362-3800

I hereby declare that I am authorized to sign for Contour and that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the Reissue Application and any patent issuing thereon.

Full Name:   Richard Chao

Signature:   _Richard Chao (signature)_          Dated: 10-18-98

- 11 -

Attorney Docket No.: CONT1013REI1SRM/PPT
ppt/cont/1013-1.001

207.001:100398





| REISSUE APPLICATION BY THE ASSIGNEE, OFFER TO SURRENDER PATENT | Docket Number (Optional)<br>CONT1013 |
|---|---|

This is part of the application for a reissue patent based on the original patent identified below.

Name of Patentee(s).

**Richard Chao**

| Patent Number | Date Patent Issued |
|---|---|
| **5,568,207** | **October 22, 1996** |

Title of Invention

**AUXILIARY LENSES FOR EYEGLASSES**

---

**Contour Optik, Inc.** _____ is the assignee of the entire interest in the original patent.

I offer to surrender the original patent.

☒ **The reel and frame number of the assignment being:**

    **Reel 8334, frames 0766-7**

I am authorized to act on behalf of the assignee.

---

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U S.C. 1001 and that such willful false statements may jeopardize the validity of the application, any patent issued thereon, or any patent to which this declaration is directed.

Name of assignee

    **Contour Optik, Inc.**

| Signature of person signing for assignee | Date |
|---|---|
| *~Mary~* | *May 28 1998* |

Typed or printed name and title of person signing for assignee

    *DAVID Y. CHAO , DIRECTOR OF INTERNATIONAL SALES*



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Reissue Application | ) **REISSUE PATENT APPLICATION** |
| | ) |
| Inventor:  Richard Chao | ) |
| | ) |
| Reissue Application No.: Unknown | )   Art Unit:   Unknown |
| | ) |
| Filed:  Herewith | )   Examiner:   Unknown |
| | ) |
| Patent No.: 5,568,207 | ) |
| | ) |
| Title:  AUXILIARY LENSES FOR | ) |
| EYEGLASSES | ) |

OCT 21 1998

### CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. §1.10

"Express Mail" mailing label number: TB 687080988US
Date of Mailing: October 21, 1998.

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service addressed to Assistant Commissioner for Patents, Washington, DC 20231 and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

_____ (Signature)
Peter P. Tong
Signature Date: October 21, 1998.

### REISSUE APPLICATION TRANSMITTAL LETTER

BOX DAC
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Transmitted herewith is the application for reissue of U.S. Patent No. 5,568,207, issued on October 22, 1996.  Inventor is Richard Chao.  The title is AUXILIARY LENSES FOR EYEGLASSES.

Enclosed with this communication in connection with the above-identified reissue application are the following:

- 1 -

Attorney Docket No.: CONT1013SRM/PPT
/ppt/cont1013.006

201.001:120197
10/21/98-18:57

___ A Statement pursuant to 37 C.F.R. §1.27 to establish small entity status under 37 C.F.R. §1.9(f).

_x_ An Information Disclosure Statement pursuant to 37 C.F.R. §1.56.

_x_ Specification, claims and drawings: 4 pages of specification; 9 pages of claim(s); 1 page of abstract; 3 sheet(s) of drawing(s).

_X_ No changes in the drawings, upon which the original patent was issued, are to be made. Therefore, in accordance with 37 CFR 1.174, please find attached, in the size required for original drawings:

    ___ a copy of the printed drawings of the patent.

    _X_ a photoprint of the original drawings.

_X_ Declaration and power of attorney.

___ An Assignment

___ A certified copy of a priority application.

_X_ Offer to surrender the original letters patent in accordance with 37 CFR 1.178 is attached.

    ___ Offer to surrender is by the inventor,

    _x_ Offer to surrender is by the assignee of the entire interest,
        _x_ along with assent of assignee.

___ Letters patent

    ___ Original letters patent are attached.
    ___ Declaration that original letters patent lost or inaccessible.

_X_ Title. In accordance with 37 CFR 1.171, this application for reissue is accompanied by

    ___ a certified copy of an abstract of title

    or
    _X_ an order for an abstract of title.

- 2 -

Attorney Docket No.:CONT1013SRM/PPT
/ppt/cont1013.006

201.001:120197
10/21/98-18:57

The fee associated with this communication has been calculated as shown below:

___   Small entity status of this application under 37 C.F.R. §1.9 and §1.27 has been established.

_X_   A fee of $240.00 is due for the submission of the accompanying Information Disclosure Statement.

The filing fee pursuant to 37 C.F.R. §1.16 is determined as follows:

| | No. Filed | | No. Extra | | | Rate Small Entity/ Other Than Small Entity | | |
|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | | $395.00 $790.00 | = | $395 |
| Total Claims _35_ - 20 | = | _5_ * | | X | | $ 11.00 $ 22.00 | = | $ 55 |
| Independent Claims _11_ - 3 = | _8_ * | | | X | | $ 41.00 $ 82.00 | = | $328 |
| First Presentation of Multiple Dependent Claim(s) ___ | | | | | | $135.00 $270.00 | = | $ |
| | | | | | | Total | = | $778 |

*If the difference is less than zero, enter "0".

Additional Fee   =   $ 265

The total fee required with this communication is $ 1,043 and is to be paid as follows:

_x_   Please charge Deposit Account No. 06-1325 in the amount of $ 137.00 . A duplicate copy of this authorization is enclosed.

_X_   A check in the amount of $ 906 is enclosed.

- 3 -

   X   The Commissioner is hereby authorized to charge underpayment of any additional fees (including those listed below) or credit any overpayment associated with this communication to Deposit Account No. 06-1325.  A duplicate copy of this authorization is enclosed.

   X   Any additional filing fees under 37 C.F.R. §1.16.

   X   Any patent issue application processing fees under 37 C.F.R. §1.17.

This application is filed pursuant to 37 C.F.R. §1.53(b) in the name of the above-identified Inventor(s).

Please direct all correspondence concerning the above-identified application to the following address:

Sheldon R. Meyer, Esq.
FLIESLER, DUBB, MEYER & LOVEJOY LLP
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

Respectfully submitted,

Date: __October 21, 1998__

By: _____
      Peter P. Tong
      Reg. No.  35,757

FLIESLER, DUBB, MEYER & LOVEJOY LLP
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 4 -

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Reissue Application | ) **REISSUE PATENT APPLICATION** |
| | ) |
| Inventor:   Richard Chao | ) |
| | ) **Art Unit:**    Unknown |
| Reissue Application No.: Unknown | ) |
| | ) **Examiner:**    Unknown |
| Filed:       Herewith | ) |
| | ) |
| Patent No.: 5,568,207 | ) |
| | ) |
| Title:       AUXILIARY LENSES FOR | ) |
| EYEGLASSES | ) |

#2

### CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. §1.10

"Express Mail" mailing label number:TB 687080988US
Date of Mailing: October 21, 1998.

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service addressed to Assistant Commissioner for Patents, Washington, DC 20231 and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

_____ (Signature)
Peter P. Tong
Signature Date: October 21, 1998..

### INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.56

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

It is requested that the information identified in this statement be considered by the Examiner and made of record in the above-identified application.  This statement is not intended to represent that a search has been made or that the information cited in the statement is, or is considered to be, material to patentability as defined in 37 C.F.R. §1.56.

*Enclosed with this statement are the following:*

 X    Form PTO-1449. The Examiner is requested to initial the form and return it to the undersigned in accordance with M.P.E.P. §609.

 X    A copy of each cited document as required by 37 C.F.R. §1.98.  Copies are not submitted of U.S. applications, 37 C.F.R. §1.98(a)(2)(iii), and copies are not

- 1 -

submitted of documents already cited or submitted in a parent application from which benefit under 35 U.S.C. §120 is claimed, 37 C.F.R. §1.98(d). If any of the cited/submitted documents is in a foreign language, a concise explanation of relevancy is provided pursuant to 37 C.F.R. §1.98(a)(3). For foreign language documents cited in a search report by a foreign patent office, the requirement for a concise explanation of relevance is satisfied by the submission herewith of an English language version of the search report. 57 F.R. 2021 (1/17/92). If a written English-language translation of a non-English language document, or portion thereof, is within the possession, custody or control of, or is readily available to any individual designated in §1.56(c), a copy of the translation accompanies this statement. 37 C.F.R. §1.98(c).

***This statement should be considered because:***

____ This statement qualifies under 37 C.F.R. §1.97, subsection (b) because:

> (1) It is being filed within 3 months of the application filing date;
> -- OR --
> (2) It is being filed within 3 months of entry of a national stage;
> -- OR --
> (3) It is being filed before the mailing date of the first Office action on the merits,

whichever occurs last.

__X__ Although it may not qualify under subsection (b), this statement qualifies under 37 C.F.R. §1.97, subsection (c) because:

> (1) It is being filed before the mailing date of a FINAL Office Action and before a Notice of Allowance (whichever occurs first)
>
> -- AND *(check at least one of the following)* --
>
> __X__ (1) It is accompanied by the $240 fee set forth in 37 C.F.R. §1.17(p)
> -- OR --
> ____ (2) It is accompanied by a STATEMENT as set forth in 37 C.F.R. §1.97(e)

____ Although it may not qualify under subsection (b) or (c), this statement qualifies under 37 C.F.R. §1.97, subsection (d) because:

> (1) It is accompanied by a STATEMENT as set forth in 37 C.F.R. §1.97(e);
> -- AND --
> (2) It is accompanied by a PETITION TO ACCEPT INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97(d);
> -- AND --
> (3) It is accompanied by the $130 fee set forth in 37 C.F.R. §1.17(i)(1);
> -- AND --
> (4) The Issue Fee has not yet been paid.

- 2 -

__X__ *Fee Authorization.* The Commissioner is hereby authorized to charge underpayment of any additional fees or credit any overpayment associated with this communication to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

Respectfully submitted,

FLIESLER, DUBB, MEYER & LOVEJOY LLP

Date: _Oct. 21, 1998_    By: _Peter Tong_

Peter P. Tong
Reg. No. 35,757

- 3 -

OCT 2 1 1998
PATENT & TRADEMARK OFFICE
JC57

Sheet __1__ of __1__

| Form PTO-1449 *(Substitute)* | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Attorney Docket Number CONT1013SRM/PPT | Serial/Patent Number Unknown |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use several sheets if necessary)* | | Applicant/Patent Owner David Yinkai Chao | |
| | | Filing/Issue Date Herewith | Group Art Unit Unknown |

### U.S. PATENT DOCUMENTS

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date |
|---|---|---|---|---|---|---|
| JM | 4,070,103 | 1/24/78 | Meeker | 351 | 52 | |
| JM | 5,642,177 | 6/24/97 | ~~Sunroeva~~ Nishioka | 351 | 47 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initial | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| JM | G 85 07 761.5 . | June, 1985 | Germany | — | | X | |
| JM | G 88 06 898.6 | October, 1988 | Germany | — | | X | |
| JM | 2-109325 | August, 1990 | Japan | — | | X | |
| JM | 7-128620 | May, 1995 | Japan | — | | X | |
| JM | 76,209,045 | September, 1976 | China | — | | X | |
| JM | WO 90/09611 | August, 1990 | PCT | — | | X | |
| JM | 1,061,253 | April, 1954 | ~~Europe~~ France | — | | X | |

### OTHER DOCUMENTS (Include Author, Title, Date, Pertinent pages, etc. )

| JM | Documents describing Twincome in a Patent Opposition Proceeding in Germany initiated by Pentax, on or around April 30, 1997. |
|---|---|
| | |
| | |
| | |
| | |

| Examiner    Mai | Date Considered   6/30/99 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*1 = Copy not submitted because it was submitted in prior application SN __/_____, filed _____, 19___.
*2 = Copy not submitted because it was submitted in prior application SN __/_____, filed _____, 19___.

- 4 -

## REMARKS

The following Remarks are supplied as part of or in supplement to this Information Disclosure Statement.

Recently, a number of references have surfaced.  As will be discussed below, those references should not have affected the allowability of the application as claimed.

Altogether tens sets of publications are submitted.  All of them, except the last two, appears to describe magnetic coupling at the plane of the lenses.  The second to the last set does not even seem to describe magnets as means for attachment.  The last set is from an opposition proceeding initiated by Pentax Vision Company Limited ("Pentax").

1.  The Meeker Patent

U.S. Patent number 4,070,103, by Meeker was issued on January 24, 1978 ("the Meeker Patent").  It describes attachable-rim covers to a spectacle unit.  One attachment approach is by magnetic strips, with magnetic coupling seeming to occur on the plane of the lenses.

2.  The First German Patent Application

German patent number G 85 07 761.5, has a publication date of June 13, 1985 ("the First German Patent Application").  As shown by its figures and a translation of its summary in its page 10, it describes a spectacle frame that is composed of two parts--detachable lenses and a frame.  Lenses can be exchanged and attached on the frame magnetically.  However, magnetic coupling again seems to occur on the plane of the lenses.

A paragraph (page 5, lines 14 to 18) in the Application was called to Applicant's attention.  As shown in a translation of that paragraph, Applicant believes, it describes a form-fitting seal such as for alignment purposes, and should not have any relevancy to the allowability of the claims.

3.  The Second German Patent Application

German patent number G 88 06 898.6, has a publication date of October 27, 1988 ("the Second German Patent Application").  As shown by its figures and its English translation the Application seems to describe attaching auxiliary frames to primary frames based on strips of magnetic materials.  Again, magnetic coupling seems to occur on the plane of the lenses.

4.  The First Japanese Patent Application

Japanese patent number 2-109325, has a publication date of August 31, 1990 ("the First Japanese Patent Application").  Based on the translated text and the figures, magnetic coupling again seems to occur at the plane of the lenses, and seems to be located close to the temple regions.

Attorney Docket No.: CONT1013SRM/PPT
/ppt/cont/1013.003

104.001:120197
10/21/98-14:58

5. The Second Japanese Patent Application

Japanese patent number 7-128620, has a publication date of May 19, 1995 ("the Second Japanese Patent Application"). As shown by its figures and the official translation of its abstract, the Application seems to describe sunglasses with magnets close to the temple regions of a primary and an auxiliary frame. There also seems to be a hinge at the bridge of the auxiliary frame. Again, magnetic coupling appears to occur at the plane of the lenses.

6. The Sunreeve Patent

U.S. Patent number 5,642,177 by Sunreeve was issued on June 24, 1997 ("the Sunreeve Patent"). This Patent seems to cover subject matter similar to the above Japanese Application No. 7-128620.

7. The Chinese Patent

Chinese patent number 76,209,045, has an application date of September 16, 1976 ("the Chinese Patent"). As shown in its figures and a translation of its abstract on page 2, the Patent seems to describe attaching auxiliary frames to primary frames through magnets. Magnetic coupling again appears to occur at the plane of the lenses.

8. The PCT Patent

The PCT patent number WO 90/09611, has a publication date of August 23, 1990 ("the PCT Patent"). As shown in its figures and its English translation, the Patent again seems to describe attaching auxiliary frames to primary frames through magnets. Magnetic coupling again appears to occur at the plane of the lenses.

9. The French Patent

French patent number 1,061,253, has a publication date of April 12, 1954 ("the French Patent"). As shown in its English translation, the Patent seems to describe attaching auxiliary frames to primary frames based on pins and hooks, bent in opposite directions. There does not seem to be any discussion on attachment schemes based on magnets.

10. Twincome from Pentax

Pentax has initiated a patent opposition proceeding in Germany, challenging another one of Applicant's invention. In it, Pentax included a number of publications, and alleged that they described their product, Twincome. According to a Pentax declaration in the opposition, Pentax had made Twincome public before November 7, 1995. Applicant is challenging the opposition. However, just in case the Examiner might consider the materials in the opposition relevant to the allowability of Applicant's patent application, Applicant has included in this last set of publications, disclosures asserted by Pentax to be public information on Twincome.

According to Pentax, this last set of publications describes Twincome, which has magnets at the temples of a spectacle frame.

- 6 -

104.001:120197
10/21/98-14:58

Applicant believes that none of the above sets of publications, singly or in any combination, teaches Applicant's claimed invention. Thus, these publications should not have affected the allowability of Applicant's patent application.

- 7 -

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue Application )

Inventor: Richard Chao )

Reissue Application No.: Unknown )

Filed: Herewith )

Patent No.: 5,568,207 )

Title: AUXILIARY LENSES FOR )
EYEGLASSES )

Art Unit: Unknown   #3

Examiner: Unknown

### REQUEST FOR ABSTRACT OF TITLE

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

Please prepare a certified Abstract of Title, in respect of the above-identified patent for placing in the official file of the Reissue Application which is filed herewith.

Title in the name of Contour Optik, Inc. was recorded on Reel 8334, Frames 0766-7.

For the fee required by 37 CFR 1.19(b)(4) please find enclosed a check in the amount of $25.

Respectfully submitted,

FLIESLER, DUBB, MEYER & LOVEJOY LLP

Date: October 21, 1998    By: _____

Peter P. Tong
Reg. No. 35,757

- 1 -

Attorney Docket No.:CONT1013SMR/PPT
/ppt/cont1013.005

201.001:120197
10/21/98-14:08

RECEIVED

OCT 21 1998

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

FLIESLER, DUBB,
MEYER & LOVEJOY

In re Reissue Application )
)
Inventor:    Richard Chao )
)
Reissue Application No.: Unknown )
)
Filed:    Herewith )
)
Patent No.: 5,568,207 )
)
Title:    AUXILIARY LENSES FOR )
   EYEGLASSES )

Art Unit:    Unknown

Examiner:    Unknown    #4

OIPE
OCT 21 1998
PATENT & TRADEMARK OFFICE

**ASSENT OF ASSIGNEE**

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

   Contour Optik, Inc., of 43-4 Yi-Hsing Chun, Suishang Hsiang, Chiavi, Taiwan 608, Republic of China, is the sole Assignee of United States Patent No. 5,568,207, granted on October 22, 1996, by an assignment executed by the inventor Richard Chao and in the United States Patent and Trademark Office at Reel 8334, Frames 0766-7, and hereby assents to the reissue of United States Patent No. 5,568,207. The attached evidentiary documents have been reviewed and Assignee certifies that to the best of Assignee's knowledge and belief, title to the above-identified application is in Assignee.

   I hereby declare that I am authorized to sign for Contour Optik, Inc. and that all statements made herein of my knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable



- 1 -

by fine or imprisonment, or both, under Section 1001, Title 18 of the United states Code, and that such willful false statements may jeopardize the validity of the application and any patent issuing thereon.

CONTOUR OPTIK, INC.

Date: October 21, 1998.                By _____

David Chao,
Director of International Sales

Attorney Docket No.:CONT1013SMB/PPT
/ppt/cont1013.007

201.001:120197
10/21/98-15:45