Amendment Pursuant to 37 CFR § 1.116                        Docket No. 4216-4000
Serial No. 09/182,862

extensions having a top side and a rear side with a first magnetic member secured to said rear

side, and

an auxiliary spectacle frame including two arms for extending over and engaging a

corresponding top side of said extensions, said arms respectively containing downwardly

extended second magnetic members for hooking said auxiliary spectacle frame to said primary

spectacle frame, said arms and said first and second magnetic members cooperating to support

said auxiliary spectacle frame on said primary spectacle frame.

22

75. (Once Amended) An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein and having two side

portion extensions extending rearwardly therefrom and having a front side, a rear side, a top side,

and a rear end, each of said rear ends pivotally coupling a leg configured to conform to a user at

a distal end thereof, each of said extensions of said primary spectacle frame further having a

projection attached to each of said rear sides, and a pair of first magnetic members respectively

secured in said projections, said first magnetic members capable of engaging second magnetic

members of an auxiliary spectacle frame so that lenses of an auxiliary spectacle frame are

located in front of said primary lenses.

25.

76. (Once Amended)  An eyeglass device comprising:

a primary spectacle frame having two side portion extensions extending therefrom and

adapted to pivotally couple a leg thereto, said extensions each having a front side, a rear side, a

top side and a projection extending from said rear side, each of said projections securing a first

magnetic member, and

-5-

25429 v1

an auxiliary spectacle frame including two side portions each having an arm extended

therefrom for extending over said top side, said arms containing corresponding second magnetic

members, said arms with said second magnetic members engaging said first magnetic members

thereby securing said auxiliary frame to said primary spectacle frame to prevent said auxiliary

spectacle frame from moving downward relative to and/or disengaging from said primary

spectacle frame.

86. (Once Amended) An eyeglass device comprising:

a primary spectacle frame having two side portion extensions extending rearwardly

therefrom with a top side and a rear side with a first magnetic member secured thereto, and

an auxiliary spectacle frame including two arms for extending over a corresponding top

side of said extensions, said arms respectively containing second magnetic members for

cooperation with said first magnetic members and downwardly extended end portions for

hooking said auxiliary spectacle frame to said primary spectacle frame, said arms and said first

and second magnetic members supporting said auxiliary spectacle frame on said primary

spectacle frame, wherein at least one of said first magnetic members and said second magnetic

members are magnets.

89. (Once Amended) An eyeglass device comprising:

a primary spectacle frame having two side portion extensions with a front side, a rear side

and a first magnetic member

an auxiliary spectacle frame including two side portions each having an arm extended

therefrom, each of said arms containing a second magnetic member, said arms extending across a

-6-

Amendment Pursuant to 37 CFR § 1.116
Serial No. 09/182,862

Docket No. 4216-4000

respective extension from said front side to said rear side so that said first and second magnetic members engage one another whereby said auxiliary spectacle frame is supported by said primary spectacle frame.

## REMARKS

Upon entry of the above claims 1, 12, 36, 40, 41, 68, 71, 73, 75, 78, 86 and 89 will have been amended. Claims 36, 40, 41 and 73 have been amended in response to the Examiner's Office Action. Allowed Claims 12, 68, 71, 73, 75, 78, 86 and 89 have been amended for claim consistency and more concise language, e.g., "side portion extensions" instead of "side portions, each side portion having an extension." Thus the requested changes to allowed claims 12, 68, 71, 75, 78, 86 and 89 are not made for the purpose of obtaining patentability since those already been indicated to be in condition for allowance. Allowed Claim 75 has also been amended to describe the positioning of an auxiliary frame lens which _may_ be used with the primary frame, but is not recited in Claim 75. Thus the change to Claim 75 is not made for the purpose of obtaining patentablility of Claim 75. Claims 1-3, 12, 28, 36-41 and 67-89 are pending in the reissue application. Claims 1-3, 12, 28, 67-72 and 74-89 have been allowed.

Claim 1 has been amended and is now identical to patent claim 1 in all regards. Claim 36 has been amended by reciting that the first and second magnetic members respectively have horizontal surfaces which may be coupled to one another, in a manner similar to that of allowed application claim 12. Claims 40 and 41 have also been amended to recite that the auxiliary side portions are also "supported on a corresponding extension" of the primary spectacle frame. Claim 73 has been amended in accordance with the Examiner's suggestion to provide clear antecedent basis for the auxiliary spectacle frame originally recited in the claim. Accordingly,

-7-

25429 v1

Amendment Pursuant to 37 CFR § 1.116          Docket No. 4216-4000
Serial No. 09/182,862

antecedent basis for the auxiliary spectacle frame originally recited in the claim. Accordingly, claim 73 should be in condition for allowance. No new matter has been introduced by this Amendment. No new issues have been raised that require further consideration or search. Entry and reconsideration are respectfully requested.

## I-     OFFER TO SURRENDER/CONSENT

On March 29, 2001, applicant filed an Offer to Surrender and Consent by Asahi Kogaka Kogyo Kabushiki Kaisha (A.K.A. Asahi Optical Co., Ltd.), who is the assignee of the entire right, title, and interest of a one-half part of United States Patent No. 5,568,207. However, the May Office Action fails to acknowledge either of these documents. Correction of the record to reflect receipt of these documents is respectfully requested.

## II-     RELATED LITIGATION

Applicant wishes to update the status of CV-99-1923, Aspex Eyewear, Inc., v. Revolution Eyewear, Inc. On June 5, 2001, Judge Baird issued an order indicating that Defendant Revolution Eyewear's challenge of the Chao '207 patent's validity was unsuccessful. Thus, the Chao '207 patent remains valid and enforceable. A copy of Judge Baird's Order is attached.

## III-     JUNE 18, 2001 INTERVIEW

Applicant would like to thank Primary Examiner Mai for the courtesy extended his representative during the Interview conducted on June 18, 2001. The above Amendment and following remarks represent the substance of the interview.

-8-

Amendment Pursuant to 37 CFR § 1.116                    Docket No. 4216-4000
Serial No. 09/182,862

## IV- RESPONSES TO REJECTIONS/OBJECTIONS RAISED IN THE MAY 2001 OFFICE ACTION AND DISCUSSED DURING THE JUNE 18, 2001 INTERVIEW

### 1. APPLICANT'S REISSUE OATH - 35 USC § 251

In the May 22, 2001 Office Action, the Examiner in ¶ 2 agreed that applicant's "supplemental declaration [filed on March 29, 2001] is in complete compliance with the reissue rules as argued," but objects to applicant's supplemental reissue declaration because the "errors" identified in ¶¶ VI and VIII are no longer relied upon, and requests that these be "removed." During the June 18, 2001 Interview, the Examiner's attention was directed to the Manual for Patent Examining Procedure, section 1414(II)¶(2)(Rev. 1, Feb. 2000), which states "Applicant need only specify...one of the errors upon which the reissue is based," and in ¶(3),

> Where more than one error is specified in the oath/declaration and some of the designated "errors" are found to not be errors under 35 U.S.C. 251, any remaining error which is an error under 35 U.S.C. 251 will still support the reissue.

Accordingly, during the June 18, 2001 Interview, the Examiner withdrew the improper objection to the declaration set forth in ¶ 2 of the May 22, 2001 Office Action.

### 2. RESPONSE TO REJECTION UNDER 35 USC § 112, 2ND ¶

Claims 36, 40, 41 and 73 have been rejected under 35 USC § 112, 2nd ¶. Applicant respectfully submits that in view of the June 18, 2001 Interview and Applicant's changes to claims 36, 40, 41 and 73 above, the 35 USC § 112, 2nd ¶ rejection set forth in the May 22, 2001 Office Action is no longer applicable and should be withdrawn.

-9-

25429 v1

Amendment Pursuant to 37 CFR § 1.116          Docket No. 4216-4000
Serial No. 09/182,862

Claims 36-41 have been rejected under 35 USC § 102 (e) as being anticipated by U.S.

patent No. 5,642,177 (Nishioka).  Applicant respectfully submits that the Nishioka patent does

not teach or suggest the invention of now amended claim 36.  As previously argued, Nishioka

shows magnetic engagement along a vertical plane.  A clarifying amendment has been made to

claim to more clearly distinguish the horizontal attraction between the first and second magnetic

members.  Accordingly, in view of the above Amendment to claim 36, and Examiner Mai's

acknowledgement that the amendment to claim 36 overcomes the rejection based on the

Nishioka patent, it is respectfully submitted that this improper rejection should be withdrawn.

## V- **OFFER TO SURRENDER**

In accordance with Applicant's offer to surrender the original Letters Patent, Applicant

submits in lieu of the Letters Patent a "Declaration as To Loss of Patent" in compliance with the

USPTO rules. (M.P.E.P. § 1416).

## VI- **CONCLUSION:**

Claims 1-3, 12, 28, 67-72 and 74-89 have been allowed.  Examiner Mai has also

indicated that in view of Applicant's proposed changes to claims 36, 40, 41 and 73, incorporated

in the above Amendment, those claims are also in condition for allowance.  Accordingly, claims

1-3, 12, 28, 36-41 and 67-89 are in condition for allowance and that action is earnestly solicited.

-10-

25429 v1

Amendment Pursuant to 37 CFR § 1.116                    Docket No. 4216-4000
Serial No. 09/182,862

### VII- **AUTHORIZATIONS**:

No petition or fee is necessary.

The Commissioner is also hereby authorized to charge any additional fees which may be

required for timely consideration of this Amendment under 37 C.F.R. §§ 1.16 and 1.17, or credit

any overpayment to Deposit Account No. 13-4500, Order No. 4216-4000.

Respectfully submitted,

Date: **June 21, 2001**                    By:

Michael S. Marcus, Esq.
Registration No. 31,727
(202)-857-7887 Telephone
(202)-857-7929 Facsimile

**Correspondence Address:**
MORGAN & FINNEGAN, L.L.P.
345 Park Avenue
New York, New York 10154
(212) 758-4800 Telephone
(212) 758-6849 Facsimile

-11-

25429 v1

Our Docket No. <u>4216-4000</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue of                :

**Letters Patent 5,568,207**     :

Richard **CHAO**            :       Examiner: H. Mai

Serial No.:     09/182,862      :       Group Art Unit: 2873

Filed:     October 21, 1998     :

For: AUXILIARY LENSES FOR EYEGLASSES   :

### DECLARATION AS TO LOSS OF PATENT

COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

     I, the undersigned, hereby declare that:

     I am the Applicant for a reissue patent based on the original patent identified below:

| Name of Patentee(s): | Richard CHAO |
|---|---|
| Patent No.: | 5,568,207 |
| Title of Invention: | AUXILIARY LENSES FOR EYEGLASSES |
| Reissue App. No.: | 09/182,862 |

     The said original patent is lost or inaccessible.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this declaration is directed.

SIGNATURE _____  DATE: _6-18-2001_
         Richard Chao

25299 v1

- 1 -

RECEIVED JUN 21 2001 TECHNOLOGY CENTER 2800

Our Docket No. <u>4216-4000</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue of              :

  **Letters Patent 5,568,207**    :

Richard **CHAO**           :    Examiner: H. Mai

Serial No.:    09/182,862    :    Group Art Unit: 2873

Filed:   October 21, 1998    :

For: AUXILIARY LENSES FOR EYEGLASSES  :

TECHNOLOGY CENTER 2800
RECEIVED JUN 22 2001

### SUBMISSION OF SECOND
### SUPPLEMENTAL REISSUE DECLARATION

Commissioner for Patents
Washington, D.C. 20231

SIR:

     Transmitted herewith is a Second Supplemental Reissue Declaration in the name of Richard Chao in the above identified reissue application.

     The Commissioner is hereby authorized to charge any additional fees which may be required by this paper, or credit any overpayment to Deposit Account No. 13-4500, Order No. 4216-4000. A DUPLICATE COPY OF THIS SHEET IS ATTACHED.

                                 Respectfully submitted,
                                 MORGAN & FINNEGAN, L.L.P.

Dated:  <u>June 22, 2001</u>      By:    _Michael S. Marcus_

                                   Michael S. Marcus
                                   Registration No. 31,727
                                   (202) 857-7887  Telephone
                                   (202) 857-7929  Facsimile

CORRESPONDENCE ADDRESS:
Morgan & Finnegan L.L.P.
345 Park Avenue
New York, New York 10154
25488 v1

Our Docket No. <u>4216-4000</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue of        :

  **Letters Patent 5,568,207**   :

Richard **CHAO**        :    Examiner: H. Mai

Serial No.:   09/182,862     :    Group Art Unit: 2873

Filed:   October 21, 1998     :

For: AUXILIARY LENSES FOR EYEGLASSES   :

Commissioner for Patents
Washington, D.C. 20231

*RECEIVED JUN 22 2001 TECHNOLOGY CENTER 2800*

## SECOND SUPPLEMENTAL REISSUE DECLARATION

SIR:

   **As a below named inventor, I hereby declare that:**

I.   My residence, post office address and citizenship are stated below next to my name.

II.   I believe I am the original and first inventor of the subject matter which is described and claimed in U.S. Patent No. 5,568,207 ("the '207 patent") granted on October 22, 1996, and for which a reissue patent is sought.

III.   Every error in the above-mentioned '207 patent which was corrected in the present reissue application, and which is not covered by the prior oath(s) and/or declaration(s) submitted in this application, arose without any deceptive intent on the part of the applicant.

25152 v1

Second Supplemental Reissue Declaration                    Docket No. 4216-4000
Serial No. 09/182,862

IV.    I hereby declare that all statements made herein of my own knowledge are true and that

all statements made on information and belief are believed to be true; and further that these

statements were made with the knowledge that willful false statements and the like so made are

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

Code and that such willful false statements may jeopardize the validity of the application or any

patent issued thereon.

Full name of sole or first inventor: Richard CHAO
Inventor's signature: _____    Date: 6-21-2001
Residence: 6th Industrial Fifth Road, Tou Chiau Industrial Park, Chiayi 621, Taiwan
Citizenship: Taiwan
Post Office Address: No. 6th Industrial Fifth Rd., Tou Chiau Industrial Park, Chiayi 621, Taiwan

25152 v1

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/182,862 | CHAO, RICHARD |
| | Examiner | Art Unit |
| | Huy K. Mai | 2873 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Huy K. Mai*.                                           (3)_____.

(2). *Michael S. Marcus*.                           (4)_____.

Date of Interview: <u>05 July 2001</u> .

Type:  a)☒ Telephonic  b)☐ Video Conference
     c)☐ Personal [copy given to:  1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:  d)☐ Yes   e)☐ No.
    If Yes, brief description:

Claim(s) discussed: _____ .

Identification of prior art discussed:

Agreement with respect to the claims  f)☐  was reached.   g)☐  was not reached.  h)☐  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>*Informed the attorney of record that the amendment uner 37 CFR 1.116 has been received and will be considered in due course*</u> .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

    i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

*Huy Mai*
**Primary Examiner**

| Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action. | |
|---|---|
| | Examiner's signature, if required |

U.S. Patent and Trademark Office
PTO-413 (Rev. 03- 98)                          Interview Summary                          Paper No. 35.

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
*Paragraph (b)*
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR §1.2  Business to be transacted in writing.**
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the substance of the interview as a supplement to the Form is not required.

It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/182,862 | 10/21/98 | CHAO | CONT1013SRM/ |

R

|  | EXAMINER |
|---|---|

MMC2/0730

MICHAEL S. MARCUS
MORGAN & FINNEGAN, L.L.P.
345 PARK AVENUE
NEW YORK NY 10154-0053

| ART UNIT | PAPER NUMBER |
|---|---|
| 2873 | |

DATE MAILED:

07/30/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 2000-473-000/44602

1- File Copy

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/182,862 | CHAO, RICHARD |
| | Examiner | Art Unit |
| | Huy K. Mai | 2873 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed June 21, 2001*.

2. ☒ The allowed claim(s) is/are *1-3,12,28,36–41 and 67-89. Claims 4-11,13-27,29–35 and 42-66 have been canceled*.

3. ☒ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐ including changes required by the Notice of Draftperson's Patent Drawing Review( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)

2 ☐ Notice of Informal Patent Application (PTO-152)

3 ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)

4 ☒ Interview Summary (PTO-413), Paper No. *35*.

5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____.

6 ☐ Examiner's Amendment/Comment

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

8 ☒ Examiner's Statement of Reasons for Allowance

9 ☐ Other .

U S Patent and Trademark Office

PTO-37 (Rev. 01-01)                 *Notice of Allowability*               Part of Paper No. 36 .

Application/Control Number: 09/182,862                                    Page 2
Art Unit: 2873

## REASONS FOR ALLOWANCE

1.     The following is an examiner's statement of reasons for allowance: (I) The declaration/affidavit of David Chao under 37 CFR 1.131 (see exhibit #7) filed on April 20, 2001 with the evidence (see exhibits #8,9,10) and the facts fount in the interference no.: 104,051, papers #149,185 (see exhibits #3,4) are sufficient to overcome the Twincome-Pentax reference. Therefore, the Twincome-Pentax reference is no longer applicable. In another word, the rejection under 35 USC 102(a) over Twincome-Pentax reference in the action, paper #5, has been withdrawn. (II) In the amendment filed on April 20, 2001, all the cancellation of the added Fig. 8, the removal of the added phrases from the original specification and the removal of the language "at least one arm" from claims overcome the rejection under 35 USC 251, overcome the objection to the amendment filed Oct. 21, 1998 and also overcome the rejection under 35 USC 112, first paragraph in the action, paper #5. (III) Nishioka fails to disclose the limitations "said auxiliary spectacle frame including two side portions, each having an arm extended therefrom for extending over and for engaging with said upper side portion of said primary spectacle frame, and a pair of second magnetic members secured to said arms respectively for engaging with said first magnetic members of said primary spectacle frame so as to secure said auxiliary spectacle frame to said primary spectacle frame" in combination with claimed subject matter as claimed in claim 1. Nishioka fails to disclose the limitations "the primary spectacle frame including two side portion extensions extended therefrom for pivotally coupling a leg thereto and a first magnet having a horizontal surface and secured to said side portion extension of the primary spectacle frame" and "the auxiliary spectacle frame including two auxiliary side portions, the auxiliary spectacle frame including two second magnets, each secured to one of the

Application/Control Number: 09/182,862                                          Page 3
Art Unit: 2873

auxiliary side portions for respectively engaging the horizontal surface of one of the first magnets so as to secure the auxiliary spectacle frame  to the primary spectacle frame" in combination with claimed subject matter as claimed in claim 12. Nishioka also fails to disclose the limitations as claimed in claims 36,67-78,81,86-89. The prior art fails to disclose or suggest to combine with any other reference to meet the limitations as claimed in claims 1,12,36,67-78,81,86-89. Therefore claims 1-3,12,28,36-41,67-89 are allowable over the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Huy K. Mai whose telephone number is (703) 308-4874.  The examiner can normally be reached on M-F (8:00-4:30).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Georgia Y. Epps can be reached on (703) 308-4883.  The fax phone numbers for the organization where this application or proceeding is assigned are (703) 308-7722 for regular communications and (703) 308-7724 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 308-0956.

HKM/
July 12, 2001

Huy  Mai
Primary Examiner



**UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

MMC2/0730

MICHAEL S. MARCUS
MORGAN & FINNEGAN, L.L.P.
345 PARK AVENUE
NEW YORK NY 10154-0053

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/182,862 | 10/21/98 | 034 | MAI, H | 2873 | 07/30/01 |

| First Named Applicant | CHAO, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION    AUXILIARY LENSES FOR EYEGLASSES

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| CONT1013SRM/ | 351-057.000 | Z97 | UTILITY | YES | $620.00 | 10/30/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
      FEE DUE shown above and notify the Patent and
      Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
      above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
      payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
    ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
    should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
    B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
     Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
            maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
            fees when due.***
                                PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

**REISSUE LITIGATION**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

I hereby certify that this correspondence is being delivered by facsimile on to Technology Group 2800 on July :7, 2001. (X)
I further hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as
[X] First Class mail
[ ] Express Mail Post Office to Addressee
in an envelope addressed to:                    (Express Mail Tracking Number)
   BOX 7
   Assistant Commissioner for Patents
   Washington, D.C. 20231

on: July 27, 2001 by: George S. McInnis

Signature: _____

FAX COPY RECEIVED
JUL 27 2001
TECHNOLOGY CENTER 2800

APPLICANT: Richard Chao                     GROUP:        2873

APPLICATION NO.: 09/182,862                 EXAMINER:  Huy Mai

FILED: October 21, 1998                     DOCKET NO.:

TITLE OF INVENTION:  Auxiliary Lenses for Eyeglasses

CURRENT STATUS AND LOCATION OF APPLICATION: Technology Group 2800

ATTENTION:  Clayton LaBelle

---

### PROTEST UNDER 37 CFR 1.291(a)

We would like to call attention to the following prior art document which, in our opinion,

would make the grant of a patent for the above reissue application improper:  a Japanese patent

registered (issued) on March 3, 1995 and published on May 16, 1995, based on an application filed

1

on November 15, 1994 by Boston Club Co. Ltd. (Boston Club). The Japanese Utility Model Registration Number is 3011174 and the Japanese application number is 6-15226.

A copy of both the Japanese patent and an English translation are attached as Exhibits 1 and 2 respectively. In addition, an Information Disclosure Sheet is attached as Exhibit 3.

As an issued patent, the Boston Club patent lies within 35 U.S.C. 102(a) and 103(a) for its public disclosure. While the Boston Club patent is relevant individually, it is especially relevant when examined in combination with the Sunreeve patent, which was included in an Information Disclosure Sheet submitted by the applicant in this Reissue. Specifically, the Boston Club patent teaches top-down eyewear frames coupling while the Sunreeve patent discloses auxiliary to primary frames, coupled by magnets lying parallel to the plane of the lens.

Respectfully submitted,

Date: 7/27/01

Lambert & Associates, PLLC
92 State Street
Boston, MA 02109-2004
Tel.: 617-742-8782

Gary E. Lambert, Esq.
Registration No. 35,925

2

## CERTIFICATE OF MAILING

I hereby certify that this Response is being deposited with the United States Postal Service in an envelope addressed to the Commissioner of Patent and Trademarks, Washington, D.C. 20231, with sufficient first class postage thereon on the date shown below.

Date: 7/27/01

Gary E. Lambert, Esq.
Registration No. 35,925

## PROOF OF SERVICE

## PROTEST UNDER 37 CFR 1.291(a)

Per 37 CFR 1.291(a), I hereby certify that a true and correct copy of the PROTEST UNDER 37 CFR 1.291(a) was delivered by first class mail to Michael S. Marcus, the attorney for the applicant.

Dated: 7/27/01        By: 

Gary E. Lambert

3

**EXHIBIT 1**

JUL-27-2001 FRI 11:22 AM G S & R    FAX NO. 16172270313    P. 05
Case 0:09-cv-61515-MGC   Document 184-16   Entered on FLSD Docket 10/19/2010   Page 23 of 100
PROTEST UNDER 37 CFR 1.291(a)

(19)日本国特許庁（ＪＰ）　　(12)登録実用新案公報 (U)　　　(11)実用新案登録番号

# 第3011174号

(45)発行日　平成7年(1995)5月15日　　　　　(24)登録日　平成7年(1995)3月8日

| (51)Int.Cl.⁶ | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
|---|---|---|---|---|
| G02C 9/04 | | | | |

審査請求　未請求　請求項の数4　FD　（全8頁）

(21)出願番号　実願平5-15226

(22)出願日　平成6年(1994)11月15日

(73)実用新案権者　594035585
　株式会社ボストンクラブ
　福井県鯖江市三六町1丁目4-31-2
(72)考案者　小松原　一弥
　福井県鯖江市三六町1丁目4-31-2　株
　式会社ボストンクラブ内
(74)代理人　弁理士　平崎　彦治

(54)【考案の名称】前掛け式メガネフレーム

abstract
(57)【要約】
【目的】　フロントフレームに前掛けフレームを着脱自在に取着する前掛け式メガネであって、前掛けフレームがガタ付くことなく安定して取着され、前掛けフレームを取り外した場合には一般のメガネと何ら異なることのない取着け式メガネフレームの提供。
【構成】　フロントフレーム2の両サイドにロウ付けしたヨロイ5、5には係止孔9と係止器17を連結して上下方向に直立し、前掛けフレーム1の両サイドに当接13、13を固定し、前掛13は先端にボール14を有す　垂直片15と水平片16を有し、垂直片15は係止器17の鈎にバネカを付勢して係止するとともに、水平片16は上四18に当接する。



( 3 )                           実登3011174

[図1]                              [図2]



( 2 )

実登3011174

1

【実用新案登録請求の範囲】

【請求項1】 フロントフレームに前掛け式メガネフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けしたヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドに比脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した過圧片と水平片を有し、該係片を係止孔の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項2】 フロントフレームに前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けした取付け付けブロックを固定し、該取付け付けブロックに係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドに比脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した過圧片と水平片を有し、過圧片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項3】 リムを用いないで両レンズを連結部材にて連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記ヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した過圧片と水平片を有し、過圧片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項4】 リムを用いないで両レンズを連結部材にて連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記ヨロイに取付け付けブロックを固定し、該取付け付けブロックに係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには脚を固定し、該脚は係止孔よりも小さく係止溝

2

幅よりも大きなボール等を先端に形成した過圧片と水平片を有し、過圧片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【図面の簡単な説明】

【図1】 本考案の前掛け式メガネを示す実施例。

【図2】 前掛けフレームに取着している脚と該溝が係止するヨロイ。

【図3】 ヨロイの係止溝に脚が係止した状態。

【図4】 本考案の前掛け式メガネを示す他の実施例。

【図5】 本考案の前掛け式メガネを示す更に別の実施例。

【符号の説明】

1  前掛けフレーム
2  フロントフレーム
3  リム
4  連結部材
5  ヨロイ
6  鼻当てパット
7  蝶番
8  ツル
9  係止孔
10  リム
11  連結部材
12  リムロック
13  脚
14  ボール
15  過圧片
16  水平片
17  係止溝
18  上面
19  ヨロイ
20  取付けブロック
21  フロントフレーム
22  ハーフリム
23  レンズ
24  レンズ

【図3】



（ 2 ）                                      実登3011174

【実用新案登録請求の範囲】

【請求項1】　フロントフレームに前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けしたヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドに係脚を固定し、係脚は係止孔よりも小さく係止溝よりも大きなボール等を先端に形成した係直片と水平片を有し、係直片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項2】　フロントフレームに前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けしたヨロイには取付けブロックを固定し、該取付けブロックに係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには係脚を固定し、係脚は係止孔よりも小さく係止溝よりも大きなボール等を先端に形成した係直片と水平片を有し、係直片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項3】　リムを用いないで両レンズを連結部材にて連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記ヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには係脚を固定し、係脚は係止孔よりも小さく係止溝よりも大きなボール等を先端に形成した係直片と水平片を有し、係直片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【請求項4】　リムを用いないで両レンズを連結部材にて連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取付する前掛け式メガネフレームにおいて、上記ヨロイに取付けブロックを固定し、該取付けブロックに係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには係脚を貫通し、該係脚は係止孔よりも小さく係止溝

よりも大きなボール等を先端に形成した係直片と水平片を有し、係直片を係止溝の底にバネ力を付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

【図面の簡単な説明】
【図1】本考案の前掛け式メガネを示す実施例。
【図2】前掛けフレームを遊着している脚と脚頭が係止するヨロイ。
【図3】ヨロイの係止溝に脚が係止した状態。
【図4】本考案の前掛け式メガネを示す他の実施例。
【図5】本考案の前掛け式メガネを示す更に別の実施例。

【符号の説明】
1　前掛けフレーム
2　フロントフレーム
3　リム
4　連結部材
5　ヨロイ
6　鼻当てパット
7　選手
8　ツル
9　係止孔
10　リム
11　連結部材
12　リムロック
13　脚
14　ボール
15　係直片
16　水平片
17　係止溝
18　上面
19　ヨロイ
20　取付けブロック
21　フロントフレーム
22　ハーフリム
23　レンズ
24　レンズ

【図3】



01/24/01  11:58  FAX 6172270313          LAMBERTA SHEC.          Ø09

( 3 )                    実登3011174



**EXHIBIT 2**

# PROTEST UNDER 37 CFR1.291(a)

| | | |
|---|---|---|
| (19) Japanese Patent Office | (12) Official Gazette for Registered Utility Models (U) | (11) Utility Model Registration No. No. 3011174 |
| (45) Publication Date: May 16, 1995 | | (24) Registration Date: 3/8/95 |

| | | | | |
|---|---|---|---|---|
| (51) Int. Cl [6] G02C 9/04 | ID No. | Intraoffice No. | FI | Location of technical descriptions |

| | | |
|---|---|---|
| Request for examination | Not yet submitted | No. of Claims: 4   FD   Total pages in the original : 8 |

| | |
|---|---|
| (21) Application No.: 6-15226 | (73) Utility model right holder: 594035585 Boston Club Co. Ltd. 4-31-3 Miroku-cho 1-chome, Sabae-shi, Fukui Prefecture |
| (22) Application Date: November 15, 1994 | |
| | (72) Authors (s)*: Kazumi Komatsubara c/o Boston Club Co., Ltd. 4-31-3 Miroku-cho 1-chome, Sabae-shi, Fukui Prefecture |
| | (74) Agent: Hikoji Hirasaki, patent attorney |

**(54) [Title of the Innovation*]**
Apron type attachable/detachable spectacle frame

**(55) [Abstract]**

[Object]

To provide apron-type spectacle frame that can freely be attached and detached to and from the front frame, wherein the apron-type spectacles are fitted securely in place and can be used as regular spectacles when detached.

[Structure]

The end piece 5 is brazed to each side of the front frame 2, wherein the hook hole 9 and hook groove 17 are drilled continuously through the end piece 5 in vertical direction, whereas the leg 13 is fixed to each side of the front frame 1, and said leg contains the vertical part 15 and horizontal part 16 both of which include the ball 14, and the vertical part 15 is fixed at the bottom of the hook groove 17 by a spring, and at the same time, the horizontal part 16 is in direct contact with the upper surface of the block.

(Illustration)

---

* The terms "author" and "innovation" are used instead of "inventor" and "invention" to distinguish this technical solution from invention (tr. Note)

1

[Claims]

[Claim 1] An apron-type spectacle frame that can be freely attached or detached to and from the front frame, wherein an end piece brazed to each side of said front frame has a hook-hole and a hook groove formed continuously in vertical direction, while a leg is fixed at each side of the apron-type frame having horizontal and vertical pieces that contain a large ball smaller than the hook hole but larger than the hook groove, with the vertical piece pushed against the bottom of the hook groove by a spring and the horizontal piece made in direct contact with the upper surface of the block.

[Claim 2] An apron-type spectacle frame that can be freely attached or detached to and from the front frame, wherein a fitting block is fixed to the end piece brazed to each side of said front frame, and said fitting block has a hook hole and a hook groove formed continuously in vertical direction, while each side of the apron-type frame has a fixed leg having horizontal and vertical pieces that contain large ball at the tip smaller than the hook hole and larger than the hook groove with the vertical piece pushed against the bottom of the hook groove and the horizontal piece in direct contact with the upper surface of the block.

[Claim 3] An apron-type spectacle frame that can freely be attached and detached to and from the front frame of spectacles to which lenses are connected by a connector without rims and an end piece is fixed to the outer edge of each lens with screws, wherein said end piece is fixed with a fitting block which has a hook hole and a hook groove drilled continuously in vertical direction, while each side of the apron-type frame has a fixed leg having horizontal and vertical pieces that contain large ball at the tip smaller than the hook hole and larger than the hook groove with the vertical piece pushed against the bottom of the hook groove and the horizontal piece in direct contact with the upper surface of the block.

[Brief description of Figures]

[Fig. 1] An example of apron-type spectacles of this invention.

[Fig. 2] A leg attached to the apron frame and an end piece to which said leg is hooked.

[Fig. 3] A leg hooked to the hook groove of the end piece.

[Fig. 4] Another example of apron-type spectacles of this invention.

[Fig. 5] Still another example of apron-type spectacles of this invention.

[Legend of parts]
1.   Apron-type frame
2.   Front frame
3.   Rim
4.   Connector
5.   End piece
6.   Nose pad
7.   Joint
8.   Temple
9.   Hook hole
10.  Rim
11.  Connector
12.  Rim lock
13.  Leg
14.  Ball
15.  Vertical piece
16.  Horizontal piece
17.  Hook groove
18.  Upper surface
19.  End piece
20.  Fitting block
21.  Front frame
22.  Half rim
23.  Lens
24.  Lens

[Fig. 3]


(Illustration)


2

**EXHIBIT 3**

PROTEST UNDER 37 CFR 1.291(a)

Please type a plus sign (+) inside this box → [+]

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 09/182,862 |
| | Filing Date | October 21, 1998 |
| | First Named Inventor | Richard Chao |
| | Group Art Unit | 2873 |
| | Examiner Name | Hui May |
| Sheet | 1 | of | 1 | Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | U.S. Patent Document | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number | Kind Code² (if known) | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document | | | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|---|---|
| | | Office³ | Number⁴ | Kind Code⁵ (if known) | | | | |
| | | | | | Boston Club | May 18, 1995 | | ✓ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ Unique citation designation number. ² See attached Kinds of U.S. Patent Documents. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



GAU 2873



RECEIVED
**REISSUE LITIGATION**
AUG 30 2001

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE** TECHNOLOGY CENTER 2600

---

I hereby certify that this correspondence is being delivered by facsimile on to Technology Group 2800 on July 27, 2001. (X)

I further hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as

[X] First Class mail

[ ] Express Mail Post Office to Addressee

in an envelope addressed to:                    (Express Mail Tracking Number)

    BOX 7

    Assistant Commissioner for Patents

    Washington, D.C. 20231

**RECEIVED**

AUG 0 9 2001

on: July 27, 2001   by: George S. MacInnis

**OFFICE OF PETITIONS**
**DEPUTY A/C PATENTS**

Signature: _____

---

**APPLICANT:** Richard Chao

**APPLICATION NO.:** 09/182,862

**FILED:** October 21, 1998

**TITLE OF INVENTION:** Auxiliary Lenses for Eyeglasses

**CURRENT STATUS AND LOCATION OF APPLICATION:** Technology Group 2800

**ATTENTION:** Clayton LaBelle

**GROUP:**      2873

**EXAMINER:**  Huy Mai

**DOCKET NO.:**



RECEIVED
AUG -7 2001
TECHNOLOGY CENTER 2800

---

## PROTEST UNDER 37 CFR 1.291(a)

We would like to call attention to the following prior art document which, in our opinion, would make the grant of a patent for the above reissue application improper:  a Japanese patent registered (issued) on March 3, 1995 and published on May 16, 1995, based on an application filed

1

**RECEIVED**

AUG 1 4 2001

**OFFICE OF PETITIONS**

on November 15, 1994 by Boston Club Co. Ltd. (Boston Club).  The Japanese Utility Model

Registration Number is 3011174 and the Japanese application number is 6-15226.

A copy of both the Japanese patent and an English translation are attached as Exhibits 1 and 2

respectively.  In addition, an Information Disclosure Sheet is attached as Exhibit 3.

As an issued patent, the Boston Club patent lies within 35 U.S.C. 102(a) and 103(a) for its

public disclosure.  While the Boston Club patent is relevant individually, it is especially relevant

when examined in combination with the Sunreeve patent, which was included in an Information

Disclosure Sheet submitted by the applicant in this Reissue.  Specifically, the Boston Club patent

teaches top-down eyewear frames coupling while the Sunreeve patent discloses auxiliary to primary

frames, coupled by magnets lying parallel to the plane of the lens.

Respectfully submitted,

Date: 7/27/01

Lambert & Associates, PLLC
92 State Street
Boston, MA  02109-2004
Tel.: 617-742-8782

Gary E. Lambert, Esq.
Registration No. 35,925

2

## CERTIFICATE OF MAILING

I hereby certify that this Response is being deposited with the United States Postal Service in

an envelope addressed to the Commissioner of Patent and Trademarks, Washington, D.C. 20231,

with sufficient first class postage thereon on the date shown below.

Date: 7/27/01

Gary E. Lambert, Esq.
Registration No. 35,925

## PROOF OF SERVICE

## PROTEST UNDER 37 CFR 1.291(a)

Per 37 CFR 1.291(a), I hereby certify that a true and correct copy of the PROTEST UNDER
37 CFR 1.291(a) was delivered by first class mail to Michael S. Marcus, the attorney for the
applicant.

Dated: 7/27/01                         By:

Gary E. Lambert

RECEIVED

AUG 1 4 2001

OFFICE OF PETITIONS

3

**EXHIBIT 1**

·01/24/01  11:56  FAX 6172270313            LAMBERT&ASSOC.                                  @011

PROTEST UNDER 37 CFR 1.291(a)

(19)日本国特許庁（ＪＰ）    (12)登録実用新案公報（Ｕ）    (11)実用新案登録番号

第3011174号

(45)発行日  平成7年(1995)5月16日                  (24)登録日  平成7年(1995)3月8日

| (51)Int.Cl.⁶ | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
|---|---|---|---|---|
| G02C  9/04 | | | | |

評価者の請求  未請求  請求項の数4  FD  （全8頁）

(21)出願番号  実願平6－15228

(22)出願日，  平成6年(1994)11月15日

(73)実用新案権者  594035585
株式会社ボストンクラブ
福井県鯖江市三六町1丁目4－31－2
(72)考案者  小松原  一身
福井県鯖江市三六町1丁目4－31－2  株
式会社ボストンクラブ内
(74)代理人  弁理士  平崎  彦治

(54)【考案の名称】前掛け式メガネフレーム

(57)【要約】
【目的】  フロントフレームに前掛けフレームを着脱自
在に取着する前掛け式メガネであって、前掛けフレーム
がガタ付くことなく安定して取着され、前掛けフレーム
を取り外した場合には一般のメガネと何ら異なることの
ない前掛け式メガネフレームの提供。
【構成】  フロントフレーム2の両サイドにロウ付けし
たヨロイ5、5には係止孔9と係止溝17を連続して上
下方向に貫通し、前掛けフレーム1の両サイドには脚1
3、13を固定し、該脚13は先端にボール14を有す
る底辺片15と水平片16を有し、底辺片15を係止溝1
7の底にバネ力を付勢して係止するとともに、水平片1
6は上面18に当接する。



( 2 )                                      実登３０１１１７４

1

**【実用新案登録請求の範囲】**

**【請求項１】** フロントフレームに前掛けフレームを着脱自在に取替する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けしたヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームには脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した垂直片と水平片を有し、垂直片を係止溝の底にバネカを付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

**【請求項２】** フロントフレームに前掛けフレームを着脱自在に取替する前掛け式メガネフレームにおいて、上記フロントフレームの両サイドにロウ付けしたヨロイには取付けブロックを固定し、該取付けブロックには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した垂直片と水平片を有し、垂直片を係止溝の底にバネカを付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

**【請求項３】** リムを用いないで両レンズを連結部材に連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取替する前掛け式メガネフレームにおいて、上記ヨロイには係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには脚を固定し、該脚は係止孔よりも小さく係止溝幅よりも大きなボール等を先端に形成した垂直片と水平片を有し、垂直片を係止溝の底にバネカを付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

**【請求項４】** リムを用いないで両レンズを連結部材に連結し、レンズ外側にはヨロイをビス止めして成るメガネのフロント部に前掛けフレームを着脱自在に取替する前掛け式メガネフレームにおいて、上記ヨロイには取付けブロックを固定し、該取付けブロックに係止孔と係止溝を上下方向に貫通し、一方の前掛けフレームの両サイドには脚を固定し、該脚は係止孔よりも小さく係止溝

2

幅よりも大きなボール等を先端に形成した垂直片と水平片を有し、垂直片を係止溝の底にバネカを付勢して係止するとともに水平片を上面に当接したことを特徴とする前掛け式メガネフレーム。

**【図面の簡単な説明】**

**【図１】** 本考案の前掛け式メガネを示す実施例。

**【図２】** 前掛けフレームに取替している脚と該脚が係止するヨロイ。

**【図３】** ヨロイの係止溝に脚が係止した状態。

**【図４】** 本考案の前掛け式メガネを示す他の実施例。

**【図５】** 本考案の前掛け式メガネを示す更に別の実施例。

**【符号の説明】**

1   前掛けフレーム
2   フロントフレーム
3   リム
4   連結部材
5   ヨロイ
6   鼻当てパット
7   蝶手
8   ツル
9   係止孔
10  リム
11  連結部材
12  リムロック
13  脚
14  ボール
15  垂直片
16  水平片
17  係止溝
18  上面
19  ヨロイ
20  取付けブロック
21  フロントフレーム
22  ハーフリム
23  レンズ
24  レンズ

**【図３】**



01/24/01  11:58  FAX 8172270313  -   LAMBERT&ASSOC.                  ☒13

( 3 )                              実登3011174



【図1】   【図2】   【図4】   【図5】

**EXHIBIT 2**

OIP 21 16:52 FAX 6172270313     LAMBERT&ASSOC.     ☑00
AUG 0 3 2001

# PROTEST UNDER 37 CFR 1.291(a)

| (19) Japanese Patent Office | (12) **Official Gazette for Registered Utility Models (U)** | (11) Utility Model Registration No. **No. 3011174** |
|---|---|---|
| (45) Publication Date: May 16, 1995 | | (24) Registration Date: 3/8/95 |

| (51) Int. Cl.⁶ G02C 9/04 | ID No. | Intraoffice No. | FI | Location of technical descriptions |
|---|---|---|---|---|
| *Request for examination* | | Not yet submitted | No. of Claims: 4   FD   Total pages in the original : 8 | |

(21) Application No.: 6-15226

(22) Application Date: November 15, 1994

(73) Utility model right holder: 594035585
Boston Club Co. Ltd.
4-31-3 Miroku-cho 1-chome. Sabae-shi. Fukui Prefecture

(72) Authors (s)*: Kazumi Komatsubara
c/o Boston Club Co., Ltd.
4-31-3 Miroku-cho 1-chome,
Sabae-shi, Fukui Prefecture

(74) Agent: Hikoji Hirasaki, patent attorney

(54) [Title of the Innovation*]
Apron type attachable/detachable spectacle frame

(55) [Abstract]

[Object]
To provide apron-type spectacle frame that can freely be attached and detached to and from the front frame. wherein the apron-type spectacles are fitted securely in place and can be used as regular spectacles when detached.

[Structure]
The end piece 5 is brazed to each side of the front frame 2. wherein the hook hole 9 and hook groove 17 are drilled continuously through the end piece 5 in vertical direction, whereas the leg 13 is fixed to each side of the front frame 1, and said leg contains the vertical part 15 and horizontal part 16 both of which include the ball 14, and the vertical part 15 is fixed at the bottom of the hook groove 17 by a spring, and at the same time, the horizontal part 16 is in direct contact with the upper surface of the block.

(Illustration)

\* The terms "author" and "innovation" are used instead of "inventor" and "invention" to distinguish this technical solution from invention (tr. Note)

1/29/01  17:18  FAX 6172270313          LAMBERT&ASSOC.                    ☑01

[Claims]

[Claim 1] An apron-type spectacle frame that can be freely attached or detached to and from the front frame, wherein an end piece brazed to each side of said front frame has a hook-hole and a hook groove formed continuously in vertical direction, while a leg is fixed at each side of the apron-type frame having horizontal and vertical pieces that contain a large ball smaller than the hook hole but larger than the hook groove, with the vertical piece pushed against the bottom of the hook groove by a spring and the horizontal piece made in direct contact with the upper surface of the block.

[Claim 2] An apron-type spectacle frame that can be freely attached or detached to and from the front frame, wherein a fitting block is fixed to the end piece brazed to each side of said front frame, and said fitting block has a hook hole and a hook groove formed continuously in vertical direction, while each side of the apron-type frame has a fixed leg having horizontal and vertical pieces that contain large ball at the tip smaller than the hook hole and larger than the hook groove with the vertical piece pushed against the bottom of the hook groove and the horizontal piece in direct contact with the upper surface of the block.

[Claim 3] An apron-type spectacle frame that can freely be attached and detached to and from the front frame of spectacles to which lenses are connected by a connector without rims and an end piece is fixed to the outer edge of each lens with screws, wherein said end piece is fixed with a fitting block which has a hook hole and a hook groove drilled continuously in vertical direction, while each side of the apron-type frame has a fixed leg having horizontal and vertical pieces that contain large ball at the tip smaller than the hook hole and larger than the hook groove with the vertical piece pushed against the bottom of the hook groove and the horizontal piece in direct contact with the upper surface of the block.

[Brief description of Figures]

[Fig. 1] An example of apron-type spectacles of this invention.

[Fig. 2] A leg attached to the apron frame and an end piece to which said leg is hooked.

[Fig. 3] A leg hooked to the hook groove of the end piece.

[Fig. 4] Another example of apron-type spectacles of this invention.

[Fig. 5] Still another example of apron-type spectacles of this invention.

[Legend of parts]
1. Apron-type frame
2. Front frame
3. Rim
4. Connector
5. End piece
6. Nose pad
7. Joint
8. Temple
9. Hook hole
10. Rim
11. Connector
12. Rim lock
13. Leg
14. Ball
15. Vertical piece
16. Horizontal piece
17. Hook groove
18. Upper surface
19. End piece
20. Fitting block
21. Front frame
22. Half rim
23. Lens
24. Lens

[Fig. 3]

(Illustration)

2

**EXHIBIT 3**

PROTEST UNDER 37 CFR 1.291(a)

PTO/SB/08A (08-00)

Approved for use through 10/31/2002  OMB 0651-0031

U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Please type a plus sign (+) inside this box → +

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(use as many sheets as necessary)

| Sheet | 1 | of | 1 |

| Complete if Known | |
|---|---|
| Application Number | 09/182,882 |
| Filing Date | October 21, 1998 |
| First Named Inventor | Richard Chao |
| Group Art Unit | 2873 |
| Examiner Name | Hui May |
| Attorney Docket Number | |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U S Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | Boston Club | May 16, 1995 | | ✓ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number  [2] See attached Kinds of U.S. Patent Documents.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [6] Applicant is to place a check mark hee if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2 0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO  Assistant Commissioner for Patents, Washington, DC 20231

38

 

**UNITED STATE~ ~EPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/182,862 | 10/21/98 | CHAO | R | CONT1013SRM/ |

|  | EXAMINER |
|---|---|
|  | MAI,H |
| ART UNIT | PAPER NUMBER |
| 2873 | |

MMC2/0917

MICHAEL S. MARCUS
MORGAN & FINNEGAN, L.L.P.
345 PARK AVENUE
NEW YORK NY 10154-0053

DATE MAILED:
09/17/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
|  |  |  |  |

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER |
|---|---|
|  | 38 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

The Japanese reference 3011174 (Boston Club), cited in the attached form PTO-892, is an additional reference in considering the patentability of the claimed invention in the reissue application. However, the reference does not effect the patentability of the claimed invention.

**Huy   Mai**
**Primary Examiner**

PTO-90C (Rev.3-98)

| | | Application/Control No.<br>09/182,862 | Applicant(s)/Patent Under Reexamination<br>CHAO, RICHARD | |
|---|---|---|---|---|
| ***Notice of References Cited*** | | Examiner<br>Huy K. Mai | Art Unit<br>2873 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|---|
| | A | US- | | | | |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification | |
|---|---|---|---|---|---|---|---|
| | N | -3011174- | 05-1995 | JP | Boston Club | | |
| | O | - - | | | | | |
| | P | - - | | | | | |
| | Q | - - | | | | | |
| | R | - - | | | | | |
| | S | - - | | | | | |
| | T | - - | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Our Docket No. 4216-4000

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



In re Reissue of            :

**Letters Patent 5,568,207**  :

Richard **CHAO**         :     Examiner: H. Mai

Serial No.:   09/182,862  :     Group Art Unit: 2873

Filed:   October 21, 1998  :     **RECEIVED**

For: *AUXILIARY LENSES FOR EYEGLASSES*  :   OCT 0 1 2001

Office of Patent Publication
Director's Office

### PETITION FOR EXPEDITED PROCESSING

Commissioner For Patents
Washington, DC 20231

Sir:

       Applicant hereby petitions for "Expedited Processing" of the above-identified application. The application is a reissue application of U.S. patent No. 5,568,207, which is presently the subject of several active litigations. Concurrently filed herewith are the Issue Fee Transmittal - PTOL-85B (in duplicate) with authorization to debit Deposit Account No. 13-4500 in the amount of **$1280.00**.

       No additional fees are believed necessary for consideration of this paper. However, should any fees be necessary, the Commissioner is authorized to charge any additional fees required in connection with this submission to Deposit Account No. 13-4500, Order No. 4216-4000.

Respectfully submitted,

Dated: October 1, 2001        By: *Michael S Marcus*

Michael S. Marcus
Registration No. 31,727
(202) 857-8018 (Direct Telephone)
(202) 857-7929 (Facsimile)

<u>Mailing Address:</u>
MORGAN & FINNEGAN, L.L.P.
345 Park Avenue
New York, New York 10154
(212) 758-4800 (Telephone)
(212) 751-6849 (Fax)

28367 v1

Our Docket No. <u>4216-4000</u>

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Reissue of | : | |
| **Letters Patent 5,568,207** | : | |
| Richard **CHAO** | : | Examiner: H. Mai |
| Serial No.: 09/182,862 | : | Group Art Unit: 2873 |
| Filed: October 21, 1998 | : | |
| For: *AUXILIARY LENSES FOR EYEGLASSES* | : | |



**RECEIVED**

OCT 0 1 2001

Office of Patent Publication
Director's Office

### PETITION FOR EXPEDITED PROCESSING

Commissioner For Patents
Washington, DC 20231

Sir:

      Applicant hereby petitions for "Expedited Processing" of the above-identified application. The application is a reissue application of U.S. patent No. 5,568,207, which is presently the subject of several active litigations. Concurrently filed herewith are the Issue Fee Transmittal - PTOL-85B (in duplicate) with authorization to debit Deposit Account No. 13-4500 in the amount of **$1280.00**.

      No additional fees are believed necessary for consideration of this paper. However, should any fees be necessary, the Commissioner is authorized to charge any additional fees required in connection with this submission to Deposit Account No. 13-4500, Order No. <u>4216-4000</u>.

                        Respectfully submitted,

Dated: <u>October 1, 2001</u>

            By: *Michael S Marcus*

               Michael S. Marcus
               Registration No. <u>31,727</u>
               (202) 857-8018 (Direct Telephone)
               (202) 857-7929 (Facsimile)

<u>Mailing Address</u>:
MORGAN & FINNEGAN, L.L.P.
345 Park Avenue
New York, New York 10154
(212) 758-4800 (Telephone)
(212) 751-6849 (Fax)

28367 v1

## PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with app... le fees, to:

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

**RECEIVED**

OCT 0 1 2001

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of m... below can only be used for domestic mailings of the Issue Fee Trans... This certificate cannot be used for any other accompanying pa... gal paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

MMC2/0730

MICHAEL S. MARCUS
MORGAN & FINNEGAN, L.L.P.
345 PARK AVENUE
NEW YORK NY 10154-0053

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/182,862 | 10/21/98 | 034 | MAI, H              2873 | 07/30/01 |

| First Named Applicant | CHAO, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION   AUXILIARY LENSES FOR EYEGLASSES

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 3   CONT1013SRM/ | 351-057.000 | .-Z97 | UTILITY | YES   XXX   NO | $1,280.00   XXXXXXXXX | 10/30/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Morgan & Finnegan, L.L.P.

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type) PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitue for filing an assignment.

(A) NAME OF ASSIGNEE  Contour Optik, Inc., Chiayi, Taiwan
Asahi Optical Co., Ltd.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies_____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___13-4500___
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies___3___

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) Michael S. Marcus

Reg. No. 31,727 _____   (Date) 9/28/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE





#4/0

PATENT

Docket No. 4216-4000

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):   Richard CHAO

Reissue         RE 37,545

Appl. Ser. No.: 09/182,862

Filed:          October 21, 1998

For:            AUXILIARY LENSES FOR EYEGLASSES

RECEIVED
DEC 0 1 2004
OFFICE OF PETITIONS

Mail Stop Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### NOTICE AND PETITION

### PURSUANT TO 37 C.F.R. §§ 1.181/ 1.28 TO PAY DEFICIENT FEES

Sir:

This petition provides notice of the correct entity status of the above identified patent and requests acceptance of payment of deficiencies between the amount paid and the amount due as a result of an intervening status change.

Small entity status of the above-identified patent was originally, and has subsequently been established in good faith. However, deficiencies of the fees were paid erroneously due to an intervening status change as follows:

|  | Paid Amount | Deficiencies |
|---|---|---|
| Amendment Claim Fee paid on 08/23/2000 | $531.00 | $621.00 |
| Extension Fee paid on 11/22/2000 | $55.00 | $55.00 |
|  |  | Total Deficiency: $676.00 |

Applicant requests that the total deficiency (i.e., $676.00) be deducted from deposit account No. 13-4500, Order No. 4216-4000.

Applicant believes that there were no other fees paid erroneously than the two fees indicated above (i.e. Amendment Claim Fee and Extension Fee) during the intervening status change.

11/29/2004 DALLEN   00000033 134500   09182862
01 FC:1461   676.00 DA

55448 v1

Patent RE 37,545
Application No. 09/182,862

Docket No. 4216-4000

Accordingly, Applicant respectfully requests that this petition be granted. Applicants also request that the error be excused upon payment of the deficiency between the amount paid and the amount due.

The Commissioner is hereby authorized to charge any additional fees which may be due or necessary for consideration of this Notice and Petitions, or credit any overpayment to Deposit Account No. 13-4500. Order No. 4216-4000. A DUPLICATE COPY OF THIS SHEET IS ATTACHED.

Respectfully submitted,

MORGAN & FINNEGAN, L.L.P.

Dated: November 22, 2004

By: _____

Michael S. Marcus
Registration No. 31,727
(202) 857-7887 Telephone
(202) 857-7929 Facsimile

**CORRESPONDENCE ADDRESS:**
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700 Telephone
(212) 415-8701 (Facsimile)

55448 v1

-2-

*41*

 

UNITED STATES PATENT AND TRADEMARK OFFICE



Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Paper No. None

**COPY MAILED**

JUL 1 9 2005

**OFFICE OF PETITIONS**

MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER
NEW YORK NY 10281-2101

In re Application of
Richard Chao
Application No. 09/182,862
Patent No. RE 37,545
Filed: October 21, 1998
Issue Date: February 12, 2002
Attorney Docket No. CONT1013SRM/
Title: AUXILIARY LENSES FOR
EYEGLASSES

    :
    :    DECISION ON PETITION
    :    UNDER 37 C.F.R. §1.28(c)
    :
    :
    :
    :
    :
    :
    :

This is a notice regarding your request for acceptance of a fee deficiency submission under 37 CFR §1.28. On September 1, 1998, the Court of Appeals for the Federal Circuit held that 37 CFR §1.28(c) is the sole provision governing the time for correction of the erroneous payment of the issue fee as a small entity. See DH Technology v. Synergystex International, Inc. 154 F.3d 1333, 47 USPQ2d 1865 (Fed. Cir. Sept. 1, 1998).

The Office no longer investigates or rejects original or reissue applications under 37 CFR §1.56. 1098 Off. Gaz. Pat. Office 502 (January 3, 1989). Therefore, nothing in this notice is intended to imply that an investigation was done.

Your fee deficiency submission under 37 CFR §1.28 is hereby accepted. The petition is **GRANTED** accordingly.

This file is being forwarded to Files Repository.

Telephone inquiries regarding *this decision* should be directed to the undersigned at (571) 272-3225.

**Paul Shanoski**
**Senior Attorney**
**Office of Petitions**
**United States Patent and Trademark Office**

42

PTO/SB/83 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **REQUEST FOR WITHDRAWAL AS ATTORNEY OR AGENT AND CHANGE OF CORRESPONDENCE ADDRESS** | Application Number | 09/182,862 |
| | Filing Date | October 21, 1998 |
| | First Named Inventor | Richard Chao |
| | Art Unit | 2873 |
| | Examiner Name | MAI, HUY KIM |
| | Attorney Docket Number | CONT-01013US1 |

To: **Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

Please withdraw me as attorney or agent for the above identified patent application, and

☐ all the attorneys/agents of record.

☐ the attorneys/agents (with registration numbers) listed on the attached paper(s), or

☐ the attorneys/agents associated with Customer Number      23910

NOTE: This box can only be checked when the power of attorney of record in the application is to all the practitioners associated with a customer number.

The reasons for this request are:  Applicant has executed a Power of Attorney for counsel Michael S. Marcus (Reg. No. 31,727) of Morgan & Finnegan.  Power of Attorney was filed on February 21, 2001, however, a revocation of the previous Power of Attorney was not indicated.

## CORRESPONDENCE ADDRESS

1. ☑ The correspondence address is NOT affected by this withdrawal.

2. ☐ Change the correspondence address and direct all future correspondence to:

☐ The address associated with Customer Number:

**OR**

| ☐ | Firm or Individual Name | |
| Address | | |
| City | | State | | Zip | |
| Country | | |
| Telephone | | Email | |

| Signature | /Sheldon R. Meyer/ | | |
| Name | Sheldon R. Meyer | Registration No. | 27,660 |
| Date | October 5, 2007 | Telephone No. | 415-362-3800 |

NOTE: Withdrawal is effective when approved rather than when received. Unless there are at least 30 days between approval of withdrawal and the expiration date of a time period for response or possible extension period, the request to withdraw is normally disapproved.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Attorney Docket No.: CONT-01013US1
srm/cont/1013/Request_for_Withdrawal.pdf

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2285271 |
| **Application Number:** | 09182862 |
| **International Application Number:** | |
| **Confirmation Number:** | 2483 |
| **Title of Invention:** | AUXILIARY LENSES FOR EYEGLASSES |
| **First Named Inventor/Applicant Name:** | RICHARD CHAO |
| **Customer Number:** | 27123 |
| **Filer:** | Sheldon R. Meyer/Maria Richey |
| **Filer Authorized By:** | Sheldon R. Meyer |
| **Attorney Docket Number:** | CONT1013SRM/ |
| **Receipt Date:** | 05-OCT-2007 |
| **Filing Date:** | 21-OCT-1998 |
| **Time Stamp:** | 15:02:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 1013US1_Request_for_With drawal.pdf | 215603 23ed41890ad4a72595d8325016923ce2 ab25d3c79 | no | 2 |
| **Warnings:** | | | | | |

| Information: | |
|---|---|
| Total Files Size (in bytes): | 215603 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

43

## SOLICITOR

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | SEP 2 0 2007<br>U.S. PATENT & TRADEMARK OFFICE | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Central District of California_ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 8/2/2007 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Aspex Eyewear, Inc., and<br>Contour Optik, Inc. | | DEFENDANT<br>Revolution Eyewear, Inc. |

CV07-05 042 GHK (PJWx)

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US RE37,545 E | 2/12/2002 | Contour Optik, Inc.; Aspex Eyewear, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/182,862 | 10/21/1998 | RICHARD CHAO | CONT-01013US1 |

**CONFIRMATION NO. 2483**

27123
MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101

*OC000000028208299*

Date Mailed: 02/08/08

## DENIAL OF REQUEST FOR WITHDRAWAL OF ATTORNEY OR AGENT

The request for withdrawal of attorney or agent filed __10/05/07_____ is acknowledged.  However, the request cannot be granted at this time for the reason stated below.

❑  The request is untimely because there is an outstanding Office Action in the application to which a response is due within 30 days.

❑  The request is not being made by the attorney or agent who wishes to be withdrawn, or the attorney or agent signing the request has not stated that he/she is signing on behalf of himself/herself and the withdrawing attorney or agent.

❑  The person signing the request did not provide his/her name and registration number.

❑  There is no alternate correspondence address, either in the application file or the request.  Please provide a correspondence address to which further correspondence can be directed.

❑  No Power of Attorney has been established in the above-identified application. Accordingly, the withdrawal cannot be accepted because the practitioner seeking to withdraw is not of record.  The change of correspondence address will be considered separately.

❑  The attorney or agent requesting to withdraw has not been appointed attorney of record in the application (i.e., there is no power of attorney).  Accordingly, the withdrawal cannot be accepted because the practitioner seeking to withdraw is not of record.  Moreover, a patent practitioner cannot withdraw another practitioner of record unless they also withdraw himself or herself, and affirm that they are acting on behalf of the other patent practitioner(s).  To revoke the power of attorney given to another patent practitioner, the applicant must comply with 37 CFR 1.36(a).

☑  The Request for Withdrawal of Attorney or Agent does not properly identify the attorney(s)/agent(s) to be withdrawn.

Questions relating to this Notice should be directed to the Application Assistance Unit at the number below.

_____

Application Assistance Unit
(571) 272-4200

45

Attorney Docket No. 062188.013601

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

April 22, 2008

| | | |
|---|---|---|
| Applicant(s) | : | Richard Chao |
| Serial No. | : | 09/182,862 |
| Filed | : | October 21, 1998 |
| Patent No.: | : | RE37,545 |
| Issued | : | February 12, 2002 |
| For | : | AUXILLARY LENSES FOR EYEGLASSES |
| Examiner | : | Huy Kim Mai |
| Art Unit | : | 2873 |

### CHANGE OF ENTITY STATUS PURSUANT TO 37 C.F.R. § 1.27 (g)(2)

MAIL STOP:  M Correspondence
Hon. Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

    This communication hereby notifies the United States Patent and Trademark Office that small entity status is no longer applicable for the above-identified patent.

Respectfully submitted,

By: _____
Barry J. Schindler
Registration No. 24,750
Attorney for Applicants
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Tel.: (212) 801-9200

ELECTRONCI MAIL CERTIFICATE 37 C.F.R. 1.8

Date of Deposit      April 22, 2008

I hereby certify that this paper is being deposited with the U.S. Patent Office as Electronic Mail to Addressee under 37 C.F.R. 1.8 on the date indicated above and is addressed to Commissioner of Patents and Trademarks, Alexandria, VA 22313-1450

Christine Lucas
Name of Person Mailing      Signature

NY 238,769,779v1 4/22/2008

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3189087 |
| **Application Number:** | 09182862 |
| **International Application Number:** | |
| **Confirmation Number:** | 2483 |
| **Title of Invention:** | AUXILIARY LENSES FOR EYEGLASSES |
| **First Named Inventor/Applicant Name:** | RICHARD CHAO |
| **Customer Number:** | 27123 |
| **Filer:** | Barry J. Schindler/Christine Lucas |
| **Filer Authorized By:** | Barry J. Schindler |
| **Attorney Docket Number:** | CONT-01013US1 |
| **Receipt Date:** | 22-APR-2008 |
| **Filing Date:** | 21-OCT-1998 |
| **Time Stamp:** | 13:49:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | chao_entity.pdf | 28571<br>5e38c83239bb2e9d7813c44889b3d2e0a26de3bf1 | no | 1 |

| Warnings: |
|---|
| Information: |

| Total Files Size (in bytes): | 28571 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

46

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **SOLICITOR**<br>AUG 1 5 2007<br>U.S. PATENT & TRADEMARK OFFICE | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. CV07-05042GHK (PJWx) | DATE FILED 8/2/2007 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Aspex Eyewear, Inc., and<br>Contour Optik, Inc. | | DEFENDANT<br>Revolution Eyewear, Inc. |

FILED CLERK U.S. DISTRICT COURT
AUG - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  US RE37,545 E | 2/12/2002 | Contour Optik, Inc.;  Aspex Eyewear, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

47

28450-8 ✓
C4

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. CV06 08000 | DATE FILED 12/15/2006 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Aspex Eyewear, Inc., and<br>Contour Optik, Inc | | DEFENDANT<br><br>Marchon Eyewear, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  US RE37,545 E | 2/12/2002 | Contour Optik, Inc.; Aspex Eyewear, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>Veina Horen | DATE<br>1/10/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

1

2

3

4

5

6  **UNITED STATES DISTRICT COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA**

8  WESTERN DIVISION

9  ASPEX EYEWEAR, INC. and
   CONTOUR OPTIK, INC.,                    )   CASE NO. CV 06-08000 MMM (CWx)
10                                          )
                                            )   [PROPOSED] ORDER STAYING THE CASE
11              Plaintiffs,                 )   UNTIL FEBRUARY 8, 2008
                                            )
12       vs.                                )
                                            )   CTRM:   780, Roybal Federal Bldg.
13  MARCHON EYEWEAR, INC.,                  )
                                            )
14              Defendant.                  )        Hon. Margaret M. Morrow
                                            )
15

16  ─────────────────────────────

17  MARCHON EYEWEAR, INC.,              )
                                        )
18              Counterclaimant,        )
                                        )
19       vs.                            )
                                        )
20  ASPEX EYEWEAR, INC. and             )
    CONTOUR OPTIK, INC.,                )
21                                      )
                                        )
22              Counterdefendants.      )

23  ─────────────────────────────

24

25

26

27

28

1
2
3
4
5

The Court, having considered the Joint Stipulation For an Order Staying the Case Until February 8, 2008 and for good cause shown, it is HEREBY ORDERED that the case be stayed until February 8, 2008.

6
7

**IT IS SO ORDERED.**

8
9

Dated: _Jan 10, 2008_

10

_Margaret M. Morrow_

The Hon. Margaret M. Morrow
United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cora Ruvalcaba - Activity in Case 2:06-cv-08000-MMM-CW Aspex Eyewear Inc et al v. Marchon Eyewear Inc Report of Determination of Patent/Trademark Action (CLOSE) (AO 120)

| | |
|---|---|
| **From:** | <cacd_ecfmail@cacd.uscourts.gov> |
| **To:** | <ecfnef@cacd.uscourts.gov> |
| **Date:** | 1/23/2008 8:24 AM |
| **Subject:** | Activity in Case 2:06-cv-08000-MMM-CW Aspex Eyewear Inc et al v. Marchon Eyewear Inc Report of Determination of Patent/Trademark Action (CLOSE) (AO 120) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2008 at 8:22 AM PST and filed on 1/10/2008
**Case Name:** Aspex Eyewear Inc et al v. Marchon Eyewear Inc
**Case Number:** 2:06-cv-8000
**Filer:** Contour Optik Inc
**WARNING: CASE CLOSED on 01/11/2008**
**Document Number:** 64

**Docket Text:**
REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (vh)

**2:06-cv-8000 Notice has been electronically mailed to:**

Roderick G Dorman
dormanr@hbdlawyers.com,mccorryl@hbdlawyers.com,effnere@hbdlawyers.com

Jon E Hokanson     hokanson@lbbslaw.com

Michael A Nicodema     nicodemam@gtlaw.com

Josephine A Brosas     brosas@lbbslaw.com,ruvalcaba@lbbslaw.com

Mieke K Malmberg     malmbergm@hbdlawyers.com

**2:06-cv-8000 Notice has been delivered by First Class U. S. Mail or by fax to: :**
John R Lane
Frommer Lawrence and Haugh

Page 2 of 2

745 5th Avenue
New York NY 10151


Edgar H Haug
Frommer Lawrence and Haug
745 Fifth Avenue
New York NY 101051
US



Docket No.: A8445.0001/P001-A
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Reissue Application of:
Richard Chao

Patent No.: RE 37,545                    Confirmation No.: 2483

Filed: October 21, 1998                   Art Unit: 2873

For:  AUXILIARY LENSES FOR EYEGLASSES     Examiner: H. Mai

### SUBMISSION OF REVOCATION OF PRIOR POWER OF ATTORNEY AND APPOINTMENT OF NEW ATTORNEYS AND STATEMENTS UNDER 37 CFR 3.73(B)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Transmitted herewith are Revocation of Prior Power of Attorney and Appointment of New Attorneys and Statements Under 37 CFR 3.73(b) on behalf of two Assignees; Contour Optik, Inc. and Aspex Eyewear, Inc. each of which is an Assignee of the entire right, title and interest in one-half part of United States Reissue Patent No. RE37,545.  In addition, please change the Attorney Docket Number for all correspondence associated with this patent to Attorney Docket Number A8445.0001/P001-A.  Entry of these documents is respectfully requested.

Patent No.: RE37,545                                      Docket No.: A8445.0001/P001-A

     The Director is hereby authorized to charge any fees which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Deposit Account No. 04-1073, under Order No. A8445.0001/P001-A.

Dated:  May 30, 2008                      Respectfully submitted,

                                  By

                                  Michael S. Marcus
                                    Registration No.: 31,727
                                DICKSTEIN SHAPIRO LLP
                                1825 Eye Street, NW
                                Washington, DC  20006-5403
                                (202) 420-2200
                                Attorney for Applicant

2

| | | |
|---|---|---|
| **REVOCATION OF PRIOR POWER OF ATTORNEY AND APPOINTMENT OF NEW ATTORNEY** | Patent Number | RE37,545 |
| | Filing Date | October 21, 1998 |
| | First Named Inventor | Richard Chao |
| | Title | AUXILIARY LENSES FOR EYEGLASSES |
| | Group Art Unit | 2873 |
| | Examiner Name | H. Mai |
| | Attorney Docket No. | A8445.0001/P001-A |

I hereby revoke all powers of attorney previously granted and hereby appoint:

[X] Practitioners at Customer Number    24998    *Customer Number*    ⟶    *Customer Number Bar Code*

OR

[ ] Practitioner(s) named below:

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified application to:

[ ] The above-mentioned Customer Number.

OR

[X] Practitioners at Customer Number    24998    *Customer Number*    *Customer Number Bar Code*

OR

| [X] Firm or Individual Name | Michael S. Marcus DICKSTEIN SHAPIRO LLP | | | | |
|---|---|---|---|---|---|
| Address | 1825 Eye Street, NW | | | | |
| City | Washington | State | DC | Zip | 20006-5403 |
| Country | US | Telephone | 202-420-2200 | Fax | 202-420-2201 |

I am the:

[ ] Applicant/Inventor.

[X] Assignee of record of the entire one-half interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).*

**SIGNATURE of Applicant or Assignee of Record**

| Name | David Chao |
|---|---|
| Signature | |
| Date | 5/27/08 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required. See below".

[X] *Total of    1    forms are submitted.

| REVOCATION OF PRIOR POWER OF ATTORNEY AND APPOINTMENT OF NEW ATTORNEY | Patent Number | RE37,545 |
|---|---|---|
| | Filing Date | October 21, 1998 |
| | First Named Inventor | Richard Chao |
| | Title | AUXILIARY LENSES FOR EYEGLASSES |
| | Group Art Unit | 2873 |
| | Examiner Name | H. Mai |
| | Attorney Docket No. | A8445.0001/P001-A |

I hereby revoke all powers of attorney previously granted and hereby appoint:

[X] Practitioners at Customer Number    24998    ⟶

    *Customer Number*

OR

    *Customer Number Bar Code*

[ ] Practitioner(s) named below:

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified application to:

[ . ] The above-mentioned Customer Number.

OR

[X] Practitioners at Customer Number    24998    ⟶

    *Customer Number*

OR

    *Customer Number Bar Code*

| [X] Firm or Individual Name | Michael S. Marcus DICKSTEIN SHAPIRO LLP | | | | |
|---|---|---|---|---|---|
| Address | 1825 Eye Street, N.W. | | | | |
| City | Washington | State | DC | Zip | 20006-5403 |
| Country | US | Telephone | 202-420-2200 | Fax | 202-420-2201 |

I am the:

[ ] Applicant/Inventor.

[X] Assignee of record of the entire one-half interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

**SIGNATURE of Applicant or Assignee of Record**

| Name | Thierry Ifergan |
|---|---|
| Signature | |
| Date | 8/23/08 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required. See below*.

[X] *Total of   1   forms are submitted.

PTO/SB/96 (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: __Richard Chao__

Application No./Patent No.: __RE37,545__    Filed/Issue Date: __October 21, 1998__

Entitled: __AUXILIARY LENSES FOR EYEGLASSES__

__Aspex Eyewear, Inc.__ , a __Corporation__
(Name of Assignee)                          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☐ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A. ☐ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____ , Frame _____ , or for which a copy thereof is attached.

OR

B. ☒ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: __Richard Chao__    To: __Contour Optik, Inc.__
      The document was recorded in the United States Patent and Trademark Office at
      Reel __008334__ , Frame __0768__ , or for which a copy thereof is attached.

   2. From: __Contour Optik, Inc.__    To: __Asahi Koguku Kogyo Kabushiki Kaisha__
      The document was recorded in the United States Patent and Trademark Office at
      Reel __010848__ , Frame __0276__ , or for which a copy thereof is attached.

   3. From: __Asahi Koguku Kogyo Kabushiki Kaisha__   To: __Pentax Corporation__
      The document was recorded in the United States Patent and Trademark Office at
      Reel __013751__ , Frame __0112__ , or for which a copy thereof is attached.

   ☒ Additional documents in the chain of title are listed on a supplemental sheet.

☒ As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____                  __5/28/08__
Signature                                    Date

__David Chao__                               __650-776-6512__
Printed or Typed Name                        Telephone Number

__Director of International Sales, Contour Optik, Inc.__
Title

SUPPLEMENTAL SHEET FOR USE WITH PTO/SB/96 (01-03)

## CONTINUATION OF STATEMENT UNDER 37 CFR 3.73(b)

4. From:   Pentax Corporation          To:   Aspex Eyewear, Inc.

The document was recorded in the United States Patent and Trademark Office at

Reel    013751    , Frame    0137    , or for which a copy thereof is attached.

PTO/SB/96 (01-06)
Approved for use through 01/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:   Richard Chao

Application No./Patent No.:   RE37,545   Filed/Issue Date:   October 21, 1998

Entitled:   AUXILIARY LENSES FOR EYEGLASSES

Aspex Eyewear, Inc. , a   Corporation
(Name of Assignee)   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☐ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of less than the entire right, title and interest
    (The extent (by percentage) of its ownership interest is _____ %)

In the patent application/patent identified above by virtue of either:

A. ☐ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was
    recorded in the United States Patent and Trademark Office at Reel _____ ,
    Frame _____ , or for which a copy thereof is attached.

OR

B. ☒ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From:   Richard Chao   To:   Contour Optik, Inc.
    The document was recorded in the United States Patent and Trademark Office at
    Reel   008334 , Frame   0786 , or for which a copy thereof is attached.

2. From:   Contour Optik, Inc.   To:   Asahi Kogaku Kogyo Kabushiki Kaisha
    The document was recorded in the United States Patent and Trademark Office at
    Reel   010848 , Frame   0278 , or for which a copy thereof is attached.

3. From:   Asahi Kogaku Kogyo Kabushiki Kaisha   To:   Pentax Corporation
    The document was recorded in the United States Patent and Trademark Office at
    Reel   013751 , Frame   0112 , or for which a copy thereof is attached.

☒ Additional documents in the chain of title are listed on a supplemental sheet.

☒ As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the
assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to
Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO.
See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____   5/23/08
Signature   Date

Thierry Ifergan   954 450 - 1711
Printed or Typed Name   Telephone Number

Executive Vice President, Aspex Eyewear, Inc.
Title

SUPPLEMENTAL SHEET FOR USE WITH PTO/SB/96 (01-09)

## CONTINUATION OF STATEMENT UNDER 37 CFR 3.73(b)

4. From:   Pentax Corporation          To:   Aspex Eyewear, Inc.

The document was recorded in the United States Patent and Trademark Office at

Reel      013751    , Frame      0137     , or for which a copy thereof is attached.

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3381441 |
| **Application Number:** | 09182862 |
| **International Application Number:** | |
| **Confirmation Number:** | 2483 |
| **Title of Invention:** | AUXILIARY LENSES FOR EYEGLASSES |
| **First Named Inventor/Applicant Name:** | RICHARD  CHAO |
| **Customer Number:** | 27123 |
| **Filer:** | Mark J. Thronson/Denise Green-Warren |
| **Filer Authorized By:** | Mark J. Thronson |
| **Attorney Docket Number:** | CONT-01013US1 |
| **Receipt Date:** | 30-MAY-2008 |
| **Filing Date:** | 21-OCT-1998 |
| **Time Stamp:** | 15:02:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | A84450001AREVPOASTATMNT.pdf | 405993<br>d0352ac3736178c42702e39c3db801a5b99cf912 | yes | 8 |

| Multipart Description/PDF files in .zip description | | | |
| --- | --- | --- | --- |
| | Document Description | Start | End |
| | Miscellaneous Incoming Letter | 1 | 2 |
| | Power of Attorney | 3 | 4 |
| | Assignee showing of ownership per 37 CFR 3.73(b). | 5 | 8 |

| Warnings: | |
| --- | --- |
| Information: | |
| Total Files Size (in bytes): | 405993 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/182,862 | 10/21/1998 | RICHARD CHAO | CONT-01013US1 |

**CONFIRMATION NO. 2483**

24998
DICKSTEIN SHAPIRO LLP
1825 EYE STREET NW
Washington, DC 20006-5403

**POA ACCEPTANCE LETTER**

*OC000000030325189*

Date Mailed: 06/05/2008

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/30/2008.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/sharris/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

 U̲N̲I̲T̲E̲D̲ S̲T̲A̲T̲E̲S̲ P̲A̲T̲E̲N̲T̲ A̲N̲D̲ T̲R̲A̲D̲E̲M̲A̲R̲K̲ O̲F̲F̲I̲C̲E̲

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/182,862 | 10/21/1998 | RICHARD CHAO | CONT-01013US1 |

**CONFIRMATION NO. 2483**

27123
MORGAN & FINNEGAN, L.L.P.
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101

**POWER OF ATTORNEY NOTICE**

*0C000000030325128*

Date Mailed: 06/05/2008

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/30/2008.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).


/sharris/


Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1



✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Central District of Califo on the following   ☐ Patents or   ☐ Trademarks:

| DOCKET NO. 2:06-cv-2685 | DATE FILED 5/3/2006 | U.S. DISTRICT COURT for the Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Films by Jove Inc | | DEFENDANT<br><br>Dmitry Fayerman, et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   78885118 | 5/16/2006 | Films by Jove, Inc. |
| 2   2283213 | 8/19/1998 | Films by Jove, Inc |
| 3   78698559 | 8/23/2005 | Films by Jove, Inc |
| 4   78694812 | 8/17/2005 | Films by Jove, Inc |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY   ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED "CIVIL MINUTE IN CHAMBER" |

| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>J. LAM | DATE<br>5/14/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

$\mathcal{SI}$

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ASPEX EYEWEAR, INC. and CONTOUR
OPTIK, INC., :  Civil Action No. 07-cv-00803(GMS)

                                    :
                    Plaintiffs,     :
          v.                        :
                                    :
SVS VISION HOLDING CO.,             :
                                    :
                    Defendant.    x

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the joint request by both parties for entry of this Stipulation of Dismissal With Prejudice, the parties having agreed to amicably resolve this dispute in a separate settlement agreement, and for good cause shown:

IT IS ORDERED that:

1.  The claims of plaintiffs are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.  The Court shall retain jurisdiction to enforce the settlement agreement between the parties; and

3.  All parties shall bear their own costs and attorney fees.

For Plaintiffs:
 /s/ Arthur G. Connolly, III
Arthur G. Connolly III (No. 2667)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
Tel:   302.658.9141
Fax:   302.658.5614
E-mail: AConnollyIII@cblh.com

For Defendant:
 /s/ Michael R. Robinson
Michael R. Robinson (No. 4452)
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
Tel:   302.421.6800
Fax:   302.421.6813
E-mail: mrobinson@saul.com

Case 1:07-cv-00803-GMS   Document 11   Filed 05/20/2008   Page 1 of 1

🖎 AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv803 | DATE FILED<br>12/10/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Aspex Eyewear Inc.<br>Contour Optik Inc. | | DEFENDANT<br>SVS Vision Holdings Co. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US RE37,545 E | 2/12/02 | Contour Optik Inc.; Asashi Optical Co., Ltd. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *See attached* |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Marie McDavid* | DATE<br>5/20/08<br>December 14, 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 3/04)   Case 1:07-cv-00803-UNA   Document 3   Filed 12/11/2007   Page 1 of 1

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Delaware _____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv803 | DATE FILED<br>12/10/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Aspex Eyewear Inc.<br>Contour Optik Inc. | | DEFENDANT<br>SVS Vision Holdings Co. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US RE37,545 E | 2/12/02 | Contour Optik Inc.; Asashi Optical Co., Ltd. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>December 11, 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1997

Application or Docket Number

182862

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE [ ] RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|-----|-----|-----|-----|-----|-----|-----|-----|
| BASIC FEE | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 2 35 minus 20 = | * 15 | x$11= | 165 | OR | x$22= | |
| INDEPENDENT CLAIMS | 11 minus 3 = | * 10 | x41= | 410 | OR | x82= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +135= | | OR | +270= | |
| | | | TOTAL | 970 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Total | * 46 | Minus ** 35 | = 10 | x$11= | 99.00 | OR | x$22= | |
| Independent | * 18 | Minus *** 11 | = 5 | x41= | 195.00 | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | 294.00 | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/97)          U.S. Department of Commerce — Patent and Trademark Office  U.S. DEPARTMENT OF COMMERCE

# MPI Family Report (Family Bibliographic and Legal Status)

In the MPI Family report, all publication stages are collapsed into a single record, based on identical application data. The bibliographic information displayed in the collapsed record is taken from the latest publication.

**Report Created Date:**   2009-11-10

**Name of Report:**

**Number of Families:**   1

**Comments:**

## Table of Contents

1.   **USRE37545E1**   20020212   CONTOUR OPTIK INC   TW
        Auxiliary lenses for eyeglasses ......................................................................................................................   14



## Family1

### 19 records in the family, collapsed to 17 records.

### AT175032T   19990115

[ no drawing available ]

**(GER) VORSATZ FUER SEHHILFEN**

**Assignee:** CHAO RICHARD    TW

**Inventor(s):** CHAO RICHARD    TW

**Application No:** AT   96112789   T

**Filing Date:** 19960808

**Issue/Publication Date:** 19990115

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19991115 | (+) | UEP | PUBLICATION OF TRANSLATION OF EUROPEAN PATENT SPECIFICATION |

---

### AU684423B2 19971211

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:** RICHARD CHAO

**Inventor(s):** CHAO RICHARD

[ no drawing available ]

**Application No:** AU   5944596   A

**Filing Date:** 19960711

**Issue/Publication Date:** 19971211

**Abstract:** NotAvailable

**Priority Data:** SG 9610023 19960610 A T; US 55485495 19951107 A X;

**IPC (International Class):** G02C00708; G02C00904

**Legal Status:**   There is no Legal Status information available for this patent

---



## AU5944596A 19970515

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:** RICHARD CHAO

**Inventor(s):** CHAO RICHARD

**Application No:** AU   5944596   D

**Filing Date:** 19960711

**Issue/Publication Date:** 19970515

**Abstract:** NotAvailable

**Priority Data:** SG 9610023 19960610 A T; US 55485495 19951107 A X;

**IPC (International Class):** G02C00708; G02C00904

**Legal Status:** There is no Legal Status information available for this patent

[ no drawing available ]

---

## BR9604424A 19980623

**(POR) Lentes auxiliares para Îculos**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD   TW

**Application No:** BR   9604424   A

**Filing Date:** 19961018

**Issue/Publication Date:** 19980623

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00502

[ no drawing available ]

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20020409 | (-) | FB34 | TECHNICAL AND FORMAL REQUIREMENTS: REQUIREMENT - ARTICLE 34 OF INDUSTRIAL PROPERTY LAW |
| 20020409 | () | FB34 | DISMISSAL: DISMISSAL - ARTICLE 34 OF INDUSTRIAL PROPERTY LAW |
| 20030311 | ( ) | CKFA | APPEAL AGAINST DEEMED WITHDRAWN |
| 20030311 | () | CKFA | TECHNICAL EXAMINATION (OPINION): PUBLICATION OF TECHNICAL EXAMINATION (OPINION) |
| 20080415 | () | B09A | DECISION: GRANTING |
| 20080418 | () | B09A | : PRAZO DE VALIDADE: 10 (DEZ) ANOS CONTADOS A PARTIR DE 18/11/2008, OBSERVADAS AS CONDICOES LEGAIS.; |



## CA2180714C 19971216
## CA2180714A1 19970508

**(ENG) AUXILIARY LENSES FOR EYEGLASSES**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD   TW

[ no drawing available ]

**Application No:** CA  2180714  A

**Filing Date:** 19960708

**Issue/Publication Date:** 19971216

**Priority Data:** SG 9610023 19960610 A T; US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

**Publication Language:** ENG

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19960708 | (+) | EEER | EXAMINATION REQUEST |
| 20020319 | | NARE | REISSUED |

## DE19543346C1 19970130



**(GER) Vorsteckglaeser fuer Brillen**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD   TW

**Application No:** DE  19543346  A

**Filing Date:** 19951121

**Issue/Publication Date:** 19970130

**Abstract:** NotAvailable

**Priority Data:** DE 19543346 19951121 A A; SG 9610023 19960610 A T; US 55485495 19951107 A T;

**IPC (International Class):** G02C00904

**ECLA (European Class):** G02C00900

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19970130 | (+) | D1 | GRANT (NO UNEXAMINED APPLICATION PUBLISHED) PATENT LAW 81 |
| 19970130 | (+) | 8100 | PUBLICATION OF THE EXAMINED APPLICATION WITHOUT PUBLICATION OF UNEXAMINED APPLICATION |
| 19970710 | (-) | 8363 | OPPOSITION AGAINST THE PATENT |
| 20010523 | (+) | 8365 | FULLY VALID AFTER OPPOSITION PROCEEDINGS |



## DE69601206D1 19990204

**(GER) Vorsatz fuer Sehhilfen**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD    TW

**Application No:** DE  69601206  A

**Filing Date:** 19960808

**Issue/Publication Date:** 19990204

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

[ no drawing available ]

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19991230 | (-) | 8363 | OPPOSITION AGAINST THE PATENT |

## DE69601206T2 19990708

**(GER) Vorsatz fuer Sehhilfen**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD    TW

**Application No:** DE  69601206  T

**Filing Date:** 19960808

**Issue/Publication Date:** 19990708

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

[ no drawing available ]

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19991230 | (-) | 8363 | OPPOSITION AGAINST THE PATENT |



## DK773463T3 19990823

**(DAN) Ekstralinser til briller**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD    TW                          [ no drawing available]

**Application No:** DK  96112789  T

**Filing Date:** 19960808

**Issue/Publication Date:** 19990823

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

**Legal Status:** There is no Legal Status information available for this patent

---

## EP0773463B1 19981223
## EP0773463A1 19970514



FIG.6

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:** CHAO RICHARD    TW

**Inventor(s):** CHAO RICHARD   TW

**Application No:** EP  96112789  A

**Filing Date:** 19960808

**Issue/Publication Date:** 19981223

**Abstract:** (ENG) An eyeglass device includes a spectacle frame (10) having two legs (11) pivotally coupled to two side extensions (21) and having two magnetic members (14) secured in the rear and side portions. The auxiliary frame (20) (10) includes two legs (11) engaged on the spectacle frame (10) and each having a magnetic member (22) for engaging with the magnetic members (14) of the spectacle frame (10) so as to secure the spectacle frames (10, 20) together and so as to prevent the auxiliary frame (20) from moving downward relative to the spectacle frame (10).

**Priority Data:** US 55485495 19951107 A A;

**IPC (International Class):** G02C00900

**ECLA (European Class):** G02C00900; G02C00900

**Designated Countries:**
----Designated States: AT BE CH DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE

**Publication Language:** ENG

**Filing Language:** ENG

**Agent(s):** Casalonga, Axel  BUREAU D.A. CASALONGA JOSSE Morassistrasse 8, 80469 Muenchen, DE  DE

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|



| 19970514 | (+) | 17P | REQUEST FOR EXAMINATION FILED Effective date: 19960808; |
| 19970514 | (+) | AK | DESIGNATED CONTRACTING STATES: Kind code of corresponding patent document: A1; List of designated states: AT BE CH DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE; |
| 19971031 | (+) | EL | FR: TRANSLATION OF CLAIMS FILED |
| 19971203 | ( ) | 111L | LICENSES : 970927 0100 SOCIETE INTERNATI0NALE DE MATERIEL OPTIQUE-SIMOP, ; |
| 19980506 | (+) | 17Q | FIRST EXAMINATION REPORT   Effective date: 19980319; |
| 19981223 | (+) | AK | DESIGNATED CONTRACTING STATES: Kind code of corresponding patent document: B1; List of designated states: AT BE CH DE DK ES FI FR GB GR IE IT LI LU MC NL PT SE; |
| 19981223 | ( ) | REF | CORRESPONDS TO: Corresponding patent document: 175032; Country code of corresponding patent document: AT; Publication date of corresponding patent document: 19990115; Kind code of corresponding patent document: T; |
| 19981231 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): CH; Corresponding EP Code 1 for PRS Code (EP REG): EP; |
| 19990204 | ( ) | REF | CORRESPONDS TO: Corresponding patent document: 69601206; Country code of corresponding patent document: DE; Publication date of corresponding patent document: 19990204; |
| 19990210 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): IE; Corresponding EP Code 1 for PRS Code (EP REG): FG4D; |
| 19990223 | (+) | ITF | IT: TRANSLATION FOR A EP PATENT FILED New owner name: BARZANO' E ZANARDO MILANO S.P.A.; |
| 19990323 | (-) | PG25 | LAPSED IN A CONTRACTING STATE ANNOUNCED VIA POSTGRANT INFORM. FROM NAT. OFFICE TO EPO Corresponding country code for PRS Code (EP REG): PT; : LAPSE BECAUSE OF FAILURE TO SUBMIT A TRANSLATION OF THE DESCRIPTION OR TO PAY THE FEE WITHIN THE PRESCRIBED TIME-LIMIT; Effective date: 19990323; |
| 19990415 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): CH; Corresponding EP Code 1 for PRS Code (EP REG): NV; Representative's name: BOVARD AG PATENTANWAELTE; |
| 19990416 | (+) | ET | FR: TRANSLATION FILED |
| 19990516 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): ES; Corresponding EP Code 1 for PRS Code (EP REG): FG2A; Corresponding patent document: 2128813; Country code of corresponding patent document: ES; Kind code of corresponding patent document: T3; |
| 19990811 | (-) | 25 | LAPSED IN A CONTRACTING STATE ANNOUNCED VIA POSTGRANT INFORM. FROM NAT. OFFICE TO EPO Corresponding country code for PRS Code (EP REG): PT; Effective date: 19990323; |
| 19990823 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): DK; Corresponding EP Code 1 for PRS Code (EP REG): T3; |
| 19990831 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country |



| | | | |
|---|---|---|---|
| | | | code for PRS Code (EP REG): PT; Corresponding EP Code 1 for PRS Code (EP REG): SC4A; : AVAILABILITY OF NATIONAL TRANSLATION; Effective date: 19990401; |
| 19991124 | (-) | 26 | OPPOSITION FILED New owner name: PENTAX VISION CO., LTD.; Effective date: 19990923; |
| 19991124 | (-) | 26 | OPPOSITION FILED New owner name: PENTAX VISION CO., LTD.; Effective date: 19990923; |
| 19991124 | (-) | 26 | OPPOSITION FILED Opponent name: PENTAX VISION CO., LTD.; Effective date: 19990923; |
| 20000201 | (-) | NLR1 | NL: OPPOSITION HAS BEEN FILED WITH THE EPO New owner name: PENTAX VISION CO., LTD.; |
| 20000201 | (-) | NLR1 | NL: OPPOSITION HAS BEEN FILED WITH THE EPO New owner name: PENTAX VISION CO., LTD.; |
| 20000201 | (-) | NLR1 | NL: OPPOSITION HAS BEEN FILED WITH THE EPO Opponent name: PENTAX VISION CO., LTD.; |
| 20010321 | (+) | 27C | TERMINATION OF OPPOSITION PROCEDURE Effective date: 20001226; |
| 20010501 | ( ) | NLR2 | NL: DECISION OF OPPOSITION |
| 20020101 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): GB; Corresponding EP Code 1 for PRS Code (EP REG): IF02; |
| 20030912 | ( ) | REG | REFERENCE TO A NATIONAL CODE Corresponding country code for PRS Code (EP REG): FR; Corresponding EP Code 1 for PRS Code (EP REG): CL; |
| 20050816 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): SE; Payment date: 20050816; Year of fee payment: 10; |
| 20050816 | () | PGFP | Corresponding country code for PRS Code (EP REG): SE; Payment date: 20050816; Year of fee payment: 10; |
| 20060808 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): PT; Payment date: 20060808; Year of fee payment: 11; |
| 20060808 | () | PGFP | Corresponding country code for PRS Code (EP REG): PT; Payment date: 20060808; Year of fee payment: 11; |
| 20060816 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FR; Payment date: 20060816; Year of fee payment: 11; |
| 20060816 | () | PGFP | Corresponding country code for PRS Code (EP REG): FR; Payment date: 20060816; Year of fee payment: 11; |
| 20060822 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FI; Payment date: 20060822; Year of fee payment: 11; |
| 20060822 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): NL; Payment date: 20060822; Year of fee payment: 11; |
| 20060822 | () | PGFP | Corresponding country code for PRS Code (EP REG): FI; Payment date: 20060822; Year of fee payment: 11; |
| 20060822 | () | PGFP | Corresponding country code for PRS Code (EP REG): NL; Payment date: 20060822; Year of fee payment: 11; |
| 20060823 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): LU; Payment date: 20060823; Year of fee payment: 11; |



| 20060823 | () | PGFP | Corresponding country code for PRS Code (EP REG): LU; Payment date: 20060823; Year of fee payment: 11; |
| 20060828 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): AT; Payment date: 20060828; Year of fee payment: 11; |
| 20060828 | () | PGFP | Corresponding country code for PRS Code (EP REG): AT; Payment date: 20060828; Year of fee payment: 11; |
| 20060831 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): GR; Payment date: 20060831; Year of fee payment: 11; |
| 20060831 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): IT; Payment date: 20060831; Year of fee payment: 11; |
| 20060831 | () | PGFP | Corresponding country code for PRS Code (EP REG): GR; Payment date: 20060831; Year of fee payment: 11; |
| 20060831 | () | PGFP | Corresponding country code for PRS Code (EP REG): IT; Payment date: 20060831; Year of fee payment: 11; |
| 20060911 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): CH; Payment date: 20060911; Year of fee payment: 11; |
| 20060911 | () | PGFP | Corresponding country code for PRS Code (EP REG): CH; Payment date: 20060911; Year of fee payment: 11; |
| 20060915 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): GB; Payment date: 20060915; Year of fee payment: 11; |
| 20060915 | () | PGFP | Corresponding country code for PRS Code (EP REG): GB; Payment date: 20060915; Year of fee payment: 11; |
| 20061010 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): BE; Payment date: 20061010; Year of fee payment: 11; |
| 20061010 | () | PGFP | Corresponding country code for PRS Code (EP REG): BE; Payment date: 20061010; Year of fee payment: 11; |
| 20070816 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): MC; Payment date: 20070816; Year of fee payment: 12; |
| 20070816 | () | PGFP | Corresponding country code for PRS Code (EP REG): MC; Payment date: 20070816; Year of fee payment: 12; |
| 20070823 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): DK; Payment date: 20070823; Year of fee payment: 12; |
| 20070823 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): ES; Payment date: 20070823; Year of fee payment: 12; |
| 20070823 | () | PGFP | Corresponding country code for PRS Code (EP REG): DK; Payment date: 20070823; Year of fee payment: 12; |
| 20070823 | () | PGFP | Corresponding country code for PRS Code (EP REG): ES; Payment date: 20070823; Year of fee payment: 12; |
| 20070828 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): IE; Payment date: 20070828; Year of fee payment: 12; |
| 20070828 | () | PGFP | Corresponding country code for PRS Code (EP REG): IE; Payment date: 20070828; Year of fee payment: 12; |



| 20070910 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): DE; Payment date: 20070910; Year of fee payment: 12; |
| 20070910 | () | PGFP | Corresponding country code for PRS Code (EP REG): DE; Payment date: 20070910; Year of fee payment: 12; |
| 20071124 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): AT; Payment date: 20070820; Year of fee payment: 12; |
| 20071124 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): CH; Payment date: 20070912; Year of fee payment: 12; |
| 20071124 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FI; Payment date: 20070821; Year of fee payment: 12; |
| 20071124 | () | PGFP | Corresponding country code for PRS Code (EP REG): AT; Payment date: 20070820; Year of fee payment: 12; |
| 20071124 | () | PGFP | Corresponding country code for PRS Code (EP REG): CH; Payment date: 20070912; Year of fee payment: 12; |
| 20071124 | () | PGFP | Corresponding country code for PRS Code (EP REG): FI; Payment date: 20070821; Year of fee payment: 12; |
| 20080102 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): GB; Payment date: 20070817; Year of fee payment: 12; |
| 20080102 | () | PGFP | Corresponding country code for PRS Code (EP REG): GB; Payment date: 20070817; Year of fee payment: 12; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): BE; Payment date: 20070924; Year of fee payment: 12; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): IT; Payment date: 20070814; Year of fee payment: 12; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): LU; Payment date: 20071005; Year of fee payment: 12; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): NL; Payment date: 20070817; Year of fee payment: 12; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): SE; Payment date: 20060831; Year of fee payment: 11; |
| 20080131 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): SE; Payment date: 20070820; Year of fee payment: 12; |
| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): BE; Payment date: 20070924; Year of fee payment: 12; |
| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): IT; Payment date: 20070814; Year of fee payment: 12; |
| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): LU; Payment date: 20071005; Year of fee payment: 12; |
| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): NL; Payment date: 20070817; Year of fee payment: 12; |
| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): SE; Payment date: 20060831; Year of fee payment: 11; |



| 20080131 | () | PGFP | Corresponding country code for PRS Code (EP REG): SE; Payment date: 20070820; Year of fee payment: 12; |
| 20080430 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FR; Payment date: 20070731; Year of fee payment: 12; |
| 20080430 | () | PGFP | Corresponding country code for PRS Code (EP REG): FR; Payment date: 20070731; Year of fee payment: 12; |
| 20080530 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): GR; Payment date: 20070830; Year of fee payment: 12; |
| 20080530 | () | PGFP | Corresponding country code for PRS Code (EP REG): GR; Payment date: 20070830; Year of fee payment: 12; |
| 20080630 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): SE; Payment date: 20060831; Year of fee payment: 11; |
| 20080630 | () | PGFP | Corresponding country code for PRS Code (EP REG): SE; Payment date: 20060831; Year of fee payment: 11; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): DK; Payment date: 20080818; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): ES; Payment date: 20080826; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): GB; Payment date: 20050816; Year of fee payment: 10; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): LU; Payment date: 20080912; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): NL; Payment date: 20080819; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): PT; Payment date: 20080801; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): CH; Payment date: 20080813; Year of fee payment: 13; |
| 20081031 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): DE; Payment date: 20080811; Year of fee payment: 13; |
| 20081031 | () | PGFP | Corresponding country code for PRS Code (EP REG): GB; Payment date: 20050816; Year of fee payment: 10; |
| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): AT; Payment date: 20080819; Year of fee payment: 13; |
| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FI; Payment date: 20080822; Year of fee payment: 13; |
| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): FR; Payment date: 20080729; Year of fee payment: 13; |



| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): IE; Payment date: 20080825; Year of fee payment: 13; |
| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): IT; Payment date: 20080818; Year of fee payment: 13; |
| 20081128 | (+) | PGFP | POSTGRANT: ANNUAL FEES PAID TO NATIONAL OFFICE Corresponding country code for PRS Code (EP REG): MC; Payment date: 20080822; Year of fee payment: 13; |
| 20081231 | () | PGFP | Corresponding country code for PRS Code (EP REG): GB; Payment date: 20080815; Year of fee payment: 13; |
| 20090227 | () | PGFP | Corresponding country code for PRS Code (EP REG): BE; Payment date: 20080901; Year of fee payment: 13; |
| 20090227 | () | PGFP | Corresponding country code for PRS Code (EP REG): SE; Payment date: 20080818; Year of fee payment: 13; |
| 20090630 | () | PGFP | Corresponding country code for PRS Code (EP REG): GR; Payment date: 20080827; Year of fee payment: 13; |

## ES2128813T3 19990516

**(SPA) LENTES AUXILIARES PARA GAFAS.**

**Assignee:**  CHAO RICHARD

**Inventor(s):**  CHAO RICHARD    TW

[ no drawing available ]

**Application No:**  ES  96112789  T

**Filing Date:**  19960808

**Issue/Publication Date:**  19990516

**Abstract:**  NotAvailable

**Priority Data:**  US 55485495 19951107 A X;

**Related Application(s):**  773463    EP

**IPC (International Class):**  G02C00900

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 19990516 | | FG2A | DEFINITIVE PROTECTION Corresponding patent document: 773463; Country code of corresponding patent document: ES; |



## GR3029573T3 19990630

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD   TW

**Application No:** GR   99400657   T

**Filing Date:** 19990304

**Issue/Publication Date:** 19990630

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A X;

**IPC (International Class):** G02C00900

**Legal Status:** There is no Legal Status information available for this patent

[ no drawing available ]

## HK1007928A1 20000310

**(ENG) Auxilliary lenses for eyeglasses**

**Assignee:** CHAO RICHARD   TW

**Inventor(s):** CHAO RICHARD   TW

**Application No:** HK   98111919   A

**Filing Date:** 19981111

**Issue/Publication Date:** 20000310

**Abstract:** NotAvailable

**Priority Data:** US 55485495 19951107 A;

**IPC (International Class):** G02C

**ECLA (European Class):** G02C00900

[ no drawing available ]

**Legal Status:**

| Date | +/- | Code | Description |
|------|-----|------|-------------|
| 20041215 | (+) | PF | PATENT IN FORCE |
| 20090320 | () | PC | Effective date: 20080808; |



## MX9605006A 19970531

**(ENG) AUXILIARY LENSES FOR EYEGLASSES.**

**Assignee:** CHAO RICHARD    TW

**Inventor(s):** CHAO RICHARD    TW

[ no drawing available]

**Application No:** MX   9605006   A

**Filing Date:** 19961022

**Issue/Publication Date:** 19970531

**Abstract:** (ENG) An eyeglasses device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and reach having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

**Priority Data:** US 55485495 19951107 A Y;

**IPC (International Class):** G02C00900

**ECLA (European Class):** G02C00900

**Publication Language:** SPA

**Legal Status:** There is no Legal Status information available for this patent

---

## SG47151A1 19980320

**Auxiliary lenses for eyeglasses**

**Assignee:** CHAO RICHARD

**Inventor(s):** CHAO RICHARD

[ no drawing available]

**Application No:** SG   9610023   A

**Filing Date:** 19960610

**Issue/Publication Date:** 19980320

**Abstract:** NotAvailable

**Priority Data:** SG 9610023 19960610 A X; US 55485495 19951107 A T;

**IPC (International Class):** G02C00900; G02C00708

**Legal Status:** There is no Legal Status information available for this patent

---



## USRE37545E1 20020212

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:**  CONTOUR OPTIK INC    TW

**Inventor(s):**  CHAO RICHARD    TW

**Application No:**  US  18286298  A

**Filing Date:**  19981021

**Issue/Publication Date:**  20020212

**Abstract:**  (ENG) An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

**Priority Data:**  US 18286298 19981021 A Y; US 55485495 19951107 A 5 Y;

**Related Application(s):**  08/554854   19951107   5568207   19961022   US      PENDING

**IPC (International Class):**  G02C00900

**ECLA (European Class):**  G02C00900

**US Class:**  351057; 351047

**Publication Language:**  ENG

**Filing Language:**  ENG

**Agent(s):**  Morgan & Finnegan, L.L.P.

**Examiner Primary:**  Mai, Huy

**US Post Issuance:**
--US Request for Examinations: 20090414   20090609      Revolution Eyewear, Inc., Simi Valley, CA, R. Joseph Trojan, Trojan Law Offices;      20071120      Clariti Eyewear, Inc., Michael D. Van Loy, Mintz Levin Cohn Ferris and Popeo, P.C.
--US Litigations: Aspex Cryewla, Inc, et al   Aspex Cryewla, Inc, et al
20020315  S.D. New York  1:02CV2108    ; Aspex Eyewear, Inc.  Aspex Eyewear, Inc.  20020326
N.D. Texas (Dallas)  3:02cv634-M    ; Aspex Eyewear Inc, et al   Aspex Eyewear Inc, et al
20020530  S.D. New York  02 CV 4082  This cause having duly come
on to be heard before me and the attorneys for all parties having
appeared and advised the Court that all claims asserted herein have been
settled, it is Ordered that the above entitled action be and hereby is
discontinued without costs to either party, without prejudice to re-open
if settlement is not consummated within 30 days. Dated 12/20/02 Charles
L. Brieant, United States District Judge; Aspex Eyewear, Inc., et al   Aspex Eyewear, Inc., et al
20040921  S.D. New York  04-cv-7473    ; Regent Opticals Inc.  Regent Opticals Inc.  20010702
S.D. Florida  01-7107-CV-UUB   ORDER GRANTING IN PART
COUNTERCLAIMANTS' MOTION FOR SANCTIONS AND FOR ENTRY OF DEFAULT JUDGMENT.
DONE AND ORDERED this 7 day of April, 2005, URSULA UNGARO-BENAGES, UNITED
STATES DISTRICT JUDGE.; Aspex Eyewear, Inc et al   Aspex Eyewear, Inc et al
20060331  N.D. New York  3:06cv411    ; Aspex Eyewear Inc et al   Aspex Eyewear Inc et al  20061215

