C.D. California  2:06cv8000   ; Aspex Eyewear, Inc et al   Aspex Eyewear, Inc et al
20070322  S.D. New York  1:07cv2373   ; Aspex Eyewear, Inc et al   Aspex Eyewear, Inc et al
20070613  S.D. New York  1:07cv5627   ; Aspex Eyewear, Inc   Aspex Eyewear, Inc   20070803  S.D.
Florida  0:07cv61091   ; Aspex Eyewear, Inc et al   Aspex Eyewear, Inc et al
20070802  C.D. California  2:07cv5042   ; Aspex Eyewear Inc et al   Aspex Eyewear Inc et al   20071210
  Delaware  1:07cv803   ; Aspex Eyewear, Inc. Et al   Aspex Eyewear, Inc. Et al   S.D.
Florida  0:09cv61515

**Assignments Reported to USPTO:**
 **Reel/Frame:** 13751/0112  **Date Signed:** 20021001  **Date Recorded:** 20030211
 **Assignee:** PENTAX CORPORATION 2-36-9 MAENO-CHO ITABASHI-KU, TOKYO JAPAN

 **Assignor:** ASAHI KOGAKU KOGYO KABUSHIKI KAISHA

 **Corres. Addr:** GREENBLUM & BERNSTEIN, P.L.C. BRUCE H. BERNSTEIN 1950 ROLAND CLARKE
        PLACE P19911 (J1694166) RESTON, VA 20191
 **Brief:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).


 **Reel/Frame:** 13751/0137  **Date Signed:** 20030203  **Date Recorded:** 20030211
 **Assignee:** ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAY MIRAMAR FLORIDA 33025

 **Assignor:** PENTAX CORPORATION

 **Corres. Addr:** GREENBLUM & BERNSTEIN, P.L.C. BRUCE H. BERNSTEIN 1950 ROLAND CLARKE
        PLACE RESTON, VA 20191
 **Brief:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).


**Legal Status:**

| Date | +/- | Code | Description |
|---|---|---|---|
| 20030211 | ( ) | AS | ASSIGNMENT New owner name: PENTAX CORPORATION 2-36-9 MAENO-CHOITABASHI-KU, TO; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | ( ) | AS | ASSIGNMENT New owner name: ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAYMIRAMAR, FLO; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |
| 20030211 | () | AS | New owner name: ASPEX EYEWEAR, INC., FLORIDA; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |
| 20030211 | () | AS | New owner name: PENTAX CORPORATION, JAPAN; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | () | AS | New owner name: PENTAX CORPORATION 2-36-9 MAENO-CHOITABASHI-KU, TO; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | () | AS | New owner name: ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAYMIRAMAR, FLO; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |

| | | | |
|---|---|---|---|
| 20071120 | (+) | RR | REQUEST FOR REEXAMINATION FILED Effective date: 20070913; |
| 20090609 | () | RR | Effective date: 20090414; |

## US5568207A 19961022

**(ENG) Auxiliary lenses for eyeglasses**

**Assignee:** CHAO; RICHARD TW

**Inventor(s):** CHAO RICHARD TW

[ no drawing available]

**Application No:** US 55485495 A

**Filing Date:** 19951107

**Issue/Publication Date:** 19961022

**Abstract:** (ENG) An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

**Priority Data:** DE 19543346 19951121 A T; SG 9610023 19960610 A T; US 55485495 19951107 A I;

**IPC (International Class):** G02C00900

**ECLA (European Class):** G02C00900

**US Class:** 351057; 351047

**Publication Language:** ENG

**Filing Language:** ENG

**Agent(s):** Peterson, Wicks, Nemer & Kamrath, P

**Examiner Primary:** Mai, Huy

**US Post Issuance:**

--US Reissue Data: 19981222 This Patent was reissued on Feb. 12, 2002 as Reissue Patent Re 37,545.Reissue Application filed Oct. 21, 1998 (O.G. Dec. 22, 1998) Ex.; Gp.: 2873; Re. S.N. 09/182,862

--US Litigations: NOTICE OF LITIGATION Aspex Eyewear, Inc., a Delaware corporation v. Asia Pacific Trading Co., Inc., et al, Filed Sep. 25, 1998, D.C. C.D. California, Doc. No. CV 98-7790AAH(BORx); NOTICE OF LITIGATION Aspex Eyewear, Inc., a Delaware corporation v. Jonathan Cate Eyewear, et al, Filed Sep. 28, 1998, D.C. C. D. California, Doc. No. CV 98-7829WDK(BORx) FINAL CONSENT JGM BY Judge Richard A. Paez, This crt has jurisdiction over pt& the subject mtr of this case, plf Aspex has rights pursuant to an exclusive license agreement w/the owner of the US Patent 5,568,207 w/re to manufacture, use & sale of all magnetic eyewear made in according to this patent, pursuant to suchagreement Aspex is also vested w/the right to enforce; NOTICE OF LITIGATION Aspex Eyewear,



Inc., a Delaware corporation

v. Atlantic Optical, Filed Sep. 28, 1998, D.C. C.D. California, Doc. No.

CV 98-7828ER(JKx) NTC OF DISM OF CASE, This actn is dism w/prej by plf

Aspex Eyewear Inc pursuant to FRCP4la(l); NOTICE OF LITIGATION E'Lite Optik, Inc. v. Aspex Eyewear Inc. ,

Filed Oct. 9, 1998, D.C. N.D. Texas (Dallas), Doc. No. 3:98CV2391-G; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. E'Lite Optik, Inc.,

Filed Feb. 3, 1999, D.C. C.D. California, Doc. No. 99-1169 CBM; NOTICE OF LITIGATION Aspex Eyewear, Inc., a Delaware Corporation

v. Revolution Eyewear, Inc., a California corporation, Filed Feb. 17,

1999, D.C. C.D. California, Doc. No. CV99-1623GHK (ILLEGIBLE TEXT); NOTICE OF LITIGATION Aspex Eyewear v. Everjoy Asia, Filed Mar.

19, 1999, D.C. S.D. New York, Doc. No. 99cv2092; NOTICE OF LITIGATION Aspex Eyewear Inc. v. Best Image Optical et

Al., Filed Mar. 19, 1999, D.C. S.D. New York, Doc. No. 99CV2061; NOTICE OF LITIGATION Aspex Eyewear v. Cohen's Fashion Optical,

Filed Jul. 27, 1999, D.C. S.D. New York, Doc. No. 99CV5978; Aspex Eyewear, Inc. Aspex Eyewear, Inc. 19990823

N.D. Georgia  1:99-cv-2156-RLV   Consent Judgment, filed July 22,

2002; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. Woodmont Eyewear

Fashion et al, Filed Aug. 23, 1999, D.C. S.D. Florida, Doc. No. 99-7112; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. Avada Eyewear, Inc.,

Filed Oct. 4, 1999, D.C. M.D. Florida, Doc. No. 99-998-CIV-J-20B

Defendant, it's officers, etc, are enjoined from any action relating to

eyeglass or sunglass frames made according toU.S. Patent 5,568,207 and

are to surrender any such goods in their possession.; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. BLM&D, Inc., et al,

Filed Jul., 26, 2000, D.C. S.D. New York, Doc. No. 00 CIV. 5533; NOTICE OF LITIGATION Aspex Eyewear, Inc, et al v. Eyeglass

World, Inc, Filed Jul. 28, 2000, D.C. S.D. Florida, Doc. No.

00-7070-CV-DTKH; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. Concepts In Optics,

et al, Filed Jul. 28, 2000, D.C. S.D. Florida, Doc. No. 00-7067

CIV-MORENO; NOTICE OF LITIGATION Aspex Eyewear, Inc. v. Eyeglass World,

Inc., Filed Jul. 28, 2000, D.C. S.D. Florida, Doc. No. 00-7070-Civ-HURLEY; NOTICE OF LITIGATION Aspex Eyewear, Inc., et al v. Scandinavian

Frames, Inc., Filed Aug. 17, 2000, D.C. Colorado, Doc. No. 00 N 1632; NOTICE OF LITIGATION Aspex Eyewear Inc. et al v. Kenmark Optical

Inc., Filed Mar. 23, 2001, D.C. S.D. New York, Doc. No. 01 cv 2510 (GEL); NOTICE OF LITIGATION Aspex Eyewear Inc. et al v. Thanks

Manufacturing Inc. , Filed Mar. 23, 2001, D.C. S.D. New York, Doc. No.

01cv2508(RWS); NOTICE OF LITIGATION Aspex Eyewear, Inc. et al v. Smile Eyes,

Inc. , Filed Mar. 28, 2001, D.C. S.D. New York, Doc. No. 01CV2672(RWS); Aspex Eyewear, Inc. et al Aspex Eyewear, Inc. et al

20010328   S.D. New York   01CIV.2671 FMC   Order acknowledging

notice of settlement by Judge Florence-Marie Cooper; NOTICE OF LITIGATION Regent Opticals, Inc. v. Aspex Eyewear,

Inc., Filed Apr. 10, 2001, D.C. C.D. California, Doc. No. 1-03277

GHK(CWx); NOTICE OF LITIGATION Aspex Eyewear, Inc. et al. v. BJ's

Wholesale Club, Inc., Filed May 14, 2001, D.C. S.D. New York, Doc. No.

01CV4062 Stipulation and Order of Dismissal 10/31/2001; Aspex Eyewear, Inc. Aspex Eyewear, Inc. 20020326

N.D. Texas (Dallas)  3:02cv634-M   ; Aspex Eyewear, Inc.  Aspex Eyewear, Inc.  20020326



N.D. Texas (Dallas)  3:02cv634-M   ; Aspex Eyewear, Inc., et al  Aspex Eyewear, Inc., et al
20040921  S.D. New York  04-cv-7473  ; Regent Opticals Inc.  Regent Opticals Inc.  20010702
S.D. Florida  01-7107-CV-UUB   ORDER GRANTING IN PART
COUNTERCLAIMANTS' MOTION FOR SANCTIONS AND FOR ENTRY OF DEFAULT JUDGMENT.
DONE AND ORDERED this 7 day of April, 2005, URSULA UNGARO-BENAGES, UNITED
STATES DISTRICT JUDGE.; Aspex Eyewear, Inc et al  Aspex Eyewear, Inc et al
20060331  N.D. New York  3:06cv411   ; Aspex Eyewear Inc et al  Aspex Eyewear Inc et al  20061215
 C.D. California  2:06cv8000   ; Aspex Eyewear, Inc et al  Aspex Eyewear, Inc et al
20070322  S.D. New York  1:07cv2373   ; Aspex Eyewear, Inc et al  Aspex Eyewear, Inc et al
20070613  S.D. New York  1:07cv5627   ; Aspex Eyewear, Inc  Aspex Eyewear, Inc  20070803  S.D.
Florida  0:07cv61091   ; Aspex Eyewear, Inc et al  Aspex Eyewear, Inc et al
20070802  C.D. California  2:07cv5042   ; Aspex Eyewear Inc et al  Aspex Eyewear Inc et al  20071210
 Delaware  1:07cv803

**Assignments Reported to USPTO:**

**Reel/Frame:** 08334/0766  **Date Signed:** 19970124  **Date Recorded:** 19970207
**Assignee:**  CONTOUR OPTIK, INC. NO. 43-4, YI HSIN TSUEN SHUI SAN HSIANG, CHIA YI HSIEN
                TAIWAN 608

**Assignor:**  CHAO, RICHARD

**Corres. Addr:**  ALAN D. KAMRATH SOO LINE BLDG. SUITE 1407, 105 SOUTH 5TH STREET
                MINNEAPOLIS, MN 55402
**Brief:**  ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Reel/Frame:** 10848/0278  **Date Signed:** 20000518  **Date Recorded:** 20000524
**Assignee:**  ASAHI KOGAKU KOGYO KABUSHIKI KAISHA (A.K.A. ASAHI OPTICAL CO., LTD.) 36-9
                MAENOCHO 2-CHOME, ITABASHI-KU TOKYO JAPAN 174

**Assignor:**  CONTOUR OPTIK, INC.

**Corres. Addr:**  GREENBLUM & BERNSTEIN, P.L.C. BRUCE H. BERNSTEIN, J121204 1941 ROLAND
                CLARKE PLACE RESTON, VA 20191
**Brief:**  ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Reel/Frame:** 13751/0112  **Date Signed:** 20021001  **Date Recorded:** 20030211
**Assignee:**  PENTAX CORPORATION 2-36-9 MAENO-CHO ITABASHI-KU, TOKYO JAPAN

**Assignor:**  ASAHI KOGAKU KOGYO KABUSHIKI KAISHA

**Corres. Addr:**  GREENBLUM & BERNSTEIN, P.L.C. BRUCE H. BERNSTEIN 1950 ROLAND CLARKE
                PLACE P19911 (J1694166) RESTON, VA 20191
**Brief:**  CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

**Reel/Frame:** 13751/0137  **Date Signed:** 20030203  **Date Recorded:** 20030211
**Assignee:**  ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAY MIRAMAR FLORIDA 33025

**Assignor:**  PENTAX CORPORATION

**Corres. Addr:**  GREENBLUM & BERNSTEIN, P.L.C. BRUCE H. BERNSTEIN 1950 ROLAND CLARKE
                PLACE RESTON, VA 20191
**Brief:**  ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Legal Status:**

| Date | +/- | Code | Description |
|---|---|---|---|
| 19970207 | () | AS | New owner name: CONTOUR OPTIK, INC., TAIWAN; : |



| | | | |
|---|---|---|---|
| | | | ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:CHAO, RICHARD;REEL/FRAME:008334/0766; Effective date: 19970124; |
| 19970207 | ( ) | AS02 | ASSIGNMENT OF ASSIGNOR'S INTEREST New owner name: CONTOUR OPTIK, INC. NO. 43-4, YI HSIN TSUEN SHUI S; Effective date: 19970124; |
| 19970207 | ( ) | AS02 | ASSIGNMENT OF ASSIGNOR'S INTEREST New owner name: CHAO, RICHARD; Effective date: 19970124; |
| 19970207 | () | AS02 | New owner name: CONTOUR OPTIK, INC. NO. 43-4, YI HSIN TSUEN SHUI S; Effective date: 19970124; |
| 19970207 | () | AS02 | New owner name: CHAO, RICHARD; Effective date: 19970124; |
| 19981222 | ( ) | RF | REISSUE APPLICATION FILED  Effective date: 19981021; |
| 20000524 | ( ) | AS | ASSIGNMENT New owner name: ASAHI KOGAKU KOGYO KABUSHIKI KAISHA (A.K.A. ASAHI; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:CONTOUR OPTIK, INC.;REEL/FRAME:010848/0278; Effective date: 20000518; |
| 20000524 | () | AS | New owner name: ASAHI KOGAKU KOGYO KABUSHIKI KAISHA (A.K.A. ASAHI; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:CONTOUR OPTIK, INC.;REEL/FRAME:010848/0278; Effective date: 20000518; |
| 20000524 | () | AS | New owner name: ASAHI KOGAKU KOGYO KABUSHIKI KAISHA (A.K.A. ASAHI; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:CONTOUR OPTIK, INC.;REEL/FRAME:010848/0278; Effective date: 20000518; |
| 20030211 | ( ) | AS | ASSIGNMENT New owner name: PENTAX CORPORATION 2-36-9 MAENO-CHOITABASHI-KU, TO; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | ( ) | AS | ASSIGNMENT New owner name: ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAYMIRAMAR, FLO; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |
| 20030211 | () | AS | New owner name: ASPEX EYEWEAR, INC., FLORIDA; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |
| 20030211 | () | AS | New owner name: PENTAX CORPORATION, JAPAN; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | () | AS | New owner name: PENTAX CORPORATION 2-36-9 MAENO-CHOITABASHI-KU, TO; : CHANGE OF NAME;ASSIGNOR:ASAHI KOGAKU KOGYO KABUSHIKI KAISHA;REEL/FRAME:013751/0112; Effective date: 20021001; |
| 20030211 | () | AS | New owner name: ASPEX EYEWEAR, INC. 3950 EXECUTIVE WAYMIRAMAR, FLO; : ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:PENTAX CORPORATION;REEL/FRAME:013751/0137; Effective date: 20030203; |

| USPTO Maintenance Report | | | | | 11/10/2009 06:22 PM |
|---|---|---|---|---|---|
| Patent Number: | RE37545 | | Application Number: | 09182862 | |
| Issue Date: | 02/12/2002 | | Filing Date: | 11/07/1995 | |
| Title: | AUXILIARY LENSES FOR EYEGLASSES | | | | |
| Status: | 4th, 8th and 12th year fees paid | | | Entity: | Large |
| Window Opens: | N/A | Surcharge Date: | N/A | Expiration: | N/A |
| Fee Amt Due: | Window not open | Surchg Amt Due: | Window not open | Total Amt Due: | Window not open |
| Fee Code: | | | | | |
| Surcharge Fee Code: | | | | | |
| Most recent events (up to 7): | 04/28/2008<br>04/28/2008<br>04/22/2008<br>05/17/2004<br>05/17/2004 | Pat Hldr no Longer Claims Small Ent Stat<br>Maintenance Fee Reminder Mailed.<br>Payment of Maintenance Fee, 12th Year, Large Entity.<br>Payment of Maintenance Fee, 8th Yr, Small Entity.<br>7.5 yr surcharge - late pmt w/in 6 mo, Small Entity.<br>--- End of Maintenance History --- | | | |
| Address for fee purposes: | MORGAN & FINNEGAN Transition Team<br>C/O Locke Lord Bissell & Liddell<br>3 WORLD FINANCIAL CENTER<br>NEW YORK, NY<br>102812101 | | | | |

D7
II

(19) BUNDESREPUBLIK DEUTSCHLAND

DEUTSCHES PATENTAMT

U 1

# (12) Gebrauchsmuster

(11) Rollennummer G 85 07 761.5

(51) Hauptklasse G02C 1/00

(22) Anmeldetag 15.03.85

(47) Eintragungstag 02.05.85

(43) Bekanntmachung im Patentblatt 13.06.85

(54) Bezeichnung des Gegenstandes
Brille mit austauschbaren Gläsern

(71) Name und Wohnsitz des Inhabers
Sportive Design u. Vertrieb, 8033 Martinsried, DE

(74) Name und Wohnsitz des Vertreters
Weisert, A., Kraus, W., Dipl.-Chem. Dr.rer.nat.; Weisert, A., Dipl.-Ing. Dr.-Ing.; Spies, J., Dipl.-Phys., Pat.-Anw., 8000 München

First German Patent

BENEMANN TRANSLATION CENTER

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

So that the lenses of the glasses can be held especially well, securely and in the correct position on the eyeglass frame, the magnetic adhesive connection device can span a form-fitting seal between the cross bridge and/or the nose bridge and the connecting bridge.

(AFFIDAVIT)

State of California )
City and County of San Francisco )SS: January 19, 1998

This is to certify that the attached translation is a true and correct rendition into English of the German-language document to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo

15.03.85

KRAUS · WEISERT & PARTNER
PATENTANWÄLTE
UND ZUGELASSENE VERTRETER VOR DEM EUROPÄISCHEN PATENTAMT
DR. WALTER KRAUS DIPLOMCHEMIKER · DR.-ING. DIPL.-ING. ANNEKÄTE WEISERT · DIPL.-PHYS. JOHANNES SPIES
IRMGARDSTRASSE 15 · D-8000 MÜNCHEN 71 · TELEFON 089/797077
TELEGRAMM KRAUSPATENT · TELEX 5-212156 kpat d · TELEFAX (089) 791 82 33

4899 JS/ps

SPORTIVE DESIGN U. VERTRIEB
8033 Martinsried

G 85 07 682.8

Brille mit austauschbaren Gläsern

S C H U T Z A N S P R Ü C H E

1. Brille mit austauschbaren Gläsern, dadurch g e k e n n z e i c h n e t , daß an dem sich zwischen den beiden Brillenbügeln (4,5) erstreckenden Quersteg (8) und/oder dem Nasensteg (11) der eine Teil (9) einer magnetischen Haftverbindungsvorrichtung (9,10) vorgesehen ist, deren anderer Teil (10) an einem die Gläser (2,3) der Brille (1) haltenden und zwischen denselben vorgesehenen Verbindungssteg (10) angebracht ist oder diesen Verbindungssteg (10) bildet.

15.03.85

2. Brille nach Anspruch 1, dadurch g e k e n n - z e i c h n e t , daß der eine Teil (9) der magnetischen Haftverbindungsvorrichtung (9,10) ein Permanentmagnet und der andere Teil (10) ein magnetisch anziehbares Material oder auch ein Permanentmagnet ist.

3. Brille nach Anspruch 1 oder 2, dadurch g e k e n n - z e i c h n e t , daß die magnetische Haftverbindungsvorrichtung (9,10) eine Formschlußpassung zwischen dem Quer- und/oder Nasensteg (8,11) und dem Verbindungssteg (10) umfaßt.

4. Brille nach Anspruch 3, dadurch g e k e n n - z e i c h n e t , daß die Formschlußpassung eine Vertiefung (12) im Quersteg (8) und/oder in dem daran vorgesehenen Nasensteg (11) umfaßt, in welche der Verbindungssteg (10) formschlüssig einfügbar ist.

5. Brille nach Anspruch 4, dadurch g e k e n n - z e i c h n e t , daß am Verbindungssteg (10) und/oder an daran vorgesehenen Fassungsteilen (15,16) für die Gläser (2,3) der Brille (1) Paßränder vorgesehen sind, welche den Quersteg (8) und/oder den Nasensteg (11) formschlüssig übergreifen.

6. Brille nach Anspruch 4 oder 5, dadurch g e k e n n - z e i c h n e t , daß am Quersteg (8) und/oder Nasensteg (11) Paßränder (13,14) vorgesehen sind, welche den Verbindungssteg (10) und/oder daran befindliche Fassungsteile (15,16) für die Gläser (2,3) übergreifen.

7. Brille nach Anspruch 3, dadurch g e k e n n - z e i c h n e t , daß der Verbindungssteg (10) als Nasensteg (11) ausgebildet ist und die Formschlußpassung eine Vertiefung im Nasensteg umfaßt, in welche der mittlere Bereich des Querstegs (8) formschlüssig einfügbar ist.

3507751

8. Brille nach Anspruch 7, dadurch g e k e n n - z e i c h n e t , daß am Nasensteg (11) und/oder am Quersteg (8) Paßränder (13,14) vorgesehen sind, welche den Quersteg (8) und/oder den Nasensteg (11) formschlüssig übergreifen, insbesondere die Vertiefungen je einen den Quersteg oben und unten formschlüssig übergreifenden Paßrand aufweist.

9. Brille nach Anspruch 7 oder 8, dadurch g e k e n n - z e i c h n e t , daß der Quersteg (8) ebenfalls eine Vertiefung (12) mit Paßrändern (13,14) aufweist, welche seitliche Ränder des Nasenstegs formschlüssig übergreifen.

10. Brille nach einem der Ansprüche 2 bis 9, dadurch g e k e n n z e i c h n e t , daß der eine Permantmagnet (9) und/oder das magnetisch anziehbare Material bzw. der andere Permanentmagnet als, vorzugsweise runde, Scheibe ausgebildet und in je einer Ausnehmung im Quersteg (8) bzw. Nasensteg (11) und Verbindungssteg (10) befestigt ist.

11. Brille nach einem der Ansprüche 1 bis 10, dadurch g e k e n n z e i c h n e t , daß der Quersteg (8) bzw. Nasensteg (11) aus Metall oder Kunststoff und der Verbindungssteg (10) aus Kunststoff besteht.

12. Brille nach einem der Ansprüche 2 bis 9, dadurch g e k e n n z e i c h n e t , daß der Verbindungssteg (10) aus magnetisch anziehbarem Material besteht.

BESCHREIBUNG

Die Neuerung betrifft eine Brille mit austauschbaren Gläsern, welche es dem Benutzer ermöglicht, beispeilsweise ungetönte oder nur ganz leicht getönte Brillengläser gegen mehr oder weniger stark getönte Sonnenschutzgläser leicht und schnell auszutauschen, oder irgendwelche anderen Gläser gegeneinander auszutauschen, ohne daß er ein neues Brillengestell hierzu benötigt.

Nach dem Stande der Technik sind verschiedenste Arten von Brillen mit austauschbaren Gläsern bekannt, die jedoch allesamt mechanisch verhältnismäßig kompliziert ausgebildet sind.

Aufgabe der vorliegenden Neuerung ist es demgegenüber insbesondere, eine Brille mit austauschbaren Gläsern zur Verfügung zu stellen, welche eine verhältnismäßig einfache sowie schnell und leicht betätigbare Verbindungsvorrichtung zwischen den Gläsern und dem eigentlichen Brillengestell aufweist.

Diese Aufgabe wird durch eine Brille mit austauschbaren Gläsern gelöst, die sich neuerungsgemäß dadurch auszeichnet, daß an dem sich zwischen den beiden Brillenbügeln erstreckenden Quer- und/oder Nasensteg der eine Teil einer magnetischen Haftverbindungsvorrichtung vorgesehen ist, deren anderer Teil an einem die Gläser der Brille haltenden und zwischen denselben vorgesehenen Verbindungssteg angebracht ist.

Auf diese Weise bedarf es im Gegensatz zu den bisher vorhandenen Brillen mit austauschbaren Gläsern, die meist umständliche Betätigungen erfordern, bei der neuerungsgemäßen Brille praktisch nur eines einzigen Handgriffs, um

15.03.85

die bisherigen Gläser vom Brillengestell abzunehmen und nur eines einzigen weiteren Handgriffs, um die neuen Gläser am Brillengestell anzubringen.

Diese Brille kann bezüglich ihrer magnetischen Haftverbindungsvorrichtung so ausgebildet sein, daß nur der eine Teil der magnetischen Haftverbindungsvorrichtung ein Permanentmagnet und der andere Teil ein magnetisch anziehbares Material, beispielsweise Weicheisen, ist, wobei aber auch dieser andere Teil ein Permanentmagnet sein kann. Ersteres ist jedoch zu bevorzugen, da sich auf diese Weise ein nichtmagnetischer Verbindungssteg ergibt.

Damit die Gläser der Brille zusammen mit dem Verbindungssteg besonders gut, sicher und in der korrekten Position am Brillengestell gehalten werden, kann die magentische Haftverbindungsvorrichtung eine Formschlußpassung zwischen dem Quersteg und/oder Nasensteg und dem Verbindungssteg umfassen.

Diese Formschlußpassung kann in verschiedener Weise ausgebildet sein, insbesondere ist es möglich, daß entweder der Nasensteg der Brille fest am Quersteg angebracht ist, oder daß der Verbindungssteg gleichzeitig als Nasensteg ausgebildet ist:

Im ersteren Fall ist zu bevorzugen, die neuerungsgemäße Brille so auszubilden, daß die Formschlußpassung eine Vertiefung im Quersteg und/oder in dem daran vorgesehenen Nasensteg umfaßt, in welche der Verbindungssteg formschlüssig einfügbar ist.

Hierbei können am Verbindungssteg und/oder an daran vorgesehenen Fassungsteilen für die Gläser der Brille Paßränder vorgesehen sein, welche den Quersteg und/oder den Nasensteg formschlüssig übergreifen, also mit entsprechenden

8507761

15.03.85

Rändern des Querstegs und/oder des Nasenstegs formschlüssig zusammenpassen.

Stattdessen oder zusätzlich hierzu ist es auch möglich, daß am Quersteg und/oder Nasensteg Paßränder vorgesehen sind, welche den Verbindungssteg und daran befindliche Fassungsteile für die Gläser übergreifen, also mit entsprechenden Rändern des Verbindungsstegs und/oder der Fassungsteile formschlüssig zusammenpassen.

In dem Fall, in welchem der Verbindungssteg als Nasensteg ausgebildet ist, kann die Formschlußpassung eine Vertiefung im Nasensteg umfassen, in welche der mittlere Bereich des Querstegs formschlüssig einfügbar ist, wobei auch hier entsprechende Paßränder am Nasensteg und/oder am Quersteg vorgesehen sein können, welche den jeweils anderen Steg, also den Quersteg und/oder den Nasensteg formschlüssig übergreifen, also mit entsprechenden Rändern dieser Stege formschlüssig zusammenpassen.

Insbesondere können diese Paßränder in dem zuletzt genannten Fall so ausgebildet sein, daß

(a) die Vertiefung je einen den Quersteg oben und unten formschlüssig übergreifenden Paßrand aufweist, und

(b) der Quersteg ebenfalls eine Vertiefung mit Paßrändern aufweist, welche seitliche Ränder des Nasenstegs formschlüssig übergreifen.

Auf diese Weise ist der die Gläser aufweisende Nasensteg sowohl gegen eine Verschiebung nach oben oder unten als auch gegen eine seitliche Verschiebung formschlüssig gesichert.

850761



15.03.85

Die magnetische Haftverbindungsvorrichtung kann bevorzugt so ausgebildet sein, daß der eine Permanentmagnet und/ oder das magnetisch anziehbare Material, wie beispielsweise Weicheisen, bzw. der andere Permanentmagnet als, vorzugsweise runde, Scheibe ausgebildet und in je einer Ausnehmung im Quer- bzw. Nasensteg und Verbindungssteg befestigt ist.

In diesem Fall kann der Quer- bzw. Nasensteg aus Metall oder Kunststoff und der Verbindungssteg aus Kunststoff bestehen, in den ein Permanentmagnet oder magnetisch anziehbares Material eingebettet ist.

Alternativ ist es auch möglich, daß der ganze Verbindungssteg aus magnetisch anziehbarem Material besteht, so daß Einbetten oder Einarbeiten eines Permanentmagneten oder von magnetisch anziehbarem Material entfällt.

Die Neuerung sei nachstehend anhand einer in der einzigen Figur der Zeichnung in perspektivischer Ansicht im Prinzip dargestellten, besonders bevorzugten Ausführungsform näher erläutert, wobei allerdings nur ein Teil der Brillenbügel dargestellt ist.

Die in der einzigen Figur der Zeichnung gezeigte, insgesamt mit 1 bezeichnete Brille mit austauschbaren Gläsern 2, 3 weist in üblicher Weise zwei Brillenbügel 4 und 5 auf, die mittels Scharnieren 6 und 7 mit dem Quersteg 8 des Brillengestells verbunden sind.

An dem Quersteg 8 des Brillengestells ist der eine Teil 9 einer magnetischen Haftverbindungsvorrichtung 9, 10 vorgesehen, deren anderer Teil an einem die Gläser 2, 3 der Brille 1 haltenden, zwischen denselben befindlichen Verbindungssteg 10 angebracht ist oder diesen Verbindungssteg 10 bildet.

15

In der vorliegend dargestellten und beschriebenen Ausführungsform ist letzteres der Fall, so daß also der Verbindungsteg 10 aus einem magnetisch anziehbaren Material, beispielsweise Weicheisen, oder einem permanentmagnetischen Material besteht. Das hat insbesondere den Vorteil, daß sich in den Fällen, in denen der Quer- und Nasensteg 8, 11 aus einem ferromagentischen Material besteht, ein geschlossener Magnetkreis zwischen den beiden Polen des Permanentmagneten 9, von denen der eine dem Verbindungssteg 10 zugewandt und der andere dem Verbindungssteg abgewandt ist, über den Verbindungssteg 10 und das den Permanentmagneten 9 umgebende ferromagnetische Material des Quer- und Nasenstegs ergibt.

Die magnetische Haftverbindungsvorrichtung 9, 10 umfaßt ferner eine Formschlußpassung zwischen dem Quer- und Nasensteg 8, 11 und dem Verbindungssteg 10.

In der vorliegend dargestellten und beschriebenen Ausführungsform, in welcher an dem Quersteg 8 der Nasensteg 11 der Brille fest vorgesehen ist bzw. dieser Nasensteg 11 einen Teil des Querstegs 8 bildet, umfaßt die Formschlußpassung eine Vertiefung 12 im Quersteg 8 und Nasensteg 11, in welche der Verbindungssteg 10 formschlüssig einfügbar ist. Diese Formschlußpassung umfaßt insbesondere Paßränder 13 und 14 am Quersteg 8, welche den Verbindungssteg 10 an dessen seitlichen Rändern formschlüssig übergreifen.

Entsprechende Paßränder können auch, obwohl das in der Zeichnung nicht dargestellt ist, an den Fassungsteilen 15 und 16, die am Verbindungssteg 10 befestigt sind und an denen die Gläser 2 und 3 ihrerseits befestigt sind, vorgesehen sein. Diese Passungsränder sind dann so ausgebildet, daß sie seitliche Ränder des Nasenstegs 11 formschlüssig übergreifen.

850761

15.03.85

Wie durch den Doppelpfeil angedeutet ist, kann die aus den Gläsern 2, 3, dem Verbindungssteg 10 und den Fassungsteilen 15, 16 bestehende Einheit durch einfaches Abheben vom übrigen Teil der Brille abgenommen und durch einfaches Aufsetzen auf dem übrigen Teil der Brille angebracht werden, so daß also zum Abnehmen und Aufsetzen jeweils nur ein einziger, einfacher Handgriff notwendig ist.

ZUSAMMENFASSUNG

Mit der Neuerung wird eine Brille 1 mit austauschbaren Gläsern 2, 3 zur Verfügung gestellt, die sich dadurch auszeichnet, daß an dem sich zwischen den beiden Brillenbügeln 4, 5 erstreckenden Quersteg 8 des Brillengestells der eine Teil 9 einer magnetischen Haftverbindungsvorrichtung 9, 10 vorgesehen ist, deren anderer Teil an einem die Gläser 2, 3 der Brillen haltenden und zwischen denselben vorgesehenen Verbindungssteg 10 angebracht ist oder diesen Verbindungssteg 10 bildet. Der Nasensteg 11 kann entweder ein Teil des Querstegs 8 sein, oder der Verbindungssteg kann als Nasensteg ausgebildet sein.



BENEMANN TRANSLATION CENTER
760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

SUMMARY

The innovation here is for glasses 1 with interchangeable lenses 2, 3, that are distinguished by the fact that there is a part 9 magnetic adhesive connecting device 9, 10 on the cross bridge 8 of the frame, which extends between the two earpieces 4, 5, the other part of which is affixed to a provided connecting bridge 10 that adheres to the lenses 2, 3 of the glasses, and is placed between the lenses, or that forms this connecting bridge 10. The nose bridge 11 can either be a part of the cross bridge 8 or the connecting bridge can be formed into a nose bridge.

(AFFIDAVIT)
State of California )
City and County of San Francisco )SS: January 8, 1998

This is to certify that the attached translation is a true and correct rendition into English of the German-language Summary to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Immo C. Günzerodt

BENEMANN TRANSLATION CENTER
760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

[Translation from German into English]

57 1. Eyeglasses component with a primary eyeglass part showing to the front and with an additional eyeglass part characterized by a piece or numerous pieces of a soft magnetic material (22,22') that is (are) firmly arranged on the primary frame's front side (15) on one or more places and [characterized by] a firmly affixed, permanently magnetized material (30,30',42,42') that holds the additional eyeglasses part (24,32), which [part] is placed over the front of the primary frame (15), by means of close contact of the permanently magnetized material as well as the soft magnetic material, in order to hold the additional glasses part in place on the primary frame's front side.

(AFFIDAVIT)
State of California )
City and County of San Francisco )SS: January 16, 1998

This is to certify that the attached translation is a true and correct rendition into English of the German-language Patent to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo



Minute of
the Second Sales Meeting of
the Le Coane Group

Date and Hours: June 21, 1995, 2:00 pm to 5:00 pm
Place: Koraku Room of Osaka Korakuen Hotel 2F
Attendants: 21 members of the Association
Mr. Matsuyama of Opt Takashimaya
Mr. Takagi of Sankyosha Co., Ltd.
Mr. Sudoh of Sudoh Co., Ltd.
Mr. Hayashi of Hayashi Co., Ltd.
Mr. Yoneyama of Tanizawa Co., Ltd.
Messrs. Mizuno, Murai and Ishikawa of Nagoya Spectacles Co., Ltd.
Mr. Morimoto of Empire Spectacles Co., Ltd.
Mr. Kichise of Ejiri Trading Co., Ltd.
Messrs Kawano, Yamaoka of Uchidaya Co., Ltd.
Mr. Watanabe of Kato Koh Co., Ltd.
Messrs Tsuji, Inoue of Ohsakaya Co., Ltd.
Messrs Uryu, Kanda, Takasaki, Aoyagi, Oguri and Fukuwa of Pentax Vision Co., Ltd.

Agenda:

4. Report on the Owners' Meeting held on May 9, 1995

5. Report on the Annual Sales and Inventory, April 1994 to March 1995.

Hearing the report from the Owners' Meeting Proceeding, the attended members of this meeting agreed to discuss the problems related to "the sales promotion of the inventory", and "the new product development" at this meeting.

6. The Market Reactions to Le Coane Heman Frames and Evaluation of The Frame Designs, Pricings and The Sales Strategies"

Member's opinions and views are recorded on pages 3 and 4 of the appendix.

Despite the sales efforts put in by all the members, the Le Coane Heman products are not well accepted by the market due to their unpopular brand name, poor designs and price policy.

Collecting members' opinions after this meeting, Pentax Vision will compile a plan to solve the facing problems one by one.



7. Sales Promotion of The Inventory

Conclusion:

1: Sales plan will be adjusted by the Sales Department of Pentax Vision on the book.

2: The inventory at wholesaler warehouses will be sold with additional five percent (of ex-warehouse price) sales incentives.

Addendum:

1: Market will be supplemented from wholesalers' warehouse inventories.

2: In case there are Retail stores not compatible with the sales plan of Pentax Vision, Pentax vision Sales Department will be notified by the retail store list.

3: Sales incentive items will be selected based on the agreement between Pentax Vision Sales Department and the group members.

4: Pentax Vision personnel is advised by the group members on consumer sales incentive items. Such sales incentive items and sales display panels will be provided in the future.

5: The Period of The Sales Promotion: Up to September 30, 1994

(Note: Although this article is not discussed at the meeting, the Group judges it is necessary to be notified to the members because the mid-term of the fiscal year, subjected to the sales promotion, ends at coming September.)

8. The Future Sales Promotion Plans

New Le Coane Heman original design products aiming at coming August market are introduced at the meeting.

Members discussed the most effective sales strategies for the new products based on their own evaluation of the new products and review of past sales records.

Collecting members' ideas after the meeting, Pentax Vision will compile plans to solve the problems arisen.

9. The Future Product Plans

Pentax Vision presents a sales promotion video of the Le Coane Heman products.

Pentax Vision introduces following product development concepts to the members.

European Style, ethnic Style, a style that emphasize the designer's personality, a style suitable for fun and leisure, and a new frame incorporated with magnets developed by Pentax Vision.

The Le Coane Heman product development concept will be discussed further based on the members' opinions before determining the final plan.

On Members' Opinions

Pentax Vision collected the most practical views of each members based on their own sales strategies. All the views are listed on pages 5 to 7 as a special appendix of this minute.



Pentax Vision does not see any reason why plans of new products will be made on the majority votes because members views are various and spread over a wide areas. The personnel of Le Coane Heman and members of product development committee will discuss and evaluate all the ideas contributed this time before deciding anything tangible.

10. Election of New Product Development Members

Despite the terms of product development committee members expire shortly, the current members are anonymously reelected for another term to exercise their expertise for product development.

Reelected Product Development Members: Ejiri Trading Co., Ltd., Empire Spectacles Co., Ltd., Sudoh Co., Ltd., Chikyudo Spectacles Trading & Co., Pentax Co., Ltd.

11. Other Items

Pentax Vision Proposition

The new product sales of 4,000 pieces of five models which was originally planned for June market but since then suspended for the purpose of clearing the current product inventory is replanned by Pentax Vision for the August launching and proposed to the members. The proposal was approved by the members who requested new product introductions in parallel with the sales effort of current products.

12. Closing Word by Mr. Uryu, Sales Director of Pentax Vision

We are much grateful for your taking very important part in this sales meeting of the Le Coane Group.

Our final purpose is the mutual business prospect of all the members in the sales of the Le Coane Heman products. Therefore it is our hearty desire to let all the concerns, wholesalers and retail stores alike to make ample profit through the business with us. For such mutual prosperity, it is inevitable to have a mutual trust and cooperation among us. We highly value your ideas, opinions and advice to make better plans for product developments as well as sales promotions. We sincerely expect your lasting cooperation and prosperity.

Thank you.

13. Next Sales Meeting Schedule

The next Sales Meeting will be held either on October 3 or 4 during the IOFT convention. The final date will be notified by the end to August.

International Optical Fair Tokyo Convention

D

STOCK

ドリンクコーナー

ステル棚

商談

レンズコーナー

メガネット（ブロスバー）

45φトライアル

工具 トルトル

1800

双眼鏡

商談

レンズコーナー

ルコアネ・エマン

PENTAX

マグネット

マグネット

セキスイコーナー

ペンタックス

ペンタックス

アングロ・アメリカン

SEKISUI

PENTAX

09182862 .102.198

IOFT'95

ペンタックス ヴィジョン ブースレイアウト

Storage Room
Drink Service
TABLES & SHELVES FOR COMMODITY
Field Glasses
Trade Room
Lens Section
45ø Trial Section
1800
Tools Torutoru
Magnet Prosper Section
Lens Section
PENTAX
Le Conea Emman
Trade Tables
Magnet Frames
Magnet Frames
Sekisui Corner
PENTAX
PENTAX
Anglo-American
SEKISUI
PENTAX
IOFT '95

PENTAX
マグネットフレーム

New Product Announcement Supporting Material
Questions and Answers of
Pentax Magnet Eyeglass Frame

October, 1995 . IOFT

The Pentax magnet eyeglass frame has been developed to provide an eyeglass frames which accept a sunglass attachment simply by mounting them on the magnet embedded in the newly developed frame.

Cosmetic Design
The cosmetic design of this product is made to suit for the general use of popular eyeglass lenses for men. The frame design will be enjoyed by the age bracket between 20 and 40.

Main Applications
This product may be applied as a pair of normal eyeglasses inside offices and at home and in addition, it will be enjoyed as a pair of sunglasses outdoors where ambient brightness is much higher than indoors by simply attaching a front attachment glasses. It will be highly valuable in driving, traveling and for leisure.

Questions and Answers
The following questions and answers are of those highly expected at press presentations, or at points of sales.

Q: Is there a possibility of the front frame (sunglasses) falling off while in use?
A: The magnets of the front frame are strongly magnetically attracted by the magnets embedded in the main frame and therefore, it is highly improbable that the front frame falls off in normal applications.

Q: How long do the magnets last?
A-1: We applied neodymium magnets ( Nd-Fe-B having approximately 3, 000 gauss) supposed to be the strongest magnet available. Although the magnetic force of this magnet material may decrease by two percent in a decade, there will be no practical influence on the use of the Twin Come eyeglass frames.
A-2: The Twin Come eyeglass frames must be kept and used below 70 degrees Celsius (158 degrees Fahrenheit) atmospheric temperature. Magnetic force may be deteriorated under a high temperature.

Refrain from leaving or applying the Twin Come eyeglass frames in a car



under scorching summer sun shine, in sauna bath or a any other similarly high temperature places. Keep and apply the Twin Come eyeglass frames below 60 degrees Celsius (140 degrees Fahrenheit) as instructed by the instruction manual.

When deteriorated by a high temperature, magnets may be replaced by new ones at a service center. The price for the replacement of all four magnets will be 2,000 yen.

Q: It is said that magnets in general rust easily. Are the Twin Come magnets corrosion resistant?
A: Two-layers of plating protect the magnets which will rust easily otherwise. However, the magnets may attracts iron in dirt or dust that may corrode magnets or damage the frames. Be sure to clean the frames and keep them free of dirt, dust or especially sands at the beach normally include magnetic sands as instructed by the instruction manual.

Q: Do the magnets affect your health?
A: It is said that alternating-current magnetism is harmful to your body. However direct-current magnetism is often applied for health-oriented devices such as magnetic curing aid which improves blood circulation having surface magnetic density of 1,800+/- 100 gauss . (Excerpt from the instruction manual of the Pipp Elekiban X.)

Magnets having approximately 3,000 gauss direct-current magnetism are applied to the Twin Come which are though placed far from your body and therefore, actual magnetic force is extremely small. The magnets of the Twin Come will not affect your health either positively or negatively.

Please note that the magnetic strength dramatically decreases in proportion to the square of the distance from the magnet. When a magnet having 3,000 gauss of flux is place one centimeter or 3/8 inch away form human body, the body receives only somewhere between 150 to 250 gauss.

Q: Is there any problem with this product in terms of Product Liability Law?
A: Pacemaker wearers are warned not to use or carry this product in person.

Also, it is warned in general that watches, magnetic cards or other products or appliances which may be affected by magnetic power should not be placed close to the Twin Come. Above described warnings will be printed in the instruction manual and also on the case of the attachment glass frames.

Q: Corrective lenses applied on the main frame of the Twin Come may cause problems or inconveniences to the users due to the varying gaps between lenses of the main and of the attachment frames. In some worst cases the central portion of the lenses of the main frame and the attachment frame may touch each other. Are there any such possibilities and solutions when such troubles occurred?



A: We provide four types rim curves for the main frame and five types of lens curves for the acrylic UV400 attachment lenses as standard products. Optional supply as listed below will be provided when necessary.

ɔle: Optional Lens Substrate Inventory

| terial | Color/Transmission | Curvature | Coating | Diameter/Thickness | Price |
|---|---|---|---|---|---|
| 39 | UB75(Amberbrown)<br>GR70(Green #3 )<br>GY85(Gray G-15) | 3.75/5.00/6.00<br>3.75/5.00/6.00<br>3.75/5.00/6.00 | UV400 Uncoated<br>:<br>: | 74mm dial., uncut, 1.8mm thick<br>:<br>: | 1,000 yen<br>1,000 yen<br>1,000 yen |
| 'alized astic) | GY80 (Gray) | 4.00/ / | Uncoated | Trimmed for Frame, 0.8mm thick | 1,200 yen |

Remarks:

1. Special orders for non-regular supply having specific curves, multi-coated or hard coated lenses and or specific coloring and transmittance will be accepted by Pentax Vision. Please place an order choosing specifications from the prescription lens supply list.
2. When placing special orders, please check with a Pentax sales office for the range of special lens variations and/or prices.

Q: Are there any special precautions for glazing?
A-1: Please trim a lens to exactly match it with the pattern before you tighten the line when you put a corrective lens into a nyroll-type frame such as 9201 or 9203. Please be careful to give a right depth to the edge groove of the lens.

In case the lenses are not trimmed exactly or the edge grooves of the lenses are too shallow causing the lines fitting into them improperly, the side joints may not be adjusted to the same height . Consequently, the attachment frame and the main frame of the eyeglasses won't be properly aligned to each other.
A-2: Make sure the front surface of the corrective lens and the rear surface of the attachment lens are properly in place having a specific distance in between and without touching each other.

In case the curvatures of the lenses are not well matched, please select a proper optional lens or specially order a corrective or sunglass lens specifying its curve.

Q: Are there any special instruction for the fitting the frame?
A: Please pay a special attention not to change the angular positions of the magnets when you adjust the temples openings and/or inclinations. Also make sure that you adjust the the matching of the main frame and the attachment frame after the main frame assembly. Frames must be so adjusted that



magnets of the attachment frame placed exactly on top of the magnets of the main frame.

Drawings below illustrate the proper magnet frame adjustment.
    Four curve types of the main frame

    Five curve types of the attachment frame

    The side joint of the attachment frame: Adjust the magnet distance and angular position in order to let a face of the magnet fully contact with the magnet face of the main frame.
    The opening angles and the inclination angles of the temples must be adjusted at this position.

Q: Can the front attachment frame accept lenses for presbyopia?
A: Please apply the front attachment frame to a pair of sunglasses only. The attachment frame of the Twin Come is designed to be applied to a pair of sunglasses.
    In the case corrective lenses are fitted into the attachment frame, lenses of the main frame and the attachment frame may touch each other or the gap between them may be improperly large causing the front attachment frame falling off easily.
    Various curvatures of optional plane parallel lenses are provided to match to the front surface curvatures of the corrective lenses fitted in the main frame and not for the presbyopia or other ophthalmic corrections.

Q: Please inform us on patent or other intellectual property situations of the Twin Come.
A: Patent application(s) has been filed on this product. We understand the system and arrangement of the Twin Come frame is unique and not in competition with any of the conventional magnet incorporated eyeglass frames.

    Pentax Vision will prepare a instruction manual of the Twin Come which is expected to be on market in coming December adding the information collected in this questions and answers. If you have any additional questions or information, we will be greatly pleased to hear from you about them.

Mr. Fukuwa
Product Development Department
Pentax Vision Co., Ltd.
September 26, 1995

Übersetzung zu D4

# PENTAX MAGNET EYEGLASS FRAMES

| MODEL NO. | SIZE | COLOR | LENS COLOR/ DENSITY | WHOLE-SALE PRICE |
|---|---|---|---|---|
| 9201 TWO BRIDGE TYPE<br>PLS NYROL | 55□16-140<br>57□16-145<br>in two sizes and one color | GOLD<br>GOLD | BROWN 75% (UB75) | ¥12,800 |
| 9202 ONE BRIDGE TYPE | 53□18-140<br>55□18-140<br>in two sizes and one color | GOLD<br>GOLD | GREEN 70% (GR70) | ¥12,800 |
| 9203 WELLINGTON TYPE<br>PLS NYROL | 53□18-140<br>in one size and two colors | GOLD<br>BROWN | GRAY 85% (GY 85)<br>BROWN 75% (UB75) | ¥12,800 |
| 9204 OVAL TYPE | 50□19-140<br>in one size and two colors | GOLD<br>BROWN | GRAY 85% (GY 85)<br>BROWN 75% (UB75) | ¥12,800 |

*All items are accompanied by a case for the front frame sunglass.
*Eight-frame set is priced at ¥102,400.
*Each frame set is accompanied by a display stand.
*Delivery Date is planned at the beginning of December.
*Others: One pair of Polarizing lenses, gray 80% (in round finish): ¥1,200 (wholesale price, not included in the set)

One pair of uncut lenses of all colors, 70ø, CR39 UV400 and in curvatures of No. 4, 5 & 6: ¥1,000 (wholesale price, not included in the set)

Above optional items may be utilized for matching the curvatures of corrected lenses and as sunglasses for fishing and other outdoor activities.

PENTAX VISION CO., LTD.
October 3, 1995

(D4)

# PENTAX マグポットフレーム

| モデルNO. | サイズ | フレーム色 | レンズ色/濃度% | 卸価格 |
|---|---|---|---|---|
| 9201 ツーブリッジ<br>PLSナイロール | 55□16−140<br>57□16−145<br>2サイズ 1カラー | 金色<br>〃 | ブラウン75%<br>(UB75) | ¥12,800 |
| 9202 ワンブリッジ | 53□18−140<br>55□18−140<br>2サイズ 1カラー | 金色<br>〃 | グリーン70%<br>(GR70) | ¥12,800 |
| 9203 ウェリントン<br>PLSナイロール | 53□18−140<br>1サイズ 2カラー | 金色<br>茶色 | グレー 85%<br>(GY85)<br>ブラウン75%<br>(UB75) | ¥12,800 |
| 9204 オーバル | 50□19−140<br>1サイズ 2カラー | 金色<br>茶色 | グレー 85%<br>(GY85)<br>ブラウン75%<br>(UB75) | ¥12,800 |

前枠サングラス専用ケース付（全品）

1セット8枚 ¥102,400

セット特典 ディスプレイ（1台）

納品予定 12月初旬

| | | | 卸価格 | |
|---|---|---|---|---|
| その他： | 偏光レンズ グレー80%（玉型にカット済み） | 1ペア | ¥1,200 | (別売) |
| | アンカット各色 70φ CR39 UV400 4. 5. 6カーブ | 1ペア | ¥1,000 | (別売) |

度付きレンズの前面カーブの対応及び、釣り用の偏光レンズとしてご利用頂けます。

ペンタックス ヴィジョン株式会社

1995. 10. 3

no 9





VIII

Twincome from Pentax

30.04.97
PENTAX MAGNET
M – 9502

PENTAX MAGNET
M – 9503
09182862 102198



PENTAX MAGNET
M – 9504
56□16 – 140

30.04.97

PENTAX MAGNET M-9505

0918286210219 8

C

PENTAX MAGNET M – 9505

09182862.102198



NOV 25 '97 04:38PM 886+L 390191
ATTN: MR PETER TONG Nov. 25, 1997 D6

RÉPUBLIQUE FRANÇAISE

MINISTÈRE DE L'INDUSTRIE ET DU COMMERCE

SERVICE de la PROPRIÉTÉ INDUSTRIELLE

# BREVET D'INVENTION

Prüfstoff

Gr. 12. — Cl. 2. Kl. 42h Gr. 31/03

N° 1.061.253

## Mode d'adaptation de verres complémentaires sur des montures de lunettes.

M. René TARDY résidant en France (Seine-Inférieure).

RECEIVED NOV 25 1997 FLIESLER, DUBB, MEYER & LOVEJOY

Demandé le 5 août 1952, à 15h 37m, à Paris.
Délivré le 25 novembre 1953. — Publié le 12 avril 1954.

On a déjà proposé d'adapter à des lunettes des verres complémentaires facilement amovibles, par exemple des verres de protection ou des verres correcteurs, ces verres venant se superposer aux verres des lunettes.

La présente invention concerne un mode de fixation à la fois résistant, souple et rapide d'un tel adaptateur sur des montures quelconques de lunettes.

Suivant l'invention ces verres, ou les cercles les supportant, sont fixés par tout moyen convenable sur une barrette métallique flexible, présentant vers le milieu un ergot coudé deux fois vers l'arrière, dont l'extrémité est tournée environ à angle droit vers le haut ou vers le bas, et latéralement, près des articulations des branches des lunettes, deux crochets réglables, de longueurs variables, et coudés deux fois à angle droit dans le sens opposé à celui de l'ergot.

Cette barrette munie de ses verres minéraux ou plastiques est mise en place sur les montures de lunettes d'un type quelconque, par engagement de l'ergot central sur ou sous le pont et des ergots latéraux respectivement sous ou sur les tenons de la monture.

La barrette reçoit au préalable une courbure telle que sa mise en place se fasse avec une légère déformation, de manière que l'élasticité naturelle de la barrette intervienne pour la maintenir élastiquement en place sur la monture.

Les ergots et crochets sont de longueur variable suivant l'épaisseur des verres, des cercles ou de la monture; ils sont réglables, par exemple par torsion.

On décrira plus en détail ci-après deux modes d'exécution de l'adaptateur suivant l'invention, en référence au dessin annexé sur lequel :

La figure 1 est une vue de face d'un adaptateur monté sur des lunettes figurées en pointillé;

La figure 2 est une coupe transversale suivant II-II de la figure 1;

La figure 3 est une coupe similaire suivant III-III de la figure 1;

La figure 4 est une vue de face d'un adaptateur en place sur une autre monture de lunettes;

Les figures 5 et 6 sont respectivement des coupes suivant V-V et VI-VI de la figure 4.

L'adaptateur suivant les figures 1, 2 et 3 se compose très simplement d'une barrette métallique continue filiforme 1, convenablement coudée pour épouser la forme des arcades sourcillières et du nez; cette barrette métallique flexible est munie au milieu du pont d'un ergot 2 coudé deux fois à angle droit vers l'arrière et s'ouvrant vers le bas, tandis que les extrémités sont pourvues de crochets 3, également coudés deux fois à angle droit, mais ouverts vers le haut.

La barrette est cambrée de manière à présenter une courbure plus accentuée que la monture massive 4 des lunettes, sur laquelle l'adaptateur doit être fixé : de la sorte, quand on engage successivement les crochets 3 sous les tenons 5 de la monture 4 et l'ergot 2 sur le pont 6 de cette monture, la barrette est maintenue élastiquement en place et les verres complémentaires 7, fixés de manière convenable sur la barrette 1 viennent se placer sans aucun flottement devant les verres de la monture 4.

L'enlèvement de l'adaptateur se fait très simplement par l'opération inverse.

Dans le cas d'une monture de lunettes glace ou finement cerclée, comme représenté aux figures 4, 5 et 6, la barrette 1 présente un ergot central 2 ouvert vers le bas, et des crochets d'extrémité 3 ouverts vers le haut : le montage de cet adaptateur sur la monture de lunettes, constituée par exemple par une simple barrette frontale, s'effectue comme dans le cas précédent en engageant élastiquement l'ergot 2 sous le pont 6 de la monture 8 et les crochets 3 sur les tenons 5 de cette monture : ici la cambrure de la barrette de l'adaptateur est telle que celui-ci est maintenu en place élastiquement par une force s'exerçant de haut en bas, à l'opposé de ce qui se passait pour la figure 1.

La forme de l'ergot 2 et des crochets 3 varie suivant la monture des lunettes, à laquelle est destiné l'adaptateur; dans une forme préférée d'exécution de l'invention, cet ergot et ces crochets sont

en fil métallique, facile à mettre à la bonne dimension, par simple coupure, et à régler par torsion.

Ce mode d'adaptateur, évite tout frottement des verres à l'engagement, et ne peut être la cause de rayures.

RÉSUMÉ

1° Mode d'exécution d'un adaptateur ou face complémentaire de lunettes sur des montures quelconques de lunettes, essentiellement constitué par une barrette métallique flexible continue, affectant la forme de la partie supérieure de la monture à laquelle il est destiné, supportant les verres complémentaires par tout moyen convenable, et muni d'une part, au milieu du pont, d'un ergot coudé deux fois à angle droit vers l'arrière et ouvert vers le haut ou vers le bas et, d'autre part, aux extrémités latérales, de crochets coudés deux fois à angle droit, ouverts respectivement vers le bas ou vers le haut, cette barrette présentant une cambrure plus accentuée dans le sens vertical, ou latéral que celle de la partie supérieure de la monture de lunettes sur laquelle elle est ainsi maintenue élastiquement par engagement de l'ergot sur ou sous le pont de la monture et des crochets respectivement sous ou sur les tenons latéraux de celle-ci.

2° L'ergot et les crochets sont préférablement en fil métallique, susceptible d'être coupé à la longueur voulue et réglé par torsion.

René TARDY.

Par procuration :

DEBRAY.

NOV 25 '97 04:39PM 886 2890191 P.3

N° 1.061.362 M. Tardy Pl. unique

Fig.1.
Fig.3.
Fig.2.
Fig.4.
Fig.5.
Fig.6.

<Handwritten at top of p.:> Attn: Mr. Peter Tong Nov. ? 1997 p.6

VII

<Stamp:> RECEIVED NOV 25 1997 <Illegible> MEYER & LOVEJOY

REPUBLIC OF FRANCE
MINISTRY
OF INDUSTRY AND TRADE
INDUSTRIAL PROPERTY DIVISION

# PATENT

Gr. 12 .— Cl. 2.

#1,061,253

<Stamp:> Prüfstoff
Kl. 42 h
Gr. 31/03

Method of fitting additional lenses onto eyeglass frames.

Mr. René Tardy, resident of France (Seine-Inférieure).

Applied for on August 5, 1952, at 3:37 p.m. in Paris.

Issued on November 25, 1953. — Published on April 12, 1954.

It has been previously proposed to fit eyeglasses with additional, easily detachable lenses, for example protective or corrective lenses, which would be attached on top of the eyeglass lenses.

This invention is a resistant, flexible and rapid method of attachment of this type of adapter to any kind of eyeglass frames.

According to the invention, these lenses, or the rims supporting them, are attached by any appropriate method onto a flexible metallic strip, featuring a pin toward the middle which is bent backward twice, with the end turned up or down at a right angle, and laterally, near the hinges of the side-pieces of the eyeglasses, two adjustable hooks of variable length, bent twice at right angles in the opposite direction to that of the pin.

This strip, with its glass or plastic lenses, is set onto any type of eyeglass frames, by fitting the central pin on or under the bridge, and lateral pins respectively under or on the tenons of the frames.

First a curve is made in the strip, so that it may be bent slightly when fitted and its natural elastic tension may hold it in place on the frames.

The pins and hooks are of variable length depending on the thickness of the lenses, rims or frames; they are adjustable, e.g.:- by twisting.

Two methods of producing the adapter according to this invention will be described in more detail below, in reference to the attached design, in which:

Figure 1 is a frontal view of an adapter fitted on eyeglasses, shown in dotted lines;

Figure 2 is a cross-section along II-II of Figure 1;

Figure 3 is a similar section along III-III of Figure 1;

Figure 4 is a frontal view of an adapter placed on other eyeglass frames;

Figures 5 and 6 are sections along V-V and VI- VI of Figure 4, respectively.

The adapter shown in figures 1, 2 and 3 is very simply composed of a continuous filiform metallic strip 1, bent in such a way as to conform to the arch of the eyebrows and the nose; in the middle of the bridge of this flexible metallic strip is a pin 2 bent backward twice at right angles and open toward the bottom, while the ends are equipped with hooks 3, also bent twice at right angles, but open toward the top.

The strip is curved so as to have a more pronounced arch than that of the primary supporting eyeglass frames 4, to which the adapter is to be attached: thus, when the hooks 3 are successively fitted under the tenons 5 of the frames 4 and the pin 2 on the bridge 6 of these frames, the strip is held in place by tension and the additional lenses 7, properly attached to the strip 1, move firmly into place in front of the lenses of the frames 4.

The adapter can very easily be removed by performing the operation in reverse.

If the eyeglass frames are frosted or thinly rimmed, as shown in figures 4, 5 and 6, the strip 1 has a central pin 2 open toward the bottom, and hooks at the ends 3 open toward the top; mounting this adapter on the eyeglass frames, consisting of a simple front strip for example, can be held in place under tension as in the previous case, by inserting the pin 2 under the bridge 6 of the frames 8, and the hooks 3 on the tenons 5 of the frames 8; in this case the adapter's strip is curved sufficiently to hold it in place by top-to-bottom tension, which is the opposite of what occurs with Figure 1.

The shape of the pin 2 and the hooks 3 varies according to the eyeglass frames for which the adapter is intended: in a preferred method of producing the invention, the pin and hooks are made of metallic wire, easily sized by simple cutting, and adjusted by twisting.

With this style of adapter, there is no rubbing of the lenses on contact, and it will not cause scratching.

SUMMARY

1: Method of producing an adapter or additional panel for any type of eyeglass frames, which essentially consists of a continuous flexible metallic strip, and takes on the shape of the upper part of the frames for which it is intended, supporting the additional lenses by any proper means, and featuring, in the middle of the bridge, a pin bent backward twice at right angles and open toward the top or bottom, and also featuring, on the lateral ends, hooks bent twice at right angles, open toward the bottom or the top respectively, with this strip featuring a more pronounced vertical or lateral curve than that of the upper part of the eyeglass frames on which it is held by the tension of the pin inserted on or under the bridge of the frames, with hooks under or on, respectively, the frames' lateral tenons.

2: The pin and the hooks are preferably made of metallic wire which can be cut to the desired length and adjusted by twisting.

René Tardy.
<Illegible>

0318283 1023

To purchase manuals, contact the IMPRIMERIE NATIONALE (government printing office) at 27, rue de la Convention, Paris (15th arrondissement).

NOV 25 '97 04:40PM 886+ 390191

P.4

(19)日本国特許庁（JP）　　(12) 公開特許公報（A）　　(11)特許出願公開番号

特開平7－128620

(43)公開日 平成7年(1995)5月19日

| (51)Int.Cl.⁶ | | 識別記号 | 庁内整理番号 | FI | 技術表示箇所 |
|---|---|---|---|---|---|
| G02C | 1/00 | | | | |
| | 3/00 | | | | |
| | 7/10 | | | | |
| | 9/00 | | | | |

審査請求 未請求 請求項の数3 FD (全 3 頁)

(21)出願番号 特願平5－295899

(22)出願日 平成5年(1993)11月2日

(71)出願人 591167452
株式会社サンリーブ
福井県鯖江市杉本町15の22

(72)発明者 西岡 雄広
福井県鯖江市杉本町15の22 株式会社サンリーブ内

(74)代理人 弁理士 秋元 輝雄

(54)【発明の名称】 マグネットによる着脱式サングラス

(57)【要約】

【目的】 安価で取り扱いが容易であり、不使用時に邪魔にならず、取り付け状態が安定し、しかも違和感を感じさせないようにした、マグネットによる着脱式サングラスを提供する。

【構成】 つる無しサングラスを形成し、そのフレームの両端部にマグネットを取り付けると共に、他の眼鏡フレームの両端部にもマグネットを取り付け、前記つる無しサングラスを着脱可能に形成する。つる無しサングラス又は他の眼鏡の何れか一方のフレームにマグネットを取り付け、他のフレームは磁性を有する金属で形成し、つる無しサングラスを着脱可能に形成する。つる無しサングラスは、フレームのブリッジ部分にヒンジを設けて折り畳み可能にする。

Second Japanese Patent

【特許請求の範囲】

【請求項1】 つる無しサングラスを形成し、そのフレームの両端部にマグネットを取り付けると共に、他の眼鏡フレームの両端部にもマグネットを取り付け、前記つる無しサングラスを着脱可能に形成したことを特徴とするマグネットによる着脱式サングラス。

【請求項2】 つる無しサングラス又は他の眼鏡の何れか一方のフレームにマグネットを取り付け、他方のフレームは磁性を有する金属で形成し、つる無しサングラスを着脱可能に形成したマグネットによる着脱式サングラス。

【請求項3】 つる無しサングラスは、フレームのブリッジ部分にヒンジを設けて折り畳み可能にした、請求項1又は2記載のマグネットによる着脱式サングラス。

【発明の詳細な説明】

【0001】

【産業上の利用分野】本発明は、眼鏡フレームに対して簡単に着脱出来るようにした、マグネットによる着脱式サングラスに関する。

【0002】

【従来の技術】通常、眼鏡とサングラスは別体であって、両方持ち歩く必要がある。その不便を解消するために、従来調光式レンズを用いて自動的に色を付けてサングラスの機能を持たせたものや、跳ね上げ式のサングラスを付けたもの、或はつる無しのサングラスを眼鏡の内側に落とし込んで使用するもの等がある。

【0003】

【発明が解決しようとする課題】しかしながら、調光式レンズによると眼鏡が高価になる欠点がある。又、跳ね上げ式によるとサングラスの上げ下げが面倒であるばかりかサングラスの不使用時には跳ね上げたままの状態になるため邪魔になる。一方、つる無しサングラスの場合は、両端部を眼鏡の両側のつるに引っ掛けるだけであるから安定感がなく、しかも眼鏡の内側に落とし込むので鬱陶しくて違和感がある。本発明は、このような従来の問題点を解消するためになされ、安価で取り扱いが容易であり、不使用時に邪魔にならず、取り付け状態が安定し、しかも違和感を感じさせないようにした、マグネットによる着脱式サングラスを提供することを課題とする。

【0004】

【課題を解決するための手段】この課題を技術的に解決するための手段として、本発明は、つる無しサングラスを形成し、そのフレームの両端部にマグネットを取り付けると共に、他の眼鏡フレームの両端部にもマグネットを取り付け、前記つる無しサングラスを着脱可能に形成したことを要旨とするものである。更に、つる無しサングラス又は他の眼鏡の何れか一方のフレームにマグネットを取り付け、他方のフレームは磁性を有する金属で形成し、

つる無しサングラスはフレームのブリッジ部分にヒンジを設けて折り畳み可能にしたことを要旨とする。

【0005】

【作 用】サングラスが必要な時には、つる無しサングラスを眼鏡フレームの前面に磁着して使用することが出来、サングラスの不使用時にはつる無しサングラスを容易に取り外すことが出来る。外したつる無しサングラスは、ブリッジ部で折り畳み可能なので携帯に便利である。

【0006】

【実施例】以下、本発明の実施例を添付図面に基づいて詳説する。図1において、1はつる無しサングラスであり、フレーム1aに色付きレンズ2が嵌着され、フレーム1aの両端部には小さな円形のマグネット3がそれぞれ取り付けられている。又、フレーム1aのブリッジ部にはヒンジ4が取り付けられ、このヒンジ4を介してフレーム1aを折り畳み可能に形成してある。

【0007】5は眼鏡であり、フレーム5aに所望の度付きレンズ6が嵌着され、フレーム5aの両端部には前記つる無しサングラスのマグネット3に磁着する小さな円形のマグネット7がそれぞれ取り付けられている。

【0008】前記つる無しサングラス1は眼鏡5の前面に着脱自在に取り付けることが出来る。即ち、図2に示すようにつる無しサングラス1を眼鏡5の前面に重ね合わせると、つる無しサングラス1のマグネット3が眼鏡5のマグネット7に磁着されるからであり、この状態でサングラス付き眼鏡として使用することが出来る。

【0009】この場合、図3に示すようにつる無しサングラス1が眼鏡5にぴったり重合するように両者のサイズを予め設定しておくと体裁が良く、しかもつる無しサングラス1のマグネット3と眼鏡5のマグネット7もぴったり合うように予め位置決めしておくと好ましい。

【0010】前記眼鏡5のフレーム5aが磁性を有する金属製である場合には、つる無しサングラス1のマグネット3がそのフレーム5aに磁着するので眼鏡5のフレーム5a側にマグネットを設ける必要がない。又、つる無しサングラス1のフレーム1aが磁性を有する金属製である場合には、眼鏡5のマグネット7がそのフレーム1aに磁着するのでつる無しサングラス1側のマグネットが不要になる。つまり、何れか一方にマグネットを設ければ良いことになる。更に、両方とも合成樹脂製のフレームであっても、前記実施例のように両方にマグネットを取り付けることにより充分実施することが出来る。

【0011】一方、サングラスが不要の時には、つる無しサングラス1を眼鏡5から外せば良く、この場合マグネット式であるから何ら工具を必要とせず簡単に取り外すことが出来る。外したつる無しサングラス1は、図4に示すように前記ブリッジ部のヒンジ4を介して二つ折りすることが出来、この時両端のマグネット3同士が磁

NOV 25 '97 04:41PM 886+5 30191 P.6

(3) 特開平7－128620

る。従って、ポケットやハンドバック等に収納して携帯するのに便利であり、更に専用の収納ケース8に入れて持ち運びするにも適している。

【0012】尚、つる無しサングラス1を外すと眼鏡5側のマグネット7が露出するが、このマグネット7に適宜の色を付着しておけば、ワンポイントマークとしてデザイン的機能を発揮し、又銅等の小さな金属製装飾品を付着させておしゃれ感覚を演出することも可能である。

【0013】

【発明の効果】以上説明したように、本発明によれば、普通の眼鏡の前面につる無しサングラスをマグネット方式により着脱自在に取り付けられるように構成したので、偏光レンズを用いずに安価に提供することが出来、着脱は簡単で取り扱いが容易であり、使用時はつる無しサングラスの取り付け状態が安定し、しかも違和感を感じさせず、不使用時にはつる無しサングラスを眼鏡から取り外せるので邪魔にならず、且つ折り畳めて携帯に便利である等の優れた効果を奏する。

【図面の簡単な説明】

【図1】 本発明の実施例を示す要部の斜視図である。

【図2】 眼鏡につる無しサングラスを取り付けた状態を示す要部の平面図である。

【図3】 同、側面図である。

【図4】 つる無しサングラスを折り畳む状態及び専用の収納ケースを示す斜視図である。

【符号の説明】

1…つる無しサングラス 1a…フレーム 2…色付きレンズ 3…マグネット 4…ヒンジ 5…眼鏡 5a…フレーム 6…度付きレンズ 7…マグネット 8…収納ケース

【図1】
【図2】
【図3】
【図4】
1
1a
2
3
4
5
5a
6
7
8

(19)  JAPANESE PATENT OFFICE

# PATENT ABSTRACTS OF JAPAN

(11) Publication number: 07128620 A

(43) Date of publication of application: 19.05.95

(51) Int. Cl G02C 1/00
G02C 3/00
G02C 7/10
G02C 9/00

(21) Application number: 05295999

(22) Date of filing: 02.11.93

(71) Applicant: SAN RIIBU:KK

(72) Inventor: NISHIOKA TAKAHIRO

(54) ATTACHABLE AND DETACHABLE SUNGLASSES BY MAGNET

(57) Abstract:

PURPOSE: To provide the attachable and detachable sunglasses by magnets which are inexpensive, are easy to handle, are not obstructive at the time of use, are stable in a mounting state and do not render a user an odd feel.

CONSTITUTION: The templeless sunglasses 1 are formed. The magnets 3 are attached at both ends of a frame 1a thereof and the magnets 7 are attached at both ends of another spectacle frame 5a as well, by which the templeless sunglasses 1 are attachably and detachably formed. The magnets are mounted at either of the templeless sunglasses 1 or another spectacles 5 and the other frame is formed of a metal having magnetism, by which the templeless sunglasses 1 are attachably and detachably formed. The templeless sunglasses 1 are formed foldable by providing the bridge part of the frame 1a with a hinge 4.

COPYRIGHT: (C)1995,JPO

JAN 12 '98 04:27PM 886+5+ 632 P.2

107096

| 申請日期 | 76.9.16 |
|---|---|
| 案號 | 76209045 |
| 類別 | 1802C |

(以上各欄由本局填註)

經濟部中央標準局 85.7.04

# ~~發明~~ 新型 專利說明書 (VI)

| | | |
|---|---|---|
| 一、~~發明~~ 創作 名稱 | | 帶有磁性之眼鏡框及無框眼鏡片 |
| 二、~~發明~~ 創作 人 | 姓名 | 陳環昌 |
| | 籍貫 (國籍) | 中華民國 |
| | 住、居所 | 中和市景平路六六九號十一樓之九 |
| 三、申請人 | 姓名 (名稱) | 陳環昌 |
| | 籍貫 (國籍) | 中華民國 |
| | 住、居所 (事務所) | 中和市景平路六六九號十一樓之九 |
| | 代表人 姓名 | 世界專利商標事務所<br>黃汝濱 律師<br>~~台北市忠孝東路四段二四一號九樓之2~~<br>台北市光復南路288號2樓之1‧2 |
| | 電話 | 7713403 ~ 6 |

(210 X 297 公厘) Chinese Patent

經濟部中央標準局 107096
85.7.04
中央標準局專利資料處

新型名稱：帶有磁性之眼鏡框及無框眼鏡片

四、摘要說明：

本創作係一種帶有磁性之眼鏡框及無框眼鏡片，尤指一套可供同時配戴兩副眼鏡，即戴上其中一副（常用之）眼鏡（以下簡稱主鏡）後，尚可（應臨時之需）加戴其中另一副（以下簡稱副鏡）之用者。主要在主鏡鏡框係用軟性磁材所製成，或於鏡框上之適當地位嵌設有軟性磁材，再於副鏡鏡框（無框脚）上之相對地位，或副鏡之只有鏡片，而無鏡框時，在副鏡鏡片上之相對地位嵌設有永久磁材，使副鏡得以藉磁力吸着於主鏡之上，不致脫落者。副鏡縱有鏡框，亦無兩旁之框脚。

附註：本案已向 國(地區)申請專利，申請日期： 案號：

五、詳細說明（本欄應記載新型（創作）之目的，技術內容（特點）及功效依次逐項詳細說明）

本創作主要在提供一種帶有磁性之眼鏡框及無框眼鏡片，其特別適用於必須携帶並更換使用視力校正度數不相同之兩副眼鏡者、或配用双焦距眼鏡者，其若改用本創作之主副鏡後，由於副鏡度數只有原先兩副眼鏡之差數，其度數較淺、鏡片較薄，而且副鏡無框脚，携帶固然較方便，而使用時，只須將副鏡按在

經濟部中央標準局 85.7.0407036 專利資料

原已戴著之主鏡上，不若必須取下一副眼鏡再戴上另一副之麻煩；至於原來配戴双焦距眼鏡者，因為必須偏向上方或下方視物，終究易使眼睛疲勞，步下階梯時，尚有失足之潛在危險。若改用主、副鏡，則無此弊端。

其次凡平時即須戴校正眼鏡者，如欲其眼鏡另有遮陽作用，或在特殊場所必須有遮斷强光或輻射線之護目作用時，除某些情況可配製有變光作用之鏡片應用外，概需另外配製有濾光作用之校正眼鏡，除費用問題外，其携帶、使用均難稱便，若改採本創作之正副鏡，使太陽眼鏡、護目鏡等成為副鏡形式，不僅節省費用，且携帶、使用均方便不少。

此外，亦可將無關視力之磁性飾品，藉磁力吸著於主鏡鏡框上，作為裝飾。

目前市面上雖亦有近似本創作之副鏡架構者，唯其皆在鏡框邊緣裝有數個掛鉤，用以鉤住主鏡後方者，使用時頗不方便，迄未見有運用磁力吸著者。

至於本創作用以嵌設於鏡框或鏡片上之軟性及永久性磁性材料，因實際上猶如眼鏡框腿上之裝設徵為器不負支撐鏡片等作用，故只需本身磁性强、比重不大，耐候性佳外，並無特殊要求，因此可供實現之材料甚多，其中永久磁材方面可舉美國3M公司之Plasti-form牌永久磁材為例，此係硫化腈橡膠與定向亞鐵酸鋇結合之製品，其磁氣特性，理、化性質之適用情形

經濟部中央標準局 107036 57.04 智慧財產局

如附件一所示，塑膠永久磁材方面，可以日本東北金屬株式會社（Tokin Corporation）之鐵酸塩及稀土類塑膠磁體（性質如附件二所示）；及日本帝人株式會社，以釤、鈷系稀土類磁粉末加聚酰胺類及乙烯、醋酸乙烯共聚合物等熱可塑樹脂混煉之塑膠磁石（性質如附件三）爲例。軟性磁材方面可舉日本Nakano高導磁合金公司之PB級鐵鎳合金爲例，其導磁率、矯頑磁力等特性則如附件四所示，鑒於該合金可供錄音機製造磁頭之用，用之於本創作確無問題；又主鏡之鏡框若整體採用軟性磁材，可斟酌比重、衝擊强度、抗腐蝕性能及導磁率等特性選用適當之磁性合金。在鏡框或鏡片上嵌設磁材時，因限於鏡框、鏡片之尺寸及厚度，所用磁材總以厚度不超過2公厘爲宜，每片磁材之面積可大至1平方公分以上（如橡膠磁材）或僅數平方公厘（如塑膠磁材，因大片塑膠磁材易折斷之故）；於嵌裝方面，當視鏡框、鏡片與磁材之性質，或於鏡框、鏡片成型時，採投錨式或扣定式一併裝上，或於成型時預留地位，然後加熱裝上（如熱可塑塑膠框），或用黏著劑貼上。

本創作之主副鏡造形，必須彼此密合，至少磁材部份應彼此密合，俾發揮最大之吸著力，但並非意謂兩者之接著面必須爲平面，反之若設計爲非平面，亦即各有彎曲凹凸之處，只要相互密接，反可使得副鏡戴上後更不易滑落，並對副鏡有定位作用。

經濟部中央標準局 85.7.04
107036

關於本創作磁材之表面處理問題，除合金磁材之表面處理係一專門學問外，塑膠磁體及橡膠磁體均較易磨損，故可於表面噴一層薄漆或乙烯類或其他材料（如附件五美國Magnets Saler and Manufacturing公司目錄之說明）之保護膜，該層保護膜甚薄，故對磁力影響甚微，甚至反可藉此保護層控制主副鏡接著面之磨擦係數，使副鏡更不易滑動或下墜。

至於副鏡之定位問題，主副鏡上磁材如相對位置正確、輪廓清晰、磁力強，同時接著面為平面且光滑時，副鏡一經加在主鏡之上，自然能自動定位，否則主副鏡之表面可對稱設計或稍具彎曲凹凸狀使之相配合，亦可達到副鏡定位之目的，或甚至使副鏡之上緣造形有數處略為向後延伸，使恰好蓋在主鏡上緣之上，以增強副鏡之定位，進一步確保副鏡不墜落。主副鏡間磁材吸著力之大小乃本創作之關鍵性問題，在此可舉美國Magnets Saler and Manufacturing公司產品為例，該公司1986年目錄（附件五）上稱該公司橡膠磁材（flexible magntic sheet）之吸著力：0.030吋厚者與金屬表面直接相接觸時，每平方呎吸力為55磅；0.020吋厚者，每平方呎吸力35磅，亦即相當於0.76公厘厚者，每平方公分26.8克；0.5公厘厚者，每平方公分17公克。當然，此項數字只是粗略數據，況且有效之磁力尚與所用磁體之實際形狀有關，不過永久橡膠、塑膠磁材多有磁力高於該公司產品者，而

經濟部中央標準局 07036
85.7.04
專利資料

高導磁合金之導磁率則一概高於一般金屬類，故皆可供採用。

實際上，若論副鏡戴上後能夠左顧右盼，俯仰之間不致脫落，尚須考慮副鏡所能承受之向下拉力，亦即與主副鏡接著面平行之拉力，此項拉力因缺乏廠商數據，創作人曾就不同永久磁材（裸形、無表面處理者）與 Nakano PB 軟性磁材間所承受之平行拉力進行實驗，所得數據如下：

| 永久磁性種類 | 橡膠磁石 | 塑膠磁石 |
|---|---|---|
| 形狀 | 弧形<br>內徑25公厘<br>外徑40公厘 | 弧形<br>內徑55公厘<br>外徑60公厘 |
| 面積（平方公厘） | 190 | 24 |
| 厚度（公厘） | 1 | 2.5 |
| 磁通密度（高斯） | 2200 | 4000（大約數值） |
| 磁化情形 | 多極，異方向 | 單極，異方性 |
| 磁化方向 | 厚度方向 | 厚度方向 |
| 承受平行接著面之拉力（公克） | 30 | 42（大約數值） |

上述實驗數據，容有相當誤差，尤其所能容忍之拉力大小，除關涉磁氣性質外，尚與磨擦係數及著力點有關；但反觀一般塑膠鏡框（無框腳者）輕者僅數公克，重者亦止於十餘公克，縱然由於必須有嵌設磁材之地位，框邊不能過於窄小，但邊緣過於寬厚（平均厚5公厘，寬6公厘）之賽璐璐鏡框（無腳），重亦不

107096

經濟部中央標準局 5.7.04 中央標準局專利處

過16.公克之譜，鏡片方面，兩片175°老花壓克力鏡片重約14.公克左右，如此之一副有框（無脚）老花眼鏡重約30.公克，無框之壓克力或PC太陽眼鏡，則重約16.公克左右。因此採用小量磁材製成本創作之主副鏡，則可使副鏡加戴在主鏡之上，左顧右盼、俯仰之間不致脫落。

茲舉兩實施例如下：

例一：主副鏡爲醋酸纖維大型鏡架，主鏡之軟性磁材爲Nakano高導磁PB合金，厚1mm；副鏡之永久磁材爲橡膠磁材，異方性、多極，厚1mm，其成份及特性如附件六

磁材面積：3.5mm×40.mm主副鏡各2片，裝於鏡框上緣。

3.0mm×25.mm主副鏡各2片，裝於鏡框外緣。

磁材接著方法：用Loctite牌Cyanoacrylate黏著劑黏著。

副鏡重量（連鏡片）：11.2公克。

主副鏡吸著情況良好，俯仰閱讀不致脫落。

例二：主鏡爲樹脂鏡框；副鏡爲無框壓克力太陽鏡，重9公克。主鏡上磁材爲Nakano PB高導磁合金厚1mm，副鏡磁材爲橡膠磁石，異方性、多極，其組成成份及特性如附件六，磁材厚度爲1mm，面積主副鏡均爲30.×6 mm$^2$者2片，18.×5 mm$^2$者2片，用Loctite牌Cyanoacrylate黏

107036

經濟部中央標準局 85.7.04 專利資料中心

著於左右框及鏡片之上下緣，其吸著情況良好，可達優跑而不脫落。

為使本創作之精神及特徵更易為人所了解，茲舉一較佳實施例並配合圖式詳細說明如下：其中

圖一係本創作較佳實施例之立體結構圖。

圖二係本創作之另一種實施例圖。

圖三係本創作之又一種實施例圖。

圖四係本創作之再一種實施例圖。

如圖一所示，本創作主要包含一主鏡(1)及一副鏡(2)，其中主鏡(1)包括一鏡框(10)、框腳(11)及兩鏡片(12)，其中鏡框(10)部份全部為軟性磁石所製成；副鏡(2)則包含一無腳鏡框(20)、兩鏡片(21)，其中鏡框(20)上裝有永久橡膠磁材(201)，使得副鏡(2)可以吸著在主鏡(1)之上而不墜落者。

如圖二所示，本創作之主鏡框(10)亦可以不具磁性之材質製作，再於其鏡框(10)上設有數個陷落之凹槽(101)，並於凹槽設置軟性磁材(102)，再於副鏡(2)之鏡框(20)上與主鏡框(10)上 凹槽對應之位置處設置凸起之永久磁材(201)，使得該副鏡(2)可與主鏡(1)相卡合，而其上凸起之永久磁材(201)恰好卡入主鏡框(10)凹陷之軟性磁材(102)內，而得以緊密吸合在一起。

如圖三所示，本創作除於主鏡框(10)及副鏡框(20)上鑲嵌軟性磁材及永久磁材外，尚可於副鏡框(20)中央上緣設一向後之突緣(202)（如圖三A所示），以便搭

107036

掛於主鏡(1)上，或將主鏡框(10)中間部份（103）設計成向外微凸，同時副鏡框(20)中部份亦配合主鏡框突起部份（103）向外突，以增強主副鏡之結合力，並具有副鏡定位之功能。

加圖四所示，本創作之副鏡(2)亦可不須鏡框，而直接在鏡片(21)邊緣設置數個凸起之永久磁材（211），使得鏡片(21)可直接吸合在主鏡(1)之上，達經濟、方便之功效者。

此外，本創作之主鏡框設置之軟性磁材亦可設與框平齊，並可排成美麗圖案，使不加副鏡時，該軟性磁材可成為主鏡之裝飾留；又，亦可將該軟性磁材改為永久磁材，使能吸附其他各類裝飾物件，以增加眼鏡之美觀，提昇眼鏡之附加價值者。

綜上所述，本創作確實為首先創作，合於實用且兼具經濟及方便之功效者，完全符合專利法第九十五條之規定，爰依法提請新型專利申請。

中央標準局 85.7.04 智慧財產局專利資料中心

107038

六、請求專利部份：

1. 一種帶有磁性之眼鏡框及無框眼鏡片，供配成一對之主、副二副眼鏡，可一併戴用者；其中主鏡之鏡框係軟性磁材製成或非磁材製成而裝有軟性磁材，配上框脚等設備後供直接戴於頭上；副鏡則在其鏡框上，或無框鏡片上之適當位置,或與主鏡框裝設磁材相對稱之位置設有永久磁材，使此副鏡可憑磁力吸著於主鏡上者。

2. 如請求專利部份第1項所述之帶有磁性之眼鏡框及無框眼鏡片，其中該副鏡之鏡框或無鏡框片之上緣，配合主鏡框之上緣形狀，設有向後之突緣，以供搭掛，並兼有定位作用者。

3. 如請求專利部份第1項所述之帶有磁性之眼鏡框及無框眼鏡片，其中主鏡鏡框與副鏡鏡框或無框鏡片之相對接著面上，有互相配合之凹凸部份，以供吸著定位之用者。

4. 如請求專利部份第1項所述之帶有磁性之主鏡鏡框，可供吸著帶有磁性之飾物之用者。

附件一：美國3M公司Plastiform牌永久磁材之磁氣特性及理化性質。

附件二：日本東北金屬株式會社之鐵酸塩及烯土類塑膠磁體性質。

附件三：日本帝人工業株式會社之塑膠磁材之性質。

附件四：日本Nakano高導磁合金公司PB鎳線合金之

107036

臺灣中央標準局 7.04 專利資料

導磁力、矯頑磁力特性。

附件五：美國 Magnets Saler and Manufacturing 公司目錄。

附件六：橡膠材質之成份及特性。

09182852.10218

甲4(210×297公厘)

裝 訂 線

107096

經濟部
中央標準局
85.7.04

107036

經濟部中央標準局 85.7.04 專利資料



JAN 12 '98 04:36PM 886+5 J7632 P.1

107096

經濟部
中央標準局
85. 7. 04
201
201
202
102
12
10
11
201
FIG. 3A

14

JAN 12 '98 04:36PM 886+5 .7632 P.2

107036

經濟部 中央標準局 85.7.04 專利資料中心

201 201 203 201 102 103 102 102 10

FIG. 3B

15

JAN 12 '98 04:37PM 886+5+. .7052 P.3

JAN 12 '98 04:37PM 886+5 47632 P.4

附件一

107096

經濟部中央標準局 85.7.04

# MAGNETIC CRITERIA...

...multiple product grades and complex flux patterns are available with the use of Plastiform magnets.

**POLE CONFIGURATION...** whether single pole or double pole or even alternating multipole on a single sheet, 3M Company can provide the exact configuration for your specifications.

**FLUX PATTERNS...** with minimum reluctance in the magnetic circuit can be custom designed by 3M Company to meet critical tolerance requirements.

**ENERGY...** the ferrite particles in Plas form magnets are high oriented during processi to provide magnetic prope ties equal to, or superior t conventional isotropic ferri magnets. This formulatio decreases the chance demagnetization or flux pa tern changes during han dling and operation.

| | UNITS<br>1:CGS-U.S. units<br>2:SI (MKSA) units | PLASTIFORM (PL-1) | PLASTIFORM (PL-1H) | PLASTIFORM (PL-1.4H) |
|---|---|---|---|---|
| MAGNETIC PROPERTIES (typical) | | | | |
| Maximum energy product (at 23°C) ($B_d H_d$ max.) | gauss x oersteds x 10⁶<br>teslas x amp. turn/m x 10³ | 1.08<br>8.57 | 1.10<br>8.73 | 1.4<br>11.1 |
| Residual induction¹ (Br) (at 23°C) | gauss<br>millite slas | 2150<br>215 | 2150<br>215 | 2450<br>245 |
| Coercive Force¹ (Hc) (at 23°C) | oersteds<br>ampere-turns/cm | 1650<br>1315 | 1940<br>1545 | 2200<br>1950 |
| Coercive Force intrinsic¹ (Hci) (at 23°C) | oersteds<br>ampere-turns/cm | 2150<br>1710 | 3000<br>2385 | 3000<br>2385 |
| Incremental permeability (at 23°C) | ratio | 1.08 | 1.08 | 1.04 |
| Thermal coefficient of magnetization (−40 to 120°C) | % per °F<br>% per °C | 0.105<br>0.19 | 0.105<br>0.19 | 0.105<br>0.19 |
| Thermal coefficient of intrinsic coercive force (−40 to 120°C) | % per °F<br>% per °C | 0.12<br>0.22 | 0.07<br>0.13 | 0.07<br>0.13 |
| Peak magnetizing force required | oersteds<br>ampere-turns/cm | 10000<br>8000 | 10000<br>8000 | 10000<br>8000 |

TEST METHODS: 1-Pole-coil Hysteresigraph

JAN 12 '98 04:38PM 886+5+ ,7632 P.5

107036

85. 7.04

| | UNITS CGS-U.S. units SI (MKSA) units | PLASTIFORM VALUES |
|---|---|---|
| PHYSICAL PROPERTIES (typical) | | |
| Density[2] (at 23°C) | lbs/in³ gm/cm³ | 0.134 3.71 |
| Hardness[3] (at 23°C) | Shore D | 55 |
| Tensile strength[4] (at 23 C) | psi N/cm² | 640 440 |
| Flexibility[5] (at 23 C) | 180° bending on mandrel with O.D. equal to 7X sample thickness | Pass |
| Volume resistivity[6] (at 23 C and 50% R.H.) | ohm-cm | $10^{10}$ |
| Dielectric Strength[7] (at 23 C and 50% R.H.) | volts/mil kV/mm | 250 10 |
| Thermal coefficient of thickness expansion (4 to 120 C) | mil/mil per F cm/cm per °C | 9.8 x 10 ⁻⁵ 18 x 10 ⁻⁵ |
| Maximum continuous operating temperature | °F °C | 250 120 |

TEST METHODS: 2. ASTM D-297 5. 3M Test Method 3. ASTM D-2240 6. ASTM D-257 4. ASTM D-412 7. ASTM D-149

## Typical Chemical Resistance (Nitrile Rubber Binder)

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request

**Good — minor or no effect; up to 10% swell in thickness
Fair — moderate effect; 10-25% swell in thickness
Poor — severe effect; greater than 25% swell in thickness

| Chemical (7 days immersion @ RT) | Performance** |
|---|---|
| Motor Oil | Good |
| Transmission Oil | Good |
| Hydraulic Fluid | Good |
| Kerosene | Good |
| JP-4 Fuel | Fair |
| Gasoline | Fair |
| Heptane | Fair |
| Antifreeze | Good |
| Clorox | Good |
| Turpentine | Good |
| Water | Good |
| Detergents | Good |
| Salt Spray | Good |
| Aromatic Hydrocarbons (Benzene, Toluene, Xylene) | Poor |
| Chlorinated Hydrocarbons (Carbon Tetrachloride, Trichloroethylene) | Poor |
| Ketones | Poor |
| Alcohols | Fair |
| Acids, Inorganic (HCl, $H_2SO_4$) | Poor |

107036

## Applications Continued....

The magnetizer-inserter equipment shown to the right illustrates the principles of automated production using Plastiform Brand magnets. These principles are easily applied to modern manufacturing processes and are designed to save production time and drastically reduce rejection rates without sacrificing performance. The magnetizer-inserter and other application equipment can be fabricated by a machine builder, or in the manufacturer's own tooling department. 3M Company's Customer Engineering Service is available to provide the technical assistance necessary to get such equipment built and into operation.

*A widely recognized advantage Plastiform material is its adapt to automated magnetization-in*

## Typical Physical Properties @ 23°C (73°F)

*All values shown are typical and not for specification purposes.
*B-1013 and B-1030 are fabrication type and extra-flexible type respectively.

Units 1. CGS/U.S. 2. SI(MKSA)

| Property | Value* |
|---|---|
| Density¹ 密度 | 1. 0.134 lbs/in³<br>2. 3.71 gm/cm³ |
| Hardness² 硬度 | 55 Shore D |
| Tensile Strength³ 抗拉強度 | 1. 640 PSI<br>2. 440 N/cm² |
| Elongation³ (B-1030 only) 伸張度 | 18% |
| Flexibility⁴ (B-1030 only) 柔韌度 | Pass — 180° bending on mand equal to 7 x sample-thickness |
| Volume Resistivity⁴ (50% R.H.) 體積電阻(係數) | 10¹⁰ Ohm-cm |
| Dielectric Strength⁴ (50% R.H.) 耐電壓強度 | 1. 250 volts/mil<br>2. 10 Kv/mm |
| Thermal Coefficient of Thickness Expansion (4° to 120°C) 厚度方向熱膨脹係數 | 1. 9.8 x 10⁻⁵ mil/mil per °F<br>2. 18 x 10⁻⁵ cm/cm per °C |
| Maximum Continuous Operating Temperature 連續使用溫度上限 | 1. 250 °F<br>2. 120 °C |

## Test Methods

¹ ASTM D-297
² ASTM D-2240 (10 sec. delay)
³ ASTM D-412
⁴ 3M Test Method
⁵ ASTM D-257
⁶ ASTM D-149

107036

## Determination of Typical BH max.

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request.

gauss 2450 | tesla 0.2450

$B_d$ 0.2000

2000

$(B_dH_d)$ max

$B_d$ 0.1000

1000

$H_d$ $H_d$

Type 1.4H

1.75 x 10³ A/m 0 11.1 x 10³ tesla

Demagnetizing Force H $B_d$

## Typical Chemical Resistance (Nitrile Rubber Binder)

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request

**Good — minor or no effect; up to 10% swell in thickness
Fair — moderate effect; 10-25% swell in thickness
Poor — severe effect; greater than 25% swell in thickness

| Chemical (7 days Immersion @ RT) | Performance** |
|---|---|
| Motor Oil 機油 | Good |
| Transmission Oil 潤滑油 | Good |
| Hydraulic Fluid 液压用油 | Good |
| Kerosene 煤油 | Good |
| JP-4 Fuel 噴氣機燃料 | Fair |
| Gasoline 汽油 | Fair |
| Heptane 庚烷 | Fair |
| Antifreeze 防凍劑 | Good |
| Clorox | Good |
| Turpentine 松节油 | Good |
| Water 水 | Good |
| Detergents 清潔劑 | Good |
| Salt Spray 鹽水 | Good |
| Aromatic Hydrocarbons (Benzene, Toluene, Xylene) 芳香烴類 | Poor |
| Chlorinated Hydrocarbons (Carbon Tetrachloride, Trichloroethylene) 氯烴類 | Poor |
| Ketones 酮類 | Poor |
| Alcohols 酒精 | Fair |
| Acids, Inorganic (HCl, $H_2SO_4$) | Poor |

Acetyl

JAN 12 '98 04:39PM 886+5- 47632 P.8

107036

## ypical Magnetic Properties @ 23°C (73°F)

*All values shown are typical and are not intended for specification purposes.
¹B-1013 and B-1030 are fabrication type and extra-flexible type respectively.

經濟部 中央標準局 85.7.04

Units 1. CGS/U.S. 2. SI(MKSA)

| Property | Value* |
|---|---|
| Maximum Energy Product ($B_d H_d$ max) 最大能量積 | 1. 1.4 x 10⁶ gauss x oersteds<br>2. 11.1 x 10³ teslas x amp turns/m |
| Residual Induction¹ ($B_r$) 殘留磁通密度 | 1. 2450 gauss<br>2. 245 milleteslas |
| Coercive Force¹ ($H_c$) 矯頑磁力 | 1. 2200 oersteds<br>2. 1750 ampere turns/cm |
| Coercive Force, Intrinsic¹ ($H_{ci}$) 固有保磁力 | 1. 3000 oersteds<br>2. 2385 ampere turns/cm |
| Incremental Permeability | 1.04 ratio |
| Thermal Coefficient of Magnetization (Reversible) | 1. -0.105% per °F<br>2. -0.19% per °C |
| Thermal Coefficient of Intrinsic Coercive Force (Reversible) | 1. 0.07% per °F<br>2. 0.13% per °C |
| Peak Magnetizing Force Required | 1. 10,000 oersteds<br>2. 8000 ampere turns/cm |

增分導磁係數
(可逆) 磁化溫度係數
(可逆) 固有保磁力溫度係數
所需充磁磁化力

**Test Methods** — Pole-coil Hysteresigraph

## Typical Demagnetization Curve @ 23°C (73°F)

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request.

PL-1.4H

| | | |
|---|---|---|
| $B_r$ | 2450 | gauss |
| $H_c$ | 2200 | oer. |
| $H_{ci}$ | 3250 | oer. |
| BH max 1.40 G.O. x 10⁶ | | |

Typical Demagnetization Curve

材研

# 工業材料研究所編譯資料

經濟部中央標準局 85.7.04 專利資料[illegible]

資料來源：電波新聞 74. 9. 12 23.24.25 版

資料分類：市場—金屬

[illegible]日期：74年11月5日 -（MR74—140）

[illegible]題：塑膠磁鐵之技術動向與未來

表 1 塑膠磁鐵之特性

| 項目 | | ferrite 系 | | | 稀土類系 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 品名 | FJ－15 | FJ－17 | FJ－20 | LS－40 | LJ－60 | LJ－80 | LJ－100 | LJ－120 |
| 磁氣特性 | 殘留磁束密度 kG | 2.3－2.5 | 2.5－2.7 | 2.7－2.9 | 3.0－4.0 | 4.3－5.3 | 5.3－6.1 | 6.1－6.7 | 6.7－7.3 |
| | 保磁力 kOe | 1.8－2.2 | 2.0－2.4 | 2.0－2.5 | 2.5－3.5 | 3.2－3.8 | 3.8－4.2 | 4.0－4.4 | 4.4－5.3 |
| | 固有保磁力 kOe | 2.5－3.5 | 2.6－3.5 | 2.6－3.5 | >5.0 | >5.0 | >5.0 | >5.0 | >5.5 |
| | 最大能積 MGOe | 1.2－1.5 | 1.5－1.7 | 1.7－2.0 | 2.5－3.5 | 4.0－6.0 | 6.0－8.0 | 8.0－10.0 | 10.0－12.0 |
| | 可逆導磁率 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 | 1.0－1.2 |
| | 溫度係數 %/℃ | －0.18 | －0.18 | －0.18 | －0.05 | －0.05 | －0.05 | －0.05 | －0.05 |
| 機械特性 | 比重 | 3.5－3.7 | 3.5－3.7 | 3.5－3.7 | 5.0－5.5 | 5.0－5.5 | 5.0－5.5 | 5.0－5.5 | 5.3－5.8 |
| | 硬度 | 100－120 (Rockwell R) | 100－120 (Rockwell R) | 100－130 (Rockwell R) | 30－40 (Shore D) | 60－70 (Rockwell R) | 60－70 (Rockwell R) | 60－70 (Rockwell R) | 60－70 (Rockwell R) |
| | 抗拉強度 kg/cm² | 600－700 | 600－700 | 600－700 | 30－50 | 200－300 | 200－300 | 200－300 | 150－250 |
| | 衝擊強度 | [illegible] | [illegible] | [illegible] | 30－50 | — | — | — | — |
| | 彎曲強度 kg/cm² | 1100－1200 | 1100－1200 | 1100－1200 | — | 600－[illegible] | 600－[illegible] | [illegible]－700 | [illegible] |
| | 熱膨脹係數 /℃ | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | 體積固有電阻 Ω-cm | [illegible] | [illegible] | [illegible] | — | — | — | — | — |
| | 耐熱溫度 ℃ | 150 | 150 | 150 | 100 | 120 | 120 | 120 | 120 |
| 結合劑 | | polyamide系 | polyamide系 | polyamide系 | [illegible] | polyamide系 | polyamide系 | polyamide系 | polyamide系 |
| 成形方法 | | 射出 | 射出 | 射出 | roll | 射出 | 射出 | 射出 | 射出 |

圖 2 ferrite 系塑膠磁鐵退磁曲線（代表）

圖 3 稀土類系塑膠磁鐵退磁曲線（代表）

# 107036 ヘラマ_クス磁石 インジェクションタイプ

## ■特長

- 軽く、われにくく、特殊形状のものも容易に製造できます。
- 精密成形ができます。(寸法精度±0.03%以下)
- インサート・アウトサート成形等、他の部材との一体成形が可能です。
- ラジアル配向・多極着磁も可能です。
- 通常の工作機械で容易に加工できます。
- 結合樹脂の選択により、フレキシブルタイプもあります。

## ■減磁特性曲線

## ■磁気的特性・物理的特性

MAGNETIZING DIRECTION
radial straight

| | 記号 | 単位 | ラジアル配向品 | ストレート配向品 |
|---|---|---|---|---|
| 最大エネルギー積 | (B·H)max | MGOe | 4〜8 | 6〜10 |
| 残留磁束密度 | Br | G | 4,200〜5,900 | 5,300〜6,600 |
| 保磁力 | BHc | Oe | 3,500〜4,600 | 4,200〜5,400 |
| 固有保磁力 | IHc | Oe | >8,000 | >8,000 |
| Brの温度係数 | | %/℃ | -0.035 | -0.035 |
| 使用温度範囲 | | ℃ | -40〜150 | -40〜150 |
| 密度 | d | g/cm³ | 5.⁵〜5.⁷ | 5.⁶〜5.⁸ |
| 硬度 | HROCK | Rスケール | 100〜120 | 100〜120 |

## ■用途

小型化、軽量化、高性能化が要求される分野に最適です。

- 回転機器(各種小型モーター、小型発電機等)
- 計測・通信機器(センサー、リレー、スイッチ、メーター等)
- 音響機器(スピーカー、マイクロホン、ピックアップ、イヤホン等)
- 応用機器(マグネットカップリング、健康機器、装飾品、電子ロック、玩具 等)

## ■サンプルをご希望の場合

- 切削加工用材料は常備にとりそろえており即納いたします。

(詳細はサンプル表をご参照下さい。)



# NAKANO PERMALLOYS CLASSES AND PROPERTIES

NAKANO PERMALLOYS are nickel iron alloys which meet the requirements of miniaturized, electromagnetic devices. You can get a strong magnetic flux through week electric current.

NAKANO PERMALLOYS are suitable for several shaping They are well blanked, well drawn, well bent, well welded and well rolled to thin sheets, Whatever shape it may be, you can make it from NAKANO PERMALLOYS. Thin sheets make it possible to diminish eddy current and to miniaturize devices.

NAKANO PERMALLOYS are available in any shape you want. Send us the drawing of a component and you will get it made of Permalloy already heat treated.

NAKANO PERMALLOYS are prepared in accordance with JIS. Our products are based on Japan Industrial Standard c 2531. We can supply uniform alloys in production quantities and at any time you want. Besides the standard products, we produce a number of special grade for unusual applications.

NAKANO PERMALLOYS are used for such devices as transformers for telecommunication, taperecorder heads and shields, light and sensitive relays, solenoid cores, several types of magnetic shield and detectors in ground falt circuit interrupters.

Remark About shielding, more informations are offered from page 3 to 5.

"PB" is 45% nickel iron alloy with the biggest saturat induction among the Permalloys. It costs less than PC and mainly used for transform for telecommunication, choke coil cores, sensitive rela solenoid cores, D.C. incremented transformers and devic in alternative current equipments.

"PD" is 36% nickel iron alloy with slightly lower magne properties, but it offers the highest electric resistivity of : μΩ-cm among the Permalloys. PD is mainly used fo transformers for relatively high frequencies.

"PC" is 78% nickel iron molybdenum alloy. It is th most effective material for sensitive and miniaturized electroni devices, because of its highest permeability, the lowest coersiv force and the smallest core loss. PC's thin sheets are profusely used for taperecorder heads transformers of high grade and several shielding device required extremely weak magnetic field.

"PCS" is called supermalloy which has the permeability abou twice as much as normal PC, and its coersive force is under 0.01 Oe. PCS is usually used for the spiral wound tape core in a ground fault circuit interrupter.

Table 1. Thickness and Tolerances of Sheets and Strips

Unit : mm

| Thickness | Tolerance on thickness | Thickness | Tolerance on thickness |
|---|---|---|---|
| 0.05 | ±0.005 | 0.35 | ±0.02 |
| 0.1 | ±0.01 | 0.5 | ±0.03 |
| 0.2 | ±0.015 | 1.0 | ±0.05 |

Table 2. Classes and Nominal Components

| class | Nominal Components | Remarks |
|---|---|---|
| PB | Ni40—50% Fe remnant | 45 Permalloy |
| PC | Ni70—80% including other special components | 78 Permalloy |
| PD | Ni30—40% Fe remnant | 36 Permalloy |

Table 3. Magnetic Characteristics of PB

| Magnetic Characteristics | | Initial Permeability μi | Maximum Permeability μm | Coersive force Hc (Oe) | Saturation flux density Bm (G) | Residual flux density Br (G) | resistivity μΩ-cm |
|---|---|---|---|---|---|---|---|
| PB | NAKANO PERMALLOY | 3000—5000 | 35000—70000 | 0.15max. | 14500—15600 | 8000max | 45min. |
| | J I S | 3000min. | 30000min. | 0.20max. | 14000min. | —— | 45min. |

Remarks μi is the initial permeability at the field strength 0.01 Oe.
Hc is the coersive force when magnetized at 10 Oe and reversed.
Br is the residual magnetic flux when magnetized at 10 Oe and reversed.
Br is the value for informative reference.

Table 4. Effective Permeabilities of PB

| Class | Thickness (mm) | Effective Permeability μe | μe 0.3KHz | μe 1KHz |
|---|---|---|---|---|
| PB | 0.2 | NAKANO PERMALLOY | 4000—6500 | 3000—5000 |
| | | J I S | 3000min | 2400min. |
| | 0.35 | NAKANO PERMALLOY | 3500—4000 | 2300—3000 |
| | | J I S | 3000min | 2200min |

>4



JAN 12 '98 04:42PM 886+5 P.12

Table 5. Magnetic Characteristics of PC

| Class | Magnetic Characteristics | Initial Permeability $\mu_i$ | Maximum Permeability $\mu_m$ | Coercive force Hc (Oe) | Saturation flux density $B_{10}$ (G) | Residual flux density Br (G) | resistivity $\mu\Omega$-cm |
|---|---|---|---|---|---|---|---|
| PC | NAKANO PERMALLOY | 40000–150000 | 120000–300000 | 0.020max. | 6500 | 4000min. | 55min. |
| | J I S | 25000min. | 100000min. | 0.025max. | 6500min. | —— | 55min. |

Remarks 1. $\mu i$ is the initial permeability at the field strength 0.005 Oe.
2. Hc is the coersive force when magnetized at 10 Oe and reversed.
3. $B_{10}$ is the saturation flux density when magnetized at 10 Oe and reversed.
4. Br is the value for informative reference.

Table 6. Effective Permeabilities of PC

| Class | Thickness (mm) | Effective Permeability $\mu e$ | $\mu e$ 0.3 KHz | $\mu e$ 1 KHz | $\mu e$ 3 KHz |
|---|---|---|---|---|---|
| PC | 0.1 | NAKANO PERMALLOY | —— | 25000–35000 | 10000–16000 |
| | | J I S | —— | 20000min. | 9000min. |
| | 0.2 | NAKANO PERMALLOY | 25000–35000 | 10000–12000 | —— |
| | | J I S | 20000min. | 8000min. | —— |
| | 0.35 | NAKANO PERMALLOY | 12000–15000 | 5500–7500 | —— |
| | | J I S | 10000min. | 4000min. | —— |

Remark. Measuring current is 0.5 mA

Fig. 3.

Specimen : Ring core
outside diameter 45mm
inside diameter 33mm

Annealing : In hydrogen atmosphere
1100℃ ×2hr.

25



JAN 12,'98 04:42PM 886+ P.13

107036

# FLEXIBLE WIDE SHEET MAGNETS

## THE ULTIMATE IN VERSATILITY!

PROPERTIES/APPLICATIONS

Flexible Magnetic Sheets are being used for signs, displays, visual aids, toys, games, premiums, magnetic business cards, bulletin boards, indoor and outdoor advertising boards and many other applications. No matter what size or shape you use, the entire surface is magnetic and flexible. It will conform to smooth contours. Since you can cut Flexible Magnetic Sheet with ordinary knives, scissors or dies, you need not worry about expensive cutting equipment.

Consult us concerning any custom requirements you may have. Special thickness, width and colors are available with quantity usage.

Available with or without vinyl facing; with or without pressure sensitive backing.

All dimensions in inches

Typical magnetic strength on bare metal is 55 lbs. per sq. ft. for .030 thickness and 35 lbs. for .020 thickness.

Shipped 24" wide by length

Full 100 ft. roll may contain up to three sections, none less than 20 ft. long

| Cat. No. | Dimensions | Standard Colors |
|---|---|---|
| 8220 | .020 × 24" | [illegible] |
| 8221 | .020 × 24" | Plain brown/adhesive |
| 8222 | .020 × 24" | [illegible] |
| 8223 | .020 × 24" | Semi-gloss white |
| [illegible] | .030 × 24" | [illegible] |
| 8320 | .030 × 24" | Plain brown |
| [illegible] | .030 × 24" | [illegible] |
| 8322 | .030 × 24" | Matte white |
| [illegible] | .030 × 24" | [illegible] |
| 8324 | .030 × 24" | High-gloss white |
| [illegible] | .060 × 24" | [illegible] |
| 8620 | .060 × 24" | Plain brown |

CAN BE USED WITH ENAMEL, VINYL AND POLYESTER SILK SCREEN INKS--CAN ALSO BE LETTERED WITH BULLETIN AND LETTERING ENAMELS. THE FULL MAGNETIC SHEET WITH VINYL FACING IS BEING USED EXTENSIVELY FOR MAGNETIC SIGNS.

CUT WITH [illegible]ORS, [illegible]VES [illegible]ES.

Typical Properties

| MATERIAL | RESIDUAL FLUX DENSITY BR (GAUSS) | COERCIVE FORCE Hc (OERSTEDS) | MAXIMUM ENERGY PRODUCT BHmax (MGOe) | MAXIMUM PRACTICAL OPERATING TEMPERATURE (°C)/(°F) | TEMPERATURE COEFFICIENT (% LOSS/°C) | DENSITY (LBS/CUBIC INCH) |
|---|---|---|---|---|---|---|
| FLEXIBLE REGULAR | 1600 | 1370 | 0.6 | 120/248 | .19 | .133 |
| FLEXIBLE HIGH FORCE | 2100 | 1370 | 1.1 | 120/248 | .19 | .140 |

Other thicknesses available

Higher maximum energy product available

JAN 12 '98 04:43PM 886+5 P.14
107096
經濟部 中央標準局
85. 7. 04
專利資料中心

附件六

● 膠磁組成 ( CONTENTS ) :

係膠永久磁鐵，係以橡膠混合鋇鐵化合物 ( BARIUM FERRITE COMPOSITE ) 而成之永久性磁石。

● 特性表 ( CHARACTERIZATION )

| 磁 氣 特 性 Characterization | 異方性 | 等方性 |
|---|---|---|
| 最大能量積 ( BH ) max. × $10^6$ | 1.1 | 0.68 |
| 殘留磁通密度 ( $B_r$ ) gauss | 2200 | 1650 |
| 矯頑磁力 ( Hc ) oersteds | 1900 | 1300 |
| 固有保磁力 ( Hci ) oersteds | 2400 | 2400 |
| 磁化溫度係數 ( %/°F ) | -0.1 | -0.1 |
| 固有保磁力之溫度係數 ( %/°F ) | 0.1 | |
| 比 重 ( g/cm³ ) | 3.9 | 3.9 |

◎ 吸引力之計算

$$F\ (dyne) = a \cdot B^2 / 8\pi$$

＊ a ………… 衔鐵表面積

B ………… 磁通密度(G)

1 g ………… 980(dyne)

● 減磁特性曲綫 ( DEMAGNETIZATION CURVE )

異方性

磁化形態 :
MAGNETIZATION

一般的磁化

N
S

多極磁化

N S N S N

2 極磁化

N S



BENEMANN TRANSLATION CENTER
760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

Title of New Model: Magnetic Eyeglass Frames and Rimless Eyeglass Lenses

4. Abstract:

The present creation is a type of magnetic eyeglass frame and rimless eyeglass lenses, specifically, a set which can provide two pairs of eyeglasses simultaneously, in which, after attaching the top pair of (regular use) eyeglasses (hereinafter referred to as the primary glasses), another pair (for temporary needs) of eyeglasses (hereinafter referred to as the auxiliary glasses) may also be attached. Mainly, the primary glasses frame is constructed of a soft magnetic material, or a soft magnetic material is inlaid on the appropriate location on the eyeglass frame; additionally, on the corresponding location on the auxiliary glasses frame (without frame base), or when the auxiliary glasses have only the lenses, and no frame, on the corresponding location on the lenses of the auxiliary glasses, a permanent magnetic material is inlaid, causing the auxiliary glasses to be attracted to the primary glasses by a magnetic force, and not fall off. The auxiliary glasses have frames vertically, and do not have frame bases on either side.

Notes: [illegible]
Country (region) applying for patent, date of application No:

(AFFIDAVIT)
State of California )
City and County of San Francisco )SS: January 15, 1998

This is to certify that the attached translation is a true and correct rendition into English of the
Chinese-language document to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo

23.

(19) BUNDESREPUBLIK DEUTSCHLAND

DEUTSCHES PATENTAMT

Kopie

Gestelle 394

(12) **Gebrauchsmuster** U1

(11) Rollennummer G 88 06 898.6 *document nbr.*

(51) Hauptklasse G02C 9/04 *main classification*

(22) Anmeldetag 26.05.88 *date of registration*

(47) Eintragungstag 15.09.88

(43) Bekanntmachung im Patentblatt 27.10.88 *date of publication*

(30) Priorität 04.04.88 US 177179 *priority*

(54) Bezeichnung des Gegenstandes *name of the object*
Magnetisches Brillengestell und magnetisches Vorsatz-Brillenteil

(71) Name und Wohnsitz des Inhabers *name of the owner*
Zen, Edmund H.C., Chungho, Taipei, TW

(74) Name und Wohnsitz des Vertreters *name of the deputies*
Tiedtke, H., Dipl.-Ing.; Bühling, G., Dipl.-Chem.; Kinne, R., Dipl.-Ing.; Grupe, P., Dipl.-Ing.; Pellmann, H., Dipl.-Ing.; Grams, K., Dipl.-Ing.; Struif, B., Dipl.-Chem. Dr.rer.nat.; Winter, K., Dipl.-Ing.; Roth, R., Dipl.-Ing., Pat.-Anwälte, 8000 München

TIEDTKE-BÜHLING-KINNE - GRUPE-PELLMANN-GRAMS - STRUIF-WINTER-ROTH

Tiedtke-Bühling-Kinne & Partner, 8000 München, POB 20 24 03

Patentanwälte
Vertreter beim EPA
Dipl.-Ing. H. Tiedtke
Dipl.-Chem. G. Bühling
Dipl.-Ing. R. Kinne
Dipl.-Ing. P. Grupe
Dipl.-Ing. B. Pellmann
Dipl.-Ing. K. Grams
Dipl.-Chem. Dr. B. Struif
Dipl.-Ing. K. Winter
Dipl.-Ing. R. Roth
Bavariaring 4,
PCB 20 24 03
D-8000 München 2

26. Mai 1988
DE 7816

G 88 06 888.0

## Schutzansprüche

1. Brillensatz mit einem eine Frontseite aufweisenden Primär-Brillenteil und mit einem über die Frontseite des Primär-Brillenteils zu setzenden Vorsatz-Brillenteil, gekennzeichnet durch ein Stück oder mehrere Stücke eines weichen, magnetischen Materials (22, 22'), die fest an der Primärgestell-Frontseite (15) an einer oder mehreren Stellen angeordnet sind, und durch ein an einer oder mehreren Stellen des Vorsatz-Brillenteils (24, 32) fest angebrachtes Dauermagnetmaterial (30, 30', 42, 42'), das das über die Primärgestell-Frontseite (15) gesetzte Vorsatz-Brillenteil (24, 32) durch die enge Berührung des Dauermagnetmaterials sowie des weichen Magnetmaterials zusammenhält, um das Vorsatz-Brillenteil in seiner Lage an der Primärgestell-Frontseite zu halten.

Telefon: 0 89-53 96 53
Telex: 5-24 845 tipat
Telefax: 0 89-53 73 77
cable: Germaniapatent München
Dresdner Bank (München) Kto. 3939 844 (BLZ 700 800 00)
Deutsche Bank (München) Kto. 286 1060 (BLZ 700 700 10)
Postscheckamt (München) Kto. 670-43-804 (BLZ 700 100 80)

3

26.05.88

- 2 -

2. Brille mit einer Gestell-Frontseite, dadurch gekennzeichnet, daß an der Frontseite (15) des Brillengestells (14) ein weiches Magnetmaterial (22, 22') befestigt ist.

3. Brille mit einer Gestell-Frontseite, dadurch gekennzeichnet, daß an der zur Frontseite entgegengesetzten rückwärtigen Fläche ein Dauermagnetmaterial (42, 42') befestigt ist.

4. Randlose Brille mit einem Paar von Gläsern, dadurch gekennzeichnet, daß ein Dauermagnetmaterial (30, 30') an der Rückseite der Gläser (26) nahe deren Außenumfang befestigt ist.

5. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das weiche Magnetmaterial (22, 22') an der Frontseite (15) des Primär-Brillengestells (14) befestigt und das Vorsatz-Brillenteil (32) ein Vorsatz-Brillengestell (33) mit einer Frontfläche hat, an dessen Rückseite ein Dauermagnetmaterial (42, 42') befestigt ist.

6. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das weiche Magnetmaterial (22, 22') an der Frontseite (15) des Primär-Brillengestells (14) befestigt ist und daß das Vorsatz-Brillenteil (24) ein Paar von randlosen Gläsern (26) umfaßt, an deren Rückfläche das Dauermagnetmaterial (30, 30') befestigt ist.

7. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das Primär- sowie das Vorsatz-Brillenteil (10, 24, 32) einen Steg (18, 28) mit einer oberen sowie einer unteren Kante haben und die Ober- sowie Unterkanten der Stege im aufgesetzten Zustand des Vorsatz-Brillenteils an der Frontseite des Primär-Brillengestells (14) miteinander im wesentlichen bündig sind.



8. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß der Außenumfang der Frontseite des Primär-Brillengestells (14) und die Rückseite des Vorsatz-Brillengestells (33) im über das Primär-Brillengestell gesetzten Zustand des Vorsatz-Brillenteils im wesentlichen miteinander übereinstimmen.

9. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das Primär- sowie das Vorsatz-Brillenteil (10, 32) einen Steg (18, 38) aufweisen, daß das Primär-Brillenteil ein Paar von durch den Steg (18) verbundenen Fassungsrändern (16) umfaßt, daß von der Oberseite des Steges (38) des Vorsatz-Brillenteils (32) ein Vorsprung (40) nach rückwärts sich erstreckt, der an der Oberkante des Steges (18) des Primär-Brillenteils (10) und den inneren Seiten der Fassungsränder (16) im über das Primär-Brillengestell gesetzten Zustand des Vorsatz-Brillenteils anliegt.

10. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das Vorsatz-Brillenteil (32) ein Paar von durch einen Brauensteg (48) verbundenen Fassungsrändern umfaßt, daß das Primär-Brillenteil (10) ein Paar von durch einen vorwärts ausgebogenen Steg (46) verbundenen Fassungsrändern (16) umfaßt, daß die Unterkante des Brauensteges (48) an der Oberkante des Primär-Brillensteges (46) aufliegt und daß die Seiten des Steges gegen die inneren Seiten der Fassungsränder des Vorsatz-Brillenteils im über die Primärgestell-Frontseite gesetzten Zustand des Vorsatz-Brillenteils anliegen.

11. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das Vorsatz-Brillenteil (32) oder das Primär-Brillenteil (10) eine Vertiefung (49) an den aneinander anliegenden Flächen aufweist, während das Primär-Brillenteil

oder das Vorsatz-Brillenteil an der der Vertiefung (49) benachbarten Fläche einen Vorsprung (50) hat, der im Übereinandergesetzten Zustand von Vorsatz- und Primär-Brillenteil in die Vertiefung (49) eingesetzt ist.

12. Brillensatz nach Anspruch 1, dadurch gekennzeichnet, daß das Vorsatz-Brillenteil (32) einen oder mehrere nach rückwärts sich erstreckende Ansätze (54) hat, die im Übereinandergesetzten Zustand von Primär- und Vorsatz-Brillenteil an der Oberkante des Primär-Brillengestells anliegen.

0030 8025901208

TIEDTKE-BÜHLING-KINNE-GRUPE-PELLMANN-GRAMS-STRUIF-WINTER-ROTH

Patentanwälte
Vertreter beim EPA
Dipl.-Ing. H. Tiedtke
Dipl.-Chem. G. Bühling
Dipl.-Ing. R. Kinne
Dipl.-Ing. R Grupe
Dipl.-Ing. B. Pellmann
Dipl.-Ing. K. Grams
Dipl.-Chem. Dr. B. Struif
Dipl.-Ing. K. Winter
Dipl.-Ing. R. Roth
Bavariaring 4,
POB 20 24 03
D-8000 München 2

26. Mai 1988
DE 7816

Edmund H.C. Zen
Taipei / Taiwan

Magnetisches Brillengestell und magnetisches Vorsatz-Brillenteil

Die Erfindung bezieht sich auf Brillen und insbesondere auf einen Brillensatz, wobei in Verbindung mit einem Primär-Brillenteil ein Hilfs- oder Vorsatz-Brillenteil zur Anwendung kommt.

Für eine Person, die eine Brille trägt, ist es häufig erwünscht, zur gleichen Zeit eine Kombination aus zwei Paaren von Gläsern zu tragen, indem ein Paar von Vorsatz-Brillengläsern über ein Paar von Primär-Brillengläsern gesetzt wird. Beispielsweise kann ein Paar von Sonnenschutzgläsern oder anderen, nicht verordneten Gläsern über einem Paar von verschriebenen Gläsern getragen werden oder kann ein zweites Paar von Korrektionsgläsern einem Paar von Fernsichtgläsern für ein gelegentliches nahes Lesen od. dgl. zugefügt werden oder kann ein solches weiteres Paar von Korrektionsgläsern durch Personen verwendet wer-

den, deren Tätigkeiten es erfordern, ihr Sehvermögen abwechselnd auf entfernte und nahe Objekte einzustellen. Im folgenden werden die Ausdrücke "Brille", "Brillengläser" und "Gläser" gleichsam austauschbar benutzt, wobei deren Bedeutung ist, daß ein oder mehrere Brillengläser mit oder ohne ein Gestell verwendet werden.

Derartige kombinierte Brillen werden oftmals dadurch zusammengestellt, daß beispielsweise das Vorsatz-Brillenglaspaar an der Vorderseite eines Brillengestells, das die Primärgläser hält und von einer Person getragen wird, angebaut und abgebaut werden. Das Vorsatz-Brillenglaspaar kann so ausgestaltet sein, daß es an der Frontseite des Primär-Brillengestells angeklemmt wird, oder es kann an den Primärgläsern durch Gelenke gehalten werden, so daß es auf- und abgeschwenkt werden kann. Anklemmbare Brillengläser sind unbequem im Gebrauch und ungünstig in einer Tasche des Benutzers zu tragen. Die verschwenkbaren Gläser sind im allgemeinen voluminös und unansehnlich.

Der Erfindung liegt die Aufgabe zugrunde, die oben herausgestellten Nachteile von herkömmlichen Hilfs- oder Vorsatzbrillen zu beseitigen. Hierbei ist es ein Ziel der Erfindung, Vorsatzbrillen zu schaffen, die ohne Schwierigkeiten, jedoch sicher an dem Primär-Brillenglaspaar befestigt werden können. Ein weiteres Ziel der Erfindung liegt in einem Primär-Brillengestell und einem Vorsatz-Brillenteil, die keinerlei Klammern (Clips), Gelenke oder gleichartige Befestigungsmittel benötigen, welche vorragende Teile aufweisen und dem Träger Unbequemlichkeiten bereiten, wenn das Vorsatz-Brillenteil in eine oder aus einer Tasche des Trägers ein- oder ausgebracht oder wenn dieses Teil am Primär-Brillengestell befestigt bzw. von diesem abgenommen wird.



8

Die Aufgabe und die Ziele, die der Erfindung zugrunde liegen, können durch einen Brillensatz gelöst bzw. erreicht werden, der ein erstes Brillenteil mit einer Gestell-Frontseite sowie ein Vorsatz-Brillenteil umfaßt, das über die Frontseite des Primär-Gestells gesetzt werden kann und ein Dauermagnetmaterial aufweist, welches an einer oder mehreren Stellen nahe dem äußeren Rand des Vorsatz-Brillenteils befestigt ist, wobei an der Frontseite des Primär-Gestells an einer oder mehreren Stellen weiches, magnetisches Material fest in einem Teil oder mehreren Teilen angebracht ist, so daß bei einem Aufsetzen des Vorsatz-Brillenteils über die Gestell-Frontseite das Dauermagnetmaterial und das weiche Magnetmaterial in enge Berührung miteinander gebracht werden, um das Vorsatz-Brillenteil an dem Primär-Brillengestell durch magnetische Kräfte festzuhalten.

Zur Verwendung in dem Brillensatz gemäß der Erfindung wird ein Brillenteil vorgesehen, das eine Gestell-Frontseite sowie an dieser Frontseite des Gestells fest angebrachtes weiches Magnetmaterial aufweist. Ferner wird in einer Ausführungsform der Erfindung ein zweites Brillenteil mit einer dem Primär-Gestell zugewandten Fläche mit einem Dauermagnetmaterial versehen, das an der Rückseite des zweiten Brillenteils angebracht ist, oder es wird alternativ ein Paar von randlosen Brillengläsern, an deren Rückseite ein Dauermagnetmaterial befestigt ist, verwendet.

In einer erfindungsgemäßen Ausführungsform haben das Primär- sowie das Vorsatz-Brillenteil jeweils einen Steg mit einer Ober- sowie Unterkante, wobei diese Kanten der Stege jeweils im wesentlichen miteinander fluchten, wenn das Vorsatz-Brillenteil in richtiger Weise über das Primär-Brillenteil gesetzt ist. In einer weiteren Ausführungsform gemäß der Erfindung stimmen jeweils der Außenumfang des Primär- sowie Vorsatz-Brillenteils im wesentlichen dann

(4)

9

26.05.98

überein, wenn das Vorsatz-Brillenteil korrekt über die Frontseite des Primär-Brillenteils gesetzt ist.

Der Erfindungsgegenstand wird unter Bezugnahme auf die Zeichnungen anhand von bevorzugten Ausführungsbeispielen erläutert. Es zeigen:

Fig. 1 eine perspektivische Darstellung eines Satzes aus einer ersten, an der Frontseite mit Magnetmaterial versehenen Brille und einer zweiten randlosen Brille, die ebenfalls mit Magnetmaterial ausgestattet ist;

Fig. 2 eine perspektivische Darstellung eines Satzes aus einer ersten Brille, an deren Gestell magnetisches Material angebracht ist, und einer zweiten Brille mit einem Gestell, das einen kurzen, nach rückwärts gerichteten Vorsprung an der Oberkante seines Steges hat und mit Magnetmaterial versehen ist;

Fig. 3A ein Draufsicht auf den mittigen Teil eines Brillensatzes, wobei die erste Brille einen vorwärts gebogenen Steg und die zweite Brille einen Brauensteg hat;

Fig. 3B die Frontansicht zu Fig. 3A;

Fig. 4A eine Draufsicht auf den mittigen Teil eines Brillensatzes mit einer ersten Brille mit einer Vertiefung im Steg des Gestells und mit einem kurzen, rückwärts gerichteten Vorsprung am Steg der zweiten Brille;

Fig. 4B eine Frontansicht zu Fig. 4A;

Fig. 5A eine Draufsicht auf den mittigen Teil eines Brillensatzes, wobei die zweite Brille mit kurzen, rückwärts gerichteten Vorsprüngen versehen ist, die sich von den oberen, inneren Eckenbereichen der Fassungsränder aus erstrecken;

Fig. 5B die Frontansicht zu Fig. 5A.

26.05.88

Der in Fig. 1 gezeigte Brillensatz gemäß der Erfindung umfabt eine erste oder Primär-Brille 10, die in typischer Weise ein Paar von in einem Gestell 14 gehaltenen Brillengläsern 12 hat. Das Gestell 14 hat eine Frontseite 15 mit einem Paar von zueinander beabstandeten Fassungsrändern 16, die die Gläser 12 halten und durch einen Steg 18 verbunden sind. An der Fassung 16 sind zwei Brillenbügel 20 angebracht, um die Brille am Träger festzulegen. An der Frontseite, d.h. an der vom Träger abgewandten Seite, des Gestells 14 ist magnetisches Material 22 und 22' angebracht, das vorzugsweise ein weiches Magnetmaterial ist. Dieses Magnetmaterial 22, 22' kann eine Schicht aus weichem Material sein, das die Frontseite 15 bedeckt, oder kann aus einer Mehrzahl von zueinander beabstandeten Teilen des weichen Materials bestehen, wie gezeigt ist, wobei dieses Material entweder in die Frontseite 15 des Gestells eingebettet oder an der Oberfläche der Frontseite 15 angebracht sein kann. Auch können kleine Partikel des weichen Magnetmaterials in einer Matrix aus Kunststoff, aus dem die Gestell-Frontseite gebildet ist, verteilt sein.

Das Gestell 14 und dessen verschiedene Teile, einschließlich der Frontseite 15, werden bevorzugterweise aus einem Kunstharz, wie Zelluloid, Zelluloseazetat, Epoxidharz, Nylon od. dgl., gefertigt. Ein solches Material läßt das leichte Einbetten des weichen Magnetmaterials in dieses oder das Anbringen des Magnetmaterials an der Gestell-Frontseite 15 oder nahe deren Frontfläche zu.

Das an der Frontseite 15 verwendete Magnetmaterial 22 ist vorzugsweise ein weiches Material von hoher Permeabilität und niedriger Koerzitivkraft. Ein geeignetes weiches Magnetmaterial zur Verwendung bei dem Erfindungsgegenstand ist Nakano Permalloy PB, erhältlich von Nakano Permalloy Co.Ltd.,

3821039

Tokyo (Japan). Dieses Material (Nakano Permalloy PB) hat eine maximale Permeabilität von 35 000 - 70 000 µm und eine Koerzitivkraft von 0.15 Oe.

Wie die Fig. 1 zeigt, besteht die Vorsatzbrille 24 aus einem Paar von randlosen Gläsern 26, z.B. aus einer einstökkigen Brille aus Akrylharz od. dgl. mit zwei Gläsern 26, die durch einen Steg 28 verbunden sind. Teile oder Abschnitte eines magnetischen Materials 30, vorzugsweise eines Dauermagnetmaterials, sind an der oberen Rückfläche eines jeden der beiden Gläser 26 an Stellen fest angebracht, die im wesentlichen den Teilen 22, 22' an der Gestell-Frontseite 15 entsprechen. Ferner sind Teile desselben Dauermagnetmaterials 30' in gleichartiger Weise an der unteren Rückfläche der Gläser 26 an den Teilen 22' am Brillengestell 14 entsprechenden Stellen befestigt. Die magnetischen Teile können beispielsweise eine Fläche von 30 x 5 mm² für eine breite Fassungsrand-Frontseite einnehmen. Die Dicke der Teile kann im Bereich von annähernd 1 mm - 1,5 mm liegen.

Das für die Vorsatzbrille 24 verwendete Magnetmaterial ist vorzugsweise ein Dauermagnetmaterial, beispielsweise Plastiform-Brand-Magnetmaterial (ein flexibler Dauermagnet), das von 3M-Company (USA) erhältlich ist und ein maximales Energieprodukt oberhalb $1 \times 10^6$ GOe hat, oder es kann ein anderes, kunststoff- oder harzgebundenes, starres Dauermagnetmaterial sein, das noch sehr viel höhere Energieprodukte hat, z.B. ein Ba-Fe-, ein Sr-Fe-Magnet von Tokin Corp. und ein Sm-Co-Magnet von Teijin Engineering, Ltd., die beide japanische Firmen sind.

Vorzugsweise stimmt die Gestalt der zweiten Brille oder Vorsatzbrille im wesentlichen mit der Gestalt des Gestells 14 überein, wobei der Umriß der Vorsatzbrille im wesentli-



chen der Ausgestaltung des Gestells 14 entspricht, wenn sie über die Gestell-Frontseite 15 in richtiger Weise gesetzt ist.

In manchen Fällen mögen die Primärbrille 10 und die Vorsatzbrille 24 nicht exakt miteinander für eine Überlagerung übereinstimmen. Deshalb können die Magnete 30 und 30' an der Rückseite der Vorsatzbrille 24 mit einem geeigneten Kleber befestigt werden, z.B. Loctite Cyanoakrylat von Loctite (Irland) Ltd., Dublin (Irland), und die gummi- oder kunststoffgebundenen Magnete können auf einfache Weise mit simplen Werkzeugen gestaltet werden, um sie der Frontseite 15 anzupassen, wenn die Vorsatzbrille 24 der Frontseite 15 überlagert wird.

Wenngleich der Außenumfang des Vorsatz-Brillenteils 24 in erheblichem Maß nicht mit demjenigen der Frontseite der ersten Brille 10 übereinstimmt, wie in Fig. 1 gezeigt ist, so haben jedoch die Stege 18 und 28 gewünschterweise dieselbe Höhe, wobei die oberen sowie unteren Kanten miteinander fluchten, wenn die Vorsatzbrille 24 in richtiger Weise über die erste Brille 10 gesetzt wird, so daß sie als eine Positioniereinrichtung, die die richtige Übereinanderlagerung sicherstellt, dienen. Wenn beispielsweise der Träger die Vorsatzbrille 24 an ihrem Steg 28 erfaßt, um sie über die erste Brille 10 zu setzen, die er bereits trägt, dann erkennt der Träger, daß beide Brillen korrekt übereinanderliegen, wenn seine Finger die Übereinstimmung der Stege miteinander fühlen.

Die Fig. 2 zeigt eine andere erfindungsgemäße Ausführungsform, wobei die Primärbrille 10 derjenigen von Fig. 1 mit der Ausnahme entspricht, daß Magnete 22' an der Außenseite der Fassungsränder 16 angebracht sind. Das Vorsatz-Brillenteil 32 hat ein Gestell 33 mit zwei Fassungsrändern 34.

26.05.98

die die Gläser 36 halten und durch einen Steg 38 verbunden sind, welcher einen rückwärts gerichteten, von seiner Oberkante ausgehenden Vorsprung oder Ansatz 40 aufweist. Wenn die Vorsatzbrille 32 über die erste Brille 10 gesetzt wird, stößt die untere Fläche des Ansatzes 40 an der Oberseite des Steges 18 an oder ruht auf dieser Oberseite und den innenliegenden Teilen der Fassungsränder 16, die in den Steg 18 eingehen, auf. Durch dieses Zusammenwirken wird eine Positioniereinrichtung geschaffen, die eine unerwünschte Bewegung der Vorsatzbrille 32 mit Bezug zur Primärbrille 10 während des Gebrauchs verhindert.

Das Vorsatz-Brillenteil, das Schutz- oder Korrektionsgläser hat, wird über die Gestell-Frontseite 15 gesetzt, um beispielsweise den Träger gegen für die Augen gefährliche Strahlen zu schützen oder um eine weitere Korrektur zu liefern, so daß der Träger Objekte an einer näher- oder fernergelegenen Position betrachten kann, als es durch die Gläser 12 der Primärbrille 10 möglich ist.

Es ist vorzuziehen, daß die vordere Fläche der Frontseite 15 des Gestells 14 in ihrer Gestalt mit der rückwärtigen Fläche des Gestells 33 der Vorsatzbrille 32 übereinstimmt und daß die vorderen Flächen der eingesetzten Magnete 22, 22' bündig mit der jeweiligen Fassungs-Frontfläche sind. Gleicherweise ist es erwünscht, daß die rückwärtigen Flächen der Magnete 42 und 42', die in die äußeren Teile und die Rückfläche der Fassungsränder 34 eingesetzt sind, bündig mit den Rückflächen der jeweiligen Ränder sind, und daß die Magnete 42, 42' an ihren jeweiligen Rändern so angeordnet sind, daß sie den Stellen der Magnete 22, 22' in der Fassung 16 entsprechen. Beispielsweise können die Magnete 22, 22' einen Flächenbereich von 140 mm² und die Magnete 42, 42' einen Flächenbereich von etwa 75 mm² aufweisen. Die Dicke eines jeden der Magnete kann annähernd 1 mm betragen.

14

25.05.98

Die Materialien, die für die Fassungen 16 und 34 verwendet werden, sowie die Magnetmaterialien 22, 22' und 42, 42' sind die gleichen, wie vorher beschrieben wurde.

Die Fig. 3A - 5B sind Drauf- bzw. Frontansichtne des mittigen Teils der Primärbrillen 10 und der Vorsatz-Brillenteile 32, wobei verschiedene Ausführungsformen gemäß der Erfindung dargestellt sind, die in geeigneter Weise das Ansetzen der Vorsatzbrille über der Primärbrille 10 unterstützen.

Im Fall der Fig. 3A und 3B hat die Primärbrille 10 einen vorwärts ausgebogenen oder gekrümmten Steg 46, während die Vorsatzbrille 32 einen Brauensteg 48 hat, dessen untere Fläche auf dem Steg 46 ruht oder gegen dessen Oberkante anstößt. Die Seiten des Steges 46 liegen an den Innenseiten der Fassungsränder 16 der Vorsatzbrille 32 an, wenn die beiden Brillen übereinandergesetzt sind.

Bei der Ausführungsform von Fig. 4A und 4B ist der Steg 46 mit einer Vertiefung 49 an seiner Frontseite annähernd in deren Zentrum versehen, während der Steg 38 der Vorsatzbrille 32 einen kurzen, rückwärtigen Vorsprung 50 hat, der von der Rückseite des Steges 38 ausgeht und sich in Gegenüberlage zur Vertiefung 49 befindet. Wenn die Vorsatzbrille 32 in richtiger Weise über die Primärbrille 10 gesetzt ist, greift der Vorsprung 50 in die Vertiefung 49 ein, wodurch das Positionieren der Vorsatzbrille über der Primärbrille 10 erleichtert wird.

Bei der Ausführungsform nach den Fig. 5A und 5B sind die inneren, oberen Eckenbereiche 52 der Fassungsränder 34 mit kurzen, rückwärtigen Ansätzen oder Vorsprüngen 54 versehen, die an den oberen Kanten von der Rückseite der Fassungsränder ausgehen. Die Vorsprünge 54 liegen oben auf den inneren Eckenteilen der Fassungsränder 16 der Primärbrille 10

15

26.05.98

auf, wenn die Vorsatzbrille 32 und die Primärbrille 10 einander überlagert sind.

Ein Brillensatz gemäß der Erfindung umfaßt eine Primärbrille mit einer Frontseite eines Brillengestells und eine Vorsatz-Schutz- oder Korrektionsbrille, die über die Frontfläche der Primärbrille gesetzt und durch Magnetkraft an dieser befestigt werden kann. Das Primär-Brillengestell enthält an der Frontseite ein weiches Magnetmaterial, während die Vorsatzbrille, die eine randlose Brille oder eine solche mit einem Gestell sein kann, an ihrer Rückseite mit einem Dauermagnetmaterial versehen ist.

Wenngleich die Erfindung unter Bezugnahme auf einen bestimmten Aufbau und eine bestimmte Ausführungsform erläutert wurde, so ist sie auf die dargestellen Einzelheiten nicht begrenzt, sondern umfaßt alle Abwandlungen und Abänderungen, die dem Fachmann bei Kenntnis der vermittelten Lehre an die Hand gegeben sind und in den Rahmen der Ansprüche fallen.



FIG. 1
10
12
14
15
16
20
22
22'
26
28
30
30'



FIG. 2.

