26-05-81

FIG. 3A.



FIG. 3B.



FIG. 4A.



FIG. 4B.

FIG. 5A.



FIG. 5B.



# ₁ B E N E M A N N   T R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



## FEDERAL REPUBLIC OF GERMANY
## GERMAN PATENT OFFICE

**Utility Patent**                                                            U1

(11) Document number          G 88 06 898.6

(51) Main classification      G020 9/04                    **RECEIVED**

(22) Application date          5/26/88                      **MAR 1 7 1998**

(47) Registration date        9/15/88                      FLIESLER DUBB,
                                                           MEYER & LOVEJOY

(43) Date of publication      10/27/88

(30) Priority                 4/4/88 US 177178

(54) Name of the object
                              Magnetic glasses frame and magnetic attached glasses part

(71) Name and residence of the owner
                              Zen, Edmund H.C., Chungho, Taipei, TW

(74) Name and residence of the representatives
                              Tiedtke, H., Academically Qualified Engineer
                              Bühling, G., Academically Qualified Chemist
                              Kinne, R., Academically Qualified Engineer
                              Grupe, P., Academically Qualified Engineer
                              Pellmann, H., Academically Qualified Engineer
                              Grams, K., Academically Qualified Engineer
                              Struif, B., Academically Qualified Chemist, Dr. of Natural
                                  Science
                              Winter, K., Academically Qualified Engineer
                              Roth, R., Academically Qualified Engineer
                              Patent Attorneys, 8000 Munich

*[Handwritten: (3) Mr. Zen's German Patent Dated 1988.]*

**Second German Patent**

## 2 B E N E M A N N   T R A N S L A T I O N   C E N T E R



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

TIEDTKE-BÜHLING-KINNE-GRUPE-PELLMANN-GRAMS-STRUIF-WINTER-ROTH

[illegible]

Patent Attorneys
Representatives at [illeg.]
Tiedtke, H., Dipl.-Ing.
Bühling, G., Dipl.-Chem.
Kinne, R., Dipl.-Ing.
Grupe, P., Dipl.-Ing.
Pellmann, H., Dipl.-Ing.
Grams, K., Dipl.-Ing.
Struif, B., Dipl.-Chem., Dr.-rer.nat.
Winter, K., Dipl.-Ing.
Roth, R., Dipl.-Ing.
Bavariaring 4
PCB 20 24 03
D-8000 Munich 2

May 26, 1988
DE 7816

## CLAIMS

1. A pair of glasses having a primary glasses part exhibiting a front side and having an attached glasses part to be placed over the front side of the primary glasses part, characterized in that a piece or a plurality of pieces of a soft, magnetic material (22, 22') is arranged fixedly on the primary frame-front side (15) at one or a plurality of points and in that a permanent magnetic material (30, 30', 42, 42') is fixedly secured at one or a plurality of points of the attached glasses part (24, 32), which permanent magnetic material holds the attached glasses part (24, 32) that is placed over the primary frame-front side (15) by means of the close contact of the permanent magnetic material and the soft magnetic material in order to hold the attached glasses part in its position on the primary frame-front side.

Tel.:   0 89-53 96 53
Telex:  5-24 845 tipet

Fax:   0-89-53-73-77
Cable:  Germantapetenx München

[illegible bank information]

3 **B E N E M A N N   T R A N S L A T I O N   C E N T E R**



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

- 2 -

2. Glasses having a frame-front side, characterized in that a soft magnetic material (22, 22') is secured to the front side (15) of the glasses frame (14).

3. Glasses having a frame-front side, characterized in that a permanent magnetic material (42, 42') is secured to the back surface opposite the front side.

4. Rimless glasses having a pair of lenses, characterized in that a permanent magnetic material (30, 30') is secured to the back side of the lenses (26) in the vicinity of their outer circumference.

5. The pair of glasses as defined in Claim 1, characterized in that the soft magnetic material (22, 22') is secured to the front side (15) of the primary glasses frame (11) and the attached glasses part (32) has an attached glasses frame (33) with a front surface on the back side of which a permanent magnetic material (42, 42') is secured.

6. The pair of glasses as defined in Claim 1, characterized in that the soft magnetic material (22, 22') is secured to the front side (15) of the primary glasses frame (14) and that the attached glasses part (24) comprises a pair of rimless lenses (26) on the back surface of which a permanent magnetic material (30, 30') is secured.

7. The pair of glasses as defined in Claim 1, characterized in that the primary as well as the attached glasses part (10, 24, 32) have a bridge (18, 28) with an upper and a lower edge and the upper and lower edges of the bridges are essentially flush against one another at the front side of the primary glasses frame (14) when the attached glasses part is in its attached state.

## ₄ B E N E M A N N  T R A N S L A T I O N  C E N T E R



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

- 3 -

8. The pair of glasses as defined in Claim 1, characterized in that the outer circumference of the front side of the primary glasses frame (14) and the back side of the attached glasses frame (33) correspond essentially with one another when the attached glasses part is in a state wherein it is placed over the primary glasses frame.

9. The pair of glasses as defined in Claim 1, characterized in that the primary as well as the attached glasses part (10, 32) exhibit a bridge (18, 38), that the primary glasses part comprises a pair of mounting edges (16) connected by means of the bridge (18), that a projection (40) extends backward from the upper side of the bridge (38) of the attached glasses part (32), which projection is adjacent to the upper edge of the bridge (18) of the primary glasses part (10) and to the inside of the mounting edges (16) when the attached glasses part is in a state wherein it is placed over the primary glasses frame.

10. The pair of glasses as defined in Claim 1, characterized in that the attached glasses part (32) comprises a pair of mounting edges connected by means of a brow bridge (48), that the primary glasses part (10) comprises a pair of mounting edges (16) connected by means of a forward-curving bridge (46), that the lower edge of the brow bridge (48) is adjacent to the upper edge of the primary glasses bridge (46) and that the sides of the bridge are adjacent to the inside of the mounting edges of the attached glasses part when the attached glasses part is in a state wherein it is placed over the primary frame-front side.

11. The pair of glasses as defined in Claim 1, characterized in that the attached glasses part (32) or the primary glasses part (10) exhibits an indentation (49) on the surfaces adjacent to one another, while the primary glasses part or the attached glasses part has a projection (50) on the surface adjacent to the indentation (49), which projection is inserted into the indentation (49) when the attached glasses part is in a state wherein it is placed over the primary glasses part.

<sub>5</sub>**B E N E M A N N   T R A N S L A T I O N   C E N T E R**



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

- 4 -

12. The pair of glasses as defined in Claim 1, characterized in that the attached glasses part (32) has one or a plurality of backward-extending protrusions (54) that are adjacent to the upper edge of the primary glasses frame when the attached glasses part is in a state wherein it is placed over the primary glasses frame.

# 6 BENEMANN TRANSLATION CENTER



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

## TIEDTKE-BÜHLING-KINNE-GRUPE-PELLMANN-GRAMS-STRUIF-WINTER-ROTH

[illegible]

Patent Attorneys
EPA Representatives
Tiedtke, H., Dipl.-Ing.
Bühling, G., Dipl.-Chem.
Kinne, R., Dipl.-Ing.
Grupe, P., Dipl.-Ing.
Pellmann, H., Dipl.-Ing.
Grams, K., Dipl.-Ing.
Struif, B., Dipl.-Chem., Dr.-rer.nat.
Winter, K., Dipl.-Ing.
Roth, R., Dipl.-Ing.
Bavariaring 4
PCB 20 24 03
D-8000 Munich 2

May 26, 1988
DE 7816

### Edmund H.C. Zen

### Taipei / Taiwan

### Magnetic glasses frame and
### magnetic attached glasses part

The invention relates to a pair of glasses and particularly a set of glasses wherein an auxiliary or attached glasses part is used in combination with a primary glasses part.

For a person who wears glasses, it is often desired to be able to wear a combination of two pairs of glasses at the same time wherein one pair of attached glasses lenses is placed over a pair of primary glasses lenses. For example, a pair of sunglasses or other non-prescription lenses is worn over a pair of prescription lenses or a second pair of corrective lenses for far-sighted lenses for comfortable close reading or something similar can be added or such a

Tel.:   0 89-53 96 53          Fax:   0-89-53-73-77          [illegible bank information]
Telex:  5-24 845 tipet         Cable: Germantapetenx München

₇ B E N E M A N N   T R A N S L A T I O N   C E N T E R



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

- 6 -

second pair of corrective lenses can be used by people whose activities require them to adjust alternately between near and far objects. The expressions "glasses", "glasses lenses" and "lenses" will be interchangeably used below, whereby it is meant that one or a plurality of glasses lenses are used with or without a frame.

This type of combined glasses is often composed of the attached glasses pair, for example, on the front side of a glasses frame that holds the primary lenses and is worn by someone, being attached and detached. The attached pair of glasses can be configured such that it clamps to the front side of the primary glasses frame or it can be held to the primary lenses by means of joints so that it can be pivoted up and down. Clampable glasses are uncomfortable to use and impractical to carry in a user's carry-all. The pivotable glasses are generally bulky and unattractive.

The object of the invention is to eliminate the aforementioned disadvantages of traditional auxiliary or attached glasses. It is thus a goal of the invention to create attached glasses that can be secured safely, but without difficulties, to the primary pair of glasses. Another goal of the invention is to create a primary glasses frame and an attached glasses part that does not require clamps (clips), hinges or this type of securing device in any way, which exhibits protruding parts and cause the wearer discomfort if the attached glasses part is inserted or withdrawn from a user's carry-all or if this part is secured or removed from the primary glasses frame.

The object and goals of the invention can be accomplished or achieved by means of a set of glasses that comprises a first glasses part having a frame-front side as well as an attached glasses part that can be placed over the front side of the primary frame and exhibits a permanent magnetic material,

# 8 B E N E M A N N  T R A N S L A T I O N  C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 7 -

which is secured at one or a plurality of points near the outer edge of the attached glasses part, wherein soft, magnetic material is fixedly secured at one or a plurality of parts on the front side of the primary frame at one or a plurality of points so that when the attached glasses part is placed over the frame-front side, the permanent magnetic material and the soft magnetic material are brought into close contact with one another in order to hold the attached glasses part tightly to the primary glasses frame by means of magnetic force.

The glasses part provided for use in the set of glasses in accordance with the invention exhibits a frame-front side and soft magnetic material fixedly secured to this front side. In addition, in one version of the invention, a second glasses pair is used with a surface facing the primary frame, which surface is provided with a permanent magnetic material that is secured to the back side of the second glasses part or alternatively a [illegible] from rimless glasses lenses on the back side of which a permanent magnetic material is secured.

In a specific version according to the invention, the primary and the attached glasses part each have a bridge with an upper and lower edge, wherein these edges of the bridges are essentially flush against one another if the attached glasses part is correctly placed over the primary glasses part. In further version in accordance with the invention, the outer circumference of the primary and of the attached glasses part are essentially congruent with one another if the attached glasses part is correctly placed over the front side of the primary glasses part.

9 B E N E M A N N   T R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 8 -

The object in the invention and preferred exemplary versions are described in reference to the figures.  They show:

Fig. 1        A perspective view comprising a set of a first pair of glasses provided with magnetic
              material on the front side and a second, rimless pair of glasses that is also equipped
              with magnetic material;

Fig. 2        A perspective view comprising a set of a first pair of glasses having magnetic material
              secured to its frame and a second pair of glasses having a frame with a short,
              backward-aligned projection on the upper edge of its bridge and having a magnetic
              material;

Fig. 3A       A top view of the center part of a glasses set, wherein the first pair of glasses has a
              forward-curving bridge and the second pair of glasses has a brow bridge;

Fig. 3B       The front view of Fig. 3A;

Fig. 4A       A top view of the center part of a glasses set having a first pair of glasses with an
              indentation in the bridge of the frame and having a short, backward-aligned projection
              on the bridge of the second pair of glasses.

Fig. 4B       A front view of Fig. 4A;

Fig. 5A       A top view of the center part of a glasses set, wherein the second glasses is provided
              with short, backward-aligned projections that extend from the upper, inner corner areas
              of the mounting edges;

Fig. 5B       The front view of Fig. 5A.

₁₀**B E N E M A N N   T R A N S L A T I O N   C E N T E R**

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 9 -

The set of glasses in accordance with the invention illustrated in Fig. 1 comprises a first or a primary pair of glasses 10, which has a pair of lenses 12 retained in a frame 14 in the typical manner. Frame 14 has a front side 15 with a pair of mounting edges 16 that are spaced apart from one another and that hold lenses 12 and that are connected by means of a bridge 18. Two lens brackets 20 are secured to mounting 16 in order to hold the glasses tightly on the wearer. A magnetic material 22 and 22', preferably a soft magnetic material, is secured to the front side, that is on the side opposite the wearer, of frame 14 . This magnetic material 22, 22' can be a layer of soft material that covers front side 15 or can consist of a plurality of parts of the soft material that are spaced apart from one another, as illustrated, wherein this material is either embedded in front side 15 of the frame or is applied to the surface of front side 15. Small particles of soft magnetic material can also be dispersed in a matrix of plastic from which the frame-front side is formed.

Frame 14 and its various parts, including front side 15, are preferably produced of a plastic resin, such as celluloid, cellulose acetate, epoxy resin, nylon or similar material. Such a material allows for easy embedding of soft magnetic material into this or for the application of magnetic material on the frame-front side 15 or near its front surface.

Magnetic material 22 used on front side 15 is preferably a soft material with high permeability and low coercive force. A suitable soft magnetic material for use in the object of the invention is Nakano Permalloy PB, obtainable from Nakano Permalloy Co. Ltd.,

**₁₁B E N E M A N N   T R A N S L A T I O N   C E N T E R**



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

- 10 -

Tokyo (Japan). This material (Nakano Permalloy PB) has a maximum permeability of 35,000 – 70,000 m and a coercive force of 0.15 Oe.

As illustrated in Fig. 1, the attached pair of glasses 24 consists of a pair of rimless lenses 26, for example, of a single-piece glasses of acrylic resin or similar with two lenses 26 that are connected by means of a bridge 28. Parts or sections of a magnetic material 30, preferably a permanent magnetic material, are fixedly secured to the upper back surface of each of the two lenses 26, which essentially correspond to parts 22, 22' on frame-front side 15. Further, parts of the same permanent magnetic material 30' are secured in the same manner to the lower back surface of lenses 26 on parts 22' on glasses frame 14 at corresponding points. The magnetic parts can, for example, take up a surface of 30 x 5 mm2 for a wide mounting edge front side. The thickness of the parts can be within a range of approximately 1 mm – 1.5 mm.

The magnetic material used for attached pair of glasses 24 is preferably a permanent magnetic material, for example, Plastiform brand magnetic material (a flexible permanent magnet), which is obtained from [illegible] Company (USA) and has a maximum energy product above 1 x 106 MGOe or it can be another, plastic or resin-bound rigid permanent magnetic material, which has much higher energy products, for example, a Ba-Fe or an Sr-Fe magnet from Tokin Corp. and an Sm-Co magnet from Teijin Engineering, Ltd., which are both Japanese companies.

The shape of the second pair of glasses or attached glasses preferably corresponds essentially to the shape of frame 14, wherein the contour of the attached pair of glasses corresponds essentially to the outer shape of frame 14 if they are placed over frame-front side 15 in the correct manner. In some cases, primary glasses 10 and attached glasses 24 do not

₁₂B E N E M A N N   T R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 11 -

correspond precisely to one another for overlay.  Therefore, magnets 30 and 30' can be secured to the back side of attached glasses 24 by means of a suitable adhesive, for example, Loctite Cyanoakrylat from Loctite (Ireland) Ltd., Dublin (Ireland) and the rubber or plastic-bound magnets can be configured in a straightforward manner using simple tools to adjust the magnets to front side 15 when attached glasses 24 are placed over front side 15.

Although the outer circumference of attached glasses part 24 does not correspond with the applicable front side of first glasses 10, as illustrated in Fig. 1, bridges 18 and 28 then still have the desired same level, wherein the upper and lower edges align with one another when attached glasses 24 are correctly placed over first glasses 10 so that the bridges serve as a positioning apparatus that ensures the correct overlay position.  If the wearer grasps attached glasses 24 at its bridge 28, for example, to place them over first glasses 10 that he is already wearing, then the wearer recognizes that both glasses are placed over one another correctly if he feels the correspondence of the bridges with one another with his fingers.

Fig. 2 illustrates another specific embodiment in accordance with the invention, wherein primary glasses 10 correspond to those of Fig. 1 with the exception that magnets 22' are secured to the outside of mounting edges 16.  Attached glasses part 32 has a frame 33 with

₁₃**B E N E M A N N   T R A N S L A T I O N   C E N T E R**

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 12 -

two mounting edges 34 that hold lenses 36 and are connected by means of bridge 38, which exhibits a backward-aligned projection or protrusion 40 from its upper edge. If attached glasses 32 are placed over first pair of glasses 10, the lower surface of protrusion 40 impacts against upper side of bridge 18 or contacts on this upper side and the inside parts of mounting edges 16, which go into bridge 18. A positioning apparatus is achieved by means of this interaction, which apparatus prevents undesired movement of attached glasses 32 with regard to primary glasses 10 during use.

The attached glasses part having protective or corrective lenses is placed over frame-front side 15, for example, to protect the wearer's eyes against hazardous rays or to provide further correction so that the wearer can consider objects from a closer or further position than was possible by means of lenses 12 of primary glasses 10.

It is preferable that the front surface of front side 15 of frame 14 corresponds in its shape to the backward-facing surface of the frame 33 of attached glasses 32 and that the forward surfaces of inserted magnets 22, 22' are flush with the respective mounting front surface. Likewise, it is desirable that the backward-facing surfaces of the magnets 42 and 42', which are inserted into the outside parts and the back surface of mounting edges 34, are flush with the back surfaces of the respective edges and that magnets 42, 42' are disposed on their respective edges such that they correspond to the points of magnets 22, 22' in mounting 16. Magnets 22, 22' can exhibit a surface area of 140 mm2 and magnets 19, 19' a surface area of approximately 75 mm2, for example. The thickness of each of the magnets can be approximately 1 mm.

14B E N E M A N N   T R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 13 -

The materials used for mountings 16 and 34 [illegible] [illegible] the magnetic materials 22, 22' and 42, 42' are the same as described above.

Figs. 3A – 5B are top and front views of the center part of primary glasses 10 and attached glasses part 32, wherein different specific versions in accordance with the invention are illustrated, which versions support the placement of attached glasses over primary glasses 10 in a suitable manner.

In the case of Figs. 3A and 3B, primary glasses 10 have a forward-curving or bent bridge 46, while attached glasses 32 have a brow bridge 48, the lower surface of which contacts on bridge 46 or impacts against its upper edge. The sides of bridge 46 are adjacent to the inside of mounting edges 16 of attached glasses 32 if both pairs of glasses are placed over one another.

In the specific version in Figs. 4A and 4B, bridge 46 is provided with an indentation 49 on its front side approximately in its center, while bridge 38 of attached glasses 32 has a short, backward-facing projection 50, extending from the back side of bridge 38 and which fits in indentation 49 in the placed-over position. If attached glasses 32 are placed correctly over primary glasses 10, projection 50 extends into indentation 49, whereby it is easier to position the attached glasses over primary glasses 10.

In the specific version according to Figs. 5A and 5B, the longer, upper corner areas 52 of mounting edges 24 are provided with short, backward-facing protrusions or projections 54 that extend from the upper edges of the back side of the mounting edges. Projections 54 lie above

15**B** E N E M A N N   **T** R A N S L A T I O N   **C** E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



- 14 -

on the inner corner parts of mounting edges 16 of primary glasses 10 if attached glasses 32 and primary glasses 10 are placed over one another.

A pair of glasses in accordance with the invention comprises a primary pair of glasses having a front side of a glasses frame and an attached protective or corrective pair of glasses that is placed on the front surface of the primary glasses and which can be secured thereto by means of magnetic force. The primary glasses frame has a soft magnetic material on its front side, while the attached glasses, which can be a rimless pair of glasses or a pair with a frame, are provided with a permanent magnetic material on its back side.

Although the invention is explained with reference to a specific configuration and a specific version, it is not limited to the details presented, rather encompasses all derivations and modifications that could be obvious to a technician and are within the scope of the claims.

## 16 **B E N E M A N N   T R A N S L A T I O N   C E N T E R**

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



(AFFIDAVIT)
State of California          )
City and County of San Francisco )SS:                    March 17, 1998


This is to certify that the attached translation is a true and correct rendition into English of the German-language transcription of the German patent for **Mr. Edmund Zen,** to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo

ENEMANN TRANSLATION   ID   5-982-1122         JAN 1' 8   17:18 No.020 P.03

B E N E M A N N   ſ R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com



[Translation from Japanese into English]

(12) PATENT DISCLOSURE OF A DESIGN OF PRACTICAL UTILITY (U)

(11) Patent Application Disclosure (Kokai) Number: 02-109325
[translator's note: "02" could also be "90" indicating the year of the application]

(43) Date of Disclosure (Laid Open): August 31, 1990

(51) Int. Cl/illegible superscript/.   Identif. Symbol     Intra-Office File Number
G 02 C 9/00                                                 7029-2H

Number of Inventions: 1 (Total of 3 pages)
Request for Examination: Requested

(54) Name of the Invention:     SUNGLASS ATTACHMENT FIXTURE

(21) Application Number:           01-17574
[translator's note: "01" could also be "89" - see first note]

(22) Filing Date:                 February 17, 1989

(72) Inventor:     Hideki Sadanaga
        c/o Murai Corporation
        1-10 Mayacho(?), Fukui City, Fukui Prefecture

(71)    Applicant: Murai Corporation
        1-10 Mayacho(?), Fukui City, Fukui Prefecture

(74)    Agent: Kazunobu Sera - Patent Attorney

/illegible/ Specification of the Design of Practical Utility

A secondary anchor point is established on the eyeglasses to which the sunglasses
will affix, and a primary anchor point is established on the sunglasses to which the
aforementioned secondary anchor point will affix, and the characteristic feature of
this sunglass attachment fixture is one that joins the aforementioned primary and
secondary anchor points to one another with the use of a magnet.

# BENEMANN ₁RANSLATION CENTER



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

**Simple Explanation of the Diagram**

Figure 1 is the frontal diagram of prescription eyeglasses, and figure 2 is the frontal diagram of the sunglass attachment which will be affixed to the prescription eyeglasses, and figure 3 is the frontal diagram of the sunglass attachment affixed to the prescription eyeglasses, and figure 4 is the side view diagram of the sunglass attachment fixture, and figure 5 is the enlarged diagram of the attachment fixture, and "i" is a plan diagram, and "ro" is a frontal diagram, and figure 6 is the enlarged diagram of the attachment fixture, and "i" is the frontal diagram, and "ro" is the side view diagram, and figure 7 indicates the cross section diagram of the attachment fixture, and "i" is the partial cross section diagram of the secondary anchor point, and "ro" is the partial cross section of the primary anchor point, and figure 8, figure 9, and figure 11 is the frontal diagram of the sunglasses of prior technology for prescription glasses, and figure 10 is the plan diagram of sunglasses with the prescription glasses of prior technology, and figure 12 is the side view diagram of sunglasses of prior technology.

**Description of Keys**

1. Prescription Eyeglasses
2. Lens Frame
3. Bridge
4. Side piece
5. Secondary Joint
11. Sunglasses
12. Circular Frame
13. Brow Bar
14. Primary Joint

**Brief Explanation of Figures**

**Figure 1**

1. Prescription Eyeglasses
2. Lens Frame
3. Bridge
4. Side piece
5. Secondary Joint

NEMANN TRANSLATION    ID:  5-982-1122         JAN 16 '9   17:20 No.020 P.05

# B E N E M A N N   T R A N S L A T I O N   C e N T E R



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
brcweb@ix.netcum.com
http://www.translate.com

Figure 2

11.   Sunglasses
12.   Circular Frame
13.   Brow Bar
14.   Primary Joint

[59]

(AFFIDAVIT)
State of California              )
City and County of San Francisco )SS:                    January 16, 1998

This is to certify that the attached translation is a true and correct rendition into English of the Japanese-language document to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo

APR 08 '98  10:12PM 886+5+2207632                                                  P.1

**PCT**

WELTORGANISATION FÜR GEISTIGES EIGENTUM
Internationales Büro
INTERNATIONALE ANMELDUNG VERÖFFENTLICHT NACH DEM VERTRAG ÜBER DIE
INTERNATIONALE ZUSAMMENARBEIT AUF DEM GEBIET DES PATENTWESENS (PCT)

| (51) Internationale Patentklassifikation 5 : | | (11) Internationale Veröffentlichungsnummer: | WO 90/09611 |
|---|---|---|---|
| G02C 9/00 | **A1** | (43) Internationales Veröffentlichungsdatum: | 23. August 1990 (23.08.90) |

(21) Internationales Aktenzeichen:          PCT/DE90/00098

(22) Internationales Anmeldedatum:  14. Februar 1990 (14.02.90)

(30) Prioritätsdaten:
P 39 05 041.6      18. Februar 1989 (18.02.89)      DE
P 39 19 489.2      14. Juni 1989 (14.06.89)         DE
P 39 20 879.6      26. Juni 1989 (26.06.89)         DE
P 39 21 987.9      4. Juli 1989 (04.07.89)          DE
P 39 24 785.6      26. Juli 1989 (26.07.89)         DE
P 39 33 310.8      5. Oktober 1989 (05.10.89)       DE

(71)(72) Anmelder und Erfinder: STEMME, Otto [DE/DE];
Heideckstraße 29, D-8000 München 19 (DE).

(72) Erfinder: und
(75) Erfinder/Anmelder (nur für US) : STEMME, Rosalind [SG/
DE]; Heideckstraße 29, D-8000 München 19 (DE).

(81) Bestimmungsstaaten: AT (europäisches Patent), BE (europäisches Patent), CH (europäisches Patent), DE (europäisches Patent), DK (europäisches Patent), ES (europäisches Patent), FR (europäisches Patent), GB (europäisches Patent), IT (europäisches Patent), JP, LU (europäisches Patent), NL (europäisches Patent), SE (europäisches Patent), US.

Veröffentlicht
*Mit internationalem Recherchenbericht.*
*Vor Ablauf der für Änderungen der Ansprüche zugelassenen Frist. Veröffentlichung wird wiederholt falls Änderungen eintreffen.*

(54) Title: FASTENING ARRANGEMENT

(54) Bezeichnung: BEFESTIGUNGSANORDNUNG

(57) Abstract

    Fastening arrangement for fastening accessories to ophtalmic devices, in particular spectacles, by means of permanent magnets. Permanent magnets which possess high magnetic characteristic values such as energy density and remanence are obtained by using alloys containing at least one rare earth element and/or cobalt and/or by making them magnetically anisotropic. This reduces the volume and weight of the permanent magnets, which can therefore be advantageously mounted in spectacle frames, while ensuring reliable fastening of the accessory.

(57) Zusammenfassung

    Für eine Befestigungsanordnung zum Befestigen von Zubehör an Augenvorsätzen - insbesondere Brillen - mit Hilfe von Permanentmagneten wird vorgeschlagen, diese mit hohen magnetischen Kennwerten wie Energiedichte und Remanenz auszustatten, durch Verwendung von Legierungen, die mindestens eine Seltene Erde und/oder Kobalt enthalten und/oder durch ihre Ausbildung mit einer magnetischen Anisotropie und dadurch Volumen und Gewicht der Permanentmagnete im Hinblick auf ihre Unterbringung in Brillengestellen vorteilhafter Weise sehr gering zu halten, wobei gleichzeitig eine zuverlässige Befestigung des Zubehörs gewährleistet wird.

**PCT Patent**

RECEIVED

APR 0 8 1998

FLIESLER, DUBB,
MEYER & LOVEJOY

Case 0:09-cv-61515-MGC   Document 184-18   Entered on FLSD Docket 10/19/2010   Page 22 of 134

- 1 -

Befestigungsanordnung

Die vorliegende Erfindung betrifft eine Befestigungsanord-
nung gemäß Oberbegriff des Anspruches 1.

Augenvorsätze dienen im wesentlichen dem Schutz der Augen -
teilweise auch des Augenbereiches und Gesichtes -, der Kor-
rektion von Fehlsichtigkeit der Augen sowie der Erzeugung
ästhetischer Wirkungen.

Häufig wünscht ein Benutzer, daß ein Augenvorsatz mehrere
Funktionen dieser Art erfüllt.

Ein besonders wichtiges Beispiel ist der Fall eines Augen-
vorsatzes in Gestalt einer Korrektionsbrille, die - zumin-
dest zeitweise - zusätzlich die Funktion einer Blendschutz-
brille übernehmen soll.

Es sind Lösungen bekannt, bei denen in den optischen Strah-
lengang als Zubehörteile Blendschutzgläser gebracht werden,
insbesondere indem an einer Korrektionsbrille als Zubehör-
teil eine Blendschutzbrille abnehmbar befestigt wird. Bei
einer dieser Lösungen können im befestigten Zustand die
Blendschutzgläser in den optischen Strahlengang hinein- und
herausgeklappt werden. Besonders nachteilig bei diesen
Lösungen ist die rein mechanische Art der Befestigung der
Zubehörteile - in diesem Falle der Blendschutzgläser bzw. -
brille - am Augenvorsatz in Gestalt der Korrektionsbrille,

→

APR 08 '98  10:22PM 886+5+2207632                                    P.28

**WO 90/09611**                                          **PCT/DE90/00098**

- 2 -

die - insbesondere unter Verwendung von Klemm- und Feder-
mechanismen - im montierten Zustand ein störend sperriges
Gebilde bedeutet, das an Kleidungsstücken hängenbleibt und
darüber hinaus, als besonders unangenehm empfunden, die
ursprüngliche ästhetische Wirkung der Brille weitgehend
zunichte macht.

Demgegenüber wurde vorgeschlagen, Zubehörteile - insbeson-
dere als Blendschutz oder als Zusatzlinsen mit positiver
Brechkraft im unteren Teil der Brillenlinsen oder als Zier-
element - mit Hilfe von Permanentmagneten lösbar an einer
Brille zu befestigen (DE-OS 17 97 366, FR 9 15 421,
GB 8 55 268, US 27 37 847). Hinsichtlich der Permanentmagne-
te wurde die Verwendung von hochkoerzitivem Dauermagnetmate-
rial vorgeschlagen (DE-OS 17 97 366).

Obwohl es diese Art des Befestigens mit Hilfe von Permanent-
magneten und deren Anziehungskräften (Haftkräften) von Zube-
hör an Brillen ermöglicht, auf einfache, schnelle und zuver-
lässige Weise und unter weitestgehender Vermeidung von
Behinderungen, Gefährdungen und Unbequemlichkeiten für den
Benutzer, optisch wirksame Teile des Zubehörs in den Strah-
lengang der Augen hinein- und aus diesem wieder herauszu-
bringen wie auch anderes, sich im wesentlichen außerhalb des
optischen Augenstrahlenganges befindendes Zubehör an Brillen
lösbar zu befestigen, wobei darüber hinaus wegen des Fehlens
sperriger mechanischer Befestigungselemente die ursprüngli-
che ästhetische Wirkung der Brillen weitestgehend erhalten
bleiben kann, blieb Brillen mit mittels Permanentmagneten zu
befestigendem Zubehör eine Markteinführung bisher praktisch

APR 08 '98  10:13PM 886+5+2207632                           P.3
WO 90/09611                                        PCT/DE90/00098

– 3 –

versagt.

Der Grund hierfür ist hauptsächlich darin zu sehen, daß an
Befestigungsanordnungen zum Befestigen von Zubehör an Augen-
vorsätze – insbesondere Brillen – besondere Anforderungen –
insbesondere geringe, sich ebenso wie ihre Form in das
Brillendesign organisch und ästhetisch einfügende Größe,
geringes Volumen und Gewicht sowie hohe Beschleunigungs-
festigkeit und damit Zuverlässigkeit der Befestigung und
Korrosionsbeständigkeit – zu stellen sind, die nur durch
besondere Ausbildung der Permanentmagnete zu erfüllen sind.

Aufgabe der vorliegenden Erfindung ist es, Permanentmagnete
in Verbindung mit Augenvorsätzen – insbesondere Brillen –
und Zubehör so auszubilden, daß eine Befestigungsanordnung
zum Befestigen des Zubehörs an den Augenvorsätzen – insbe-
sondere Brillen – geschaffen wird, die den voranstehend
genannten, an Befestigungsanordnungen zu stellenden besonde-
ren Anforderungen möglichst weitgehend genügt und die es für
eine modulare, systemartige Reihe von Augenvorsätzen – ins-
besondere Brillen – und Zubehörteilen ermöglicht, auf ein-
fache, schnelle und zuverlässige Weise und unter weitest-
gehender Vermeidung von Behinderungen, Gefährdungen und
Unbequemlichkeiten für den Benutzer, optisch wirksame Berei-
che des Zubehörs in den Strahlengang der Augen hinein- und
aus diesem wieder herauszubringen, wie auch anderes, sich im
wesentlichen außerhalb des optischen Strahlenganges befin-
dendes Zubehör an den Augenvorsätzen – insbesondere Brillen
– lösbar zu befestigen. Dabei soll die ursprüngliche ästhe-
tische Wirkung des Augenvorsatzes möglichst weitgehend er-

5

APR 08 '98  10:23PM 886+5+2207632                                    P.29

WO 90/09611                                         PCT/DE90/00098

- 4 -

halten bleiben.

Die Lösung dieser Augabe erfolgt durch die kennzeichnenden
Merkmale des Anspruches 1. Die Unteransprüche haben vorteil-
hafte Ausgestaltungen der Erfindung zum Inhalt.

Bei im Rahmen der vorliegenden Erfindung durchgeführten Un-
tersuchungen und Erprobungen wurde gefunden, daß auf ein
Zubehörteil, das an einem Augenvorsatz – insbesondere einer
Brille – befestigt ist, im Gebrauch beachtliche Beschleuni-
gungen b wirken können. Diese werden besonders häufig durch
heftige Körper- bzw. Kopfbewegungen hervorgerufen. Noch
höhere Beschleunigungswerte als durch heftige Körper- bzw.
Kopfbewegungen können durch heftige Handbewegungen z.B. mit
einer Brille und vor allem z.B. bei hartem Auflegen eines
Augenvorsatzes – insbesondere einer Brille – auf eine Tisch-
platte oder einen ähnlichen Gegenstand auftreten.

Es hat sich gezeigt, daß mit Beschleunigungswerten bis zu
ungefähr 5 g (g = Erdbeschleunigung), in manchen Fällen
sogar bis zu ungefähr 10 g gerechnet werden kann. Die auf
ein Zubehörteil mit der Masse m wirkende Kraft ist K = mb.
Dementsprechend ergibt sich mit einer Masse m von z.B. 0,025
kg und einer Beschleunigung b von z.B. 5 g eine auf das
Zubehörteil wirkende Kraft K von etwa 1,25 Newton (N), mit
einer Beschleunigung b von 10 g eine Kraft K von 2,5 N.

Bei den im Rahmen der vorliegenden Erfindung durchgeführten
Untersuchungen und Erprobungen wurde zunächst von zwei Per-
manentmagneten ausgegangen, die sich mit zueinander entgegen-

APR 08 '98  10:13PM 886+5+2207632                                    P.4
WO 90/09611                                              PCT/DE90/00098

- 5 -

gesetzter Polarität gegenüberstehen und die jeweils fest mit
einem Augenvorsatz – insbesondere einer Brille – bzw. einem
Zubehörteil verbunden sind und zwischen denen eine Anzie-
hungskraft (Haftkraft) F auftritt, mit deren Hilfe das Zube-
hörteil an dem Augenvorsatz – insbesondere einer Brille –
befestigt wird. Dabei soll die Kraft F – im Sinne von Be-
schleunigungsfestigkeit und damit Zuverlässigkeit der Befe-
stigung und damit im Sinne der Aufgabenstellung – die durch
Beschleunigung auftretende Kraft K mindestens kompensieren,
d.h. dem Betrag nach soll $F \geq K$ sein.

Fig. 1 zeigt schematisch und unter der Übersichtlichkeit
dienender Weglassung weiterer Teile die nunmehr mit 034 und
036 bezeichneten Permanentmagnete. Ihre entgegengesetzte
Polarität ist durch willkürliche Kennzeichnung mit N und S
verdeutlicht. Die Permanentmagnete 034, 036 sind über die
Maße L1, L2 magnetisiert. In Fig. 1a sind schematisch beide
Permanentmagnete 034 und 036 im befestigten Zustand, wenn
also das Zubehörteil an dem Augenvorsatz befestigt ist,
dargestellt, in Fig. 1b im gelösten Zustand, wenn also das
Zubehörteil von dem Augenvorsatz gelöst ist.

Im befestigten Zustand, wenn die Breite h des Spaltes 035
zwischen beiden Permanentmagneten 034 und 036 klein gegen-
über der Gesamtlänge L = L1 + L2 ist, gilt für die Anzie-
hungskraft (Haftkraft) F zwischen beiden Permanentmagneten
034 und 036 näherungsweise $F \approx 4 \cdot 10^5 \ f \cdot B_A^2$ (f = Quer-
schnittfläche der Permanentmagnete, $B_A$ = Induktion der Per-
manentmagnete im dem befestigten Zustand entsprechenden
Arbeitspunkt A ihrer Entmagnetisierungskurve).

η

APR 08 '98  10:23PM 886+5+2207632                                            P.30

WO 90/09611                                                PCT/DE90/00098

- 6 -

Daraus ergibt sich in Verbindung mit der vorausgehend genann-
ten Forderung $F \geq K$ für die Induktion der Permanentmagnete
034 und 036 die Forderung $B_A \geq 1,6 \cdot 10^{-3}\sqrt{K/f}$.

Die Permanentmagnete 034 und 036 können beispielsweise –
fertigungstechnisch sowohl hinsichtlich ihrer Herstellung
als auch ihres späteren Einbaues in Augenvorsätze, insbeson-
dere Brillen, bzw. Zubehörteile besonders vorteilhaft –
zylindrisch sein mit – z.B. gleichen – Durchmessern D (Fig.
1) und Längen L1 und L2 (Fig. 1), die z.B. gleich sein
können.

Die im Rahmen der vorliegenden Erfindung durchgeführten
Untersuchungen und Erprobungen haben ergeben, daß z.B. zy-
lindrische Permanentmagnete 034, 036 mit einem Durchmesser
von ungefähr 4 mm noch in Augenvorsätzen – insbesondere
Brillen – und Zubehörteilen untergebracht werden können,
wobei sich die damit ausgebildete Befestigungsanordnung
hinsichtlich ihrer Form und – geringen – Größe organisch und
ästhetisch in das Brillendesign einfügt und insbesondere den
Brillen- bzw. Zubehörbenutzer weder durch zusätzliches Volu-
men noch durch zusätzliches Gewicht merklich stört.

Mit dem beispielsweisen Durchmesser D von ungefähr 4 mm er-
gibt sich die Querschnittfläche f zu etwa $1,2 \cdot 10^{-5}$ m$^2$. Aus
der vorausgehend angegebenen Forderung $B_A \geq 1,6 \cdot 10^{-3}\sqrt{K/f}$
ergibt sich damit für die Induktion der Permanentmagnete
034, 036 der Befestigungsanordnung im befestigten Zustand
(Fig. 1a) bei einer beispielsweisen Zubehörteilmasse m von
0,025 kg und für eine Beschleunigung z.B b = 5 g mit der

- 7 -

zugehörigen Kraft K von 1,25 N die Anweisung $B_A \gtreqqless 0,5$ Tesla (T) zur Ausbildung der Permanentmagnete 034, 036, für eine Beschleunigung z.B. b = 10 g mit der zugehörigen Kraft K von 2,5 N die Anweisung $B_A \gtreqqless 0,7$ T zur Ausbildung der Permanentmagnete 034, 036 für - entsprechend dem erhöhten Beschleunigungswert von 10 g - gesteigerte Beschleunigungsfestigkeit und Zuverlässigkeit der Befestigung der Zubehörteile an dem Augenvorsatz, insbesondere der Brille.

In der beispielsweisen, bevorzugten zylinderförmigen Ausbildung der Permanentmagnete 034, 036 liegt keine Einschränkung, vielmehr wurden bei den im Rahmen der vorliegenden Erfindung durchgeführten Untersuchungen und Erprobungen die Permanentmagnete 034, 036 beispielsweise auch als rechteckige Quader z.B. in den Maßen 3 x 3,5 x 5 $mm^3$, magnetisiert z.B über das Maß 3, bei der Befestigung von Zubehörteilen an Augenvorsätzen - insbesondere Brillen - erfolgreich erprobt.

Fig. 2 zeigt schematisch eine Entmagnetisierungskurve 01 von Permanentmagneten wie z.B. 034 und 036. Auf der Abszisse ist, wie für Permanentmagnete allgemein üblich, das entmagnetisierende Feld $H = - NJ/\mu_o$ aufgetragen (N = Entmagnetisierungsfaktor, bekanntermaßen $0 \leq N \leq 1$, J = Polarisation, $\mu_o$ = Induktionskonstante), auf der Ordinate die Induktion B.

Wegen den, wie vorausgehend dargelegt, nötigen hohen $B_A$-Werten müssen die Permanentmagnete 034, 036 sehr hohe, über $B_A$ liegende Werte der Remanenz $B_r$ aufweisen und die Entmagnetisierungskurve 01 soll einen möglichst flachen Verlauf haben. Letzteres um so mehr, als der Winkel α der Arbeits-

9

APR 08 '98  10:24PM B86+5+2207632                                    P.31

WO 90/09611                                              PCT/DE90/00098

- 8 -

geraden O2 wegen cotg α = (1-N)/N infolge des hohen, über
z.B. 0,3 liegenden, durch ein kleines Verhältnis L/D (Fig.
1a) bedingten Entmagnetisierungsfaktors N, verhältnismäßig
groß ist. Das Verhältnis L/D hat deswegen einen niedrigen
Wert, weil im Sinne der Aufgabenstellung nicht nur die Dicke
bzw. der Druchmesser D klein - d.h. im Bereich einiger
Millimeter - gehalten werden muß, sondern auch die Längen L1
und L2 bzw. die Länge L = L1 + L2 der im befestigten Zustand
(Fig. 1a) näherungsweise als ein einziger Permanentmagnet
anzusehenden Permanentmagnete 034, 036.

Für einen flachen Verlauf der Entmagnetisierungskurve O1 ist
es erforderlich, daß die mit 04 bezeichnete Kurve B =
$(BH)_{max}/H$ die Entmagnetisierungskurve O1 bei einem möglichst
hohen B-Wert berührt, weshalb Permanentmagnete wie 034, 036
hohe Werte des maximalen Energieproduktes bzw. der Energie-
dichte $(BH)_{max}$ (Gütewert) aufweisen sollen.

Darüber hinaus soll, wie in der schematischen Darstellung
von Fig. 2 verdeutlicht, die Entmagnetisierungskurve mög-
lichst weitgehend praktisch eine Gerade sein, auf der auch
der Arbeitspunkt P der einzelnen Permanentmagnete wie 034,
036 im gelösten Zustand (Fig. 1b) liegen soll. Auf diese
Weise kann sichergestellt werden, daß beim wiederholten
Befestigen und Lösen von Zubehörteilen bzw. der Permanent-
magnete auf dem geraden Abschnitt der Entmagnetisierungs-
kurve O1 zwischen den Arbeitspunkten A und P gearbeitet wird
und auf diese Weise kein Abmagnetisieren zu niedrigeren B-
Werten erfolgt.

Die den Arbeitspunkt P bestimmende Arbeitsgerade O3 verläuft

APR 09 '98  10:14PM B86+5+2207632                                      P.6
WO 90/09611                                                PCT/DE90/00098

– 9 –

unter einem Winkel ß, der durch cotg ß = (1−N)/N gegeben
ist, wobei der Entmagnetisierungsfaktor N nunmehr durch
das gegenüber L/D geringere Verhältnis L1/D bzw. L2/D be-
stimmt wird und sich dementsprechend erhöht.

In Weiterführung der im Rahmen der vorliegenden Erfindung
durchgeführten Untersuchungen und Erprobungen hat sich erge-
ben, daß die dabei herausgearbeiteten und voranstehend dar-
gelegten Anweisungen hinsichtlich der Permanentmagnete wie
z.B. 034, 036 nur durch deren besondere, nachfolgend be-
schriebene Ausbildung befolgt werden können.

Zur Erreichung der anweisungsgemäßen hohen Werte der Induk-
tion $B_A$ bzw. der Remanenz $B_r$ und des Energieproduktes bzw.
der Energiedichte $(BH)_{max}$ sollen die Permanentmagnete wie
z.B. 034, 036 aus an sich bekannten Legierungen bestehen,
die mindestens eine Seltene Erde und/oder Kobalt enthalten,
wie z.B. Samarium-Kobalt-, Neodym-Eisen-Bor-, Lanthan-Ko-
balt-, Yttrium-Kobalt-, Cer-Kobalt-, Praseodym-Kobaltlegie-
rungen und Mischungen hiervon sowie mindestens Aluminium,
Nickel und Kobalt enthaltende Legierungen (AlNiCo-Legierun-
gen). Ganz besonders hohe Werte der Remanenz $B_r$ und des
Energieproduktes bzw. der Energiedichte $(BH)_{max}$ lassen sich
erreichen, wenn die Permanentmagnete wie 034, 036 der Befe-
stigungsanordnung mit einer magnetischen Anisotropie ausge-
bildet werden, so daß sie eine Vorzugsachse für die magneti-
sche Polarisation J aufweisen, wobei die hohen Werte der
genannten magnetischen Eigenschaften bei Magnetisierung in
dieser Vorzugsachse, wenn also die magnetische Polarisation
J in dieser Achse liegt, erzielt werden.

()

APR 08 '98  10:24PM BB6+5+2207632                                    P.32

WO 90/09611                                      PCT/DE90/00098

– 10 –

Die magnetische Anisotropie bzw. die damit verbundene Vor-
zugsachse wird in an sich bekannter Weise bei der Herstel-
lung der Permanentmagnete wie 034, 036 der Befestigungs-
anordnung in diesen erzeugt, z.B. durch eine Magnetfeld-
und/oder Wärmebehandlung, durch Pressen pulverförmigen Aus-
gangsmaterials in einem Magnetfeld vor dem Sintern oder
durch Abkühlen der heißen Magnete in einem Magnetfeld.

Die Arbeitspunkte A und P der Permanentmagnete wie 034, 036
der Befestigungsanordnung lassen sich in vorteilhafter,
haftkraft- und zuverlässigkeitssteigernder Weise in Richtung
höherer B-Werte verschieben, wenn die Permanentmagnete mit
einem weichmagnetischen Rückschluß 046 bzw. 048 für den
magnetischen Fluß ausgebildet werden, so, wie dies schema-
tisch in Fig. 3 dargestellt ist, wobei der Entmagnetisie-
rungsfaktor herabgesetzt wird. Diese Ausbildung ist insbe-
sondere bei AlNiCo-Magneten angezeigt, da deren Entmagneti-
sierungskurve – ausgehend von hohen Werten der Remanenz, die
über 1 T liegen können – verhältnismäßig steil abfällt. Die
Permanentmagnete werden hier vorteilhaft nach dem Einbringen
in den Rückschluß – gegebenenfalls erneut – aufmagnetisiert.

Bei den im Rahmen der vorliegenden Erfindung durchgeführten
Untersuchungen und Erprobungen wurde die Abhängigkeit der
Anziehungskraft (Haftkraft) F zwischen zwei zueinander ge-
genpoligen, über die Maße L1, L2 magnetisierten Permanent-
magneten von ihrem gegenseitigen Abstand h (Fig. 1a) gemes-
sen. Das Ergebnis für z.B. zwei zylindrische Permanentmagne-
te 034, 036 mit z.B dem Durchmesser D von etwa 4 mm und den
Längen L1 und L2 von jeweils etwa 3 mm – d.h. $L/D \approx 1,5$ –
aus einer Samarium-Kobalt-Legierung mit einem $(BH)_{max}$ von

APR 08 '98 10:15PM 886+5+2207632          P.7
WO 90/09611                          PCT/DE90/00098

- 11 -

etwa 170 KJ/m$^3$ und einer Remanenz $B_r$ von etwa 0,95 T sowie
einer Koerzitivfeldstärke $_BH_C$ von etwa 640 kA/m ist in Fig.
4 wiedergegeben. Die mit der vorausgehend genannten Formel
errechnete Kraft F ist, mit x gekennzeichnet, ebenfalls ein-
getragen und in für die Praxis guter Übereinstimmung mit der
Messung. Z.B. Vergrößerung von L1 und L2 auf etwa 6 mm, d.h.
L/D ≈ 2,25 bzw. 3, ergab jeweils eine vorteilhafte Erhöhung
der Kraftwerte um ungefähr 20 %, z.B. Verkleinerung auf etwa
2 mm, d.h. L/D ≈ 1,25 bzw. 1, eine für sehr leichtes Zubehör
akzeptable Erniedrigung um jeweils etwa 15 %.

Gemäß Fig. 4 wurde gefunden, daß die Kraft F mit wachsenden
Abständen h zunächst nur schwach abfällt, so daß für kleine
Abstände h — etwa 0 bis 0,3 mm — praktisch der Wert der
Kraft F bei h = 0 genommen werden kann. Ferner ergab sich
(Fig. 4), daß für die zulässige Kraft K = F von 2,5 N — ent-
sprechend einer Beschleunigung b von 10 g bei einer Zubehör-
teilmasse m von 0,025 kg (gesteigerte Zuverlässigkeit) — h
ungefähr 0,4 mm betragen darf, für die zulässige Kraft K = F
von 1,25 N — entsprechend einer Beschleunigung b von 5 g bei
einer Zubehörteilmasse m von 0,025 kg — ungefähr 1 mm. Das
bedeutet als Ergebnis der Kraftmessungen die konstruktive
Anweisung, daß der Abstand h der Permanentmagnete 034, 036
in befestigtem Zustand, wenn also das Zubehörteil an dem
Augenvorsatz — insbesondere einer Brille — mit Hilfe der
Magnete lösbar befestigt ist, der Abstand h nicht größer als
ungefähr 1/6 der gesamten Magnetlänge L = L1 + L2 sein soll.

Diese konstruktive Anweisung muß insbesondere beachtet wer-
den, wenn die Permanentmagnete 034, 036 in kapselartig als
Hülsen bzw. Büchsen ausgeführten Gehäusen 010, 011 einge-

Case 0:09-cv-61515-MGC   Document 184-18   Entered on FLSD Docket 10/19/2010   Page 33 of 134

- 12 -

bracht werden (Fig. 5), wie nachfolgend noch beschrieben,
wobei dann der kleinstmögliche Abstand h durch die Dicken
B10 und B11 der Böden der Büchsen 010, 011 gegeben ist.
In Fig. 6 ist schematisch anhand von zwei Ausführungsbei-
spielen, die bei den im Rahmen der vorliegenden Erfindung
durchgeführten Untersuchungen und Erprobungen erarbeitet
wurden, schematisch dargestellt, auf welche im Sinne der
Aufgabenstellung äußerst raumsparende Weise der z.B. zylin-
drische Permanentmagnet 034 mit einem Durchmesser D von etwa
4 mm und einer Länge L1 von etwa 3 mm aus z.B. einer Sama-
rium-Kobalt-Legierung mit z.B. einem $(BH)_{max}$ von etwa 170
$KJ/m^3$, der gemeinsam mit einem gleichartigen Permanentmagne-
ten 036 in dem nicht dargestellten Zubehörteil die beachtli-
che Haftkraft von ungefähr 3 N liefert, beispielsweise in
Metallbrillengestellen untergebracht werden kann.

Es hat sich gezeigt, daß insbesondere für Zubehörteile mit
relativ geringer Masse m, auch Seltene-Erden-Legierungen, ins-
besondere die hinsichtlich Korrosionsbeständigkeit sehr vor-
teilhaften Samarium-Kobalt-Legierungen, mit $(BH)_{max}$-Werten
unter 170 KJ/ $m^3$, z.B. von etwa 140 $KJ/m^3$ erfolgreich in der
Befestigungsanordnung eingesetzt werden können, wobei die Re-
manenz $B_r$ derartiger Legierungen z.B. bei etwa 0,85 T lie-
gen kann. Für besonders schwere Zubehörteile sind Permanent-
magnete vorteilhaft mit $(BH)_{max}$-Werten über 170 $KJ/m^3$, z.B.
aus einer Neodym-Eisen-Bor-Legierung, die vorteilhaft mit Kor-
rosion verhütenden Mitteln wie z.B. Lackschichten versehen
werden, wobei die Remanenz $B_r$ derartiger Legierungen z.B.
bei etwa 1,1 T und $(BH)_{max}$ z.B. etwa bei 230 $KJ/m^3$ liegen
kann. Die Werte der Koerzitivfeldstärke $_BH_C$ der vorausgehend
genannten Seltene-Erden-Legierungen liegen z.B. über etwa 600 kA/m.

14

APR 08 '98  10:15PM 886+5+2207632                                    P.8
WO 90/09611                                             PCT/DE90/00098

– 13 –

Im Ausführungsbeispiel gemäß Fig. 6a befindet sich – z.B.
mit Klebstoff fixiert bzw. in Kunststoff eingegossen und
damit hervorragend gegen korrosive Einflüsse geschützt – der
Permanentmagnet 034 in einem kapselartig als Hülse oder
Büchse ausgeführten Gehäuse 010, das vorzugsweise im Bereich
der Brücke 016 in das Brillengestell 06 eingelötet ist und
darüber hinaus den Permanentmagneten 034 gegen mechanische
Beschädigung und korrosive Einflüsse schützt. Im Ausfüh-
rungsbeispiel gemäß Fig. 6b ist der Permanentmagnet 034 in
einer taschenartigen Erweiterung 07 einer z.B. als gegosse-
ner und/oder geprägter Metallbalken 08 ausgeführten Brücke
017 eines Metallbrillengestells 09 untergebracht.

Die Erfindung ist im folgenden anhand weiterer schematischer
Zeichnungen an Ausführungsbeispielen näher beschrieben.

Es zeigen:

Fig. 1      Permanentmagnete einer Befestigungsanordnung,

Fig. 2      die Entmagnetisierungskurve mit den Arbeitspunkten
            A und P eines Ensembles zweier Permanentmagnete
            einer Befestigungsanordnung,

Fig. 3      Permanentmagnete mit Rückschluß für den magneti-
            schen Fluß,

Fig. 4      Abhängigkeit der in der Befestigungsanordnung
            ausgenutzten Kraft F zwischen zwei Permanentmagne-
            ten von ihrem gegenseitigen Abstand h,

15

APR 08 '98  10:25PM 886+5+2207632                                    P.34

WO 90/09611                                              PCT/DE90/00098

— 14 —

Fig. 5     Permanentmagnete in kapselartig als Hülsen bzw.
           Büchsen ausgeführten Gehäusen,

Fig. 6     Metallbrillengestelle mit Permanentmagnet,

Fig. 7     eine Korrektionsbrille mit befestigtem Lichtschutz,

Fig. 8
bis
Fig. 11    Magnetsysteme der Befestigungsanordnung,

Fig. 12    eine Korrektionsbrille mit befestigtem Korrek-
           tionsaufsatz,

Fig. 13    eine Korrektionsbrille mit befestigtem Korrek-
           tions- oder Korrektions- und Lichtschutzaufsatz,

Fig. 14    eine Hilfsvorrichtung zum Anbringen von Brillen
           und/oder Zubehörteilen,

Fig. 15    eine Korrektionsbrille mit befestigtem Schutzteil,

Fig. 16    eine Skibrille mit befestigtem Lichtschutz,

Fig. 17    eine Taucherbrille mit befestigtem Korrektions-
           aufsatz.

In Fig. 7 ist schematisch als Ausführungsbeispiel für einen
Augenvorsatz mit daran befestigtem Zubehörteil eine Korrek-
tionsbrille 2 mit zur Verdeutlichung fett hervorgehobenen

- 15 -

Fassungsrändern 4 und 6, Backen 8 und 10, Bügelschäften 12
und 14, Brücke 16, Gläsern bzw. Linsen 18 und 20 sowie ein an
der Korrektionsbrille befestigter Lichtschutz 22, transpa-
rent und mit Lichtdämpfung mindestens etwa im Bereich des
Strahlenganges der Augen, dargestellt. Der obere Teil von
Fig. 7 zeigt eine Aufsicht von vorn, der untere Teil einen
Schnitt A-A. Der Lichtschutz 22 dient dem Schutz der Augen
insbesondere gegen Blendung und/oder Reizung, wobei der
Schutz auch nicht sichtbare Bereiche des Lichtes, insbeson-
dere z.B. den ultravioletten Bereich, betreffen kann.

Die Befestigung selbst erfolgt mit Hilfe zweier Permanent-
magnete 34 und 36 jeweils praktisch einheitlicher, zueinan-
der entgegengesetzter Polarität (durch schematische Kenn-
zeichnung mit N und S verdeutlicht), die von der zwischen
ihnen bestehenden Haftkraft zusammengehalten werden, wobei
sich der Permanentmagnet 34 fest in der Brücke 16 befindet
und der Permanentmagnet 36 fest in einem Zwischenteil 28,
das die optisch wirksamen Bereiche 30 und 32 des Lichtschut-
zes 22 trägt. Besonders vorteilhaft werden die Bereiche 30,
32 und das Zwischenteil 28 spritztechnisch als ein Kunst-
stoffteil hergestellt, wobei der Permanentmagnet 36 zumin-
dest teilweise mit umspritzt werden kann. Beispielsweise
können auch die Bereiche 30, 32 zusammenhängend hergestellt
und der Permanentmagnet 36 direkt, z.B. durch Kleben, am
Lichtschutz 22 befestigt werden. Ferner kann der Permanent-
magnet 36, wie auch der Permanentmagnet 34, - z.B. um einer
eventuellen Bruchgefahr bei mechanischer Beanspruchung des
Lichtschutzes 22 bzw. der Korrektionsbrille 2 zu begegnen -
aus mehreren Einzelmagneten bestehen.

17

APR 08 '98  10:25PM BB6+5+2207632                           P.35

WO 90/09611                                         PCT/DE90/00098

- 16 -

Die Brücke 16 und das Zwischenteil 28 mit ihren Permanent-
magneten 34 und 36 dienen gleichzeitig als Auflagen für ein
Zubehörteil in Gestalt des Lichtschutzes 22, wobei Schrägen
42 und 44 als besondere Mittel, die auch anders verlaufen
bzw. gestaltet sein können und insbesondere z.B. auch im
oberen und/oder unteren, nicht dargestellten Bereich der
Brücke 16 ein mindestens teilweises Umgreifen bzw. Form-
schluß des Zwischenteiles 28 ermöglichen können, ein selbst-
justierendes Befestigen ermöglichen und festen Sitz gewähr-
leisten sollen.

Die Anbringung des Permanentmagneten 34 in der Brücke 16
gemäß dem Ausführungsbeispiel von Fig. 7 stellt keine Ein-
schränkung dar. Vielmehr kann der Permanentmagnet 34 und/
oder mindestens ein anderer entsprechender Permanentmagnet
auch an anderer Stelle der Korrektionsbrille 2 angebracht
sein, beispielsweise oberhalb der in Fig. 7 für den Perma-
nentmagneten 34 dargestellten Position - z.B. in einer Ver-
breiterung der Brücke 16 oder einer zusätzlichen, strebenar-
tigen Verbindung zwischen den Fassungsrändern 4 und 6 im
Bereich der Brücke 16 und/oder z.B. in den Fassungsrändern,
beispielsweise im Bereich der Backen 8 und 10 oder z.B. in
den Backen 8, 10 selbst. Der Permanentmagnet 36 und/oder
mindestens ein anderer entsprechender Permanentmagnet des
Lichtschutzes 22 befindet sich dann mindestens einem Perma-
nentmagneten der Korrektionsbrille 2 gegenüberstehend, an
entsprechender Stelle des Lichtschutzes 22 (nicht darge-
stellt). Entsprechendes gilt für die nachfolgend angeführten
Rückschlußteile 50 bzw. 51.

APR 08 '98 10:16PM 886+5+2207632                    P.10
WO 90/09611                                PCT/DE90/00098

- 17 -

Da die Permanentmagnete 34 und 36 jeweils einen gestaltbe-
dingt großen Entmagnetisierungsfaktor aufweisen, ist es zur
Erzielung hoher Magnetisierungswerte in den Permanentmagne-
ten und – damit einhergehend – hoher Werte der die Haftkraft
erzeugenden magnetischen Ladungen bzw. Polstärken an ihren
als Pole wirkenden Grenzflächen ganz besonders vorteilhaft,
als Permanentmagnete 34, 36 z.B. Permanentmagnete zu verwen-
den, die bei ihrer Herstellung jeweils mit einer Vorzugsach-
se 38, 40 für die Magnetisierung – z.B. durch Magnetfeld-
und/oder Wärmebehandlung – versehen wurden, die also magne-
tisch anisotrop sind, d.h. die eine magnetische Anisotropie
aufweisen. Die Vorzugsachsen 38, 40 der Permanentmagnete 34,
36 sind bevorzugt etwa parallel zueinander, beispielsweise
so, wie dies in Fig. 7 im Schnitt A-A dargestellt ist oder
beispielsweise so, wie dies aus der auszugsweisen Darstel-
lung der Permanentmagnete 34, 36 rechts daneben dargestellt
ist.

Als Material für die Permanentmagnete 34, 36 eignen sich
ganz besonders Magnetwerkstoffe, die mindestens eine Seltene
Erde oder mindestens eine Seltene Erde und Bor enthalten,
wie beispielsweise mindestens Kobalt und Samarium enthalten-
de Legierungen sowie mindestens Neodym, Eisen und Bor ent-
haltende Legierungen.

Derartige Legierungen weisen insbesondere eine günstige
Entmagnetisierungskurve mit hohen Werten der Koerzitivfeld-
stärke und der magnetischen Energiedichte auf, so daß auch
mit geringvolumigen Permanentmagneten 34, 36 hohe Haftkräfte
erzielt werden. Das geringe Volumen der Magnete 34, 36 bei

APR 08 '98  10:26PM 886+5+2207632                                    P.36

WO 90/09611                                              PCT/DE90/00098

— 18 —

ihrer Ausführung unter Verwendung der genannten Magnetwerk-
stoffe erleichtert außerordentlich ihre Unterbringung in der
Brücke 16 bzw. dem Zwischenteil 28 und ermöglicht in sehr
vorteilhafter Weise besonders kleinvolumige Brücken 16 und
Zwischenteile 28.

Die Haftkraft als entscheidende physikalische Größe der
Befestigungsanordnung läßt sich noch steigern bzw. das Volu-
men der Permanentmagnete — insbesondere kostengünstig — ver-
ringern, wenn der Permanentmagnet 34 und der Permanentmagnet
36 etwa nach Art eines sogenannten Topfmagneten jeweils
einen Rückschluß 46 bzw. 48 zur mindestens teilweisen Auf-
nahme des die Permanentmagnete jeweils durchsetzenden, aus
diesen heraustretenden magnetischen Flusses, aufweist, so,
wie dies schematisch in Fig. 8a verdeutlicht ist, indem da-
durch günstigere Arbeitspunkte auf der Entmagnetisierungs-
kurve der Permanentmagnete erreicht werden.

Fig. 8b und Fig. 8c zeigen schematisch Schnitte durch zwei
beispielsweise angegebene Ausführungen des Permanentmagneten
34 mit seinem Rückschluß 46 in der Brücke 16, die in sinn-
gemäßer Übertragung auch als Ausführungsbeispiel für den
Permanentmagneten 36 mit seinem Rückschluß 48 des Zwischen-
teiles 28 gilt.

In vielen Fällen, insbesondere wenn ein Magnetwerkstoff mit
besonders hoher Koerzitivfeldstärke und Energiedichte für
die Permanentmagnete verwandt wird, genügt es, wenn der
Rückschluß 46 den Permanentmagneten 34 bzw. der Rückschluß
48 den Permanentmagneten 36 nur teilweise umschlingt, bei-

APR 08 '98  10:16PM 886+5+2207632                                    P.11
WO 90/09611                                              PCT/DE90/00098

- 19 -

spielsweise U-förmig, so, wie dies aus dem Schema der Fig.
8b hervorgeht, wodurch zudem eine besonders schmale Brücke
16 ermöglicht wird. Besonders hohe Haftkraft wird erzielt,
wenn der Rückschluß 46 den Permanentmagneten 34 bzw. der
Rückschluß 48 den Permanentmagneten 36 seitlich umschlingt,
beispielsweise so, wie dies aus dem Schema der Fig. 8c
hervorgeht.

In vielen Fällen, insbesondere wenn das Zubehörteil, im
Falle der Fig. 7 bzw. Fig. 8 der Lichtschutz 22, ein ver-
hältnismäßig geringes Gewicht aufweist, genügt es, wenn nur
ein Permanentmagnet 34 oder 36 mit einem Rückschluß 46 bzw.
48 versehen wird. In diesen Fällen genügt es sogar häufig,
wenn eine Befestigungsanordnung nur einen Permanentmagneten
aufweist, also im Falle des Ausführungsbeispieles entspre-
chend Fig. 7 bzw. Fig. 8 die Brücke 16 den Permanentmagneten
34 oder das Zwischenteil 28 den Permanentmagneten 36 und an
die Stelle eines dieser Permanentmagneten ein Rückschlußteil
zur mindestens teilweisen Aufnahme des die Permanentmagnete
jeweils durchsetzenden, aus diesen heraustretenden magneti-
schen Flusses, tritt, so, wie dies schematisch beispiels-
weise in Fig. 9 für die Brücke 16 mit einem Rückschlußteil
50, in Verbindung mit dem Zwischenteil 28 mit dem Permanent-
magneten 36 mit seinem Rückschluß 48, dargestellt ist.

Vor allem für besonders leichte Zubehörteile, z.B. einen
besonders leichten Lichtschutz 22, genügt eine modifizierte,
einfache Befestigungsanordnung entsprechend dem Ausführungs-
beispiel von Fig. 10. Dabei ist gegenüber der Anordnung
entsprechend Fig. 9 an die Stelle des Permanentmagneten 36

APR 08 '98  10:26PM B86+5+2207632                                    P.37

- 20 -

mit seinem Rückschluß 48 ein Permanentmagnet 52 getreten,
der Segmente unterschiedlicher Polarität aufweist, so, wie
dies durch die schematische Kennzeichnung mit N und S in
Fig. 10 als Ausführungsbeispiel mit einem zweiseitig mehr-
poligen Magneten 52 verdeutlicht werden soll, wobei dieses
Ausführungsbeispiel keine Beschränkung hinsichtlich der
möglichen Polaritätsverteilungen bedeutet.

Ein Permanentmagnet 54 mit Sektoren wechselnder Polarität
kann sich auch in der Brücke 16 befinden, während ein Perma-
nentmagnet 53 im Zwischenteil 28 ist (Fig. 11) oder sich ein
Rückschlußteil 50 entsprechendes Rückschlußteil 51 im Zwi-
schenteil 28 befindet (nicht dargestellt).

Durch die verschiedenen möglichen Ausführungsformen der
Magnetsysteme innerhalb der Befestigungsanordnung für Zube-
hör an Augenvorsätzen läßt sich sehr vorteilhaft für den
jeweiligen Fall eines Zubehörteiles bzw. Augenvorsatzes eine
optimale Lösung realisieren, insbesondere dann, wenn auch
die Möglichkeiten hinsichtlich der Wahl der magnetischen
Werkstoffe einbezogen werden.

Vorzugsweise dann, wenn das Zubehörteil, z.B. der Licht-
schutz 22, ein verhältnismäßig geringes Gewicht aufweist und
der Permanentmagnet 34 mit dem Rückschluß 46 und/oder der
Permanentmagnet 36 mit dem Rückschluß 48 versehen wird,
können, vor allem kostenmäßig vorteilhaft, für die Perma-
nentmagnete 34 bzw. 36 auch Magnetwerkstoffe mit niedrigeren
Werten der Koerzitivfeldstärke und Energiedichte als die
bereits genannten verwandt werden, beispielsweise Magnet-

- 21 -

werkstoffe, die Kobalt enthalten, insbesondere in Legierun-
gen, die darüber hinaus noch mindestens Aluminium und Nickel
als Bestandteil aufweisen (AlNiCo).

Insbesondere wegen ihrer guten Bearbeitbarkeit ist in man-
chen Fällen, in denen beispielsweise eine besondere formale
Anpassung der Permanentmagnete angezeigt ist, die Verwendung
von kautschuk- und/oder kunststoffgebundenen Körnern von
Magnetwerkstoffen, beispielsweise insbesondere der voraus-
gehend genannten Magnetwerkstoffe, die auch hinsichtlich der
Kosten günstig sind, besonders vorteilhaft. Vor allem ferti-
gungstechnisch besonders vorteilhaft können dabei auch
größere Bereiche in derartigen Materialien ausgeführt wer-
den, also z.B. größere Bereiche des Zwischenteiles 28 oder
das ganze Zwischenteil 28 beispielsweise aus kunststoff-
gebundenen Körnern einer Kobalt und Samarium enthaltenden
Legierung oder kunststoffgebundenen Körnern einer Neodym,
Eisen und Bor enthaltenden Legierung.

Vor allem wegen ihrer relativ guten Bearbeitbarkeit sind
darüber hinaus auch Kobaltlegierungen mit mindestens Eisen-
und Vanadiumzusatz, mit mindestens Eisen- und Chromzusatz,
mit Eisen-, Nickel-, Titan- und/oder Niobzusatz, mit Platin,
von anwendungsspezifischem Vorteil. Insbesondere die Kobalt-
Platin-Legierungen weisen haftkraftsteigernd bzw. volumen-
herabsetzend hohe Werte der Koerzitivfeldstärke und der
Energiedichte auf, wobei sich dieses Material bearbeitungs-
freundlich durch besonders geringe Sprödigkeit auszeichnet
und außerordentlich korrosionsbeständig gegenüber praktisch
allen korrosiven Medien ist. Kobaltlegierungen mit Eisen-

APR 08 '98  10:26PM 886+5+2207632                                    P.38

WO 90/09611                                          PCT/DE90/00098

— 22 —

Nickelzusatz eignen sich insbesondere auch zum Einschmelzen
in Gläser, z.B. als Permanentmagnete in Brillenlinsen, die
beispielsweise einzeln mit diesen Permanentmagneten an einem
Augenvorsatz befestigt werden können.

Der Rückschluß 46 bzw. 48 und das Rückschlußteil 50 bzw. 51
besteht vorzugsweise aus Eisen, wobei es sich insbesondere
im Hinblick auf den Korrosionsschutz und in wirtschaftlich
günstiger Weise nicht um Reinsteisen handeln muß, das Eisen
also Zusätze enthalten kann. Insbesondere aus Gründen des
Korrosionsschutzes wird das Eisen vorzugsweise zusätzlich
mit einer oder mehreren Schutzschichten versehen und/oder
weitgehend mit Kunststoffmaterial umspritzt.

Die Materialauswahl für den Rückschluß 46 bzw. 48 und das
Rückschlußteil 50 bzw. 51 beschränkt sich nicht auf Eisen,
vielmehr kommen hierfür zahlreiche Werkstoffe entsprechend
hoher magnetischer Permeabilität in Frage, z.B. auch Legie-
rungen, die Eisen und Nickel enthalten, d.h. Legierungen,
die zudem im Hinblick auf Korrosionsbeständigkeit sehr vor-
teilhaft sind.

Darüber hinaus eignen sich als Werkstoff für den Rückschluß
46 bzw. 48 und das Rückschlußteil 50 bzw. 51 beispielsweise auch
weichmagnetische Ferrite, wie z.B. Mangan-Zink-Ferrite, die
eine Reihe von Vorteilen bieten. Sie lassen sich bei ihrer
Herstellung (z.B. beim Pressen des pulverförmigen Ausgangs-
materials) bereits in die gewünschte Form — z.B. einen Rück-
schluß entsprechend Fig. 8c — bringen, sind dadurch und vom
Material her kostengünstig und als oxidkeramisches Material

APR 08 '98  10:17PM 886+5+2207632                                        P.13
WO 90/09611                                                    PCT/DE90/00098

- 23 -

sehr korrosionsbeständig. Hinzu kommt ihre niedrige Dichte,
d.h. ihr geringes Gewicht.

Die gemachten Angaben zur Ausgestaltung des Magnetsystems,
insbesondere auch hinsichtlich Materialien und Werkstoffen
der Befestigungsanordnung, inbesondere für Permanentmagnete,
Rückschlußteile und Rückschlüsse, im Zusammenhang mit ein-
zelnen Ausführungsbeispielen, bedeuten nicht, daß diese
nicht auch in anderen Ausführungsbeispielen angewandt werden
könnten.

In Fig. 12 ist, wie in Fig. 7 auch, wiederum die Korrek-
tionsbrille 2 mit Fassungsrändern 4 und 6, den Backen 8 und
10 und den Brillenlinsen 18 und 20 schematisch als Aufsicht
von vorn dargestellt. Anstelle des Lichtschutzes 22 ist im
Falle des Ausführungsbeispieles entsprechend Fig. 12 nunmehr
jedoch als Zubehörteil ein Korrektionsaufsatz 56 mit den
Linsen 58 und 60 an der Korrektionsbrille 2 befestigt, wozu
der Korrektionsaufsatz vorzugsweise ein dem Zwischenteil 28
entsprechendes Zwischenteil 62 mit einem z.B. dem Permanent-
magneten 36 von Fig. 7 entsprechenden Permanentmagneten
(nicht dargestellt) aufweist und die Brücke weiterhin z.B.
den Permanentmagneten 34 entsprechend Fig. 7. Hierin liegt
keine Einschränkung, vielmehr sind alle im Zusammenhang mit
der Befestigungsanordnung für den Lichtschutz 22 vorraus-
gehend beschriebenen Ausführungsbeispiele für die Befesti-
gungsanordnung, insbesondere auch hinsichtlich ihres Magnet-
systems, auch für die Befestigungsanordnung des Korrektions-
aufsatzes 56 und andere Zubehörteile einsetzbar. Dadurch
kann z.B. aus einer oder mehreren Korrektionsbrillen 2,

APR 08 '98  10:27PM B86+5+2207632                                    P.39

WO 90/09611                                                PCT/DE90/00098

- 24 -

Lichtschutz 22, Korrektionsaufsatz 56 und anderen Zubehör-
teilen mittels Kompatibilität in vorteilhafter Weise ein
modulares Brillensystem gebildet werden.

Die Linsen 58 und 60 bestehen vorzugsweise aus spritztech-
nisch und/oder durch Warmprägen verarbeitbarem Kunststoff-
glas, können aber auch – insbesondere wenn sie eine beson-
ders hohe Brechkraft bzw. kurze Brennweite aufweisen sollen,
aus anderem Glas, insbesondere Silikatglas, bestehen, wobei
in diesem Falle der Korrektionsaufsatz 56 (nicht dargestell-
te) Fassungsteile für die Linsen 58, 60 aufweist.

Im Falle von Kunststoffglas wird besonders vorteilhaft der
Korrektionsaufsatz 56, entsprechend dem Lichtschutz 22,
einschließlich Zwischenteil 62 spritztechnisch als ein
Kunststoffteil hergestellt, wobei z.B. der Permanentmagnet
des Zwischenteiles 62 zumindest teilweise mit umspritzt
werden kann. Zur Erhöhung der mechanischen Stabilität weist
der Korrektionsaufsatz 56 vorzugsweise mindestens teilweise
verstärkte Randbereiche 65 und/oder 67 auf, die in Fig. 12
verdickt hervorgehoben sind.

Entsprechend den Bereichen 24 und 26 des Lichtschutzes 22
weist der Korrektionsaufsatz 56 vorzugsweise nach oben und
unten etwas über die (in Fig. 12 nicht dargestellte) Brücke
16 hinausstehende Bereiche 64 und 66 auf, die als Mittel zur
Greifhilfe beim Anbringen bzw. Abtrennen – nunmehr des Kor-
rektionsaufsatzes 56 – dienen.

APR 08 '98  10:18PM 886+5+2207632                                    P.14
WO 90/09611                                          PCT/DE90/00098

- 25 -

In besonderen Fällen, z.B. dann, wenn der Korrektionsaufsatz
gleichzeitig Lichtschutzwirkung, insbesondere zum Schutz der
Augen gegen Blendung und/oder Reizung, haben soll und dazu
mit einer erhöhten Lichtdämpfung, die auch den nicht sicht-
baren Bereich des Lichtes betreffen kann, versehen ist, wird
er vorzugsweise als Korrektionsaufsatz 68 mit den Linsen-
bereichen 70 und 72 und dem Zwischenteil 69 ausgeführt
(Schema Fig. 13), die besonders günstig beispielsweise
spritztechnisch bei der Herstellung des Korrektionsaufsatzes
68 und/oder durch Warmprägen gewonnen werden können.

Ein rasch an einem Augenvorsatz – z.B. im Falle von Fig. 12
und Fig. 13 einer Korrektionsbrille 2 – befestigbares Zube-
hörteil in Gestalt eines Korrektionsaufsatzes 56 bzw. 68 ist
für die große Zahl Fehlsichtiger von ganz besonderer prakti-
scher Bedeutung, die für scharfes Sehen in Ferne und Nähe
sogenannte Mehrstärkengläser (Mehrstärkenlinsen) benötigen,
z.B. Zweistärkengläser (Bifokalgläser) mit zwei Bereichen
unterschiedlicher Brechkraft bzw. Brennweite: Einen oberen,
als Fernteil und einen unteren, als Nahteil bezeichneten
Bereich. Das Nahteil ist im allgemeinen kleiner als das
Fernteil und besitzt im Falle von Weitsichtigkeit eine stär-
kere Brechkraft bzw. kürzere Brennweite als das Fernteil, so
daß das Nahteil scharfes Sehen im Nahbereich und das Fern-
teil scharfes Sehen im Fernbereich ermöglicht.

Der im Rahmen der vorliegenden Erfindung verwandte Begriff
"Gläser" stellt keine Einschränkung, insbesondere nicht im
Sinne von Mineral- bzw. Silikatgläsern dar, vielmehr können
hierunter z.B. auch Kunststoffgläser verstanden werden.

27

APR 08 '98 10:27PM 886+5+2207632                                        P.40

WO 90/09611                                          PCT/DE90/00098

- 26 -

Fig. 14 zeigt schematisch ein weiteres Zubehörteil, das die
voranstehend beschriebene Vorgehensweise zusätzlich erleich-
tert. Dieses Zubehörteil weist als Hilfsvorrichtung 74, wie
in der Aufsicht im linken Teil von Fig. 14 schematisch ange-
deutet ist, einen Bereich 76 auf, der magnetisch und hin-
sichtlich der Abmessungen der Brücke 16 entspricht, so, daß
– kompatibel mit der Korrektionsbrille 2 – der Korrektions-
aufsatz 56 bzw. 68 an der Hilfsvorrichtung 74 befestigt
werden kann. Die Hilfsvorrichtung 74 weist Mittel 75 zum
Anbringen an Kleidungsgegenständen auf, in Fig. 14 z.B. eine
Anstecknadel. Wird die Hilfsvorrichtung 74 an einem Klei-
dungsgegenstand getragen, so kann das Korrektionsteil daran
rasch und bequem befestigt werden, wenn es gerade nicht
benötigt wird und rasch und bequem wieder abgenommen werden,
um es an der Korrektionsbrille 2 zu befestigen, wenn es
benötigt wird. Natürlich kann auch die Korrektionsbrille 2
selbst, aber auch anderes Zubehör, wie z.B. der Lichtschutz
22, an der Hilfsvorrichtung 74 lösbar befestigt werden.

Praktisch besonders bedeutungsvoll sind auch Ausführungsbei-
spiele, bei denen die Mittel 75 zum Anbringen an Kleidungs-
gegenständen durch Mittel zum Anbringen an festen Gegenstän-
den, z.B. einem Armaturenbrett, ersetzt sind, beispielsweise
durch eine Klebeschicht (nicht dargestellt).

Ein weiteres Zubehörteil für die Korrektionsbrille 2, das
mit der erfindungsgemäßen Befestigungsanordnung rasch aus-
wechselbar an der Korrektionsbrille 2 befestigt werden kann
und das ganz besonders für den Arbeitsschutzbereich bedeu-
tungsvoll ist, zeigt als Ausführungsbeispiel die schemati-

WO 90/09611                                          PCT/DE90/00098

– 27 –

sche Darstellung von Fig. 15, entsprechend der Schnittdar-
stellung von Fig. 7, wobei nun an die Stelle des Licht-
schutzes 22 bzw. des Korrektionsaufsatzes 56 bzw. 68 ein
ganz oder teilweise klarsichtiges Schutzteil 78 mit einem
Zwischenteil 79 mit einem Permanentmagneten 77, z.B. zum
Schutz gegen Schleifspäne oder Funken, getreten ist. Natür-
lich kann das Schutzteil 78 auch eine erhöhte Lichtdämpfung
aufweisen und damit gleichzeitig als Lichtschutz wirken,
insbesondere z.B. beim Schweißen, aber auch als Lichtschutz
z.B. im sportlichen Bereich, wobei der Lichtschutz insbeson-
dere dem Schutz der Augen gegen Blendung und/oder Reizung
dient und der Schutz auch den nicht sichtbaren Bereich des
Lichtes, insbesondere z.B. den ultravioletten Bereich, be-
treffen kann.

Während die voranstehend beschriebenen Ausführungsbeispiele
für die Einbeziehung von Augenvorsätzen und Zubehörteilen in
die erfindungsgemäße Befestigungsanordnung von einer Korrek-
tionsbrille als Augenvorsatz ausgingen, zeigt Fig. 16 sche-
matisch ein Ausführungsbeispiel, bei dem als Augenvorsatz
von einem Augen- bzw. Gesichtsschutz in Gestalt einer soge-
nannten Skibrille 80 ausgegangen wird. Fig. 16 oben zeigt
schematisch eine Aufsicht von vorn, Fig. 16 unten einen
Schnitt B-B, wobei auch hinter dem - durchsichtigen - Sicht-
fenster 84 befindliche Teile dargestellt sind.

In Fig. 16 ist als Ausführungsbeispiel für ein Zubehörteil
ein Lichtschutz 82 schematisch dargestellt, der z.B. als
zusammenhängendes, lichtdämpfendes Kunststoffteil herge-
stellt ist. Der Lichtschutz 82 dient insbesondere dem Schutz

29

APR 08 '98   10:28PM 886+5+2207632                                    P.41

WO 90/09611                                           PCT/DE90/00098

- 28 -

der Augen gegen Blendung und/oder Reizung, wobei der Schutz
auch den nicht sichtbaren Bereich des Lichtes, insbesondere
z.B. den ultravioletten Bereich, betreffen kann. Der Licht-
schutz 82 ist vorzugsweise an der Innenseite des ein- oder
mehrwandigen Sichtfensters 84, das sich in einem Rahmen 85
befindet, befestigt. Dazu sind, beispielsweise mittels
Klebeschichten 86 bzw. 90 Permanentmagnete 88 und 92 bzw.
Teile 87, 89, in denen sie sich mindestens teilweise befin-
den, am Sichtfenster 84 angebracht. Der Lichtschutz 82 weist
die Zwischenteile 94 und 96 auf, mit denen er vorteilhaft in
einem spritztechnischen Arbeitsgang hergestellt werden kann,
wobei sich in den Zwischenteilen 94 und 96 die zu den Perma-
nentmagneten 88 und 92 jeweils gegenpoligen Permanentmagnete
98 und 100 befinden.

Die Gleichartigkeit der beiden Magnetsysteme mit den Perma-
nentmagneten 88 und 98 bzw. 92 und 100 des Ausführungsbei-
spieles entsprechend Fig. 16 bedeutet keine Einschränkung,
vielmehr können bei Verwendung mehrerer Magnetsysteme für
Befestigungsanordnungen für Zubehör an Augenvorsätzen auch
voneinander abweichende Magnetsysteme, z.B. mit und ohne
Rückschlußteil 50 bzw. 51, verwandt werden.

Die Zwischenteile 94, 96 und die Teile 87, 89 weisen vor-
zugsweise Schrägen 95, 102 bzw. 97, 104 als Mittel zum
selbstjustierenden, festen Sitz gewährleistenden Befestigen
der Permanentmagnete 98 und 100 bzw. von deren Zwischentei-
len 94 und 96 an den Permanentmagneten 88 und 92 bzw. an den
Teilen 87, 89 und damit des Lichtschutzes 82 am Sichtfenster
84, auf.

APR 08 '98  10:18PM 886+5+2207632                                      P.15
WO 90/09611                                                  PCT/DE90/00098

- 29 -

Die als Ausgestaltungsbeispiel vorstehenden Bereiche 108 und
110 dienen als Greifhilfen beim raschen Befestigen bzw. beim
raschen Abtrennen des Lichtschutzes 82. Ein elastisches Band
106 dient der Befestigung am Kopf.

An die Stelle des Lichtschutzes 82 kann beispielsweise ein
Korrektionsaufsatz (z.B. für den Fall von Kurzsichtigkeit
für den Fernbereich) treten (nicht dargestellt) und auch die
Kombination beider ist möglich, entweder durch Tönung des
Korrektionsaufsatzes oder durch gleichzeitiges Befestigen
von Lichtschutz und Korrektionsaufsatz bei entsprechender
Ausgestaltung der Zwischenteile (nicht dargestellt).

In Fig. 17 ist schematisch als Augenvorsatz eine sogenannte
Taucherbrille als Aufsicht von vorn, wobei auch hinter dem
- durchsichtigen - Sichtfenster 128 befestigte Teile darge-
stellt sind, und als Schnitt C-C dargestellt. Hier ist
naturgemäß als Zubehörteil ein Korrektionsaufsatz 114 mit
Linsen 116 und 118 von besonderem praktischen Interesse.

Um die Sichtbehinderung durch die Befestigungsanordnung so
gering wie möglich zu halten und eine den Anforderungen
entsprechend hohe Befestigungssicherheit zu gewährleisten,
sind - wie bei dem Ausführungsbeispiel mit Skibrille ent-
sprechend Fig. 16 auch - die Befestigungsanordnungen im
Ausführungsbeispiel gemäß Fig. 17 vorzugsweise im seitlichen
Bereich der Augenvorsätze am Rande des Gesichtsfeldes ange-
bracht.

APR 08 '98  10:28PM 886+5+2207632                                    P.42
WO 90/09611                                              PCT/DE90/00098

- 30 -

Dazu sind im Ausführungsbeispiel von Fig. 17 beispielsweise
mittels Klebeschichten 120 und 122 Permanentmagnete 124 und
126 bzw. Teile 121, 123, in denen sie sich mindestens teil-
weise befinden, am Sichtfenster 128, das sich in einem
Rahmen 129 befindet, angebracht. Der Korrektionsaufsatz 114
weist Zwischenteile 130 und 132 auf, mit denen er bei Ver-
wendung von Kunststoffgläsern vorteilhaft in einem spritz-
technischen Arbeitsgang hergestellt werden kann. In den
Zwischenteilen 130 und 132 befinden sich die jeweils zu den
Permanentmagneten 124 und 126 gegenpoligen Permanentmagnete
134 bzw. 136. Zur Erhöhung der mechanischen Stabilität weist
der Korrektionsaufsatz 114 vorzugsweise mindestens teilweise
verstärkte Randbereiche 117 auf (in Fig. 17 oben verdickt
hervorgehoben).

Die Zwischenteile 130, 132 und die Teile 121, 123 weisen
vorzugsweise Schrägen 137, 138 bzw. 139, 140 als Mittel zum
selbstjustierenden, festen Sitz gewährleistenden Befestigen
der Permanentmagnete 134 und 136 bzw. von deren Zwischentei-
len 130 und 132 an den Permanentmagneten 124 und 126 und
damit des Korrektionsaufsatzes 114 am Sichtfenster 128 auf.

Die als Ausgestaltungsbeispiel vorstehenden Bereiche 142 und
144 dienen als Mittel zur Greifhilfe beim raschen Befestigen
bzw. beim raschen Abtrennen des Korrektionsaufsatzes 114.
Ein elastisches Band 146 dient der Befestigung am Kopf, eine
Gummieinlage 147 der Wasserabdichtung.

Ähnlich wie bei der Skibrille 80, sind weitere Befesti-
gungsmöglichkeiten gegeben, z.B. eines weiteren Korrektions-

APR 08 '98   10:19PM 886+5+2207632                                    P.17
WO 90/09611                                                    PCT/DE90/00098

- 31 -

aufsatzes zur Realisierung der Nahzone im Falle von Mehr-
stärkengläsern (Mehrstärkenlinsen) erfordernder Fehlsichtig-
keit (nicht dargestellt).

Es kann, insbesondere für Weitsichtige, auch allein ein
Korrektionsaufsatz für den Nahbereich – im unteren Bereich
des Blickfeldes – oder, insbesondere für Kurzsichtige, allein
ein Korrektionsaufsatz für den Fernbereich – im oberen Be-
reich des Blickfeldes – am Sichtfenster 128 befestigt wer-
den.

An die Stelle der Skibrille 80 oder der Taucherbrille 112
kann mit den gleichen Ausführungsbeispielen für Zubehörteile
auch eine ähnlich aufgebaute Arbeitsschutzbrille 113 treten,
was durch die zusätzlich zur Bezeichnung 80 der Skibrille in
Fig. 10 eingetragene Bezeichnung 113 verdeutlicht wird.

Die vorausgehend beschriebenen Ausführungsbeispiele mit dem
Lichtschutz 22, 82 sowie mit den Korrektionsaufsätzen 56,
68, 114, die jeweils die optisch wirksamen Elemente für die
Strahlengänge beider Augen aufweisen, bedeuten keine Ein-
schränkung, vielmehr können diese Elemente, z.B. die Linsen
58 und 60 bzw. 70 und 72 und Linsen, die auch in der Form
von diesen stark abweichen können, durch Integration mit der
erfindungsgemäßen Befestigungsanordnung auch einzeln an
Augenvorsätzen – beispielsweise Korrektionslinsen hinter den
Schutzgläsern einer Schweißerbrille (nicht dargestellt) –
befestigt werden.

APR 08 '99  10:29PM 006+5+2207632                                              P.43

WO 90/09611                                                      PCT/DE90/00098

- 32 -

In den vorausgehend beschriebenen Ausführungsbeispielen
gemäß Fig. 6 bis Fig. 17 zur Befestigung von Zubehörteilen
mit erfindungsgemäßen Permanentmagneten liegt keine Ein-
schränkung.

Vielmehr können die Augenvorsätze z.B. auch Brillengestelle
ohne Gläser umfassen. Ferner kann in sehr vorteilhafter
Weise die Korrektionsbrille 2 gleichzeitig als Lichtschutz-
brille ausgebildet sein, in dem ihre Gläser 18, 20 mit einer
erhöhten Lichtdämpfung — z.B. durch eine Tönung — versehen
werden.

Es kann aber auch in für den Benutzer sehr vorteilhafter
Weise an die Stelle der Korrektionsbrille 2 eine reine
Lichtschutzbrille treten, indem ihre Gläser 18, 20 ohne
beabsichtigte Korrektionswirkung ausgebildet und lediglich
durch erhöhte Lichtdämpfung die Augen des Benutzers gegen
Licht schützen, wobei auch ein gewisser Schutz der Augen
gegen mechanische Einflüsse durch Brillengestell und Gläser
gegeben ist. Auch hierfür können die in den vorausgehend
beschriebenen Ausführungsbeispielen gemäß Fig. 6 bis Fig. 17
beschriebenen Zubehörteile in für den Benutzer sehr vorteil-
hafter Weise eingesetzt werden, wobei z.B. beim Befestigen
des Lichtschutzes 22 an einer Lichtschutzbrille die Licht-
dämpfung bzw. Lichtschutzwirkung erhöht und/oder die
Durchsichtfarbe — z.B. mit einem in Durchsicht gelben
Lichtschutz 22 von Blau in Grün — verändert werden kann. Als
von besonderem praktischen Vorteil hat sich ferner erwiesen,
die Lichtdämpfung der Gläser der Lichtschutzbrille mit er-
findungsgemäßen Permanentmagneten von oben nach unten abneh-

APR 08 '98  10:19PM 806+5+2207632                                    ⸱ _P.18
WO 90/09611                                              PCT/DE90/00098

- 33 -

mend auszubilden und die Lichtdämpfung der Gläser des Licht-
schutzes 22 von oben nach unten zunehmend, so daß sich in
der Durchsicht im befestigten Zustand eine gleichmäßige,
relativ kräftige Lichtdämpfung ergibt.

Insbesondere für Kurzsichtige ist als Zubehörteil mit erfin-
dungsgemäßem Permanentmagnet ein Korrektionsaufsatz für den
Fernbereich von großem Vorteil, der z.B. an der Lichtschutz-
brille mit erfindungsgemäßem Permanentmagnet so befestigt
wird, daß seine (negative) Brechkraft im oberen Bereich des
Blickfeldes wirksam wird.

Der Lichtschutz 22 kann vorteilhaft für Kraftfahrer in an
sich bekannter Weise als Blendschutz für Kraftfahrer ausge-
bildet sein.

Besonders vorteilhaft läßt sich ferner mit Hilfe der erfin-
dungsgemäßen Permanentmagnete an Augenvorsätzen Zubehör
anbringen, das sich in befestigtem Zustand im wesentlichen
außerhalb des optischen Augenstrahlenganges befindet, wie
beispielsweise Behältnisse zum zeitweiligen Speichern von
flüchtigen Stoffen, insbesondere Duftstoffen, Schmuck-
und/oder Zierelemente, Gehörschutzstücke zum Einführen in
die Ohren, Ohrpaßstücke von Hörhilfen, Kabelschnurhalter,
Leuchten sowie elektronische und/oder elektroakustische
Einheiten wie z.B. Hörhilfen, Radiosender und/oder -empfän-
ger, Meßgeräte (z.B. für radioaktive Strahlung), Ohrhörer,
wobei die Befestigung derartiger Zubehörteile insbesondere
auch an den Brillenbügeln erfolgen kann.

3.5

- 34 -

Ansprüche

1. Befestigungsanordnung zum Befestigen von Zubehör an
   einem Augenvorsatz mittels mindestens eines Permanent-
   magneten, dadurch gekennzeichnet, daß mindestens einer
   der Permanentmagnete (034, 036; 34, 36; 52; 53, 54; 77;
   88, 92, 98, 100; 124, 126, 134, 136) mindestens eine
   Seltene Erde und/oder Kobalt enthält.

2. Befestigungsanordnung nach Anspruch 1, dadurch gekenn-
   zeichnet, daß einer oder mehrere der Permanentmagnete
   nach Anspruch 1 eine magnetische Anisotropie aufweisen,
   wobei die mit der magnetischen Anisotropie verknüpften
   Vorzugsachsen (38, 40) mehrerer Permanentmagnete ange-
   nähert parallel zueinander ausgerichtet sind.

3. Befestigungsanordnung nach einem der Ansprüche 1 und 2,
   dadurch gekennzeichnet, daß mindestens einer der
   Permanentmagnete gemäß einem der Ansprüche 1 und 2
   einen Rückschluß (046, 048; 46, 48) aufweist.

4. Befestigungsanordnung nach einem der Ansprüche 1 bis 3,
   dadurch gekennzeichnet, daß das Verhältnis (L/D) der
   gesamten Länge (L = L1 + L2) zur Dicke (D) der Perma-
   nentmagnete gemäß einem der Ansprüche 1 bis 3 unter
   Einschluß der Bereichsgrenzen angenähert im Bereich der

APR 08 '98 10:20PM BB6+5+2207632                                                P.19
WO 90/09611                                                         PCT/DE90/00098

- 35 -

Zahlenwerte 1 bis 3 liegt.

5.    Befestigungsanordnung nach einem der Ansprüche 1 bis 4,
      dadurch gekennzeichnet, daß der Abstand (h) zwischen
      den Permanentmagneten (034, 036; 34, 36; 53, 54; 34,
      77; 88, 98, 92, 100; 124, 134, 126; 136) im befestigten
      Zustand kleiner ist oder gleich etwa 1/6 ihrer gesamten
      Länge (L = L1 + L2).

6.    Befestigungsanordnung nach einem der Ansprüche 1 bis 5,
      dadurch gekennzeichnet, daß mindestens einem der Perma-
      nentmagnete gemäß einem der Ansprüche 1 bis 4 ein
      Rückschlußteil (50; 51) lösbar befestigt gegenüber-
      steht, wenn Zubehör gemäß Anspruch 1 an einem Augenvor-
      satz gemäß Anspruch 1 befestigt ist.

7.    Befestigungsanordnung nach einem der Ansprüche 1 bis 6,
      dadurch gekennzeichnet, daß mindestens ein Permanent-
      magnet gemäß einem der Ansprüche 1 bis 5 oder minde-
      stens ein Rückschlußteil (50; 51) im Bereich einer
      Brücke (016; 017; 16) und/oder eines Zwischenteiles
      (28; 62; 69; 79; 94, 96; 130, 132) angebracht ist.

8.    Befestigungsanordnung nach einem der Ansprüche 1 bis 7,
      dadurch gekennzeichnet, daß mindestens ein Augenvorsatz
      gemäß Anspruch 1 und mindestens ein Zubehörteil gemäß
      Anspruch 1 Mittel (42, 44; 95, 97, 102, 104; 137, 138,
      139, 140) für festen Sitz und/oder selbstjustierendes
      Befestigen des mindestens einen Zubehörteiles an dem
      mindestens einen Augenvorsatz aufweisen.

37

APR 08 '98  10:29PM 886+5+2207632                                              P.45

WO 90/09611                                                          PCT/DE90/00098

- 36 -

9.   Befestigungsanordnung nach einem der Ansprüche 1 bis 8,
     dadurch gekennzeichnet, daß der Augenvorsatz gemäß
     Anspruch 1 als glasloses Brillengestell oder als Kor-
     rektionsbrille (2) oder als Lichtschutzbrille oder als
     Korrektions- und Lichtschutzbrille oder als Arbeits-
     schutzbrille (113) oder als Skibrille (80) oder als
     Taucherbrille (112) ausgebildet ist und das Zubehör
     nach Anspruch 1 mindestens einen Lichtschutz (22)
     und/oder mindestens einen Korrektionsaufsatz (56; 68;
     114) und/oder mindestens ein Schutzteil (78) und/oder
     mindestens eine Hilfsvorrichtung (74) als Halterung für
     mindestens ein Zubehörteil und/oder mindestens einen
     Blendschutz für Kraftfahrer und/oder mindestens ein
     Behältnis zum zeitweiligen Speichern von flüchtigen
     Stoffen und/oder mindestens ein Schmuck- und/oder Zier-
     element und/oder mindestens ein Gehörschutzstück und/
     oder mindestens ein Ohrpaßstück einer Hörhilfe und/oder
     mindestens eine Leuchte und/oder mindestens eine elek-
     tronische Einheit und/oder mindestens einen Ohrhörer
     aufweist.

38

APR 08 '98  10:20PM 886+5+2207632                                    P.20
WO 90/09611                                              PCT/DE90/00098

1/8



Fig.1

Fig.2

Fig.3

APR 08 '98  10:30PM 886+5+2207632                                 P.46
WO 90/09611                                              PCT/DE90/00098

2 / 8



Fig.4



Fig.5

APR 08 '98  10:20PM 886+5+2207632                                      P.21
WO 90/09611                                              PCT/DE90/00098

3 / 8



Fig. 6

APR 08 '98   10:30PM 886+5+2207632                                                    P.47
WO 90/09611                                                          PCT/DE90/00098

4 / 8



Fig. 7

Fig. 8

Fig. 9

APR 08 '98  10:21PM  886+5+2207632                                    P.22

**WO 90/09611**                                                **PCT/DE90/00098**

5 / 8



Fig.10

Fig.11

Fig.12

Fig.13

Case 0:09-cv-61515-MGC   Document 184-18   Entered on FLSD Docket 10/19/2010   Page 63 of 134



Fig. 14



Fig. 15

Case 0:09-cv-61515-MGC   Document 184-18   Entered on FLSD Docket 10/19/2010   Page 64 of 134







Fig. 16

APR 08 '98  10:30PM 806+5+2207632

WO 90/09611

PCT/DE90/00098

8 / 8





C – C

Fig.17

4159821122   BENEMANN TRANSLATION                    015 P02   JUL 28 '98   14:00

**PCT**            **World Organization for Intellectual Property**
                              **International Office**

**INTERNATIONAL APPLICATION PUBLISHED IN ACCORDANCE WITH THE
TREATY ON INTERNATIONAL COLLABORATION IN THE AREA OF PATENT
MATTERS (PCT)**

| (51) | International Patent Classification 5: G02C 9/00 | A1 | (11) | International Publication Number: WO 90/09611 |
|---|---|---|---|---|
| | | | (43) | International Publication Date: August 23, 1990 (08/23/90) |

| (21) International Filing Number: PCT/DE90/00098 | (81) Applicable countries: AT (European Patent), BE (European Patent), CH (European Patent), DE (European Patent), DK (European Patent), ES (European Patent), FR (European Patent), GB (European Patent), IT (European Patent), JP, LU (European Patent), NL (European Patent), SE (European Patent), US. |
|---|---|
| (22) International Application Date: February 14, 1990 (02/14/90) | |
| (30) Priority Data: | |
| P 39 05 041.6 February 18, 1989 (02/18/89) DE | |
| P 39 19 489.2 June 14, 1989 (06/14/89)      DE | **Published** |
| P 39 20 879.6 June 26, 1989 (06/26/89)      DE | |
| P 39 21 987.9 July 4, 1989 (07/04/89)       DE | *With international search report.* |
| P 39 24 785.6 July 26, 1989 (07/26/89)      DE | *Before expiration of the period* |
| P 39 33 310.8 October 5, 1989 (10/05/89)    DE | *permitted for changes in the claims.* |
| | *The publication will be repeated if* |
| (71) (72) Applicant and Inventor: STEMME, Otto [DE/DE]; Heideckstraße 29, D-8000 Munich 19 (DE) | *changes are received.* |
| (72) Inventor; and | |
| (75) Inventor / Applicant *(only for US)*: STEMME, Rosalind [SG/DE]; Heideckstraße 29, D-8000 Munich 19 (DE) | |

[English:]
(54)   FASTENING ARRANGEMENT

(54)   FASTENING ARRANGEMENT

[English:]
(57)   **Abstract**
        For a fastening arrangement for fastening accessories to ophthalmic devices – in particular spectacles – by means of permanent magnets, it is suggested that the latter have high magnetic characteristic values, such as energy density and remanence, through the use of alloys containing at least one rare earth element and / or cobalt and / or by making them

magnetically anisotropic and thereby keeping the volume and weight of the permanent magnets very small, which is advantageous for mounting them in spectacle frames, while ensuring at the same time that the accessory is reliably fastened.

(57)   **Abstract**

For a fastening arrangement for fastening accessories to ophthalmic devices – in particular spectacles – by means of permanent magnets, it is suggested that the latter have high magnetic characteristic values, such as energy density and remanence, through the use of alloys containing at least one rare earth element and / or cobalt and /or by making them magnetically anisotropic and thereby keeping the volume and weight of the permanent magnets very small, which is advantageous for mounting them in spectacle frames, while ensuring at the same time that the accessory is reliably fastened.



## Fastening Arrangement

The present invention concerns a fastening arrangement in accordance with the preamble of Claim 1.

Ophthalmic devices serve essentially to protect the eyes – in part, too, the eye region and the face – to correct vision problems, and to produce esthetic effects.

Often, the user desires that an ophthalmic device fulfill several functions of this kind.

A particularly important example is the case of an ophthalmic device designed as corrective spectacles, which – at least, in part – are also intended to assume the function of anti-glare spectacles.

Solutions are known in which anti-glare glasses are placed as an accessory part in the optical path of the light rays, in particular by fastening anti-glare spectacles, as an accessory part, to corrective spectacles in a detachable manner. In one of these solutions, the anti-glare glasses, while fastened, can be flipped into and out of the path of the light rays. Especially disadvantageous in these solutions is the purely mechanical way in which the accessory part – in this case, the anti-glare glasses or spectacles – is fastened to the ophthalmic device in the form of corrective spectacles. In particular when a gripping and spring mechanism is used, this means that, in the mounted state, the arrangement is unpleasantly bulky, gets caught in pieces of clothing, and, moreover, largely destroys the original esthetic effect of the spectacles, something that is felt to be especially unpleasant.

In contrast to this, it was proposed to fasten accessory parts – in particular, as glare protection or as supplemental lenses with positive refractive power in the lower part of the spectacles lenses or as decorative elements – to spectacles in a detachable manner by means of permanent magnets (DE-OS 17 97 366, FR 9 15 421, GB 8 55 268, US 2,737,847). With regard to the permanent magnets, the use of high-coercivity permanent magnetic material was proposed (DE-OS 17 97 366) [OS = published unexamined patent application].

This manner of fastening accessories to spectacles by means of permanent magnets and their forces of attraction (forces of adhesion) makes it possible, in a simple, fast, and reliable way that largely avoids impediments, dangers, and inconveniences to the user, to bring optically active parts of accessories into the visual path of the light rays – and back out of the visual path of the light rays – and also makes it possible to fasten to spectacles, in a detachable manner, other accessories that are situated largely outside of the visual path of light rays. In addition, the original esthetic effect of the spectacles can be retained to the greatest possible extent owing to the absence of bulky mechanical fastening elements. Nonetheless, the market introduction of spectacles with accessories fastened by means of permanent magnets has so far failed in practice.

The reason for this is to be seen mainly in the fact that special requirements are placed on fastening arrangements for fastening accessories to ophthalmic devices – in particular,

spectacles – these requirements being, in particular, a small, organically and esthetically well-adapted size, both in itself and in its form in the spectacle design, a small volume and weight, and a high acceleration resistance and thus reliability of fastening and resistance to corrosion. These requirements can only be fulfilled by a special design of the permanent magnets.

The object of the present invention is to design permanent magnets in connection with ophthalmic devices – in particular, spectacles – and accessories in such a way that a fastening arrangement for fastening of the accessory to the ophthalmic device – in particular, spectacles – is created, this fastening arrangement satisfying, to the largest extent possible, the above-mentioned special requirements that are to be placed on fastening arrangements and making it possible, for a modular, systematic series of ophthalmic devices – in particular, spectacles – and accessories, to bring optically active regions of accessories into the visual path of the light rays – and back out of the visual path of the light rays – in a simple, fast, and reliable way that avoids, to the greatest extent possible, impediments, dangers, and inconveniences to the user and also making it possible to fasten in a detachable manner to ophthalmic devices – in particular, spectacles – other accessories that are situated essentially outside of the optical path of the light rays. In the process, the original esthetic effect of the ophthalmic device should be retained to the greatest extent possible.

The attainment of this object occurs through the characteristic features of Claim 1. The subclaims contain advantageous embodiments of the invention.

In investigations and tests carried out in the framework of the present invention, it was found that considerable accelerations a can act on an accessory part that is fastened to an ophthalmic device – in particular, spectacles – during use. These are brought about especially often by strong movements of the body and head. Acceleration values that are even higher than those caused by strong movements of the body and head can occur through strong hand movements with, for example, spectacles and, above all, when, for example, an ophthalmic device – in particular, a pair of spectacles – is laid down hard on a table top or a similar object.

It has been shown that acceleration values of up to approximately 5 g (g = acceleration due to gravity) and, in many cases, even up to approximately 10 g can be expected. The force acting on an accessory part of mass m is $K = ma$. Accordingly, a mass m of, for example, 0.025 kg and an acceleration a of, for example, 5 g results in a force K of about 1.25 Newton (N) acting on the accessory part; an acceleration a of 10 g results in a force K of 2.5 N.

Employed initially in the investigations and tests carried out in the framework of the present invention were two permanent magnets, which lie opposite each other with opposite polarity and which are each firmly attached to an ophthalmic device – in particular, spectacles – or to an accessory part and between which a force of attraction (force of adhesion) F exists, by means of which the accessory part is fastened to the ophthalmic device – in particular, spectacles. Here, the force F – in the sense of

4159821122   BENEMANN TRANSLATION                    015 P06   JUL 28 '98  14:01

acceleration resistance and thus reliability of fastening and thus in the sense of the object posed – should at least compensate for the force K arising through acceleration; that is, in terms of magnitude, F ≥ K.

Fig. 1 shows schematically the permanent magnets referred to here by 034 and 036, further parts being omitted for reasons of clarity. Their opposite polarity is indicated arbitrarily by being marked with N and S. The permanent magnets 034, 036 are magnetized over the dimension L1, L2. In Fig. 1a, the two permanent magnets 034 and 036 are depicted schematically in the fastened state, that is, when the accessory part is fastened to the ophthalmic device, and, in Fig. 1b, in the unfastened state, that is, when the accessory part is unfastened from the ophthalmic device.

In the fastened state, when the width h of the gap 035 between the permanent magnets 034 and 036 is small in comparison to the total length $L = L1 + L2$, the following equation approximately holds for the force of attraction (force of adhesion) F between the two permanent magnets 034 and 036: $F = 4 \times 10^5 \times f \times B_A^2$ ($f$ = cross-sectional area of the permanent magnets, $B_A$ = induction of the permanent magnets in the fastened state corresponding to operating point A of their demagnetization curves).

Together with the initial requirement stated, namely, F ≥ K, this results in the following requirement for the induction of the permanent magnets 034 and 036: $B_A \geq 1.6 \times 10{-3} \sqrt{K/f}$.

The permanent magents 034 and 036 can, for example, be cylindrical - which is especially advantageous in terms of production technology both with respect to their manufacturing and their later installation in ophthalmic devices (in particular, spectacles) or accessories - with, for example, equal diameters D (Fig. 1), and lengths L1 and L2 (Fig. 1), which for example can be equal.

The investigations and tests carried out in the framework of the present invention have shown that, for example, cylindrical permanent magnets 034, 036 with a diameter of about 4 mm can still be incorporated into ophthalmic devices - in particular, spectacles - and accessories, with the fastening arrangement formed in this way fitting organically and esthetically into the spectacle design with respect to their shape and - small - size, and in particular they do not noticeably disturb the spectacle or accessory wearer either with extra volume or extra weight.

The diameter, for example, of about 4 mm results in a cross section area f of about $1.2 \times 10^{-5}$ m$^2$. From the requirement given above, namely, $B_A \geq 1.6 \times 10^{-3} \sqrt{K/f}$, there results an induction for the permanent magnets 034, 036 of the fastening arrangement in the fastened state (Fig. 1a) with an accessory part mass m of, for example, 0.025 kg and an acceleration of, for example, a = 5 g with the corresponding force F of 1.25 N, the instruction $B_A \geq 0.5$ Tesla (T) for the design of the permanent magnets 034, 036 and, for an acceleration of, for example, a = 10 g with an associated force K of 2.5 N, the requirement $B_A \geq 0.7$ T for the design of the permanent magnets 034, 036 for increased acceleration resistance –

corresponding to the increased acceleration value of 10 g – and fastening reliability of the accessory parts to the ophthalmic device, particularly spectacles.

In the preferred cylindrical-shaped design, for example, of the permanent magnets 034, 036, there are no limitations. On the contrary, in the investigations and tests carried out in the framework of the present invention, the permanent magnets 034, 036 were successfully tested also as rectangular bodies with, for example, dimensions of $3 \times 3.5 \times 5$ $mm^3$ – magnetized through the dimension 3, for example, in fastening the accessory parts to ophthalmic devices – in particular, spectacles.

Fig. 2 schematically shows a demagnetization curve 01 of permanent magnets, such as, for example, 034 and 036. Plotted along the abscissa is, as generally common for permanent magnets, the demagnetizing field $H = - NJ/\mu_o$ ($N$ = demagnetization factor, known to be $0 \leq N \leq 1$, $J$ = polarization, $\mu_o$ = induction constant); plotted along the ordinate is the induction B.

Because of the high $B_A$ values required, as discussed above, the permanent magnets 034, 036 must have very high values of the remanence $B_r$, these values lying above $B_A$, and the demagnetization curve 01 should be as flat as possible. The latter requirement holds all the more as the angle [alpha] of the operating straight lines 02 is relatively large on account of cotg [alpha] = $(1-N) / N$ owing to the high demagnetization factor N, which lies, for example, above 0.3 and is due to a small L/D ratio (Fig. 1a). The ratio L/D therefore has a small value, because, in terms of the object posed, not only must the thickness or the diameter D be kept small – that is, in the range of several millimeters – but also the lengths L1 and L2 or the length L = L1 + L2 of the permanent magnets 034, 036, which, in the fastened state (Fig. 1a), may be regarded in approximation as a single permanent magnet.

For a flat course of the demagnetization curve 01, it is necessary that the curve B = $(BH)_{max} / H$, referred to by 04, touch the demagnetization curve at a B value that is as high as possible, for which reason permanent magnets, such as 034, 036, should exhibit high values of the maximal energy product or the energy density $(BH)_{max}$ (quality characteristic).

In addition to this, the demagnetization curve, as shown in the schematic depiction of Fig. 2, should be, to the greatest extent possible, practically a straight line, on which the operating point P of the individual permanent magnets, such as 034, 036, should also lie in the unfastened state (Fig. 1b). In this way, it is possible to ensure that, on repeated fastening and unfastening of accessory parts or of permanent magnets, the operation is performed on the straight section of the demagnetization curve 01 between the operating points A and P and, in this way, no loss of magnetization to lower B values results.

The operating straight line 03, which determines the operating point P, lies at an angle β, which is given by cotg β = $(1-N) / N$, whereby the demagnetization factor N is now

determined by the ratio L1/D or L2/D, which is lower than L/D, and is correspondingly increased.

In extension of the investigations and tests carried out in the framework of the present invention, it resulted that the requirements thereby worked out and discussed above with respect to the permanent magnets, such as, for example, 034, 036, can only be observed by means of their special design described below.

In order to attain the high values of the induction $B_A$ or the remanence $B_r$ and of the energy product or the energy density $(BH)_{max}$ in accordance with the requirements, the permanent magnets, such as, for example, 034, 036, should be made of alloys, in themselves known, that contain at least one rare earth element and / or cobalt, such as, for example, samarium-cobalt, neodymium-iron-boron, lanthanum-cobalt, yttrium-cobalt, cerium-cobalt, and praseodymium-cobalt alloys and mixtures thereof as well as of alloys containing at least aluminum, nickel, and cobalt (AlNiCo alloys). Especially high values of the remanence $B_r$ and of the energy product or energy density $(BH)_{max}$ may be attained if the permanent magnets, such as 034, 036, of the fastening arrangement are designed with a magnetic anisotropy, so that they exhibit a preferred axis for the magnetic polarization J, whereby the high values of the stated magnetic properties are attained in this preferred axis upon magnetization, that is, when the magnetic polarization J lies in this axis.

The magnetic anisotropy and the preferred axis associated with it are created in a way that is itself known during the manufacture of the permanent magnets, such as 034, 036, of the fastening arrangement, for example by treatment with a magnetic field and / or heat, by pressing of powdered starting material in a magnetic field before sintering, or by cooling of the hot magnets in a magnetic field.

The operating points A and P of the permanent magnets, such as 034, 036, of the fastening arrangement may be shifted in an advantageous way, which increases the force of adhesion and the reliability, in the direction of higher B values if the permanent magnets are designed with a soft magnetic keeper 046 and 048 for the magnetic flux, as depicted schematically in Fig. 3, whereby the demagnetization factor is reduced. This design is appropriate for AlNiCo magnets, in particular, since their demagnetization curve – starting from high values of the remanence, which can lie above 1 T – falls off relatively steeply. The permanent magnets, in this case, are advantageously magnetized after being placed – if necessary, once again – in the keeper.

For the investigations and tests carried out in the framework of the present invention, the dependence of the force of attraction (force of adhesion) F between two oppositely poled permanent magnets, magnetized over the length L1, L2, was measured as a function of their mutual separation h (Fig. 1a). The result for two cylindrical permanent magnets 034, 036, for example, which had diameters of, for example, about 4 mm and lengths L1 and L2 of about 3 mm each – that is, L/D = 1.5 – and were made of a samarium-cobalt alloy with a $(BH)_{max}$ of about 170 KJ / m$^3$ and a remanence $B_r$ of about 0.95 T as well as a

coercivity field strength  HC of about 640 kA / m, is shown in Fig. 4.  The force F, calculated according to the formula given above, is also plotted, marked with x, and is in good agreement, in terms of practice, with the measurement.  An increase, for example, of L1 and L2 to about 6 mm – that is, L/D = 2.25 and 3 – resulted, in each case, in an advantageous increase in the value of the force value by approximately 20%.  A decrease, for example, to about 2 mm – that is, L/D = 1.25 and 1 – resulted in a lowering, in each case, by about 15%, which is acceptable for very light accessories.

In accordance with Fig. 4, it was found that the force F initially decreases only slightly with increasing separations h, so that, for small separations h – about 0 to 0.3 mm – the value of the force F for h = 0 can be taken in practice.  Furthermore, it resulted (Fig. 4) that, for the allowable force K = F of 2.5 N – corresponding to an acceleration a of 10 g for an accessory part mass m of 0.025 g (increased reliability) – h may amount to approximately 0.4 mm; for the reliable force K = F of 1.25 N – corresponding to an acceleration a of 5 g for an accessory part mass m of 0.025 g – it may amount to approximately 1 mm.  As result of the force measurements, there results the design requirement that the separation h of the permanent magnets 034, 036 in the fastened state, that is, when the accessory part is fastened to the ophthalmic device – in particular, a pair of spectacles – in a detachable manner by means of magnets, should not be greater than approximately 1/6 of the total length of the magnet, L = L1 + L2.

This design requirement must be particularly observed when the permanent magnets 034, 036 are mounted in a capsulelike manner as housings 010, 011, designed as shells or cases (Fig. 5), as will be described below, whereby, in this case, the smallest possible separation h is governed by the thicknesses B10 and B11 of the bottom of the cases 010, 011. Schematically shown in Fig. 6 on the basis of two sample embodiments, which were worked out in the investigations and tests in the framework of the present invention, is the extremely spatially economical way, in terms of the object posed, in which the cylindrical permanent magnet 034, for example, which has a diameter D of about 4 mm and a length L1 of about 3 mm and is made of, for example, a samarium-cobalt alloy with, for example, a $(BH)_{max}$ of about 170 KJ / m³, which, together with an identical permanent magnet 036 in the accessory part, which is not depicted, affords the considerable force of adhesion of approximately 3 N, can be placed in, for example, metal spectacle frames.

It has been found that, in particular for accessory parts with relatively small mass m, it is also possible to successfully employ rare earth alloys, in particular samarium-cobalt alloys, which are very advantageous in terms of resistance to corrosion, with $(BH)_{max}$ values less than 170 KJ / m³ – for example, about 140 KJ / m³ – in the fastening arrangement, whereby the remanence $B_r$ of such alloys can lie at, for example, 0.85 T. Advantageous for particularly heavy accessory parts are permanent magnets with $(BH)_{max}$ values above 170 KJ / m³, such as those made of a neodymium-iron-boron alloy, which can be provided advantageously with corrosion-protection agents, such as, for example, lacquer layers, whereby the remanence $B_r$ of such alloys can lie at, for example, about 1.1 T and $(BH)_{max}$ can lie at, for example, 230 KJ / m³.  The values of the coercivity

field strength HC of the above-mentioned rare earth alloys lie, for example, above about 600 kA / m.

In the sample embodiment in accordance with Fig. 6a, the permanent magnet 034 — firmly attached with adhesive or molded in plastic, for example, and thus superbly protected against corrosive influences — is situated in a capsulelike housing 010 designed as a shell or case, which, preferably, is soldered into the region of the bridge 016 in the spectacle frame 06 and, in addition, protects the permanent magnet 034 against mechanical damage and corrosive influences. In the sample embodiment in accordance with Fig. 6b, the permanent magnet 034 is mounted in a pocketlike extension 07 of a bridge 017, designed, for example, as a molded and / or stamped metal bar 08, of a metal spectacle frame 09.

The invention will be described in greater detail below for sample embodiments on the basis of additional schematic drawings.

The drawings show the following:

Fig. 1        permanent magnets of a fastening arrangement

Fig. 2        the demagnetization curve with the operating points A and P of an
              ensemble of two permanent magnets of a fastening arrangement

Fig. 3        permanent magnets with a keeper for the magnetic flux

Fig. 4        dependence of the force F, utilized in the fastening arrangement between
              two permanent magnets, on their mutual separation h

Fig. 5        permanent magnets in capsulelike housings designed as shells or cases

Fig. 6        metal spectacle frames with permanent magnet

Fig. 7        a pair of corrective spectacles with fastened light shades

Fig. 8
to
Fig. 11 magnet systems of the fastening arrangement

Fig. 12 corrective spectacles with fastened corrective attachment

Fig. 13 corrective spectacles with fastened corrective attachment or
        corrective and light-shade attachment

Fig. 14 an auxiliary device for attachment of spectacles and / or accessory parts

Fig. 15 corrective spectacles with fastened protective part

Fig. 16 ski goggles with fastened light shades

Fig. 17 diving goggles with fastened corrective attachment

Shown schematically in Fig. 7, as sample embodiment for an ophthalmic device with an accessory part fastened to it, is a pair of corrective spectacles 2 with rims 4 and 6, highlighted in bold lines for clarity, hinge tabs 8 and 10, skull temples 12 and 14, bridge 16, glasses or lenses 18 and 20, and, fastened to the corrective spectacles, light shades 22 that are transparent and subdue light at least in the region of the visual path of light rays. The top part of Fig.7 shows a front view, the bottom part a section A-A.  The light shades 22 serve to protect the eyes against, in particular, glare and / or irritation, whereby the protection can also involve nonvisible regions of light, in particular, for example, the ultraviolet region.

The fastening itself occurs by means of two permanent magnets, 34 and 36, each of which has a practically uniform, mutually opposite polarity (indicated by schematic marking with N and S), which are held together by the force of adhesion existing between them, whereby the permanent magnet 34 is situated firmly in the bridge 16 and the permanent magnet 36 is situated firmly in the connecting part 28 that supports the optically active regions 30 and 32 of the light shades 22.  It is especially advantageous for the regions 30 and 32 and the connecting part 28 to be manufactured as a plastic part by injection molding, whereby the permanent magnet 36 can be co-molded as well at least in part.  For example, the regions 30 and 32 can also be manufactured in conjunction and the permanent magnet 36 can be fastened to the light shades 22 directly, for example through adhesive.  Furthermore, the permanent magnet 36, as well as the permanent magnet 34, can consist of several individual magnets in order, for example, to counter the risk of possible breakage due to mechanical stress placed on the light shades 22 or the corrective spectacles 2.

The bridge 16 and the connecting part 28, with their permanent magnets 34 and 36, serve, at the same time, as support for an accessory part in the form of the light shades 22, whereby, as a special means, the angled pieces 42 and 44 — which can also be oriented or designed differently and, in particular, for example, can allow an at least partial gripping or molded clamping of the connecting part 28 in the upper and / or lower, nondepicted region of the bridge 16 as well — are intended to make possible a self-adjusting fastening and to ensure a firm sit.

The mounting of the permanent magnet 34 in the bridge 16, in accordance with the sample embodiment of Fig. 7, does not represent any limitation.  On the contrary, the permanent magnet 34 and / or at least one other corresponding permanent magnet can also be placed in a different site of the corrective spectacles 2, for example above the position depicted in Fig. 7 for the permanent magnet 34 — for example, in a widened portion of the bridge 16 or in an additional, bracelike connection between the rims 4 and 6 in the region of the bridge 16 and / or, for example, in the rims, for example in the region of the hinge tabs 8 and 10 or, for example, in the hinge tabs 8, 10 themselves.  The permanent magnet 36 and

/ or at least one other corresponding permanent magnet of the light shades 22 is then situated opposite to at least one permanent magnet of the corrective spectacles 2 in a corresponding position to that of the light shades 22 (not depicted). This holds in a corresponding manner for the keeper parts 50 and 51 discussed below.

Since the permanent magnets 34 and 36 each exhibit a large demagnetization factor due to their shape, it is very particularly advantageous, in order to attain high magnetization values in the permanent magnets and – associated therewith – high values of the magnetic charges or pole strengths producing the force of adhesion on their outer surfaces that act as poles, to use – as permanent magnets 34, 36 – permanent magnets that, for example, are each provided during their fabrication with a preferred axis 38, 40 for the magnetization – for example, by treatment with a magnetic field and / or heat, that is, permanent magnets that are magnetically anisotropic and thus exhibit a magnetic anisotropy. The preferred axes 38, 40 of the permanent magnets 34, 36 are preferably roughly parallel to each other in the way depicted in Fig. 7 in section A-A, for example, or as depicted next to this on the right in the partial depiction of the permanent magnets 34, 36, for example.

Suitable as material for the permanent magnets 34, 36 are, quite especially, magnetic materials that contain at least one rare earth element or at least one rare earth element and boron, such as, for example, alloys containing at least cobalt and samarium as well as alloys containing at least neodymium, iron, and boron.

Such alloys exhibit, in particular, a favorable demagnetization curve with high values of the coercivity field strength and the magnetic energy density, so that, even with low-volume permanent magnets 34, 36, high forces of adhesion are attained. When the magnetic substances mentioned are used in the design, the low volumes of the magnets 34, 36 extremely facilitates their mounting in the bridge 16 or in the connecting part 28 and makes possible, in a very advantageous way, particularly small-volume bridges 16 and connecting parts 28.

As the decisive physical factor governing the fastening arrangement, the force of adhesion can be increased still further or the volume of the permanent magnets decreased – the latter being particularly cost-effective – if the permanent magnet 34 and the permanent magnet 36 each have a keeper 46 and 48, respectively, in the form of a so-called pot magnet, for instance, for at least partial absorption of the magnetic flux passing through each of the permanent magnets and emerging from them, in such way that, as highlighted schematically in Fig. 8a, the more favorable working points on the demagnetization curves of the permanent magnets are reached.

Fig. 8b and Fig. 8c schematically show sections through two constructions, given by way of example, of the permanent magnet 34 with a keeper 46 in the bridge 16, which, also, holds in a like manner when extended, as sample embodiment, to the permanent magnet 36 with its keeper 48 of the connecting part 28.

4159021122   BENEMANN TRANSLATION                   015 P13   JUL 28 '98  14:05

In many cases, in particular when a magnetic material with especially high coercivity field strength and energy density is employed for the permanent magnets, it is sufficient if the keeper 46 only partially surrounds the permanent magnet 34 or the keeper 48 only partially surrounds the permanent magnet 36, for example in a U-shaped manner, as evident from the scheme of Fig. 8b, so that, in addition, an especially narrow bridge 16 is made possible.   An especially high force of adhesion is attained when the keeper 46 surrounds the permanent magnet 34 from the side or when the keeper 48 surrounds the permanent magnet 36 from the side, as evident from the scheme of Fig. 8c.

In many cases, in particular when the accessory part – namely, the light shades 22 in the case of Fig. 7 or Fig. 8 – has a relatively low weight, it is sufficient if only one permanent magnet, 34 or 36, is furnished with a keeper, 46 or 48, respectively.  In these cases, it is often even sufficient if a fastening arrangement has only one permanent magnet – for instance, in the case of the sample embodiment corresponding to Fig. 7 or Fig. 8, the bridge 16 has the permanent magnet 34 or the connecting part 28 has the permanent magnet 36 – and, in place of one of these permanent magnets, a keeper part is present for at least partial absorption of the magnetic flux passing through each of the permanent magnets and emerging from them, in such a way as is depicted schematically by way of example in Fig. 9 for the bridge 16 with a keeper part 50 in connection with the connecting part 28 with the permanent magnet 36 with a keeper 48.

Satisfactory for, above all, especially light accessory parts – for example, especially low-weight light shades 22 – is a modified, simple fastening arrangement corresponding to the sample embodiment of Fig. 10.  Here, in comparison to the arrangement corresponding to Fig. 9, a permanent magnet 52, which has segments of different polarity, has taken the place of the permanent magnet 36 with its keeper 48, in such a way as is intended to be made evident by means of the schematic marking with N and S in Fig. 10 as sample embodiment with a two-sided, multipole magnet 52, whereby this sample embodiment does not signify any limitation in terms of the possible polarity distributions.

A permanent magnet 54 with sectors of alternating polarity can also be situated in the bridge 16, while a permanent magnet 53 is in the connecting part 28 (Fig. 11) or a keeper part 51, corresponding to a keeper part 50, is situated in the connecting part 28 (not depicted).

The different possible embodied forms of the magnet systems within the fastening arrangement for accessories to ophthalmic devices make it possible to realize an optimal solution in a very advantageous manner for each case of an accessory part or an ophthalmic device, particularly when the possibilities with respect to the choice of magnetic materials are also included.

Preferably when the accessory part – for example, the light shades 22 – has a relatively low weight and the permanent magnet 34 is provided with the keeper 46 and / or the permanent magnet 36 is provided with the keeper 48, it is also possible, in a manner that is advantageous, above all, in terms of cost, to employ magnetic materials with lower values of the coercivity field strength and the energy density than those already

4159821122   BENEMANN TRANSLATION                015 P14   JUL 28 '98  14:06

mentioned for the permanent magnets 34 and 36, for example magnetic materials than contain cobalt, in particular in alloys, and that, beyond this, have at least aluminum and nickel as components (AlNiCo).

In many cases in which, for example, a particularly formal accommodation of the permanent magnets is required, the use of magnetic substances – in particular, for example, the magnetic materials mentioned in the preceding discussion, which are favorable in terms of cost – that are embedded in natural rubber and / or plastic is especially advantageous owing, in particular, to their good workability.  It is advantageous, above all in terms of fabrication techniques, to construct large regions from such materials; that is, for example, large regions of the connecting part 28 or the entire connecting part 28 can be made from particles of an alloy containing cobalt and samarium embedded in natural rubber or particles of an alloy containing neodymium, iron, and boron embedded in plastic.

Moreover, owing, above all, to their relatively good workability, cobalt alloys with at least the addition of iron and vanadium, with at least the addition of iron and chromium, with the addition of iron, nickel, titanium, and / or niobium, and with platinum are also of advantage in specific applications.  The cobalt-platinum alloys, in particular, exhibit high values of the coercivity field strength and of the energy density, which increase the force of adhesion and reduce the volume, these materials being characterized by a particularly low brittleness, which is conducive to their workability, and being extremely resistant to corrosion by practically all corrosive media.  Cobalt alloys with addition of iron and nickel are suitable, in particular, also for fusing in glasses, for example as permanent magnets in contact lenses, which, for example, can be fastened individually to an ophthalmic device by means of these permanent magnets.

The keeper 46 or 48 and the keeper part 50 or 51 is made preferably of iron, whereby, in particular in terms of corrosion protection and in an economically advantageous way, this iron must not involve high-purity iron; that is, the iron can contain additives.  For reasons of corrosion protection, in particular, the iron is preferably furnished, in addition, with one or more protective layers and / or injection-molded with a coat of plastic material.

The choice of material for the keeper 46 or 48 and for the keeper part 50 or 51 is not restricted to iron.  On the contrary, numerous materials with a correspondingly high magnetic permeability also come into consideration for this, for example, alloys that contain iron and nickel, that is, alloys that, in addition, are very advantageous in terms of corrosion resistance.

Suitable, beyond this, as materials for the keeper 46 or 48 and the keeper part 50 or 51 are, for example, soft magnetic ferrites, such as, for example, manganese-zinc ferrite,. which offer a number of advantages.  During their manufacture (for example, by pressing. of the powdered starting material), they can be brought already into their desired form – for example, a keeper corresponding to Fig. 8c – and are therefore cost-effective both in this respect and in terms of the material and, as oxide ceramic materials, they are very. resistant to corrosion.  Added to this is their low density, that is, their low weight.

The details given on the construction of the magnet system, particularly with respect to materials and working substances for the fastening arrangement – in particular for permanent magnets, keeper parts, and keepers – in connection with individual sample embodiments do not mean that these cannot be employed as well in other sample embodiments.

Schematically depicted in Fig. 12, as also in Fig. 7, as seen from a front view, is once again the corrective spectacles 2 with rims 4 and 6, hinge tabs 8 and 10, and spectacle lenses 18 and 20.  However, in place of the light shades 22, a corrective attachment 56 with the lenses 58 and 60 is fastened to the corrective spectacles 2 as accessory part in the case of the sample embodiment corresponding to Fig. 12, whereby the corrective attachment preferably exhibits a connecting part 62, corresponding to the connecting part 28, with, for example, a permanent magnet (not depicted), corresponding to the permanent magnet 36 of Fig. 7, and, as before, the bridge, corresponding, for example to the permanent magnet 34 in Fig. 7.  There is no limitation here.  On the contrary, all sample embodiments for the fastening arrangement given above in connection with the fastening arrangement for the light shades 22, in particular also with respect to its magnet system, can also be employed for the fastening arrangement of the corrective attachment 56 and other accessory parts.  In this way, it is possible, for example, to construct, in an advantageous manner, a modular spectacle system from one or more corrective spectacles 2, light shades 22, corrective attachment 56, and other accessory parts through mutual compatibility.

The lenses 58 and 60 are made, preferably, from plastic glass that may be worked through injection molding techniques and / or by hot stamping, but they can also be made from other glass, particularly silicate glass – in particular if they are to exhibit an especially high refractive power or a short focal distance – whereby, in this case, the corrective attachment 56 (not depicted) has parts for holding the lenses 58, 60.

In the case of plastic glass, the corrective attachment 56, corresponding to the light shades 22 and including the connecting part 62, is fabricated especially advantageously as a plastic part by injection molding techniques, whereby, for example, the permanent magnet of the connecting part 62 can be co-formed at least in part by injection molding.  In order to increase the mechanical stability, the corrective attachment 56 preferably has at least partially reinforced rim regions 65 and / or 67, which are highlighted in Fig. 12 by thick lines.

Corresponding to the regions 24 and 26 of the light shades 22, the corrective attachment 56 preferably has regions 64 and 66, projecting above and below, somewhat over the bridge 16 (not depicted in Fig. 12), which serve as a gripping means in attaching and detaching the corrective attachment 56 in this case.

In special cases – for example, when the corrective attachment is intended to have, at the same time, a light-shade effect, in particular for the protection of eyes against glare and / or irritation, and, in addition, an increased light-subduing effect, which can also involve the

nonvisible region of light – it is preferably designed as corrective attachment 68 with the lens regions 70 and 72 and the connecting part 69 (scheme, Fig. 13), which can be produced in an especially advantageous manner by, for example, injection molding techniques during the fabrication of the corrective attachment 68 and / or by hot stamping.

An accessory part in the form of a corrective attachment 56 or 68, which can be fastened quickly to an ophthalmic device – for example, corrective spectacles 2 in the case of Fig. 12 and Fig. 13 – is quite especially of practical importance for the large number of people with defective vision, who, in order to see distant and near objects in focus, require so-called multifocal glasses (multifocal lenses), for example bifocal glasses with two regions having different refractive power or focal distance: an upper one referred as a distant-vision part and a lower one referred to as near-vision part. The near-vision part is generally smaller than the distant-vision part and, in the case of far-sightedness, has an enhanced refractive power or a shorter focal distance than does the distant-vision part, so that the near-vision part enables sharper vision in the near range and the distant-vision part enables sharper vision in the distant range.

The term "glasses" employed in the framework of the present invention does not represent any limitation, in particular not in the sense of mineral or silicate glasses. On the contrary, plastic glasses, for example, are also understand under this term.

Fig. 14 shows schematically a further accessory part that facilitates the operation described in the preceding. This accessory part has, as auxiliary device 74, as indicated schematically in the view in the left part of Fig. 14, a region 76, which corresponds to the bridge 16 magnetically and in terms of dimensions, so that – compatible with the corrective spectacles 2 – the corrective attachment 56 or 68 can be fastened to the auxiliary device 74. The auxiliary device 74 has a means of attachment to objects of clothing, 75 – in Fig. 14, a pin, for example. If the auxiliary device 74 is worn on an object of clothing, then the corrective part can be fastened to it quickly and conveniently when it is not needed and removed from it quickly and conveniently when it is needed in order to fasten it to the corrective spectacles 2. Naturally, the pair of corrective spectacles 2 itself, as well as other accessories, such as, for example, the light shades 22, can also be reversibly fastened to the auxiliary device.

Of particular practical importance are also sample embodiments in which the means 75 for attachment to objects of clothing is replaced by a means for attachment to fixed objects, for example to dashboards by means of, for example, an adhesive layer (not depicted).

A further accessory part for the corrective spectacles 2, which can be fastened quickly and reversibly to the corrective spectacles 2 by means of the fastening arrangement in accordance with the invention and which is of particular importance in the area of work safety, is shown, as a sample embodiment, by the schematic depiction of Fig. 15, corresponding to the sectional depiction of Fig. 7, whereby, now, in place of the light shades 22 or the corrective attachment 56 or 68, a completely or partially clear protective part 78 with an connecting part 79 with a permanent magnet 77 is present for protection,

4159821122   BENEMANN TRANSLATION                                        015 P17   JUL 28 '98  14:09

for example, against grinding shavings or sparks.  Naturally, the protective part 78 can also exhibit an enhanced light-subduing effect and thus act simultaneously as light shades, in particular, for example, during welding, as well as light shades in, for example, the field of sports, whereby the light shades serve, in particular, for the protection of the eyes against glare and / or irritation and can involve protection against the nonvisible region of light as well – for example the ultraviolet region.

Whereas the above-described sample embodiments for the inclusion of ophthalmic devices and accessory parts in the fastening arrangement in accordance with the invention assumed corrective spectacles as the ophthalmic device, Fig. 16 shows schematically a sample embodiment in which, as ophthalmic device, eye or face protection in the form of so-called ski goggles 80 is assumed.  Fig. 16, top, shows schematically a front view.  Fig. 16, bottom, shows a section B-B, whereby parts situated behind the – transparent – window 84 are also depicted.

In Fig. 16 is depicted schematically, as sample embodiment for an accessory part, light shades 82, which, for example, are fabricated as a continuous light-subduing plastic part. The light shades 82 serve, in particular, for the protection of the eyes against glare and / or irritation, whereby the protection can also involve the nonvisible region of light, in particular, for example, the ultraviolet region.  The light shades 82 are preferably fastened to the inside of a single-walled or multiwalled window 84, which is situated in a frame 85. In addition, permanent magnets 88 or 92 or parts 87, 89 in which they are at least partially situated, are attached to the window 84 by means of adhesive layers 86 or 90, respectively.  The light shades 82 have the connecting parts 94 and 96, which they can advantageously be fabricated together with in an injection molding operation, whereby the permanent magnets 98 and 100, respectively oppositely poled to the permanent magnets 88 and 92, are situated in the connecting parts 94 and 96, respectively.

The similarity of the two magnet systems to the permanent magnets 88 and 98 or 92 and 100 of the sample embodiment corresponding to Fig. 16 does not signify any limitation. On the contrary, when several magnet systems are used, magnet systems differing from one another – for example, with and without keeper part 50 or 51 – can also be employed for the fastening arrangement for accessories to ophthalmic devices.

The connecting parts 94, 96 and the parts 87, 89 preferably have angled pieces 95, 102 and 97,104, respectively, as a means for self-adjusting fastening, assuring a firm sit of the permanent magnets 98 and 100 or of their connecting parts 94 and 96 to the permanent magnets 88 and 92 or to the parts 87, 89 and thus of the light shades 82 to the window 84.

The projecting regions 108 and 110, as a sample embodiment, serve as a gripping aid for the quick fastening and quick removal of the light shades 82.  An elastic band 106 serves for holding them to the head.

In place of the light shades 82, it is possible to have, for example, a corrective attachment (not depicted) – for example, for the distant region in the case of near-sightedness – and

also a combination of both is possible, either by tinting of the corrective attachment or by simultaneous fastening of light shades and corrective attachment, given a corresponding design of the connecting part (not depicted).

Schematically depicted in Fig. 17, as ophthalmic device, are so-called diving goggles as viewed from the front, whereby parts fastened behind the – transparent – window 128 are also depicted, and as viewed through section C-C. Naturally, a corrective attachment 114 with lenses 116 and 118 is of particular practical interest here as accessory part.

In order to keep the visual obstruction due to the fastening arrangement as small as possible and to ensure a high fastening security corresponding to the requirements, the fastening arrangements in the sample embodiment in accordance with Fig. 17 are attached preferably in the side region of the ophthalmic devices at the edge of the facial field – corresponding also to the sample embodiment with the ski goggles in Fig. 16.

In addition, in the sample embodiment of Fig. 17, permanent magnets 124 and 126 or parts 121, 123 in which they are situated at least partially are attached by means of, for example, adhesive layers 120 and 122, to the window 128, which is situated in a frame 129. The corrective attachment 114 has connecting parts 130 and 132, with which it can be fabricated in an advantageous manner in one injection molding operation when plastic glasses are used. In the connecting parts 130 and 132 are situated the permanent magnets 134 and 136, respectively oppositely poled to the permanent magnets 124 and 126. In order to increase the mechanical stability, the corrective attachment 114 preferably has at least partially reinforced rim regions 117 (highlighted in Fig. 17 by thick lines).

The connecting parts 130, 132 and the parts 121, 123 preferably have angled pieces 137, 138 and 139,140 as a means for self-adjusting fastening, ensuring a firm sit of the permanent magnets 134 and 136 or of their connecting parts 130 and 132 to the permanent magnets 124 and 126 and thus of the corrective attachment 114 to the window 128.

The projecting regions 142 and 144, as a sample embodiment, serve as a gripping aid for the quick fastening and the quick removal of the corrective attachment 114. An elastic band 146 serves for holding the goggles to the head and a rubber insert 147 serves for watertightness.

Similarly to the ski goggles 80, further fastening possibilities are presented – for example, fastening of a further corrective attachment for the realization of the near zone in the case of defective vision requiring multifocal glasses (multifocal lenses; not depicted).

It is also possible, in particular in the case of far-sighted persons, to fasten a corrective attachment for the near region alone – in the lower region of the visual field – or, in particular for short-sighted persons, a corrective attachment for the distant region alone – in the upper region of the visual field – to the window 128.

4159821122   BENEMANN TRANSLATION                    015 P19    JUL 28 '98   14:09

In place of the ski goggles 80 or the diving goggles 112, it is also possible to use the same sample embodiments for accessory parts for similarly designed work safety glasses 113, this being indicated by the reference 113 included, in addition to the reference 80 for ski goggles, in Fig. 10.

The sample embodiments described above with the light shades 22, 82 as well as the corrective attachments 56, 68, 114, which each have the optically active elements for the path of light rays for both eyes, do not signify any limitation. On the contrary, these elements – for example, the lenses 58 and 60 or 70 and 72 and lenses that can also deviate strongly from these in their form – can also be fastened separately to the ophthalmic device by integration with the fastening arrangement of the invention – for example, corrective lenses behind the safety glasses of welding goggles (not depicted).

In the sample embodiments described above in accordance with Fig. 6 to Fig. 17 for the fastening of accessory parts with permanent magnets in accordance with the invention, there is no limitation.

On the contrary, the ophthalmic devices can also include, for example, spectacle frames without glasses. Furthermore, in a very advantageous way, it is possible to design the corrective spectacles 2 simultaneously to be light shade spectacles by providing their glasses 18, 20 with an increased light-subduing effect – for example, by tinting.

However, it is also possible to have pure light-shade spectacles in place of corrective spectacles 2, in a way that is very advantageous for the user, by designing their glasses 18, 20 without intended corrective effect and merely protecting the eyes of the user against light through enhanced subduing of light, whereby, due to the spectacle frame and the glasses, a certain protection of the eyes is also afforded against mechanical influences. It is also possible to employ, in a way that is very advantageous for the user, the accessory parts described in the above-described sample embodiments in accordance with Fig. 6 to Fig. 17, whereby, for example when the light shades 22 are fastened to light-shade spectacles, the light-subduing effect or the light-shade effect can be enhanced and / or the color transmitted can be changed – for example, from blue to green with light shades 22 whose translucent color is yellow. It has further proven of particular practical advantage to design the light-subduing effect of glasses of light-shade spectacles having permanent magnets in accordance with the invention in such a way that it decreases from the top down and to design the light-subduing effect of glasses of light shades 22 in such a way that it increases from the top down, so that, when fastened, the glasses afford a uniform, relatively strong light-subduing optical effect.

Of great advantage as an accessory part having permanent magnets in accordance with the invention, in particular for near-sighted persons, is a corrective attachment for the distant region, which can be fastened, for example, to the light-shade spectacles by means of the permanent magnets of the invention in such a way that its (negative) refractive power acts in the upper region of the visual field.

The light shades 22 can be designed advantageously for motor vehicle drivers in the known way as glare protection for motor vehicle drivers.

Furthermore, it is possible in an especially advantageous manner to attach to ophthalmic devices, by means of the permanent magnets in accordance with the invention, accessories that, when fastened, are situated largely outside of the optical path of the light rays, such as, for example, receptacles for the temporary storage of volatile substances, in particular perfumes, jewelry and / or decorative elements, hearing-protection pieces for introduction into the ears, fitted ear pieces of hearing aids, wire cord holders, lamps, and electronic and / or electroacoustic units, such as, for example, hearing aids, radio transmitters and / or receivers, measuring devices (for example, for radioactive radiation), and earphones, whereby the fastening of such accessory parts can occur, in particular, to the skull temples of the spectacles as well.

Claims

1. Fastening arrangement for the fastening of accessories to an ophthalmic device by means of at least one permanent magnet, characterized by the fact that at least one of the permanent magnets (034, 036; 34, 36; 52; 53, 54; 77; 88, 92, 98, 100; 124, 126, 134, 136) contains at least one rare earth element and / or cobalt.

2. Fastening arrangement in accordance with Claim 1, characterized by the fact that one or more of the permanent magnets in accordance with Claim 1 exhibits a magnetic anisotropy, whereby the preferred axes (38, 40) of several magnets, associated with the magnetic anisotropy, are oriented roughly parallel to one another.

3. Fastening arrangement in accordance with one of Claims 1 and 2, characterized by the fact that at least one of the permanent magnets in accordance with one of Claims 1 and 2 has a keeper (046, 048; 46, 68).

4. Fastening arrangement in accordance with one of Claims 1 to 3, characterized by the fact that the ratio (L/D) of the total length (L = L1 + L2) to the thickness (D) of the permanent magnets in accordance with one of Claims 1 to 3 is roughly in the range of the numerical values 1 to 3, inclusive of the range limits.

5. Fastening arrangement in accordance with one of Claims 1 to 4, characterized by the fact that the separation (h) between the permanent magnets (034, 036; 34, 36; 52; 53, 54; 77; 88, 98, 92, 100; 124, 134, 126, 136) in the fastened state is smaller than or equal to about 1/6 of their total length (L = L1 + L2).

6. . Fastening arrangement in accordance with one of Claims 1 to 5, characterized by the fact that at least one of the permanent magnets in accordance with one of Claims 1 to 4 is reversibly fastened opposite to a keeper part (50, 51) when an accessory in accordance with Claim 1 is fastened to the ophthalmic device in accordance with Claim 1.

7. . Fastening arrangement in accordance with one of Claims 1 to 6, characterized by the fact that at least one permanent magnet in accordance with one of Claims 1 to 5 or at least one keeper part (50, 51) is attached in the region of the bridge (016; 017; 16) and / or of a connecting part (28; 62; 69; 79; 94, 96; 130,132).

8. . Fastening arrangement in accordance with one of Claims 1 to 7, characterized by the fact that at least one ophthalmic device in accordance with Claim 1 and at least one accessory in accordance with Claim 1 has a means (42, 44; 95, 97, 102, 104; 137, 138, 139, 140) for firm seating and / or self-adjusting fastening of the at least one accessory part to the at least one ophthalmic device.

9. . Fastening arrangement in accordance with one of Claims 1 to 8, characterized by the fact that the ophthalmic device in accordance with Claim 1 is designed as a glassless spectacle frame or as corrective spectacles (2) or as light-shade spectacles or as corrective and light-shade spectacles or as work safety glasses (113) or as ski goggles (80) or as

diving goggles (112) and the accessory in accordance with Claim 1 has at least one pair of light shades (22) and / or at least one corrective attachment (56; 68; 114) and / or at least one protective part (78) and / or at least one auxiliary device (74) as holder for at least one accessory part and / or at least one glare protection for motor vehicle drivers and / or at least one receptacle for temporary storage of volatile substances and or at least one jewelry and / or decorative element and / or at least one hearing protection piece and / or at least one fitted ear piece of a hearing aid and / or at least one lamp and / or at least one electronic unit and / or at least one earphone.

Fig. 1
Fig. 1
Fig. 3
Fig. 4
Fig. 5
Fig. 6
Fig. 7
Fig. 8
Fig. 9
Fig. 10
Fig. 11
Fig. 12
Fig. 13
Fig. 14
Fig. 15
Fig. 16
Fig. 17

# B E N E M A N N   T R A N S L A T I O N   C E N T E R

760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

(AFFIDAVIT)
State of California
City and County of San Francisco)SS:                    July 28, 1998

This is to certify that the attached translation is a true and correct rendition into English
of the German-language transcription of the international patent application to the best of
my knowledge and belief.

BENEMANN TRANSLATION CENTER – Immo Günzerodt

EXHIBIT G

# 営業本部連絡票

| 宛　先 | 営業所長／担当者各位 |
|---|---|

| | | | 承　認 | | | |
|---|---|---|---|---|---|---|
| 発信番号 | ６０２１ | 指　定 | 至急・普通・重要 | | | ㊟ |
| 発信日 | ９５年１０月２４日 | 回　答 | 要（年　月　日）・不要 | | 担当 | |
| 発信部署 | 開発部 | | | | 福和 | |

| 配布先 | 札幌 | 仙台 | 東京 | 名古屋 | 大阪 | 広島 | 高松 | 福岡 | 姫路 | 福井 | 管理部 | 本部 | 社長 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 数 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | |

| 件　名 | 『Ｔｗｉｎｃｏｍｅ』のサンプル発送の件 |
|---|---|

１０月３０日（月）福井より、卸店様用を含む下記の数量のサンプルを発送いたします。
卸店様へお届け下さい。又、受注は管理部（担当：後期）までご連絡下さい

| 『サンプルの内容』 | | | Ａセット | Ａセット | Ａセット | Ｂセット | Ｂセット | Ｂセット | Ｂセット | Ｂセット |
|---|---|---|---|---|---|---|---|---|---|---|
| 品　番／セット | A | B | 札幌 | 仙台 | 東京 | 名古屋 | 大阪 | 広島 | 高松 | 福岡 |
| 9201-01 55㎜ | 1 | 1 | ヤブシタ 1 | | ストー 1 | ハヤシ 1 | 内堀 2 | 荏原 1 | | 宮染 1 |
| 9202-01 53㎜ | 1 | 1 | 金額 1 | | サンキ 1 | 太田 1 | 江原 1 | 加賀美 1 | | |
| 9203-01 53㎜ | 1 | | タカシマ 1 | | 三長 1 | 会津 1 | エンパ 1 | | | |
| :  02 53㎜ | | 1 | ソーダイヤ 1 | | 柏木 1 | タニザワ 1 | 大館 1 | | | |
| 9204-01 50㎜ | | 1 | | | タスカ 1 | オリエント 1 | 昭和 1 | | | |
| :  02 50㎜ | 1 | | | | 松澤 1 | | MVJ 1 | | | |
| 本　数 | 4 | 4 | | | エンパ 1 | | | | | |
| その他 | | | | | ヤブシタ 1 | | | | | |
| ケース見本 | 1 | 1 | | | 矢幸小売川月 4 | | | | | |
| | | | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 | 営業所見本 1 |
| | | | 合計 5 | 合計 1 | 合計 13 | 合計 6 | 合計 8 | 合計 3 | 合計 1 | 合計 2 |

『サンプルに関する注意』

1．サンプルはＡ．Ｂに分けられ、『フレーム４本／ケース見本１ケ／ご案内書一通で１セット』に
　　なっています。（ケースと案内書は東京開発部より送ります。３０日発送）

2．サンプルは必ず回収して下さい。手作りのため、販売出来る品質ではありません。量産品の納品
　　後には、必ず回収して下さい。先セルにＳマークにて識別してあります。

3．東京（営）・大阪（営）以外の営業所見本１１月１１日必着で返却して下さい。（開発部宛に）
　　卸店様用の見本とします。

4．『正確な納期について』＝予定通り１２月上旬で進んでいます。
　　　　より正確な納期は、もうしばらく待って下さい。
　　　　これから、マグネットの組み付け（最も難しい工程）が始まります。
　　　　工程の流れを確認した後、再度ご案内します。

# PENTAX SALES DIVISION
## DAILY COMMUNICATIONS

Att: All Sales Office Managers and Concerned Personnel listed below

| | Sapporo | Sendai | Tokyo | Nagoya | Osaka | Hiroshima | Takamatsu | Fukuoka | Fukui |
|---|---|---|---|---|---|---|---|---|---|
| Sales Cont. | | | | | | | | | |
| Div. Director | | | | | | | | | |

Issue No.: G021
Date: Oct. 24, '95
Issued by: Product Development
Approved by: Fukuwa

**Title of Communication**   Delivery of "Twincome" Sample Products

Delivery of "Twincome" Sample Products

- A limited number of the "Twincome" samples for wholesalers listed below will be delivered to your office
- by Monday, October 30, from Mr. Fukui who is in charge of the product.
- Please deliver the samples to the wholesalers concerned.
- Please deliver your special attention to Mr. Kujirai of Sales Control Section.
- Purchase orders must be submitted to

| Samples Prod. No./Set | | Sendai A Set | Tokyo A Set | Nagoya B Set | Osaka B Set | Hiroshima B Set | Takamatsu B Set | Fukuoka B Set |
|---|---|---|---|---|---|---|---|---|
| | A | B | Sapporo | | | | | |
| 9201-011 53mm | 1 | 1 | Yabushita 1 | Sudo 1 | Hayashi 1 | Uchidaya 2 | Ohsakaya 1 | Shinei 1 |
| 9202-011 53mm | 1 | 1 | Kasamori 1 | Sankai 1 | Meigen 1 | Fuji 1 | Kato Kagyo 1 | |
| 9203-011 53mm | 1 | 1 | Takashima 1 | Sankyo 1 | Kasamori 1 | Emba 1 | | |
| 9203-032 53mm | 1 | 1 | Two Dia 1 | Haruki 1 | Tanizawa 1 | Ohmae 1 | | |
| 9204-011 50mm | 1 | 1 | | Tosuko 1 | Orient 1 | Showa 1 | | |
| 9204-032 50mm | 1 | 4 | | Chikyu 1 | | MVJ 1 | | |
| No. of Prod. | 4 | 4 | | Emba 1 | | | | |
| Case Sample | 1 | 1 | | Yabushita 1 | | | | |
| | | | | Large-Retails 4 | | | | |
| | | | Sample for Sales Office 1 | Sample for Sales Office 1 | Sample for Sales Office 1 | Sample for Sales Office 1 | Sample for Sales Office 1 | Sample for Sales Office 1 |
| | | | Total 5 | Total 13 | Total 6 | Total 8 | Total 3 | Total 2 |

**Remarks**

1. Sales Samples are consisted of "four frames, one case sample and one product release".
2. The product release and a case sample will be delivered under a separate cover from the Product Development Department as of Oct. 30.
3. Please collect all the samples back to your office when mass produced commodities are delivered for sales. Samples are of hand made and do not suit for sales.
   Samples can be identified by "s" marks printed on the front rims.
4. Please send samples ... offices by November 11 back to the Product Development Department without failure.
5. Please send samples delivered to Osaka and Tokyo sales offices.
   except for the samples to be utilized by the Product Development Department as sales samples for other wholesalers.
   These samples will be delivered by the Product Development Department in early December as planned.
6. Date of mass produced products delivery: Products for sales will be delivered in early December as planned.
   The specific delivery date will be notified shortly.
7. Delivery date will be fixed in accordance with production processes. Delivery date will be fixed in accordance with production processes.
   The production is now in the most sophisticated magnet mounting process.
   Thank you for your cooperation.

0918286E · 1021J8

１９９５　１０月　ＩＯＦＴ　新製品資料（Ｑ＆Ａ）

【ペンタックス　マグネットフレーム】
フレームに磁石を設け、簡単にサングラスを取り付けられるフレームとして作られています。

『デザインコンセプト』
　男性用、スタンダードな玉型の〔一般的なフレーム〕として開発いたしました。
　２０～４０才台の男性に幅広くご利用頂けるデザインを採用いたしました。

『主な用途』
　オフィスや屋内では、普通のメガネとして使用し、日差しの強い屋外等では【掛け枠】
　を取り付けることによって着脱の容易なサングラスとしてご使用頂けます。
　ドライブ・レジャーに利便性の高い機能商品です。

┌─────────────────────────────────────┐
│ （Ｑ＆Ａ）各種のご質問を想定して、お答致します。 │
└─────────────────────────────────────┘

Ｑ　：使用中に（掛け枠）サングラスが落ちないか？
Ａ　：掛け枠の磁石が、本体の磁石の上に重なり強力に磁着しています。
　　　通常の使用で脱落することはありません。

Ｑ　：磁石の耐久性は？
Ａ①：最も強磁力な素材（ネオジ磁石（Nd-Fe-B）≒3,000ガウス）を使用しています。
　　　１０年で２％位の数値的な磁力の減少はありますが、使用に問題はありません。

Ａ②『注意点』７０℃以下で使用することが必要です。
　　　夏期の車内やサウナ等、高温の場所での保管／使用は避けなければなりません。
　　　レンズの取説記載の、高温の注意と同様に６０℃以下での保管／使用が必要です。
　　　高温のため、磁力が弱くなった場合、磁石を交換する修理が必要です。（1ヶ取り替え￥2,000）

Ｑ　：磁石は錆易いと言われます。耐蝕性に問題は無いか？
Ａ　：ネオ磁石は錆易い性質を持っていますが、二重のメッキを施して錆を防いでいます。
　　　しかし、ゴミや汚れに含まれる鉄分を吸着する為、その錆等がフレームに影響を及ぼす
　　　ことがあります。
　　　海水や砂（砂鉄）、ゴミ、汚れには常に清掃が必要です。
　　　取扱説明書にも記載されます。

Q ：磁石が健康を害することはないか？

A ：交流磁気は有害と言われていますが、直流磁石は健康器具にも利用されています。

肌に貼付して血行を促進させる、磁気治療器【表面磁束密度1,800±100ガウスの磁力作用】

が知られています。(ピップエレキバンX社より引用)

本製品は≒1,000ガウスの直流磁石をしておりますが、身体から離れているために身体へ働

く磁力は極めて弱くなり、その影響は良くも悪くも無いと考えられます。

磁力は距離の二乗に反比例するため身体への影響は極めて少なく、身体から約1cm離れ

た場合、150~250ガウス程度の弱いものになります。


Q ：PL法上の問題はないか？　（万一のために）

A ：心臓のペースメーカーの使用者は、本製品の使用・携帯をしてなりません。

又、時計、磁気カード等、磁気により影響のあるものに近付けないで下さい。

この二項目は取扱説明書の他に、全製品に添付されている【掛け枠専用ケース】に印刷

して注意を促します。


Q ：度付きレンズを入れた場合、カーブが変わるために起こる隙間の問題や、レンズの中心

が接触する問題が生じる事がある。その時の対処方法は？

A ：標準はフレーム本体のリムカーブを4カーブに、掛け枠レンズ（アクリル製UV400）

を5カーブとしてあります。標準で問題が生じる場合には下記のオプション（別売品）

をご利用下さい。

【オプションの平面レンズ在庫　一覧表】

| 素　材 | カラー／濃度％　（記号） | カーブの種類 | 仕　様 | 生地 | 卸価格 (ペア) |
|---|---|---|---|---|---|
| ＣＲ３９ | ＵＢ７５（アーバンブラウン） | 3.75 / 5.00 / 6.00 | UV400ノンコート | 74φアンカット | ￥1,000 |
| | ＧＲ７０（グリーン #30カラー） | 3.75 / 5.00 / 6.00 | 〃 | 厚さ1.8㎜ | ￥1,000 |
| | ＧＹ８５（グレー　G-15カラー） | 3.75 / 5.00 / 6.00 | 〃 | 〃 | ￥1,000 |
| 偏光（プラスチック） | ＧＹ８０（グレー） | 4.00 / / | ノンコート | 玉型にカット済 厚さ0.8㎜ | ￥1,200 |

＊①オプション以外の〔カーブ〕〔マルチコート・ハードコート〕【指定色・指定濃度】等を

ご希望の場合は、処方レンズの種類の中から特注としてご注文下さい。

＊②製作範囲や価格が異なりますので、特注の可否を弊社営業所へお問い合わせ下さい。



Ｑ　：レンズの枠入れに必要な注意は？

Ａ①：ナイロール（９２０１．９２０３）に矯正レンズを入れる場合、糸を張る前にレンズの
　　　大きさをパターンの寸法と精密に合わせて下さい。
　　　溝の深さにも注意して下さい。
　　　レンズ寸法に誤差があったり、溝切りが浅くリムの上糸が正しく収まらない場合があり
　　　ますと、ヨロイの高さが変わり、【掛け枠】と【本体】が正しく重ならず、ズレが生じ
　　　ます。

Ａ②：矯正レンズの前面とサングラスの内面が接触しないように間隔を保ちながら、本体と掛
　　　け枠のリムの隙間が許容範囲であることを確認して下さい。
　　　カーブが合わない場合には、オプションレンズの中から選択するか、もしくは矯正レン
　　　ズ、又は、サングラスレンズの何れかをカーブ指定で特注する、方法で解決します。

Ｑ　：フィッテングをする場合の注意は？

Ａ　：本体のテンプルの開きや、傾斜角度の調節は、マグネット部の角度が変わらない様に行っ
　　　て下さい。
　　　必ず、組立後には本体と掛け枠との合わせ調節を行って下さい。
　　　フレーム本体の磁石の位置に、掛け枠の磁石が正しく重なるように調節して下さい。

　　　【マグネット・フレームの図解】



　　４カーブ
　　本体↓

　　掛け枠↑
　　５カーブ



掛け枠ヨロイ：マグネットの間隔や角度を調節し
　　　　　　　接触面が正しく重ねる。

テンプルの開き／傾斜を付ける部分 →

Q ：掛け枠にプラスレンズを入れることによって、老眼用にすることは出来ますか？

A ：掛け枠は、平面のサングラス用としてご使用ください。

　　　本製品は平面のサングラスレンズを入れる事を前提に設計されています。

　　　度付きレンズを〔掛け枠〕に取り付けた場合、レンズとレンズが接触したり、リムカーブの差による隙間が大きくなり、掛け枠が外れ易くなる事があります。

　　　オプションのカーブの異なる平面レンズは、本体の矯正レンズの外面カーブとバランスを取る為に用意されております。

Q ：特許等、知的所有権はどうなっているか？

A ：現在、市場にある磁石付きフレームとは構造が異なると判断し、独自の知的所有権を申請しています。

以上のQ＆A（資料）をもとに、内容を高め、１２月の発売に備え取扱説明書としてご用意させて頂きます。

お気付きの点等がございましたらお寄せ頂きたくお願い申し上げます。

平成７年９月２６日

ペンタックス　ヴィジョン株式会社

開発部・福和

EXHIBIT B

# ルコアネ会　第二回販売担当者会議　議事録

日時：平成7年6月21日　午後2；00～5；00
場所：大阪後楽園ホテル　2F　後楽の間
出席者：（株）オプト　タカシマ：松山様　　　（株）三共社：高木様　　　（株）スドー：須藤様

　　　　（株）ハヤシ：林様　　　（株）タニザワ：米山様

　　　　名古屋眼鏡（株）：水野様・村井様・石川様　　　エンバイヤ眼鏡（株）：森本様

　　　　（株）江尻商会：吉瀬様　　　（株）内田屋：河野様・山岡様

　　　　（株）加藤　興：渡部様　　　（株）逢坂屋：辻様・井上様

　　　　上記の特約代理店様11社（15名様）

　　　　ペンタックス　ヴィジョン株式会社：瓜生・神田・高崎・青柳・小栗・福和（6名）

　　　　合計21名


『本題』

4）【オーナー会議（平成7年5月9日）】の議事録を報告した。

5）.【販売報告(94'4月から95'3月まで)及び在庫数量】の議事録を報告した。

　　　オーナー会議の報告を通じて、本会議の目的を『在庫販売』と『新製品開発』の二つの
　　　項目について問題解決を図ることを再確認した。


6）【ルコアネ・エマン　フレームの市場状況・反省（デザイン・価格・販促等）】

　　　別紙P3／P4に各委員のご意見を記録した。

　　　ルコアネ・エマンの知名度の低さ、デザイン、価格等、各社は共通した問題を抱えなが
　　　ら販売努力を続けてきた。

　　　議事終了後のアンケートの意見をまとめ、解決できる問題から着手する。


7）【在庫販売の推進】

　　　決定事項①PVセールスが帳合販売をする。

　　　　　　　②代理店在庫の販売については5％（卸定価）に相当する販促を添付する。

　　　付帯事項①卸店の在庫より出荷する。

　　　　　　　②PVセールスの販売が不都合な店がある場合、リストによりPVに連絡する。

　　　　　　　③販促品の選定はPVセールスと打ち合わせで決定する。

　　　　　　　④今後の販促品（女性用の小物）については、各委員より希望する内容につい
　　　　　　　　てのご意見を受けた。

　　　　　　　小物及びパネル等は製作する方向で検討する。

　　　　　　　⑤販促セールの期日：平成7年9月30日まで。

　　　　　　　（⑤は議事外事項ですが、決算の都合上設定させて頂きます）


－1－

8）【今後の販売を推進する提案】　３０・０４・９７

ルコアネ・エマンのオリジナルデザイン及び新製品８月モデルの紹介をした。

新製品の反省及び、効果的な販売方法について等を討議した。

同内容を記載したアンケートの解答を検討し、解決できる問題から着手する。

9）【今後の商品政策】

ルコアネ・エマンのプロモーションビデオを紹介した。

コンセプト再構築のため下記の例を紹介した。

（ヨーロピアン）（エスニック風）（デザイナーのイメージ顕れたもの）（遊び感覚ファニー）

（ＰＶ提案マグネット）

今後のＬＨコンセプトはアンケートの解答を検討上、決定する。

『アンケートについて』

アンケートは各社の販売政策を前提とした現実的なお考えを記入していただきました。

解答は本議事録のアンケート報告として、Ｐ５／６／７の３ページにまとめました。

各委員のご意見は多種多様にわたり、又、多数決で決定すべき問題でもないと考えます。

ルコアネ・エマン社及び、開発委員各位と打ち合わせの上、決めさせて頂きます。

10）【開発委員の改選】

任期満了に伴う改選の時期ではありましたが、開発に詳しい現委員の留任が全員賛成の

うちに決議された。

開発委員：　江尻商会（株）様　　　エンバイヤ眼鏡（株）様　　　（株）スドー様

（合）地球眼鏡商会　様　　ペンタックス（株）

11）【その他】ＰＶの提案

（９５／６月の発売を予定した新製品５モデル４０００枚について、在庫販売を推進する

ため発売延期しておりましたが、８月に発売させて頂きたい）件については、（在庫販

売に努力が大切だが、新製品の投入も必要）とし、了承を得た。

12）【閉会の辞】ＰＶ瓜生本部長：

ご多忙中のところ、本ルコアネ会担当者会議にご参加頂いた各社各位に御礼申し上げます。

ルコアネ・エマンフレームの販売が卸店様、小売店様に負担をかけることなく、相互の利

益を保てる関係を目指すためにも、頂いたご意見を尊重し、商品政策に又、販売推進に活

かせるよう一層の努力をする。

今後とも、ご指導を賜りたくよろしくお願い申し上げます。

13）次回担当者会議の予定：ＩＯＦＴ開催日の１０月３日．４日のどちらかで開催する。

詳しくは８月下旬にご案内すると決め終了、以降は親睦会。

－2－

01/09/98  14:46  REEDFOX → '5 362 2928                    NO. 658   P002/002

A-GMA · Heft 43 · m 27.10.1988                    2314                    Auszüge aus den Gebrauchsmustern

A-GMA · Heft 43 · m 27.10.1988

gesetzten Kugelhose-
zes, gekennzeichnet
Distanzelement (4), c
der Kugelung (5) und
Führungsmitteln (2) ir
lenleiterendes (15) ar gt.



| U2 B – 6/36 | 87 | 844 | G 01 B – 6/3x |
| 02 B – 6/42 | 88 | 165 | G 01 K – 11/x |

⑥ G 02 B – 21/06        ⑪ 88 08 176  U 1
⑫ 25.06.88  ⑰ 15. .9.88  ⑳ 27.10.88
⑤ Mikroskop mit Releuchtungseinrichtung
⑦ Eschenbach Op k GmbH + Co, 8500
Nürnberg DE
⑦ Tergau E., Dipl.-Ing.; Pohl, H.,
Dipl.-Ing., Pat.-Anwälte, 8500 Nürnberg
⑧ Recherchenantrag gestellt.

⑥ 1. Mikroskop mit Durchlicht- und Auflicht-
Beleuchtungseinrichtung, dadurch gekenn-
zeichnet, daß im Stativfuß (6) wenigstens eine
Lichtquelle (9, 1 ) angeordnet ist, deren Licht
wahlweise ion in h durch einen lichtdurchläs-
sigen Objekttisch (11) und/oder über ein am
Mikroskopkopf ( ) befestigtes Umlenkprisma
(13) von oben au len Objekttisch (11) führbar
ist.



⑤ G 02 C – 9/04        ⑪ 88 06 898  U 1
⑫ 26.05.88  ⑰ 15.09.88  ⑳ 27.10.88
⑥ 04.04.88 US 177178
⑤ Magnetischer Brillengestell und magneti-
sches Vorsa. Brillenteil
⑦ Zen, Edmn s H.C., Chungho, Taipei,
TW
⑦ Tiedtke I., Dipl.-Ing.; Bühling, G.,
Dipl.-Chem. Kinne, R., Dipl.-Ing.; Grau-
pe, P., Dipl.-Ing.; Pellmann, H., Dipl.-
Ing.; Grams K., Dipl.-Ing.; Struif, B.,
Dipl.-Chem. Dr.rer.nat.; Winter, K.,

---

Dipl.-Ing.; Ros., R., Dipl.-Ing., Pat.-
Anwälte, 8000 München

⑥ 1. Brillensatz mit einem eine Frontseite aufwei-
senden Primär-Brillenteil und mit einem über
die Frontseite des Primär-Brillenteils zu setzen-
den Vorsatz-Brillenteil, gekennzeichnet durch
ein Stück oder mehrere Stücke eines weichen,
magnetischen Materials (22, 22'), die fest an
der Primärgestell-Frontseite (15) an einer oder
mehreren Stellen angeordnet sind, und durch
ein an einer oder mehreren Stellen des Vor-
satz-Brillenteils (24, 32) fest angebrachtes Dau-
ermagnetmaterial (30, 30', 42, 42'), das das
über die Primärgestell-Frontseite (15) gesetzte
Vorsatz-Brillenteil (24, 32) durch die enge
Berührung des Dauermagnetmaterials sowie
des weichen Magnetmaterials zusammenhält,
um das Vorsatz-Brillenteil in seiner Lage an
der Primärgestell-Frontseite zu halten.



FIG L

## Klasse G 03

⑤ G 03 B – 21/132        ⑪ 86 29 956  U 1
⑫ 08.11.86  ⑰ 15.09.88  ⑳ 27.10.88
⑤ Klapparm für den Projektionskopf von
Arbeitsprojektoren
⑦ Geha-Werke GmbH, 3000 Hannover,
DE
⑤ G 03 B – 21/30

⑥ 1. Klapparm für den Projektionskopf von Ar-
beitsprojektoren, dadurch gekennzeichnet,
daß der Klapparm (1) als Doppel-Paral-
lelogrammarm ausgebildet ist, dessen untere
Parallelogrammhälfte (3) an der Arbeitsplatte
(11) und dessen obere Parallelogrammhälfte
(6) am Projektionskopf (19) angelenkt ist und
daß beide Parallelogrammhälften (3 und 6)
über ein gemeinsames Kupplungsstück (13)
gelenkig miteinander verbunden sind, sowie
daß für beide Parallelogrammhälften (3 und 6)
eine Raste (33) vorgesehen ist, die den
Klapparm (1) in seiner gestreckten Endlage
hält, in der sich der Projektionskopf (19) in
seiner Betriebsstellung befindet.



---

| G 03 B – 21/30 | | 86 29 956 | G 03 B – 21/132 |

⑤ G 03 B – 21/64        ⑪ 88 08 688  U 1
⑫ 22.04.88  ⑰ 15.09.88  ⑳ 27.10.88
⑥ 22.04.88 P 3813511.6
⑥ 26.05.87 US 53714
⑤ Aus einem zusammengefalteten Aufbe-
wahrungszustand in einen geöffneten Ar-
beitszustand überführbare Aufnahmevor-
richtung für ein Diapositiv
⑦ Buhl Industries, Inc., Fair Lawn, N.J.,
US
⑦ Otte, P., Dipl.-Ing., Pat.-Anw., 7250
Leonberg

⑥ 1. Aus einem zusammengefalteten Aufbewah-
rungszustand in einen geöffneten Arbeitszu-
stand überführbare Aufnahmevorrichtung für
ein Diapositiv od.dgl. zur Auflage auf der
Oberfläche eines Überkopfprojektors, gekenn-
zeichnet durch ein planeres Basisteil (10) mit
Aufnahmemitteln für ein Diapositiv (T), am
Basisteil (10) befestigte Stützfüße (21, 22; 27,
27') zur Durchführung einer Schwenkbewe-
gung aus einer eingeklappten Position in eine
Lagerposition, bei welcher die Stützfüße das
Basisteil parallel und in einem vorgegebenen
Abstand zur Oberfläche eines Überkopfpro-
jektors halten, und einem schwenkbar am
Basisteil (10) gelagerten Linsenträger, beste-
hend aus einem ebenen, eine Linse (32) auf-
nehmenden Linsenhalter (31), der aus einer
eingeschwenkten Aufbewahrungsposition in
eine Arbeitsposition überführbar ist, in wel-
cher sich der Linsenhalter (31) parallel zu,und
im Abstand zur Basis ausgerichtet zu dem das
Diapositiv (T) aufnehmenden Bereich be-
findet.



FIG1

## Klasse G 04

### KEINE VERÖFFENTLICHUNG

## Klasse G 05

### KEINE VERÖFFENTLICHUNG

## Klasse G 06

| G 06 F – 3/02 | | 88 09 799 | H 05 F – 3/02 |

## Klasse G 07

⑤ G 07 C – 15/00        ⑪ 88 09 492  U 1
⑫ 26.07.88  ⑰ 15.09.88  ⑳ 27.10.88



⑫ 公開実用新案公報（U）

②-109325

| ⑤Int. Cl.⁵ | 識別記号 | 庁内整理番号 | ㊸公開 平成2年(1990)8月31日 |
|---|---|---|---|
| G 02 C 9/00 | | 7029-2H | |

Ⅳ

審査請求 有　請求項の数 1　（全3頁）

㊷考案の名称　サングラス取付装置

㉑実　願　平1-17574
㉒出　願　平1(1989)2月17日

㉒考 案 者　定　永　　秀　樹　福井県福井市問屋町1丁目10番地　株式会社村井内
㉑出 願 人　株　式　会　社　村　井　福井県福井市問屋町1丁目10番地
㉑代 理 人　弁理士 世良　和信

㊾実用新案登録請求の範囲

眼鏡にサングラスを取り付けるための第2固定部を設け、サングラスに前記第2固定部に嵌合する第1固定部を設け、前記第1固定部と第2固定部はマグネットによつて固定されることを特徴とするサングラス取付装置。

図面の簡単な説明

第1図は度付眼鏡の正面図、第2図は度付眼鏡に取り付けられるサングラスの正面図、第3図は度付眼鏡にサングラスを取り付けた正面図、第4図はサングラス取付装置の側面図、第5図は取付装置の拡大図であり、イは平面図、ロは正面図、

第6図は取付装置の拡大図であり、イは正面図、ロは側面図、第7図は取付装置の断面図を示し、イは第2固定部の部分断面図ロは第1固定部の部分断面図、第8図、第9図、第11図は従来技術による度付眼鏡のサングラスの正面図、第10図は従来技術によるサングラス付の度付眼鏡の平面図、第12図は従来技術のサングラスの側面図である。

符号の説明、1…度付眼鏡、2…レンズ枠、3…ブリッジ、4…つる、5…第2結合部、11…サングラス、12…環状枠、13…ブローバ、14…第1結合部。

第 1 図



第 2 図



First Japanese Patent

第 3 図



第 4 図



第 6 図
（イ）



第 7 図
（イ）



第 5 図
（イ）



（ロ）



（ロ）



（ロ）



第 8 図



第 9 図



第 10 図



第 11 図



第 12 図



(D 3)



Arm

zweites
Magnetglied        magnetic (bind on member.)

erstes first
Magnetglied

Vorsteck-
fassung

Brillen-
fassung

BENEMANN TRANSLATION CENTER



760 Market Street, Suite 1000
San Francisco, CA 94102 USA
phone (415) 982 7658
fax (415) 982 1122
btcweb@ix.netcom.com
http://www.translate.com

Title of New Model: Magnetic Eyeglass Frames and Rimless Eyeglass Lenses

4. Abstract:

The present creation is a type of magnetic eyeglass frame and rimless eyeglass lenses, specifically, a set which can provide two pairs of eyeglasses simultaneously, in which, after attaching the top pair of (regular use) eyeglasses (hereinafter referred to as the primary glasses), another pair (for temporary needs) of eyeglasses (hereinafter referred to as the auxiliary glasses) may also be attached. Mainly, the primary glasses frame is constructed of a soft magnetic material, or a soft magnetic material is inlaid on the appropriate location on the eyeglass frame; additionally, on the corresponding location on the auxiliary glasses frame (without frame base), or when the auxiliary glasses have only the lenses, and no frame, on the corresponding location on the lenses of the auxiliary glasses, a permanent magnetic material is inlaid, causing the auxiliary glasses to be attracted to the primary glasses by a magnetic force, and not fall off. The auxiliary glasses have frames vertically, and do not have frame bases on either side.

Notes: [illegible]
Country (region) applying for patent, date of application       No:

(AFFIDAVIT)
State of California                )
City and County of San Francisco )SS:                       January 15, 1998

This is to certify that the attached translation is a true and correct rendition into English of the
Chinese-language document to the best of my knowledge and belief.

BENEMANN TRANSLATION CENTER - Lupita Figueiredo





107036

85.7.04

# MAGNETIC CRITERIA...

...multiple product grades and complex flux patterns are available with the use of Plastiform magnets.

**POLE CONFIGURATION...**
whether single pole or double pole or even alternating multipole on a single sheet, 3M Company can provide the exact configuration for your specifications.

**FLUX PATTERNS...**
with minimum reluctance in the magnetic circuit can be custom designed by 3M Company to meet critical tolerance requirements.

**ENERGY...**
the ferrite particles in Plastiform magnets are highly oriented during processing to provide magnetic properties equal to, or superior to conventional isotropic ferrite magnets. This formulation decreases the chance of demagnetization or flux pattern changes during handling and operation.

| | UNITS 1:CGS-U.S. units 2:SI (MKSA) units | PLASTIFORM | | |
|---|---|---|---|---|
| | | (PL-1) | (PL-1H) | (PL-1 4H) |
| MAGNETIC PROPERTIES (typical) | | | | |
| Maximum energy product (at 23°C) $(B_d H_d$ max.) | gauss x oersteds x 10⁶ teslas x amp. turn/m x 10³ | 1.08 8.57 | 1.10 8.73 | 1.4 11.1 |
| Residual induction¹ (Br) (at 23°C) | gauss millis atss | 2150 215 | 2150 215 | 2450 245 |
| Coercive Force¹ (Hc) (at 23°C) | oersteds ampere-turns/cm | 1650 1315 | 1940 1545 | 2200 1950 |
| Coercive Force Intrinsic¹ (Hci) (at 23°C) | oersteds ampere-turns/cm | 2150 1710 | 3000 2385 | 3000 2385 |
| Incremental permeability (at 23°C) | ratio | 1.08 | 1.08 | 1.04 |
| Thermal coefficient of magnetization (-40 to 120°C) | % per °F % per °C | 0.105 0.19 | 0.105 0.19 | 0.105 0.19 |
| Thermal coefficient of intrinsic coercive force (-40 to 120°C) | % per °F % per °C | 0.12 0.22 | 0.07 0.13 | 0.07 0.13 |
| Peak magnetizing force required | oersteds ampere-turns/cm | 10000 8000 | 10000 8000 | 10000 8000 |

TEST METHODS: 1-Pole-coil Hysteresigraph

107036



經濟部
中央標準局
85. 7. 04

85. 7. 04

| | UNITS CGS-U.S. units SI (MKSA) units | PLASTIFORM VALUES |
|---|---|---|
| **PHYSICAL PROPERTIES (typical)** | | |
| Density[7] (at 23 C) | lbs/in³ gm/cm³ | 0.134 3.71 |
| Hardness[3] (at 23 C) | Shore D | 55 |
| Tensile strength[4] (at 23 C) | psi N/cm³ | 640 440 |
| Flexibility[5] (at 23 C) | 180° bending on mandrel with O.D. equal to 7X sample thickness | Pass |
| Volume resistivity[6] (at 23 C and 50% R.H.) | ohm-cm | 10¹⁰ |
| Dielectric Strength[7] (at 23 C and 50% R.H.) | volts/mil kV/mm | 250 10 |
| Thermal coefficient of thickness expansion (4 to 120 C) | mil/mil per °F cm/cm per °C | 9.8 x 10⁻³ 18 x 10⁻³ |
| Maximum continuous operating temperature | °F °C | 250 120 |

TEST METHODS: 2. ASTM D-297    6. 3M Test Method
1. ASTM D-2240    5. ASTM D-257
4. ASTM D-412    7. ASTM D-149

## Typical Chemical Resistance
### (Nitrile Rubber Binder)

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request.

**Good — minor or no effect; up to 10% swell in thickness
Fair — moderate effect; 10-25% swell in thickness
Poor — severe effect; greater than 25% swell in thickness

| Chemical (7 days immersion @ RT) | Performance** |
|---|---|
| Motor Oil | Good |
| Transmission Oil | Good |
| Hydraulic Fluid | Good |
| Kerosene | Good |
| JP-4 Fuel | Fair |
| Gasoline | Fair |
| Heptane | Fair |
| Antifreeze | Good |
| Clorox | Good |
| Turpentine | Good |
| Water | Good |
| Detergents | Good |
| Salt Spray | Good |
| Aromatic Hydrocarbons (Benzene, Toluene, Xylene) | Poor |
| Chlorinated Hydrocarbons (Carbon Tetrachloride, Trichloro-ethylene) | Poor |
| Ketones | Poor |
| Alcohols | Fair |
| Acids. Inorganic (HCl, H₂SO₄) | Poor |

107036

'632

## Applications Continued....



The magnetizer-inserter equipment shown to the right illustrates the principles of automated production using Plastiform Brand magnets. These principles are easily applied to modern manufacturing processes and are designed to save production time and drastically reduce rejection rates without sacrificing performance. The magnetizer-inserter and other application equipment can be fabricated by a machine builder, or in the manufacturer's own tooling department. 3M Company's Customer Engineering Service is available to provide the technical assistance necessary to get such equipment built and into operation.



*A widely recognized advantage Plastiform material is its adapt to automated magnetization-in*

### Typical Physical Properties @ 23°C (73°F)

*All values shown are typical and not for specification purposes.*
*B-1013 and B-1030 are lubrication type and extra-flexible type respectively.*

| Property | Value* | Units 1. CGS/U.S. 2. SI(MKSA) |
|---|---|---|
| Density¹ | | 1. 0.134 lbs/in³  2. 3.71 gm/cm³ |
| Hardness² | | 55 Shore D |
| Tensile Strength³ | | 1. 640 PSI  2. 440 N/cm² |
| Elongation³ (B-1030 only) | | 18% |
| Flexibility⁴ (B-1030 only) | | Pass — 180° bending on mand equal to 7 x sample-thickness |
| Volume Resistivity⁵ (50% R.H.) | | 10¹⁴ Ohm-cm |
| Dielectric Strength⁶ (50% R.H.) | | 1. 250 volts/mil  2. 10 Kv/mm |
| Thermal Coefficient of Thickness Expansion (4° to 120° C) | | 1. 9.8 x 10⁻⁶ mil/mil per °F  2. 18 x 10⁻⁶ cm/cm per °C |
| Maximum Continuous Operating Temperature | | 1. 250 °F  2. 120 °C |

### Test Methods

¹ ASTM D-297
² ASTM D-2240 (10 sec. delay)
³ ASTM D-412
⁵ 3M Test Method
⁶ ASTM D-257
⁷ ASTM D-149

19

107096

## Determination of Typical BH max.

*All values shown are averages and not intended for specification purposes.
Specification values will be provided upon request.





(宅BT.位7元)

## Typical Chemical Resistance (Nitrile Rubber Binder)

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request

**Good — minor or no effect; up to 10% swell in thickness
Fair — moderate effect; 10-25% swell in thickness
Poor — severe effect; greater than 25% swell in thickness

| Chemical (7 days Immersion @ RT) | Performance** | |
|---|---|---|
| Motor Oil 机油 | Good | |
| Transmission Oil 润滑油 | Good | |
| Hydraulic Fluid 液压用油 | Good | |
| Kerosene 煤油 | Good | |
| JP-4 Fuel 喷射机燃料 | Fair | |
| Gasoline 汽油 | Fair | |
| Heptane 庚烷 | Fair | |
| Antifreeze 防冻剂 | Good | 稀释 |
| Clorox | Good | |
| Turpentine 松节油 | Good | |
| Water 水 | Good | 1'00% |
| Detergents 去渍剂 | Good | |
| Salt Spray 盐水 | Good | |
| Aromatic Hydrocarbons 芳香碳氢 (Benzene, Toluene, Xylene) | Poor | |
| Chlorinated Hydrocarbons 氯碳氢 (Carbon Tetrachloride, Trichloroethylene) | Poor | |
| Ketones 酮类 | Poor | |
| Alcohols 醇类 | Fair | |
| Acids, Inorganic (HCl, H₂SO₄) | Poor | |

107036



**Typical Magnetic Properties @ 23°C (73°F)**

*All values shown are typical and are not intended for specification purposes. *B-1013 and B-1030 are fabrication type and extra-flexible type respectively.

| Property | Value* | Units 1. CGS/U.S. 2. SI(MKSA) |
|---|---|---|
| Maximum Energy Product (B$_d$ H$_d$ max) | 1. 1.4 x 10⁶ gauss x oersteds | 2. 11.1 x 10³ teslas x amp turns/m |
| Residual Induction' (B$_r$) | 1. 2450 gauss | 2. 245 milleteslas |
| Coercive Force' (H$_c$) | 1. 2200 oersteds | 2. 1750 ampere turns/cm |
| Coercive Force, Intrinsic' (H$_{ci}$) | 1. 3000 oersteds | 2. 2385 ampere turns/cm |
| Incremental Permeability | 1.04 ratio | |
| Thermal Coefficient of Magnetization (Reversible) | 1. -0.105% per °F | 2. -0.19% per °C |
| Thermal Coefficient of Intrinsic Coercive Force (Reversible) | 1. 0.07% per °F | 2. 0.13% per °C |
| Peak Magnetizing Force Required | 1. 10,000 oersteds | 2. 8000 ampere turns/cm |

**Test Methods**      'Pole-coil Hysteresigraph'

**Typical Demagnetization Curve @ 23°C (73°F)**

*All values shown are averages and not intended for specification purposes. Specification values will be provided upon request.

PL-1.4H

| B$_r$ | 2450 | gauss |
| H$_c$ | 2200 | oer. |
| H$_{ci}$ | 3250 | oer. |

BH max 1.40 G.O. x 10⁶

**Typical Demagnetization Curve**

—H 4000 3500 3000 2500 2000 1500 1000 500 0
(oersteds)    Demagnetizing Force

B (gauss): 2500 2000 1500 1000 500

JAN 12 '96  04:48PM 08615    7632深技術研究院    （件二）    P.9

# 工業材料研究所編譯資料

經濟部資料來源：電波新聞  74.9.12  23.24.25 版    資料分類：

編譯日期：74年11月5日  -（M R 74－140）    市場－金屬

題：塑膠磁鐵之技術動向與未來

## 表 1 塑膠磁鐵之特性

| 性 質 | ferrite 系 | | | 稀 土 類 系 | | | | |
|---|---|---|---|---|---|---|---|---|
| 項 目 | F J－15 | F J－17 | F J－20 | L S－40 | L J－60 | L J－80 | L J－100 | L J－120 |
| 殘留磁束密度 kG | 2.3～2.5 | 2.5～2.7 | 2.7～2.9 | 3.0～4.0 | 4.3～5.3 | 5.3～6.1 | 6.1～6.7 | 6.7～7.3 |
| 磁性能 力 bHc | 1.8～2.2 | 2.0～2.4 | 2.0～2.5 | 2.9～3.5 | 3.2～3.8 | 3.8～4.2 | 4.0～4.4 | 4.4～5.3 |
| 保磁力 iHc | 2.9～3.5 | 3.5～3.5 | 2.6～3.3 | >6.0 | >6.0 | >6.0 | >6.0 | >5.5 |
| 最大能積 BHmax | 1.2～1.5 | 1.5～1.7 | 1.7～2.0 | 2.5～3.5 | 4.0～6.0 | 6.0～8.0 | 8.0～10.0 | 10.0～12.0 |
| 可逆磁導率 urec | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 | 1.0～1.2 |
| 溫度係數 %/℃ | −0.18 | | −0.18 | −0.05 | −0.05 | −0.05 | −0.05 | −0.05 |
| 比 重 | 3.5～3.7 | 3.5～3.7 | 3.5～3.7 | 5.0～5.5 | 5.0～5.5 | 5.0～5.5 | 5.0～5.5 | 5.3～5.8 |
| 抗張強度 kg/mm² | 100～120 | 100～120 | 100～120 | 30～40 | 60～70 | 60～70 | 60～70 | 60～70 |
| 壓縮強度 kg/mm² | 600～700 | 600～700 | 600～700 | 30～50 | 200～300 | 200～300 | 200～300 | 150～250 |
| 硬 度 | : | : | : | 30～50 | | | | |
| 電氣性 質 ℃ | 1100～1200 | 1100～1200 | 1100～1200 | — | 600～700 | 500～700 | 500～700 | 500～700 |
| 表面固有抵抗 Ω/cm | 10¹³～10¹⁴ | 10¹³～10¹⁴ | 10¹³～10¹⁴ | — | 10¹²～10¹⁴ | 10¹²～10¹⁴ | 10¹²～10¹⁴ | 10¹²～10¹⁴ |
| 體積固有抵抗 Ω・cm | 10⁷～10⁸ | 10⁷～10⁸ | 10⁷～10⁸ | — | | | | |
| 耐 熱 溫度 | 120 | 120 | 150 | 100 | 120 | 120 | 120 | 170 |
| 粘 結 劑 | polyamide系 | polyamide系 | polyamide系 | 粘土A | polyamide系 | polyamide系 | polyamide系 | polyamide系 |
| 成 型 法 | 射 出 | 射 出 | 射 出 | roll | 射 出 | 射 出 | 射 出 | 射 出 |



●FJ－15.17.20    ●LS－40.LJ－60.92.100

圖 2  ferrite 系塑膠磁鐵退    圖 3  稀土類系塑膠磁鐵退磁
磁曲線（代表）    曲線（代表）

## 107036 ヘラマ．クス磁石 インジェクションタイプ

### ■特 長

- 軽く、われにくく、特殊形状のものも容易に製造できます。
- 精密成形ができます。(寸法精度±0.03%以下)
- インサート・アウトサート成形等、他の部材との一体成形が可能です。
- ラジアル配向・多極着磁も可能です。
- 通常の工作機械で容易に加工できます。
- 結合樹脂の選択により、フレキシブルタイプもあります。

### ■減磁特性曲線





経済部
中央標準局
85.7.04

### ■磁気的特性・物理的特性

MAGNETIZING DIRECTION
radial straight

| | 記 号 | 単 位 | ラジアル配向品 | ストレート配向品 |
|---|---|---|---|---|
| 最大エネルギー積 | (B・H)max | MGOe | 4〜8 | 6〜10 |
| 残留磁束密度 | Br | G | 4,200〜5,900 | 5,300〜6,600 |
| 保磁力 | BHc | Oe | 3,500〜4,600 | 4,200〜5,400 |
| 固有保磁力 | iHc | Oe | >8,000 | >8,000 |
| Brの温度係数 | %℃ | | -0.035 | -0.035 |
| 使用温度範囲 | | ℃ | -40〜150 | -40〜150 |
| 密 度 | d | g/cm³ | 5.⁸〜5.⁷ | 5.⁶〜5.⁸ |
| 硬 度 | Hrock | Rスケール | 100〜120 | 100〜120 |

### ■用 途

小型化、軽量化、高性能化が要求される分野に最適です。
- 回転機器(各種小型モーター、小型充電機等)
- 計測・通信機器(センサー、リレー、スイッチ、メーター等)
- 音響機器(スピーカー、マイクロホン、ピックアップ、イヤホン等)
- 応用機器(マグネットカップリング、複写機器、装飾品、電子ロック、玩具等)

### ■サンプルをご希望の場合

- 切削加工用材料は豊富にとりそろえてあり即納いたします。
（詳細はサンプル表をご参照下さい。）



# NAKANO PERMALLOYS

## CLASSES AND PROPERTIES

NAKANO PERMALLOYS are nickel iron alloys which meet the requirements of miniaturized, electromagnetic devices.
You can get a strong magnetic flux through week electric current.

NAKANO PERMALLOYS are suitable for several shaping
They are well blanked, well drawn, well bent, well welded and well rolled to thin sheets. Whatever shape it may be, you can make it from NAKANO PERMALLOYS.
Thin sheets make it possible to diminish eddy current and to miniaturize devices.

NAKANO PERMALLOYS are available in any shape you want.
Send us the drawing of a component and you will get it made of Permalloy already heat treated.

NAKANO PERMALLOYS are prepared in accordance with JIS.
Our products are based on Japan Industrial Standard c 2531. We can supply uniform alloys in production quantities and at any time you want. Besides the standard products, we produce a number of special grade for unusual applications.

NAKANO PERMALLOYS are used for such devices as transformers for telecommunication, taperecorder heads and shields, light and sensitive relays, solenoid cores, several types of magnetic shield and detectors in ground falt circuit interrupters.

Remark.  About shielding, more informations are offered from page 3 to 5.

"PB" is 45% nickel iron alloy with the biggest natural induction among the Permalloys.
It costs less than PC  and mainly used for transform for telecommunication, choke coil cores, sensitive rela solenoid cores, D.C. incremented transformers and devic in alternative current equipments.

"PD" is 36% nickel iron alloy with slightly lower magne properties, but it offers the highest electric resistivity of $\mu\Omega$-cm among the Permalloys. PD is mainly used fo transformers for relatively high frequencies.

"PC" is 78% nickel iron molybdenum alloy. It is th most effective material for sensitive and miniaturized electroni devices, because of its highest permeability, the lowest coersiv force and the smallest core loss.
PC's thin sheets are profusely used for taperecorder heads transformers of high grade and several shielding devices required extremely weak magnetic field.

"PCS" is called supermalloy which has the permeability about twice as much as normal PC, and its coersive force is under 0.01 Oe. PCS is usually used for the spiral wound tape core in a ground fault circuit interrupter.

Table 1. Thickness and Tolerances of Sheets and Strips

Unit : mm

| Thickness | Tolerance on thickness | Thickness | Tolerance on thickness |
|---|---|---|---|
| 0.05 | ±0.005 | 0.35 | ±0.02 |
| 0.1 | ±0.01 | 0.5 | ±0.03 |
| 0.2 | ±0.015 | 1.0 | ±0.05 |

Table 2. Classes and Nominal Components

| Class | Nominal Components | Remarks |
|---|---|---|
| PB | Ni45~55% Fe remnant | 45 Permalloy |
| PC | Ni78~80% including other special components | 78 Permalloy |
| PD | Ni30~40% Fe remnant | 36 Permalloy |

Table 3. Magnetic Characteristics of PB

| Magnetic Characteristics | | Initial Permeability $\mu_i$ | Maximum Permeability $\mu_0$ | Coercive force Hc (Oe) | Saturation flux density Bm (G) | Residual flux density Br (G) | resistivity $\mu\Omega$-cm |
|---|---|---|---|---|---|---|---|
| PB | NAKANO PERMALLOY | 3000~5000 | 25000~70000 | 0.15max. | 14500~15500 | 8000max. | 45max. |
| | J I S | 3000min. | 30000min. | 0.30max. | 14000min. | — | 45min. |

Remarks  $\mu_i$ is the initial permeability at the field strength 0.01 Oe.
Hc is the coersive force when magnetized at 10 Oe and reversed.
Br is the residual magnetic flux when magnetized at 10 Oe and reversed.
Br is the value for informative reference.

Table 4. Effective Permeabilities of PB

| Class | Thickness (mm) | Effective Permeability $\mu_e$ | $\mu_e$ 0.2KHz | $\mu_e$ 1KHz |
|---|---|---|---|---|
| PB | 0.2 | NAKANO PERMALLOY | 4000~6500 | 3000~5000 |
| | | J I S | 3000min. | 2400min. |
| | 0.35 | NAKANO PERMALLOY | 2500~4500 | 7200~3200 |
| | | J I S | 3000min. | 7200min. |

– 1 –

J7632



Fig. 1. A Hysteresis Curve of PC

Fig. 2. A Hysteresis Curve of PB

Table 5. Magnetic Characteristics of PC

| Class | Magnetic Characteristics | Initial Permeability $\mu_i$ | Maximum Permeability $\mu_m$ | Coercive force Hc (Oe) | Saturation flux density Bio (G) | Residual flux density Br (G) | resistivity $\mu\Omega\text{-cm}$ |
|---|---|---|---|---|---|---|---|
| PC | NAKANO PERMALLOY | 40000～150000 | 120000～300000 | 0.020 max. | 6500 | 4000 app. | 55 min. |
| | J I S | 75000 min. | 100000 min. | 0.025 max. | 6300 min. | ——— | 55 min. |

Remarks  1. $\mu_i$ is the initial permeability at the field strength 0.005 Oe.
2. Hc is the coercive force when magnetized at 10 Oe and reversed.
3. Bio is the saturation flux density when magnetized at 10 Oe and reversed.
4. Br is the value for informative reference.

Table 6. Effective Permeabilities of PC

| Class | Thickness (mm) | Effective Permeability $\mu_e$ | $\mu_e$ 0.3 KHz | $\mu_e$ 1 KHz | $\mu_e$ 3 KHz |
|---|---|---|---|---|---|
| PC | 0.1 | NAKANO PERMALLOY | ——— | 25000～35000 | 10000～16000 |
| | | J I S | ——— | 20000 min. | 9000 min. |
| | 0.2 | NAKANO PERMALLOY | 25000～35000 | 10000～13000 | ——— |
| | | J I S | 20000 min. | 8000 min. | ——— |
| | 0.35 | NAKANO PERMALLOY | 12000～1,9000 | 5500～7,500 | ——— |
| | | J I S | 10000 min. | 4000 min. | ——— |

Remark. Measuring current is 0.5 mA.



Fig. 3.

PC 0.1
PC 0.2
PC 0.35
PB 0.35 mm

Effective Permeability $\mu e$

Frequency in KHz

Specimen : Ring core
 outside diameter 45mm
 inside diameter 33mm

Annealing : In hydrogen atmosphere
 1100℃ × 2hr.

— 2 —

107036





# FLEXIBLE WIDE SHEET MAGNETS

## THE ULTIMATE IN VERSATILITY!

### PROPERTIES/APPLICATIONS

Flexible Magnetic Sheets are being used for signs, displays, visual aids, toys, games, premiums, magnetic business cards, bulletin boards, indoor and outdoor advertising boards and many other applications. No matter what size or shape you use, the entire surface is magnetic and flexible. It will conform to smooth contours. Since you can cut Flexible Magnetic Sheet with ordinary knives, scissors or dies, you need not worry about expensive cutting equipment.

Consult us concerning any custom requirements you may have. Special thickness, width and colors are available with quantity usage.

- Available with or without vinyl facing; with or without pressure sensitive backing.
- All dimensions in inches
- Typical magnetic strength on bare metal is 55 lbs. per sq. ft. for .030 thickness and 35 lbs. for .020 thickness.
- Shipped 24″ wide by length
- Full 100 ft. roll may contain up to three sections, none less than 20 ft. long

| Cat. No. | Dimensions | Standard Colors |
|----------|------------|-----------------|
|          | .020 × 24″ |                 |
| 8221     | .020 × 24″ | Plain brown/adhesive |
| 8223-    | .020 × 24″ | Semi-gloss white |
| 8320     | .030 × 24″ | Plain brown |
| 8322     | .030 × 24″ | Matte white |
| 8324     | .030 × 24″ | High-gloss white |
| 8620     | .060 × 24″ | Plain brown |

CAN BE USED WITH ENAMEL VINYL AND POLYESTER SILK SCREEN INKS—CAN ALSO BE LETTERED WITH BULLETIN AND LETTERING ENAMELS. THE FULL MAGNETIC SHEET WITH VINYL FACING IS BEING USED EXTENSIVELY FOR MAGNETIC SIGNS.

CUT WITH KORS, VES ES.

### Typical Properties

| MATERIAL | RESIDUAL FLUX DENSITY BR (GAUSS) | COERCIVE FORCE Hc (OERSTEDS) | MAXIMUM ENERGY PRODUCT BHmax (MGOe) | MAXIMUM PRACTICAL OPERATING TEMPERATURE (°C/°F) | TEMPERATURE COEFFICIENT (% LOSS/°C) | DENSITY (LBS/CUBIC INCH) |
|----------|------|------|------|------|------|------|
| FLEXIBLE REGULAR | 1600 | 1370 | 0.6 | 120/248 | .19 | .133 |
| FLEXIBLE HIGH FORCE | 2100 | 1370 | 1.1 | 120/248 | .19 | .140 |

- Other thicknesses available
- Higher maximum energy product available



magnet
SALES & MFG. CO.

85.7.04

2-6

107096

85.7.04

● 膠磁組成（CONTENTS）：
係以永久磁鐵，採以PE塑膠之介質配比之合物
（BARIUM FERRITE COMPOSITE）而
成之永久性磁石。

● 特性表（CHARACTERIZATION）

| 磁氣特性 Characterization | 異方性 | 等方性 |
|---|---|---|
| 最大値能積 max. × $10^6$（BH） | 1.1 | 0.6A |
| 殘留磁束密度 gauss（Br） | 2200 | 1650 |
| 保磁力（He）oersteds | 1900 | 1300 |
| 閃斷保磁力（Hcl）oersteds | 2400 | 2400 |
| 溫化温度低數（g/P） | -0.1 | -0.1 |
| 溫化温度低數 | 0.1 | |
| 比重（g/cm³） | 3.9 | 3.9 |

◎ 吸引力之計算
f（dyne）＝ a・B² / 8π
* a ……………… 相吸接觸面積
B ……………… 相接觸表面CD
1 g ……………… 980（dyne）

● 減磁特性曲線
（DEMAGNETIZATION CURVE）
異方性



—H（oersteds）
DEMAGNETIZATION FORCE
INDUCTION 由來度

磁化形態：
MAGNETIZATION
—多極化
—3極化
—2極化
—一面化化
—一面化

0018252002 070401

107096

| 申請日期 | 7六.9.16 |
|---|---|
| 字 號 | 76209044 |
| 類 別 | 602C |

（以上各欄由本局填註）

# 新型 專利説明書 （Ⅵ）

| 一、新型名稱 | 具有磁性之眼鏡框及無框眼鏡片 |
|---|---|

| 二、創作人 | 姓 名 | 陳　環　昌 |
|---|---|---|
| | 國 籍 | 中華民國 |
| | 住、居所 | 中和市景平路六六九號十一樓之九 |

| 三、申請人 | 姓 名（名稱） | 陳　環　昌 |
|---|---|---|
| | 國 籍 | 中華民國 |
| | 住、居所（營業所） | 中和市景平路六六九號十一樓之九 |
| | | 世界專利商標事務所 |
| | | 黃　汝　薳　律師 |
| | 代表人姓名 | 台北市忠孝東路四段二四一號七樓之2 台北市光復南路200號2樓之1、2 |
| | 電話 | 7713403～5 |

四六（210×297公厘）　　　— 1 —　　　Chinese Patent



107096

FIG.1



FIG. 2

107096



FIG. 3A

107036



FIG. 3B

.07036





# PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

## INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 :<br>G02C 1/00 | A1 | (11) International Publication Number: WO 96/23241<br><br>(43) International Publication Date: 1 August 1996 (01.08.96) |
|---|---|---|
| (21) International Application Number: PCT/US95/00954<br><br>(22) International Filing Date: 23 January 1995 (23.01.95)<br><br>(71)(72) Applicant and Inventor: RIACH, George [US/US]; 10424 Cary Circle, Cypress, CA 92651 (US).<br><br>(74) Agents: ORUM, Keith. H.; Dvorak and Traub, 53 West Jackson Boulevard, Chicago, IL 60604 (US). | | (81) Designated States:  AU, CA, JP, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).<br><br>Published<br>*With international search report.* |

(54) Title:  EYEGLASSES HAVING MAGNETS ATTACHED THERETO

(57) Abstract

The invention defines an eyeglass having a frame structure that includes a frame member (12) having openings (14) in which glass lenses (16) are mounted, wherein the frame structure of the eyeglass is employed as a support device for one or more permanent magnets (22, 30) that are selectively positioned on the frame or lenses so that magnetic energy is focused on the eyes for stimulating and increasing the blood circulation in the general area of eyes when worn by the user thereof.

## FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AM | Armenia | GB | United Kingdom | MW | Malawi |
| AT | Austria | GE | Georgia | MX | Mexico |
| AU | Australia | GN | Guinea | NE | Niger |
| BB | Barbados | GR | Greece | NL | Netherlands |
| BE | Belgium | HU | Hungary | NO | Norway |
| BF | Burkina Faso | IE | Ireland | NZ | New Zealand |
| BG | Bulgaria | IT | Italy | PL | Poland |
| BJ | Benin | JP | Japan | PT | Portugal |
| BR | Brazil | KE | Kenya | RO | Romania |
| BY | Belarus | KG | Kyrgyzstan | RU | Russian Federation |
| CA | Canada | KP | Democratic People's Republic | SD | Sudan |
| CF | Central African Republic | | of Korea | SE | Sweden |
| CG | Congo | KR | Republic of Korea | SG | Singapore |
| CH | Switzerland | KZ | Kazakhstan | SI | Slovenia |
| CI | Côte d'Ivoire | LI | Liechtenstein | SK | Slovakia |
| CM | Cameroon | LK | Sri Lanka | SN | Senegal |
| CN | China | LR | Liberia | SZ | Swaziland |
| CS | Czechoslovakia | LT | Lithuania | TD | Chad |
| CZ | Czech Republic | LU | Luxembourg | TG | Togo |
| DE | Germany | LV | Latvia | TJ | Tajikistan |
| DK | Denmark | MC | Monaco | TT | Trinidad and Tobago |
| EE | Estonia | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | UG | Uganda |
| FI | Finland | ML | Mali | US | United States of America |
| FR | France | MN | Mongolia | UZ | Uzbekistan |
| GA | Gabon | MR | Mauritania | VN | Viet Nam |

1

S P E C I F I C A T I O N

**EYEGLASSES HAVING MAGNETS ATTACHED THERETO**

BACKGROUND OF THE INVENTION

1.      Field of the Invention

This invention relates to eyeglasses and more particularly to eyeglasses employed as a magnetic support device that includes one or more permanent magnets that are selectively positioned on the frame or lenses so that magnetic energy is focused on the eyes for improving the blood circulation within the surrounding area of the eyes.

2.  Description of the Prior Art

Although magnetic field therapy has been known for some time, recent developments have opened many areas in the health fields for magnetic therapy which involves the use of unipolar magnets having opposing north and south poles and closely spaced surfaces of various sizes which may have substantially different lengths, widths or diameters.  Such magnets are now available both in rigid form, as ceramic magnets, and in any desired length, width, thickness and diameter to meet the many needs that might be required in new fields of technology.

A book entitled "New Hope for Physical and Emotional Illness" by William Howard Philpott, M.D., and Walter C. Rawls, Jr., D. Sc., which is available through ENVIRO-TECH PRODUCTS, 17171 S.E. 29th Street, Choctaw, OK  73020, discusses the use of unipolar magnets and particularly the effects of using the north (or negative) and south (or positive) poles.

It is well established that the north and south poles of unipolar magnets provide quite different effects on living metabolic systems.   These effects can be briefly summarized in Table "A" as follows:

SUBSTITUTE SHEET (RULE 26)

WO 96/23241                                                                PCT/US95/00954

2

## TABLE "A"

| NORTH POLE ENERGY | SOUTH POLE ENERGY |
|---|---|
| Stimulates alkali metabolic response | Stimulates acid metabolic response |
| Slows down metabolic process | Speeds up metabolic process |
| Reduces or stops pain | Increases pain |
| Dissolves calcium deposits around arthritic joints | Can increase symptoms |
| Can slow heart function and produce bradycardia | Can step up heart function; produce a fast heartbeat |
| Reduces multiplication of microorganisms and helps the body fight infection | Speeds up multiplication of microorganisms and can be injurious to infections |
| Increases oxygenation of tissue-indirect evidence | Decreases oxygenation of tissue-indirect evidence |
| Supports the biological healing process | Decreases the biological healing process |
| Increases mental alertness | |

It is apparent from this tabulated data that therapeutic benefit is derived primarily from exposure to the north pole energy, and that extended exposure to south pole energy should be avoided. It should be noted, however, that in some situations, and under professional guidance, it can be desirable to alternate between north pole and south pole energy, or to simultaneously apply different polar energy to different portions of an afflicted site.

Extensive research has been done on magnet therapy in Japan as well as in the West. It has been shown to be extremely effective and a treatment of choice in many hospitals and clinics. Excellent work has been done in America by many scientists and

SUBSTITUTE SHEET (RULE 26)

WO 96/23241                                    PCT/US95/00954

3

medical professionals, among them Dr. A. Roy, Walter C. Rawles, Albert Roy Davis, and by Professor M.F. Barnothy. They have been able through extensive and repeated experiments to prove that magnetic currents positively influence metabolism and support the formation of amino acids (the building blocks for protein) in cells.

In recent years Dr. O. W. Stark and Dr. P. Kerdaniel analyzed several scientific reports dealing with magnet therapy, among them studies done at the University of Tokyo Medical School. They came up with surprising results: approximately eighty per cent of the patients reacted positively to therapy.

Glaucoma (excessive pressure buildup in the eye) is a leading cause of blindness. Professor Holger Hannemann, a respected Swiss naturopath, describes how glaucoma can be alleviated by the use of magnets placed near the eye (with the north pole toward the eye).

One mechanism of intraocular pressure elevation is a malfunction of the central and the autonomic nervous system, which interferes with the flow of fluids. Another mechanism is a blockage of the outflow facility of the aqueous humor of the eye. Aqueous fluid is produced inside the eye at the rate of 2 micro-liters per minute, and the eye must be able to drain fluid from the eye at this rate to avoid a pressure buildup. Any blockage is essentially a clogging of the fluid pathways, and the effectiveness of a magnetic field in facilitating the flow may be in its ability to breakup clumping of leucocytes and lymphocytes in the lymphatic drainage system.

Any disruption of the retinal vessel network will impair vision by interfering with the clear transmission of images. Most retinal disorders are due to degenerative vascular changes, and many of these changes are thought to be secondary to toxic blood factors.

In all cases, proper blood flow is crucial to proper retinal function, an any

SUBSTITUTE SHEET (RULE 26)

WO 96/23241                                     PCT/US95/00954

4

enhancement of blood flow will benefit the health of the eye and vision in general. Studies have shown that people who smoke tobacco experience a clumping of blood cells in the blood vessels of the eye, clogging up the vital nutrient supply routes. Another concern is among contact lens wearers, who deprive the cornea of access to molecular oxygen by placing a plastic semipermeable barrier (the lens) on top of the cornea. The cornea is one of the few entirely vascular tissues of the body, and since the vessels can not reach the tissue cells of the cornea they are dependent on absorption of oxygen from the air and the aqueous fluid. Applying a proper magnetic field may facilitate this absorption.

Certain magnetic fields (such as from computers and televisions) are known to be harmful, while other fields (such as from permanent magnets) are known to be beneficial.

In a review of the art only two patents U. S. Patent No. 5,096,284 and 5,120,119, both issued to Yoshiro N. Mats, teach the use of permanent magnets that are mounted on the rear portion of the ear pieces of eyeglasses so as to be positioned rearwardly of the ears adjacent the back of the head of the wearer, suggesting that the permanent magnets may influence the flow of blood under the skin of the user's head.

U. S. Patent No. 2,920,327 to M. Singer teaches a pair of glasses with a magnetic strip that is used to snag airborne particles.

U. S. Patent No. 4,070,103 to Martha C. Meeker, teaches a pair of eyeglasses with a magnetic rim that allows the wearer of eyeglasses to change a single pair of glasses to match any individual fashion or mood.

U. S. Patent No. 3,583,192 to Manual M. Gitlin teaches detachable decorative sleeves for spectacles.

U. S. Patent No. 4,988,181 to George Riach, Jr., teaches the mounting of an ornamental device to eyeglasses by means of magnets.

SUBSTITUTE SHEET (RULE 26)

5

U. S. Patent No. 5,181,051 to D. R. Townsend et al teaches a magnetic removable display of magnetic printed matter.

## OBJECTS AND ADVANTAGES OF THE INVENTION

It is an important object of the present invention to provide eyeglasses with one or more ceramic magnets that are arranged to project the north magnetic field into the surrounding area of one's eyes to improve blood circulation therein.

Another object of the invention is to provide ceramic magnets that can be selectively positioned on the frame of an eyeglasses so as to stimulate a given area of the eye.

Still another object of the present invention is to provided a stimulation reaction by means of subjecting one's eye with the north magnetic field so as to increase oxygen in the surrounding surface tissue of the eye.

Yet another object of the invention is to increase the oxygen saturation of the red blood cells of the eye and surrounding area thereof which at the same time causes the cells to eliminate metabolic waste.

A further object of the invention is to provide a device of this character that stimulates the eye by means of a non-invasive method which has been found to lessen eye strain and headaches associated with eye strain.

A still further object of the invention is to provide an apparatus of this character that has no moving parts and wherein the magnets can be simply mounted either on the glass lenses or the frame structure so that the magnetic field can be positioned to establish a positive affect on a given area of the eye.

The characteristics and advantages of the invention are further sufficiently referred

SUBSTITUTE SHEET (RULE 26)

to in connection with the accompanying drawings, which represent one embodiment. After considering this example, skilled persons will understand that variations may be made without departing from the principles disclosed; and I contemplate the employment of any structures, arrangements or modes of operation that are properly within the scope of the appended claims.

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

With the above and related objects in view, the invention consists in the details of construction and combination of parts, as will be more fully understood from the following description, when read in conjunction with the accompanying drawings and numbered parts in which:

FIG. 1 is a front perspective view of the present invention wherein a plurality of permanent magnets are mounted to the lenses of a pair of eyeglasses;

FIG. 2 is an enlarged view taken substantially along line 2-2 of FIG. showing a magnet mounted to the glass lens;

FIG. 3 is a rear perspective view of an eyeglass frame wherein a plurality of permanent magnets are shown mounted to the frame structure around the lens openings;

FIG. 4 is an enlarged cross-sectional view taken substantially along line 4-4 of FIG. 3 showing a magnet mounted within a recess formed in the frame member;

FIG. 5 is a perspective view of one portion of an eyeglass, wherein the frame member is shown as formed with an alternative arrangement; and

FIG. 6 is an enlarged cross-sectional view of the eyeglass taken substantially along line 6-6 of FIG. 5.

10402-03695160

WO 96/23241                                             PCT/US95/00954

7

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawing in detail and more particularly to the views in FIGS. 1 and 2 thereof, there is illustrated a typical pair of eyeglasses, generally indicated at 10, that comprises a frame member 12 which defines a pair of side-by-side openings 14 separated by a space that allows the frame to rest on one's nose. Mounted within each opening 14 is a glass lens 16 that is supported within a peripheral recess 19. Temple side members 18 are hingedly attached at the respective outer portions of frame member 12 by means of hinge 20.

Fixedly attached to glass lenses 16 is a ceramic magnet 22 which can be mounted to the lens by one of two methods. One method would be gluing magnet 22 directly to the glass lens 16, as shown in FIG. 1, and the other method would be by first affixing a magnetic support member 24 to the lens by a suitable securing means such as glue or the like, as seen in more detail in the enlarged cross-sectional view of FIG. 2. Ceramic magnetic 22 is then magnetically attached to the fixed support member 24 formed from a suitable ferrous material. This particular mounting arrangement is preferred because support member 24 can be permanently attached to the lens. The position of the magnet or magnets is determined by the need and condition of the person's eyes, and thus the position of the magnet or magnets will not necessarily be that as illustrated in FIG. 1.

However, it is important that the south side (positive) is facing the glass lens, and the north side (negative) is facing outwardly, whereby the negative side will interact with the positive side of ceramic magnet 22. As is well known, opposite poles will always attract and this arrangement allows the ceramic magnet to be removed and replaced without mistakenly being mounted with the south magnetic pole of the magnet projecting outwardly in the direction of the eye.

WO 96/23241                                                    PCT/US95/00954

8

A second embodiment is disclosed in FIGS. 3 and 4 in which a frame structure 12 is shown that is provided with one or more ceramic magnets 30. These magnets are fixedly mounted within fram 12 of eyeglass 10 by means of recesses 32 formed therein about openings 14 in selected positions as mentioned above. A magnet can also be located in temple members 18 adjacent the hinge portion thereof if need be, as illustrated in FIG. 3.

In FIGS. 5 and 6, there is shown a third embodiment which discloses an eyeglass frame 12 having a plurality of recesses 34 formed along the inner peripheral edge of opening 14. Recesses 34 have a substantially "C"-shape configuration that is defined by an opening 36 which itself is defined by a pair of extended flexible finger members 38. The finger members provide a gripping means for securely holding magnet 22 that is inserted therein as shown adjacent the four corner portions of the opening.

It may thus be seen that the objects of the present invention set forth herein, as well as those made apparent from the foregoing description, are efficiently attained. While the preferred embodiments of the invention have been set forth for purpose of disclosure, modifications of the disclosed embodiments of the invention as well as other embodiments thereof may occur to those skilled in the art. Accordingly, the appended claims are intended to cover all embodiments which do not depart from the spirit and scope of the invention.

WO 96/23241                                    PCT/US95/00954

9

WHAT I CLAIM IS:

1.      An eyeglass frame structure having magnets selectively positioned thereon so to

define a non-invasive device so as to project a magnetic field into the surrounding area of

one's eye or eyes so as to effectively improve the blood circulation within the eye or eyes

subjected to the magnetic field and comprising:

        a frame member formed to define a pair of openings to receive lenses therein;

        a pair of temple members hingedly mounted to said frame member; and

        magnetic means having north and south magnetic poles mounted on said eyeglass

frame structure, said magnetic means being arranged to project a north magnetic field in

the direction of the eye to impinge on the eye, whereby the surrounding area thereof is

stimulated by said north magnetic field; and

        means for attaching said magnetic means to said frame structure.


2.      An eyeglass frame structure having magnets as recited in claim 1, wherein said

magnetic means is defined by at least one ceramic magnet mounted to said frame member

about said openings therein.


3.      An eyeglass frame structure having magnets as recited in claim 1, wherein said

magnetic means is defined by at least one ceramic magnet mounted to at least one of said

lenses.


4.      An eyeglass frame structure having magnets as recited in claim 3, wherein a

plurality of ceramic magnets are selectively mounted to each of said lenses.


SUBSTITUTE SHEET (RULE 26)

WO 96/23241                                                PCT/US95/00954

10

5.    An eyeglass fram structure having magnets as recited in claim 2, wherein a plurality of ceramic magnets are selectively mounted to said frame member adjacent the peripheral edge of said openings in said frame member.

6.    An eyeglass frame structure having magnets as recited in claim 5, wherein said attaching means comprises a plurality of recesses formed in said frame member adjacent the peripheral edge of said openings, wherein said ceramic magnets are fixedly secured in said recesses so said north pole of each said ceramic magnets faces each respective eye of the user thereof.

7.    An eyeglass frame structure having magnets as recited in claim 6, wherein said attaching means comprises a plurality of recesses formed in said frame member adjacent the peripheral edge of said openings, said recesses being formed with an opening defined by a pair of flexible finger members that engage the ceramic magnet positioned within said recess, wherein each of said mounted ceramic magnets is arranged with the north pole thereof facing each respective eye of the user thereof.

8.    A method of providing a non-invasive stimulating action of an individual's eyes by means of subjecting the eyes to an increase in the oxygen content of the surrounding area of said eyes, said method comprises the steps of:

mounting at least one magnet to a pair of eyeglasses;

positioning said magnet, so that the north magnetic field of said magnet impinges on at least one of said eyes of the individual so as to increase the oxygen saturation of the red blood cells.

SUBSTITUTE SHEET (RULE 26)

WO 96/23241                                                           PCT/US95/00954

11

9.      The method as recited in claim 8, including the step of:  mounting said magnet so as to be selectively positioned on at least one lens of said eyeglasses.


10.     The method as recited in claim 9, including the step of fixedly positioning a plurality of magnets on at least one lens of said eyeglasses, whereby said north magnetic field of said magnet impinges on at least one selected area of at least one of said eyes of the individual.


11.     The method as recited in claim 9, including the step of mounting a plurality of magnets on the frame of said eyeglasses, wherein at least one of said eyes of the individual is selectively exposed to said north magnetic field of said magnet.

WO 96/23241

PCT/US95/00954

1/1



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

# INTERNATIONAL SEARCH REPORT

International application No.
PCT/US95/00954

| **A.** | **CLASSIFICATION OF SUBJECT MATTER** |
|---|---|

IPC(6)  :G02C 1/00
US CL   :351/41, 52, 140, 158; 600/9, 15; 606/33; 607/1
According to International Patent Classification (IPC) or to both national classification and IPC

| **B.** | **FIELDS SEARCHED** |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)

U.S. :  351/41, 52, 140, 158; 600/9, 15; 606/33; 607/1

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

eyeglasses, eyewear, spectacles, magnet, blood circulation

| **C.** | **DOCUMENTS CONSIDERED TO BE RELEVANT** | |
|---|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US, A, 5,096,284 (NAKAMATS) 17 March 1992, entire document. | 1-11 |
| A | US, A, 4,988,181 (RIACH, JR.) 29 January 1991, entire document. | 1-11 |
| A | US, A, 4,070,103 (MEEKER) 24 January 1978, entire document. | 1-11 |
| X, E | US, A, 5,389,981 (RIACH, JR.) 14 February 1995, entire document. | 1-11 |

☐ Further documents are listed in the continuation of Box C.    ☐ See patent family annex.

Date of the actual completion of the international search

18 MARCH 1995

Date of mailing of the international search report

04 APR 1995

Name and mailing address of the ISA/US
Commissioner of Patents and Trademarks
Box PCT
Washington, D.C. 20231
Facsimile No.   N/A

Authorized officer  HUY MAI

Telephone No.   (703) 308-4874

Form PCT/ISA/210 (second sheet)(July 1992)*