UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-61515-CIV-COOKE
MAGISTRATE JUDGE BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.

## DEFENDANT, REVOLUTION EYEWEAR, INC.'S NOTICE OF FILING DECLARATION OF STEVEN M. HANLE IN SUPPORT OF ITS CLAIM CONSTRUCTION BRIEF

Defendant, REVOLUTION EYEWEAR, INC., gives notice of filing the affidavit of Steven M. Hanle in support of its Claim Construction Brief ("Brief").  The Affidavit is attached hereto along with Exhibits "B" through "J" to the Brief.

DATED: October 19, 2010

                                             s/ Steven M. Hanle

                                             Steven M. Hanle, Admitted Pro Hac Vice
                                             shanle@sheppardmullin.com
                                             Jennifer A. Trusso, Admitted Pro Hac Vice
                                             jtrusso@sheppardmullin.com
                                             Aaron M. Fennimore, Admitted Pro Hac Vice
                                             afennimore@sheppardmullin.com
                                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                             650 Town Center Drive, 4th Floor
                                             Costa Mesa, California  92626-1993
                                             Telephone:     714.513.5100
                                             Telecopy:      714.513.5130

                                             and

CASE NO.: 09-61515-CIV-COOKE

        s/ Janet T. Munn
        Janet T. Munn
        jmunn@rascoklock.com
        Florida Bar No. 501281
        Rasco, Klock, Reininger, Perez, Esquenazi, Vigil & Nieto, P.L.
        283 Catalonia Avenue
        Suite 200
        Coral Gables, FL  33134
        Telephone: 305.476.7100
        Telecopy: 305.476.7102

*Attorneys for Defendants Revolution Eyewear, Inc., Hardy Way, LLC and Gary Martin Zelman*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.

        By: s/ Janet T. Munn
              Janet T. Munn

CASE NO.: 09-61515-CIV-COOKE

## SERVICE LIST

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Jacqueline Becerra, Esquire
email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esquire
email: turkmooree@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305.379.0534
Telecopy: 305.579.0717

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Michael Nicodema, Esquire
email: nicodemam@gtlaw.com
Barry J. Schindler, Admitted Pro Hac Vice
email: schindlerb@gtlaw.com
MetLife Building
**GREENBERG TRAURIG**
200 Park Avenue
New York, New York 10166-1400
Telephone: 212.801.9200
Telecopy: 212.801.6400

Todd Schleifstein, Admitted Pro Hac Vice
**GREENBERG TRAURIG**
200 Park Avenue
Florham Park, NJ  07932
email:  schleifsteint@gtlaw.com
Telephone:  973.360.7900
Telecopy:  973.301.8410

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
W. Barry Blum, Esquire
email: bblum@gjb-law.com
Martin J. Keane, Esquire
email: mkeane@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305.349.2300
Telecopy: 305.349.2310

Scott W. Hansen, Admitted Pro Hac Vice
email:  shansen@reinhartlaw.com
**REINHART BOERNER VAN DEUREN**
1000 N. Water Street
PO Box 2965
Milwaukee, WI  53201-2965
Telephone:  414.298.8123
Telecopy:  414.298.8097

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
Edgar H. Haug, Admitted Pro Hac Vice
email:  ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
email:  bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
email:  dherman@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
email:  pfleming@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, New York 10151
Telephone:  212.588.0800
Telecopy:  212.588.0500

Mark P. Walters, Admitted Pro Hac Vice
email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
1191 2nd Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206.336.5690
Telecopy:  212.588.0500

4824-3938-7143, v.  1