**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 09-61515-CIV-COOKE**
**MAGISTRATE JUDGE BANDSTRA**

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

      Plaintiffs,

vs.

HARDY LIFE, LLC., MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

      Defendants.
_____

**DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS'**
**CLAIM CONSTRUCTION BRIEF**

      Steven M. Hanle declares as follows.  I am a partner with Sheppard Mullin Richter & Hampton, counsel for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman (collectively "Defendants").  I have personal knowledge of the following, and could and would testify competently thereto.

      1.      Attached to Defendants' Claim Construction Brief as Exhibit A is a true and correct copy of United States Patent Re. 37,545 E ("'545 Patent") and Reexamination Certificate 37,545 F1.

      2.      Attached hereto as Exhibit B is a true and correct copy of the court's claim construction order dated May 6, 2003 in *Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.*, Central District of California Case No. CV 02-1087 ("California Action").

      3.      Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the PACER docket in the California Action.

      4.      Attached hereto as Exhibit D is a true and correct copy of non-confidential relevant excerpts from the deposition transcript of '545 patent inventor Richard Chao taken on April 21, 2010.

W02-WEST:3SMH1\402993141.1

5.      Attached hereto as Exhibit E is a true and correct copy of the Second Amended Expert Report of Joel Sodano.

6.      Attached hereto as Exhibit F is a true and correct copy of the Reissue Application dated October 21, 1998 in the prosecution of the '545 Patent.

7.      Attached hereto as Exhibit G is a true and correct copy of an Office Action dated July 14, 1999 in the prosecution of the '545 Patent.

8.      Attached hereto as Exhibit H is a true and correct copy of relevant excerpts of a Response to Office Action Under 37 C.F.R. § 1.111 dated January 14, 2000 in the prosecution of the '545 Patent.

9.      Attached hereto as Exhibit I is a true and correct copy of relevant excerpts of a Response to Office Action Under 37 C.F.R. § 1.111 dated November 22, 2000 in the prosecution of the '545 Patent.

10.     Attached hereto as Exhibit J is a true and correct copy of the Amendment and Interview Summary dated April 20, 2001 in the prosecution of the '545 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, in Costa Mesa, California, on this 19th day of October, 2010.

_____
Steven M. Hanle

W02-WEST:3SMH1\402993141.1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on October 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified on the Notice of Electronic Filing generated by CM/ECF.


By: <u>s/ Janet T. Munn              </u>
       Janet T. Munn

W02-WEST:3SMH1\402993141.1

**SERVICE LIST**

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Jacqueline Becerra, Esquire
email: becerraj@gtlaw.com
Ericka Yolanda Turk, Esquire
email: turkmooree@gtlaw.com
**GREENBERG TRAURIG**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305.379.0534
Telecopy: 305.579.0717

*Attorney for Plaintiffs Aspex Eyewear, Inc., and Contour Optik, Inc.*
Michael Nicodema, Esquire
email: nicodemam@gtlaw.com
Barry J. Schindler, Admitted Pro Hac Vice
email: schindlerb@gtlaw.com
MetLife Building
**GREENBERG TRAURIG**
200 Park Avenue
New York, New York 10166-1400
Telephone: 212.801.9200
Telecopy: 212.801.6400

Todd Schleifstein, Admitted Pro Hac Vice
**GREENBERG TRAURIG**
200 Park Avenue
Florham Park, NJ  07932
email:  schleifsteint@gtlaw.com
Telephone:  973.360.7900
Telecopy:  973.301.8410

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
W. Barry Blum, Esquire
email: bblum@gjb-law.com
Martin J. Keane, Esquire
email: mkeane@gjb-law.com
**GENOVESE JOBLOVE & BATTISTA, P.A.**
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305.349.2300
Telecopy: 305.349.2310

Scott W. Hansen, Admitted Pro Hac Vice
email:  shansen@reinhartlaw.com
**REINHART BOERNER VAN DEUREN**
1000 N. Water Street
PO Box 2965
Milwaukee, WI  53201-2965
Telephone:  414.298.8123
Telecopy:  414.298.8097

*Attorney for Defendants Marchon Eyewear, Inc., and Nike, Inc.*
Edgar H. Haug, Admitted Pro Hac Vice
email:  ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
email:  bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
email:  dherman@flhlaw.com
Porter F. Fleming, Admitted Pro Hac Vice
email:  pfleming@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, New York 10151
Telephone:  212.588.0800
Telecopy:  212.588.0500

Mark P. Walters, Admitted Pro Hac Vice
email:  mwalters@flhlaw.com
**FROMMER LAWRENCE & HAUG LLP**
1191 2nd Avenue, Suite 2000
Seattle, WA  98101
Telephone:  206.336.5690
Telecopy:  212.588.0500

W02-WEST:3SMH1\402993141.1