EXHIBIT C



- 
- [Reports](#)
- [Utilities](#)

- [          ]

(CWx), CLOSED, PROTORD, REOPENED, STAYED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:02-cv-01087-VAP-CW

| | |
|---|---|
| Revolution Eyewear v. Aspex Eyewear Inc, et al | Date Filed: 02/05/2002 |
| Assigned to: Judge Virginia A. Phillips | Date Terminated: 02/25/2008 |
| Referred to: Discovery Carla M. Woehrle | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Revolution Eyewear Inc**
*a California corporation*

represented by  **David Kogan**
Trojan Law Orfrice
9250 Wilshire Boulevard, Suite 325
Beverly Hills, CA 90212
310-777-8399
Email: kogandm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan C Dang**
Trojan Law Offices
9250 Wilshire Boulevard
Suite 325
Beverly Hills, CA 90212
310-777-8399
Email: dang@trojanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary N Frischling**
Irell and Manella
1800 Avenue of the Stars

Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: gfrischling@irell.com
*TERMINATED: 01/12/2006*
*LEAD ATTORNEY*

**Joyce E Crucillo**
American Apparel Inc
747 Warehouse Street
Los Angeles, CA 90021
213-488-0226
Fax: 213-542-4987
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morgan Chu**
Irell and Manella
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: mchu@irell.com
*TERMINATED: 01/12/2006*
*LEAD ATTORNEY*

**R Joseph Trojan**
Trojan Law Offices
9250 Wilshire Boulevard
Suite 325
Beverly Hills, CA 90212
310-777-8399
Email: trojan@trojanlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy A Kim**
Sedgwick Detert Moran and Arnold
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017
213-426-6900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**YeWon Min**

Trojan Law Offices
9250 Wilshire Boulevard, Suite 325
Beverly Hills, CA 90212
310-777-8399
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aspex Eyewear Inc**                represented by   **Ako S Williams**
*a Delaware corporation*                              Rutan and Tucker LLP
                                                      611 Anton Boulevard Suite 1400
                                                      Costa Mesa, CA 92626-1931
                                                      714-641-5100
                                                      *TERMINATED: 08/24/2007*
                                                      *LEAD ATTORNEY*

                                                      **Barry J Schindler**
                                                      Greenberg Traurig LLP
                                                      200 Park Avenue 34th Floor
                                                      New York, NY 10166
                                                      212-801-2244
                                                      Fax: 212-801-6400
                                                      Email: schindlerb@gtlaw.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brian W Kasell**
                                                      Jeffer Mangels Butler and Marmaro
                                                      1900 Avenue of the Stars 7th Floor
                                                      Los Angeles, CA 90067-4308
                                                      310-203-8080
                                                      Fax: 310-203-0567
                                                      Email: bwk@jmbm.com
                                                      *TERMINATED: 08/19/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Elizabeth Barrowman Gibson**
                                                      Jeffer Mangels Butler and Marmaro
                                                      1900 Avenue of the Stars, 7th Floor
                                                      Los Angeles, CA 90067-4308
                                                      310-203-8080

*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L McCloskey**
Sedgwick Detert Moran & Arnold
LLP
801 South Figueroa Street 19th Floor
Los Angeles, CA 90017-5556
213-426-6900
Fax: 213-426-6921
Email:
heather.mccloskey@sdma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Hastings**
Collen Law Associates
Holyoke-Manhattan Bldg
80 S Highland Ave
Ossining, NY 10562
914-941-5668
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Hicks**
Hicks and Park
824 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017
213-612-0007
Fax: 213-612-0373
*TERMINATED: 05/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M Collen**
Collen Law
Holyoke-Manhattan Bldg
80 S Highland Ave, Town of
Ossining
Ossining, NY 10562
914-941-5668
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
Lewis Brisbois Bisgaard & Smith
LLP
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012
213-250-1800
Fax: 213-250-7900
Email: hokanson@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josephine A Brosas**
Lewis Brisbois Bisgaard and Smith
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012
213-580-1800
Fax: 213-250-7900
Email: brosas@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Wagner**
Collen Law
Holyoke-Manhattan Bldg
80 S Highland Ave, Town of
Ossining
Ossining, NY 10562
914-941-5668
Email: mwagner@collenip.com
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
Greenberg Traurig
200 Park Avenue, 34th Floor
New York, NY 10166
212-801-9200
Email: nicodemam@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Roth**
Dreier & Baritz
499 Park Ave

New York, NY 10022
212-328-6100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thiery Ifergan**                    represented by  **Ako S Williams**
*an individual*                                       (See above for address)
                                                      *TERMINATED: 08/24/2007*
                                                      *LEAD ATTORNEY*

                                                      **Barry J Schindler**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brian W Kasell**
                                                      (See above for address)
                                                      *TERMINATED: 08/19/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Elizabeth Barrowman Gibson**
                                                      (See above for address)
                                                      *TERMINATED: 08/19/2003*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Heather L McCloskey**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James R Hastings**
                                                      (See above for address)
                                                      *TERMINATED: 10/16/2002*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James B Hicks**
                                                      (See above for address)
                                                      *TERMINATED: 05/21/2002*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Jess M Collen**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Wagner**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Real Eyes Optical**              represented by   **Barry J Schindler**
*a business*                                        (See above for address)
*TERMINATED: 02/24/2005*                            *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                  **Brian W Kasell**
                                                  (See above for address)
                                                  *TERMINATED: 08/19/2003*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **John K. Fitzgerald**
                                                  Fulwider Patton LLP
                                                  Howard Hughes Center
                                                  6060 Center Drive, Tenth Floor

Los Angeles, CA 90045
310-824-5555
Fax: 310-824-9696
Email: jfitzgerald@fulpat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel L Alberstadt**
11500 San Vicente Blvd
No 210
Los Angeles, CA 90049
310 991 2233
Email: sam.alberstadt@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen T Sullivan**
Sullivan Law Group
1850 N Central Ave, Ste 1140
Phoenix, AZ 85004-4586
602-956-6161
*TERMINATED: 08/29/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tish J Berard**
Sullivan Law Group
1850 N Central Ave, Ste 1140
Phoenix, AZ 85004-4586
602-956-6161
*TERMINATED: 08/29/2007*
*LEAD ATTORNEY*

**<u>Defendant</u>**

**Scott Strenk**                     represented by **Barry J Schindler**

*an individual*
*TERMINATED: 02/24/2005*

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian W Kasell**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K. Fitzgerald**
(See above for address)
*TERMINATED: 06/05/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Roth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel L Alberstadt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen T Sullivan**
(See above for address)
*LEAD ATTORNEY*

**Tish J Berard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Real Eyes Optical**                    represented by **Samuel L Alberstadt**
*TERMINATED: 02/24/2005*                (See above for address)
                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | |
|---|---|
| **Revolution Eyewear Inc** | represented by **Dylan C Dang** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce E Crucillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Joseph Trojan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy A Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | |
|---|---|
| **Scott Strenk** | represented by **John K. Fitzgerald** |
| *TERMINATED: 02/24/2005* | |

(See above for address)
*TERMINATED: 06/05/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel L Alberstadt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen T Sullivan**
(See above for address)
*LEAD ATTORNEY*

**Tish J Berard**
(See above for address)

*TERMINATED: 08/29/2007*
*LEAD ATTORNEY*

V.

**Counter Defendant**

**Revolution Eyewear Inc**                    represented by   **Dylan C Dang**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Joyce E Crucillo**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **R Joseph Trojan**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Roy A Kim**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Aspex Eyewear Inc**                         represented by   **Ako S Williams**
                                                               (See above for address)
                                                               *TERMINATED: 08/24/2007*
                                                               *LEAD ATTORNEY*

                                                               **Brian W Kasell**
                                                               (See above for address)
                                                               *TERMINATED: 07/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Elizabeth Barrowman Gibson**
                                                               (See above for address)
                                                               *TERMINATED: 08/19/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Heather L McCloskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Hastings**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Hicks**
(See above for address)
*TERMINATED: 05/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M Collen**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josephine A Brosas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Wagner**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry J Schindler**
(See above for address)
*PRO HAC VICE*

**Michael A Nicodema**
(See above for address)

**Michael B Roth**
(See above for address)

**Counter Claimant**

**Thiery Ifergan**          represented by   **Ako S Williams**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Brian W Kasell**
(See above for address)
*TERMINATED: 07/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L McCloskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Hastings**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Hicks**
(See above for address)
*TERMINATED: 05/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M Collen**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Wagner**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry J Schindler**
(See above for address)
*PRO HAC VICE*

**Michael A Nicodema**
(See above for address)

**Michael B Roth**
(See above for address)

**Counter Claimant**

**Manhattan Design Studio Inc**
*a New York Corporation*

represented by **Brian W Kasell**
(See above for address)
*TERMINATED: 07/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Joyner**
Greenberg Traurig LLP
2450 Colorado Avenue Suite 400
East
Santa Monica, CA 90404
310-586-7700
Fax: 310-586-7800
Email: joynerj@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey F Yee**
Greenberg Traurig LLP
2450 Colorado Avenue Suite 400E
Santa Monica, CA 90404
310-586-3846
Fax: 310-586-1346
Email: yeej@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josephine A Brosas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Contour Optik Inc**                    represented by  **Brian W Kasell**
*a Taiwanese Corporation*                               (See above for address)
                                                        *TERMINATED: 07/23/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Barrowman Gibson**
                                                        (See above for address)
                                                        *TERMINATED: 08/19/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey K. Joyner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey F Yee**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josephine A Brosas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Asahi Optical Co Ltd**                    represented by   **Brian W Kasell**
*a Japanese Corporation*                                      (See above for address)
                                                             *TERMINATED: 07/23/2003*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth Barrowman Gibson**
                                                             (See above for address)
                                                             *TERMINATED: 08/19/2003*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey K. Joyner**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey F Yee**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jon E Hokanson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Josephine A Brosas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Revolution Eyewear Inc**              represented by   **Dylan C Dang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce E Crucillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Joseph Trojan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy A Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Revolution Eyewear Inc**              represented by   **Dylan C Dang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce E Crucillo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**R Joseph Trojan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy A Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Aspex Eyewear Inc**                      represented by   **Brian W Kasell**
(See above for address)
*TERMINATED: 07/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather L McCloskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R Hastings**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B Hicks**
(See above for address)
*TERMINATED: 05/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess M Collen**

(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Wagner**
(See above for address)
*TERMINATED: 10/16/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry J Schindler**
(See above for address)
*PRO HAC VICE*

**Jon E Hokanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Nicodema**
(See above for address)

**Michael B Roth**
(See above for address)

**Counter Defendant**

**Manhattan Design Studio Inc**           represented by   **Brian W Kasell**
(See above for address)
*TERMINATED: 07/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Joyner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey F Yee**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Contour Optik Inc**                    represented by **Brian W Kasell**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)
*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Joyner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey F Yee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Asahi Optical Co Ltd**                    represented by **Brian W Kasell**
(See above for address)
*TERMINATED: 07/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Barrowman Gibson**
(See above for address)

*TERMINATED: 08/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Joyner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey F Yee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon E Hokanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | Docket# | Binder# | Docket Text |
|------------|---------|---------|-------------|
| 02/05/2002 | 1 | 1 | COMPLAINT filed Summons(es) issued referred to Discovery Carla M. Woehrle; jury demand (jp) (Entered: 02/08/2002) |
| 02/05/2002 | 2 | 4 | NOTICE OF INTERESTED PARTIES filed by plaintiff Revolution Eyewear (jp) (Entered: 02/08/2002) |
| 02/05/2002 | 3 | 3 | NOTICE by plaintiff Revolution Eyewear of related case(s) CV 99-1623 LGB (BQRx) (rn) (Entered: 02/21/2002) |
| 02/19/2002 | 4 | 9 | NOTICE OF FILING OF PROOFS OF SERVICE executed upon defendant Scott Strenk; Service by federal statute on 2/6/02 via personal service serving S/C (nhac) Modified on 02/26/2002 (Entered: 02/26/2002) |
| 02/19/2002 | 4 | 9 | NOTICE OF FILING OF PROOF OF SERVICE executed upon defendant Real Eyes Optical; Service by federal statute on 2/6/02 via personal service by serving S/C to Scott Strenk, President (nhac) (Entered: 02/26/2002) |
| 02/19/2002 | 4 | 9 | NOTICE OF FILING PROOFS OF SERVICE executed upon defendant Aspex Eyewear Inc; Service by (not specified) on 2/13/02 via substitute service by serving S/C to Thierry Ifergan, President (nhac) (Entered: 02/26/2002) |
| 02/19/2002 | 4 | 9 | NOTICE OF FILING OF PROOFS OF SERVICE executed |

| | | | |
|---|---|---|---|
| | | | Revolution Eyewear re brief [122-1] (bg) (Entered: 04/03/2003) |
| 04/02/2003 | 136 | | REPLY BRIEF on claim construction for U S Patent No RE37,545 E FILED by defendant Aspex Eyewear Inc, defendant Thiery Ifergan, counter-claimant Manhattan Design Stu, counter-claimant Asahi Optical Co Ltd (bg) (Entered: 04/03/2003) |
| 04/02/2003 | 137 | | SUPPLEMENTAL DECLARATION of Michael A Nicodema submitting documents and exhibits in support by defendant Aspex Eyewear Inc, defendant Thiery Ifergan, counter-claimant Manhattan Design Stu, counter-claimant Contour Optik Inc, counter-claimant Asahi Optical Co Ltd re brief [136-1] (bg) (Entered: 04/03/2003) |
| 04/02/2003 | 138 | | DECLARATION of Brian W kasell in support by defendant Aspex Eyewear Inc, defendant Thiery Ifergan, counter-claimant Manhattan Design Stu, counter-claimant Contour Optik Inc, counter-claimant Asahi Optical Co Ltd re brief [136-1] (bg) (Entered: 04/03/2003) |
| 04/09/2003 | 139 | | NOTICE of pendency of other actions or proceedings pursuant to Local Rule 83-1.4 by defendant Aspex Eyewear Inc, defendant Thiery Ifergan, counter-claimant Aspex Eyewear Inc, counter-claimant Manhattan Design Stu, counter-claimant Contour Optik Inc, counter-claimant Asahi Optical Co Ltd (bg) (Entered: 04/10/2003) |
| 04/09/2003 | 140 | | NOTICE by defendant of related case(s) CV 01-10396 LGB (BQRx) (rn) (Entered: 04/11/2003) |
| 04/11/2003 | 141 | | NOTICE OF CHANGE Of Address filed by attorneys Stephen T Sullivan and Tish L Berard for the Sullivan Law Group for defendants REal Eyes Optical and Scott Strenk; The new address for the Sullivan Law Group is: 1850 North Central Ave, Suite 1140, Phoenix, AZ 85004-4586; Telephone and fax numbers remain the same. (nhac) (Entered: 04/14/2003) |
| 04/21/2003 | 142 | | NOTICE of change of attorney information by Michael A Nicodema. (bg) Modified on 04/22/2003 (Entered: 04/22/2003) |
| 04/21/2003 | 143 | | NOTICE of change of attorney information by Barry J Schindler (bg) (Entered: 04/22/2003) |
| 05/02/2003 | 144 | | MINUTES: Markman/Construction hearing held The court rules on the markman / claim construction as follows: |

| | | | |
|---|---|---|---|
| | | | Taken under submission; The court shall prepare and issue a final order by Judge Lourdes G. Baird CR: Mark Schweitzer (bg) (Entered: 05/05/2003) |
| 05/06/2003 | 145 | | ORDER CONSTRUING CLAIMS OF U S PATENTS 6,343,858 and RE 37,545 by Judge Lourdes G. Baird. Based on the foregoing, the court concludes that: "plurality of sockets" in claim 1 of the '858 Patent means two or more openings into which an inserted part is designed to fit; "magnets" in claims 1-3 of the '858 Patent means permanent magnets (bg) (Entered: 05/07/2003) |
| 05/20/2003 | 146 | | STIPULATED EX PARTE MOTION AND ORDER by Judge Lourdes G. Baird. A telephonic conference to stay discovery is scheduled for May 20, 2003 at 2:30 pm (P.S.T.) (bg) (Entered: 05/29/2003) |
| 05/20/2003 | 147 | | DECLARATION of Joyce E Crucillo in support by plaintiff Revolution Eyewear re order [146-1] (bg) (Entered: 05/29/2003) |
| 05/23/2003 | 148 | | MINUTES: In Chambers: After conferring with counsel for the parties, the Court orders as follows: All motions for summary judgment must be filed no later than June 30, 2003; oppositions to the motions for summary judgment shall be filed no later than two weeks after the moving papers are filed; at the hearing on the motions for summary judgment, a new motions cut off date will be set. The pre-trial conference and trial dates remain unchanged (pre-trial conference: 10/27/03 at 9:00am; jury trial: 11/18/03 at 8:30 am) by Judge Lourdes G. Baird CR: None (bg) (Entered: 05/29/2003) |
| 05/28/2003 | 149 | | EX PARTE APPLICATION filed by plaintiff Revolution Eyewear to quash subpoena of Alray Optical (bg) (Entered: 06/03/2003) |
| 05/29/2003 | 150 | | NOTICE OF DISCREPANCY AND ORDER by Magistrate Judge Carla M. Woehrle ordering Ex parte Motion to quash subpoena of Alray Optical submitted by plaintiff Revolution Eyewear received on 5/28/03 to be fld and processed; fld date to be the date the doc was stamped "received but not fld" w/the Clerk (bg) (Entered: 06/03/2003) |
| 05/29/2003 | 151 | | OPPOSITION by defendant Real Eyes Optical to ex parte application to quash subpoena of Alray Optical [149-1] (bg) (Entered: 06/03/2003) |