# EXHIBIT F

JC377 U.S. PTO 10/21/98

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

JC540 U.S. PTO 09/182862 10/21/98

OIPE JC57 OCT 21 1998 PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Reissue Application | ) REISSUE PATENT APPLICATION | |
| Inventor: Richard Chao | ) | |
| Reissue Application No.: Unknown | ) Art Unit: | Unknown |
| Filed: Herewith | ) Examiner: | Unknown |
| Patent No.: 5,568,207 | ) | |
| Title: AUXILIARY LENSES FOR EYEGLASSES | ) | |

09182862.102198

**CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. §1.10**

"Express Mail" mailing label number:TB 687080988US
Date of Mailing: **October 21, 1998.**

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service addressed to **Assistant Commissioner for Patents, Washington, DC 20231** and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

_______________(Signature)
Peter P. Tong
Signature Date: **October 21, 1998.**

**REISSUE APPLICATION TRANSMITTAL LETTER**

BOX DAC
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Transmitted herewith is the application for reissue of U.S. Patent No. 5,568,207, issued on October 22, 1996. Inventor is Richard Chao. The title is AUXILIARY LENSES FOR EYEGLASSES.

Enclosed with this communication in connection with the above-identified reissue application are the following:

__ A Statement pursuant to 37 C.F.R. §1.27 to establish small entity status under 37 C.F.R. §1.9(f).

_x_ An Information Disclosure Statement pursuant to 37 C.F.R. §1.56.

_x_ Specification, claims and drawings: 4 pages of specification; 9 pages of claim(s); 1 page of abstract; 3 sheet(s) of drawing(s).

_X_ No changes in the drawings, upon which the original patent was issued, are to be made. Therefore, in accordance with 37 CFR 1.174, please find attached, in the size required for original drawings:

___ a copy of the printed drawings of the patent.

_X_ a photoprint of the original drawings.

_X_ Declaration and power of attorney.

___ An Assignment

__ A certified copy of a priority application.

_X_ Offer to surrender the original letters patent in accordance with 37 CFR 1.178 is attached.

___ Offer to surrender is by the inventor,

_x_ Offer to surrender is by the assignee of the entire interest, _x_along with assent of assignee.

__ Letters patent

___ Original letters patent are attached.
___ Declaration that original letters patent lost or inaccessible.

_X_ Title. In accordance with 37 CFR 1.171, this application for reissue is accompanied by

___ a certified copy of an abstract of title

or
_X_ an order for an abstract of title.

09128625 . 102158

The fee associated with this communication has been calculated as shown below:

__ Small entity status of this application under 37 C.F.R. §1.9 and §1.27 has been established.

X A fee of $240.00 is due for the submission of the accompanying Information Disclosure Statement.

The filing fee pursuant to 37 C.F.R. §1.16 is determined as follows:

| | No. Filed | | No. Extra | | Rate Small Entity/ Other Than Small Entity | | |
|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | $395.00<br>$790.00 | = | $395 |
| Total Claims | 35 | - 20 = | 5 * | X | $ 11.00<br>$ 22.00 | = | $ 55 |
| Independent Claims | 11 | - 3 = | 8 * | X | $ 41.00<br>$ 82.00 | = | $328 |
| First Presentation of Multiple Dependent Claim(s) | __ | | | | $135.00<br>$270.00 | = | $ |
| | | | | | Total | = | $778 |

*If the difference is less than zero, enter "0".

Additional Fee = $ 265

The total fee required with this communication is $ 1,043 and is to be paid as follows:

x Please charge Deposit Account No. 06-1325 in the amount of $ 137.00. A duplicate copy of this authorization is enclosed.

X A check in the amount of $ 906 is enclosed.

09120298 102198

Attorney Docket No.:CONT1013SRM/PPT
/ppt/cont1013.006

201.001:120197
10/21/98-18:57

X The Commissioner is hereby authorized to charge underpayment of any additional fees (including those listed below) or credit any overpayment associated with this communication to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

X Any additional filing fees under 37 C.F.R. §1.16.

X Any patent issue application processing fees under 37 C.F.R. §1.17.

This application is filed pursuant to 37 C.F.R. §1.53(b) in the name of the above-identified Inventor(s).

Please direct all correspondence concerning the above-identified application to the following address:

Sheldon R. Meyer, Esq.
FLIESLER, DUBB, MEYER & LOVEJOY LLP
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

Respectfully submitted,

Date: October 21, 1998

By: [signature]
Peter P. Tong
Reg. No. 35,757

FLIESLER, DUBB, MEYER & LOVEJOY LLP
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

09178528 . 102198
09178528 . 102198

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

OIPE JC57 OCT 21 1998 PATENT & TRADEMARK OFFICE

#3

In re Reissue Application
Inventor: Richard Chao
Reissue Application No.: Unknown
Filed: Herewith
Patent No.: 5,568,207
Title: AUXILIARY LENSES FOR EYEGLASSES

Art Unit: Unknown
Examiner: Unknown

**REQUEST FOR ABSTRACT OF TITLE**

09178598.102158

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

Please prepare a certified Abstract of Title, in respect of the above-identified patent for placing in the official file of the Reissue Application which is filed herewith.

Title in the name of Contour Optik, Inc. was recorded on Reel 8334, Frames 0766-7.

For the fee required by 37 CFR 1.19(b)(4) please find enclosed a check in the amount of $25.

Respectfully submitted,

FLIESLER, DUBB, MEYER & LOVEJOY LLP

Date: October 21, 1998

By: [signature]
Peter P. Tong
Reg. No. 35,757

U.S. Patent Oct. 22, 1996 Sheet 1 of 2 5,568,207

11
10
21
20
12
11
13
14
10
22
21

FIG. 1

FIG. 2

FIG. 3

FIG. 4

U.S. Patent Oct. 22, 1996 Sheet 2 of 2 5,568,207

20
20
21
21
11
11

FIG.5

12
12
7
11
11
22
22
10
10
21
21
20
20
7

FIG.6

22
21
11
13
14

FIG.7



09182852 .102498

22
21
11
13
14
9
FiG. 8
(cancel)

aee

182862

SU

1

# AUXILIARY LENSES FOR EYEGLASSES

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to auxiliary lenses, and more particularly to auxiliary lenses for eyeglasses.

2. Description of the Prior Art

A typical spectacle frame having an attachable one-piece slide-on rim is disclosed in U.S. Pat. No. 4,070,103 to Meeker. In Meeker, a spectacle frame includes a magnetic material secured to the peripheral portion thereof for facilitating attachment of the auxiliary lens rim cover to the spectacle frame. The lens rim cover also includes a magnetic strip for engaging with the magnetic material of the spectacle frame.

Another typical eyeglasses are disclosed in U.S. Pat. No. 5,416,537 to Sadler and comprise first magnetic members secured to the temporal portions of the frames and second magnetic members secured to the corresponding temporal portions of the auxiliary lenses.

In both of the eyeglasses, the auxiliary lenses are simply attached to the frames by magnetic materials and have no supporting members for preventing the auxiliary lenses from moving downward relative to the frames such that the auxiliary lenses may easily move downward relative to the frames and may be easily disengaged from the frames when the users conduct jogging or jumping exercises. In addition, the magnetic materials are embedded in the frames of the primary lenses and of the auxiliary lenses such that the frames should be excavated with four or more cavities for engaging with the magnetic members and such that the strength of the frames is greatly decreased.

The present invention has arisen to mitigate and/or obviate the afore-described disadvantages of the conventional spectacle frames.

## SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide auxiliary lenses which may be stably secured and supported on the frames.

In accordance with one aspect of the invention, there is provided an eyeglass device comprising a primary spectacle frame for supporting primary lenses therein, the primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, the primary spectacle frame including two rear and side portions each having a projection secured thereto, the primary spectacle frame including an upper portion, a pair of first magnetic members secured in the projections respectively, an auxiliary spectacle frame for supporting auxiliary lenses therein, the auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending over and for engaging with the upper portion of the primary spectacle frame, and a pair of second magnetic members secured to the arms respectively for engaging with the first magnetic members of the primary spectacle frame so as to secure the auxiliary spectacle frame to the primary spectacle frame. The arms are engaged with and supported on the upper portion of the primary spectacle frame so as to allow the auxiliary spectacle frame to be stably supported on the primary spectacle frame and so as to prevent the auxiliary spectacle frame from moving downward relative to and so as to prevent the

08172025.102105

auxiliary spectacle frame from being disengaged from the primary spectacle frame.

The projections and the first magnetic members are arranged lower than the upper portion of the primary spectacle frame, the second magnetic members are extended downward toward the projections for hooking on the primary spectacle frame so as to further secure the auxiliary spectacle frame to the primary spectacle frame. The auxiliary spectacle frame may be prevented from disengaging from the primary spectacle frame.

Further objectives and advantages of the present invention will become apparent from a careful reading of a detailed description provided hereinbelow, with appropriate reference to accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 and 2 are front views of a spectacle frame and of auxiliary lenses in accordance with the present invention respectively;

FIGS. 3 and 4 are top views of the spectacle frame and of the auxiliary lenses respectively;

FIG. 5 is a front view of the spectacle frame and the auxiliary lenses combination;

FIG. 6 is a top view of the spectacle frame and the auxiliary lenses combination; and

FIG. 7 is a cross sectional view taken along lines 7—7 of FIG. 6,

~~FIG. 8 illustrates another embodiment of a cross sectional view taken along lines 7-7 of FIG. 6.~~

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings, and initially to FIGS. 1 to 4, an eyeglass device in accordance with the present invention comprises a primary spectacle frame **10** for supporting primary lenses therein. The primary spectacle frame **10** includes two side portions each having an extension **11** extended rearward therefrom for pivotally coupling leg **12** thereto. The primary spectacle frame **10** includes two projections **13** secured to the rear and side portions thereof for supporting magnetic members **14** therein. An auxiliary spectacle frame **20** is provided for supporting the auxiliary lenses therein and includes two side portions each having an arm **21** extended rearward therefrom for extending over and for engaging with the upper portion of the primary spectacle frame **10** (FIGS. 5 and 6). The auxiliary spectacle frame **20** also includes two magnetic members **22** secured to the arms **21** thereof for engaging with the magnetic members **14** of the primary spectacle frame **10** such that the auxiliary spectacle frame **20** may be stably supported on the primary spectacle frame **10**, best shown in FIGS. 5 and 6.

It is to be noted that the arms **21** are engaged with and are supported on the upper portion of the primary spectacle frame **10** such that the auxiliary spectacle frame **20** may be stably supported and secured to the primary spectacle frame **10**. The auxiliary spectacle frame **20** will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when the users conduct jogging or jumping exercises.

It is further to be noted that the projections **13** and the magnetic members **14** are secured to the primary spectacle frame **10** and the magnetic members **22** are secured in the arms **21**. The magnetic members **14, 22** are not embedded in the frames **10, 20** such that the frames **10, 20** are not required to be formed with cavities therein and such that the strength of the frames **10, 20** will not be decreased.





Referring next to FIGS 7 and 8, it is preferable that the projections 13 and the magnetic members 14 are located slightly lower than the upper portion of the primary spectacle frame 10; and the end portions of the arms 21 and/or the magnetic members 22 are slightly extended downward toward the projections 13 such that the arms 21 and the magnetic members 22 may hook on the primary spectacle frame 10 and such that the auxiliary spectacle frame 20 may further be stably supported and secured to the primary spectacle frame 10.

In one embodiment, as shown in FIG. 7, magnetic members 14 and 22 are not in contact with each other; magnetic members 14 and 22 are engaged with, but not supported on, each other. Instead, the arm 21 securing the magnetic member 22 is supported on an upper side portion of the primary spectacle frame 10. As shown in FIG. 7, the upper side portion can be an upper part of the side portion securing the projection 13.

09182962 102103

4

Accordingly, the eyeglass device in accordance with the present invention includes an auxiliary spectacle frame that may be stably secured to the primary spectacle frame and will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when the users conduct jogging or jumping exercises. In addition, the magnetic members are not embedded in the frames such that the strength of the frames will not be decreased.

Although this invention has been described with a certain degree of particularity, it is to be understood that the present disclosure has been made by way of example only and that numerous changes in the detailed construction and the combination and arrangement of parts may be resorted to without departing from the spirit and scope of the invention as hereinafter claimed.

I claim:

CM

Sub C2

1. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, said primary spectacle frame including two rear and side

08/122,502 08/122,502

5

portions each having a projection secured thereto, said primary spectacle frame including an upper side portion,

a pair of first magnetic members secured in said projections respectively,

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including two side portions each having an arm extended there-

from, with at least one arm for extending over [and for engaging with] said

upper side portion of said primary spectacle frame, and

a pair of second magnetic members secured to said arms respectively for engaging with said first magnetic members of said primary spectacle frame so as to secure said auxiliary spectacle frame to said primary spectacle frame,

at least one of said arms being [engaged with and] supported on said upper

side portion of said primary spectacle frame so as to allow said auxiliary spectacle frame to be stably supported on said primary spectacle frame and so as to prevent said auxiliary spectacle frame from moving downward relative to said primary spectacle frame and, so as to prevent said auxiliary spectacle frame from being disengaged from said primary spectacle frame.

2. An eyeglass device according to claim 1, wherein said projections and said first magnetic members are arranged lower than said upper side portion of said primary spectacle frame, said second magnetic members are extended downward toward said projections for hooking on said primary spectacle frame so as to further secure said auxiliary spectacle frame to said primary spectacle frame.

6

0591825921.02158
0591825921.02159

3. An eyeglass device as recited in claim 1 wherein the first and the second magnetic members are magnets.

Sub c3

4. An eyeglass device as recited in claim 1 wherein:
the primary spectacle frame includes two upper side portions, each upper side portion for supporting one of said arms.

5. An eyeglass device comprising:
a primary spectacle frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a first magnetic member; and
the primary spectacle frame including an upper portion; and

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each said auxiliary side portion having an arm extended therefrom;
with at least one arm being configured to extend over the upper portion of the primary spectacle frame;
each arm securing a second magnetic member;
each second magnetic member configured to engage with one of the first magnetic members of the primary spectacle frame; and
the upper portion supports at least one arm of the auxiliary frame.

6. An eyeglass device as recited in Claim 5 wherein the upper portion is an upper part of one of the side portions.

7. An eyeglass device as recited in Claim 5 wherein the first and the second magnetic members are magnets.

8. An eyeglass device as recited in Claim 7 wherein the first magnetic members are not in contact with the second magnetic members.

9. An eyeglass device as recited in Claim 8 wherein the upper portion is an upper part of one of the side portions.

10. An eyeglass device comprising:
a primary spectacle frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a first magnetic member; and
the primary spectacle frame including an upper means; and

09182982.102198
09182982.102198

Sub C3

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each said auxiliary side portion having an arm extended therefrom;
with at least one arm being configured to extend over the upper means of the primary spectacle frame;
each arm securing a second magnetic member;
each second magnetic member configured to engage with one of the first magnetic members of the primary spectacle frame; and
the upper means supports at least one arm of the auxiliary frame.

11. An eyeglass device as recited in claim 10 wherein:
the first and the second magnetic members are magnets; and
the upper means is an upper part of one of the side portions.

12. An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one of the auxiliary side portions, for engaging on a horizontal position with one of the first magnets so as to secure the auxiliary frame to the primary frame.

13. An eyeglass device as recited in Claim 12 wherein:

the primary spectacle frame includes a projection extending from each of its side portion;
each projection secures one of the first magnets;
the primary spectacle frame includes an upper portion;
each said auxiliary side portion has an arm extended therefrom;
at least one arm is configured to extend over the upper portion of the primary spectacle frame;
each arm secures one of the second magnets; and
the upper portion is an upper part of one of the side portions.

14. A primary eyeglass device adapted to stably support an auxiliary spectacle frame, which includes two auxiliary side portions, each auxiliary side portion having an arm extended therefrom, and each arm securing a first magnetic member,
the primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

09182952.102198

Sub C3

the primary spectacle frame including two primary side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto;
the primary spectacle frame including a projection extending from each said side portion;
each projection securing a second magnetic member;
the primary spectacle frame including an upper portion; and
when the primary frame is supporting the auxiliary frame,
each second magnetic member engages with one of the first magnetic members;
the upper portion being extended over by at least one arm of the auxiliary frame; and
the upper portion supports at least one arm of the auxiliary frame.

15. A primary eyeglass device as recited in Claim 14 wherein the upper portion is an upper part of one of the primary side portions.

16. An auxiliary eyeglass device comprising:
an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom; and
each arm securing a first magnet;
the auxiliary spectacle frame being adapted to be stably supported on a primary spectacle frame, which includes two primary side portions, each side portion securing a second magnetic member, the primary spectacle frame also including an upper portion; and
when the auxiliary frame is supported by the primary frame,
each first magnet engages with one of the second magnetic members; and
at least one arm of the auxiliary frame extending over the upper portion.

17. An auxiliary eyeglass device as recited in Claim 16 wherein when the auxiliary frame is supported by the primary frame, at least one arm of the auxiliary frame is supported by the upper portion of the primary frame, which is an upper part of one of the primary side portions.

18. An auxiliary eyeglass device adapted to be stably supported on a primary spectacle frame, which includes two primary side portions, each said side portion securing a first magnetic member, the primary spectacle frame also including an upper portion, the auxiliary eyeglass device comprising:

an auxiliary spectacle frame for supporting auxiliary lenses therein;
the auxiliary spectacle frame including two auxiliary side portions;
each auxiliary side portion having an arm extended therefrom;
each arm securing a second magnet; and
when the auxiliary frame is supported by the primary frame,

09182962.102101

each second magnet engages with one of the first magnetic members of the primary spectacle frame; and

at least one arm of the auxiliary frame extending over the upper portion.

Sub C3

19. An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least one arm of the auxiliary frame is supported by the upper portion of the primary frame, which is an upper part of one of the primary side portions.

20. A primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two primary side portions;

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a first magnet; and

the primary spectacle frame including an upper portion;

the primary frame adapted to stably support an auxiliary spectacle frame, which includes two auxiliary side portions each securing a second magnetic member; and

when the primary spectacle frame is supporting the auxiliary spectacle frame,

the upper portion is extended over by at least one of the auxiliary side portions;

the upper portion supports at least one of the auxiliary side portions; and

each first magnet engages with one of the second magnetic members.

21. A primary eyeglass device as recited in Claim 20 wherein the upper portion is an upper part of one of the primary side portions.

22. A primary eyeglass device adapted to stably support an auxiliary spectacle frame, the auxiliary spectacle frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame, the auxiliary spectacle frame including two auxiliary side portions, each auxiliary side portion having an arm extended therefrom, and each arm securing a first magnet,

the primary eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two side portions;

each side portion having an extension extended therefrom for pivotally coupling a leg thereto;

the primary spectacle frame including a projection extending from each said side portion;

each projection securing a second magnet; and

09152852.101201 09152852.101203

when the primary frame is supporting the auxiliary frame, each second magnet is coupled to, but not in contact with, one of the first magnets on a horizontal position so as to secure the auxiliary frame to the primary frame.

Sub C3

23. An eyeglass device as recited in Claim 4 wherein each upper side portion is an upper part of one of the side portions of the primary spectacle frame.

24. An eyeglass device as recited in Claim 23 wherein the magnetic members are magnets.

25. An eyeglass device as recited in Claim 1 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame so as to further stably support and secure the auxiliary spectacle frame to the primary spectacle frame.

26. An eyeglass device as recited in Claim 5 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

27. An eyeglass device as recited in Claim 10 wherein at least the end portion of one arm extends downward toward one of the projections for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

28. An eyeglass device as recited in Claim 12 wherein at least the end portion of one auxiliary side portion extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

29. An auxiliary eyeglass device as recited in Claim 16 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

30. An auxiliary eyeglass device as recited in Claim 18 wherein when the auxiliary frame is supported by the primary frame, at least the end portion of one arm extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame can be further stably supported and secured to the primary spectacle frame.

31. An eyeglass device as recited in claim 25 wherein the first and the second magnetic members are magnets.

09182952 "101598
09182952 "101598



32. An eyeglass device as recited in claim 26 wherein the first and the second magnetic members are magnets.

33. An eyeglass device as recited in claim 27 wherein the first and the second magnetic members are magnets.

34. An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnets, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnets, each secured to one of the auxiliary side portions, for coupling on a horizontal position with one of the first magnets so as to secure the auxiliary frame to the primary frame.

35. An eyeglass device comprising:

a primary frame for supporting primary lenses therein;
the primary spectacle frame including two side portions;
each side portion having an extension extended therefrom for pivotally coupling a leg thereto; and
the primary spectacle frame including two first magnetic members, each secured to one of the side portions of the primary frame; and

an auxiliary frame for supporting auxiliary lenses therein, and for disposing in front of the primary frame;
the auxiliary spectacle frame including two auxiliary side portions; and
the auxiliary frame including two second magnetic members, each secured to one of the auxiliary side portions, for coupling on a horizontal position, but not in contact, with one of the first magnets so as to secure the auxiliary frame to the primary frame.

09182862.102198