UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## NOTICE OF FILING JOINT CLAIM CONSTRUCTION CHART

Plaintiffs Aspex Eyewear, Inc. ("Aspex") and Contour Optik Inc. ("Contour") ("Plaintiffs"), and Defendants Marchon Eyewear, Inc. ("Marchon"), Nike, Inc. ("Nike"), Revolution Eyewear, Inc. ("Revolution"), and Gary Martin Zelman ("Zelman") ("Defendants"), (collectively, the "Parties"), hereby give notice of filing the Joint Claim Construction Chart (attached hereto as Exhibit A).

Dated: October 19, 2010              Respectfully submitted,

| By:  s/ Jacqueline Becerra | By:  s/ Janet T. Munn |
|---|---|
| Jacqueline Becerra | Janet T. Munn |
| BecerraJ@gtlaw.com | jmunn@rascoklock.com |
| Ericka Turk-Moore | Rasco Klock Reininger Perez |
| TurkMooreE@gtlaw.com | Esquenazi Vigil & Nieto |
| GREENBERG TRAURIG, P.A. | 283 Catalonia Avenue |
| 1221 Brickell Avenue | Second Floor |
| Miami, Florida 33131 | Miami, Florida 33134 |
| Telephone: (305) 579-0500 | Telephone: 305-476-7101 |
| Facsimile: (305) 579-0717 | Facsimile: 305-476-7102 |
| | *Attorneys for Defendants Hardy Way, LLC,* |
| and | *Revolution Eyewear, Inc., Gary Martin Zelman* |

| | |
|---|---|
| Michael A. Nicodema, *Pro Hac Vice*<br>NicodemaM@gtlaw.com<br>Barry J. Schindler, *Pro Hac Vice*<br>SchindlerB@gtlaw.com<br>Todd L. Schleifstein, *Pro Hac Vice*<br>SchleifsteinT@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>Telephone: (973) 360-7900<br>Facsimile: (973) 301-8410<br>*Attorneys for Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc.* | By:  s/ Steven M. Hanle<br>    Steven M. Hanle, *Pro Hac Vice*<br>    shanle@sheppardmullin.com<br>    Jennifer A. Trusso, *Pro Hac Vice*<br>    jtrusso@sheppardmullin.com<br>    Aaron Fennimore, *Pro Hac Vice*<br>    afennimore@sheppardmulli.com<br>    Sheppard, Mullin, Richter<br>    & Hampton LLP<br>    650 Town Center Drive, 4th Floor<br>    Costa Mesa, CA 92626<br>    Telephone: 714-513-5100<br>    Facsimile: 714-513-5130<br>*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman* |
| By:  s/ W. Barry Blum<br>    W. Barry Blum<br>    bblum@gjb-law.com<br>    Martin J. Keane<br>    mkeane@gjb-law.com<br>    Genovese Joblove & Battista, P.A.<br>    100 S.E. 2nd Street, Suite 4400<br>    Miami, Florida 33131<br>    Telephone: 305-349-2300<br>    Facsimile: 305-349-2310<br>*Attorneys for Defendants Marchon Eyewear, Inc. and Nike, Inc.* | By:  s/ Edgar H. Haug<br>    Edgar H. Haug, *Pro Hac Vice*<br>    ehaug@flhlaw.com<br>    Brian S. Goncalves, *Pro Hac Vice*<br>    bgoncalves@flhlaw.com<br>    David Herman, *Pro Hac Vice*<br>    dherman@flhlaw.com<br>    Frommer Lawrence & Haug LLP<br>    745 Fifth Avenue<br>    New York, NY 10151<br>    Telephone: 212-588-0888<br>    Facsimile: 212-588-0500<br>*Attorneys for Defendants<br>Marchon Eyewear, Inc. and Nike, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this <u>19th</u> day of October, 2010. I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jacqueline Becerra
Jacqueline Becerra