# EXHIBIT A

## JOINT CLAIM CONSTRUCTION CHART

| Claim 23 Language | Plaintiffs' Interpretation of the Claim Term | Defendants' Interpretation of the Claim Term |
|---|---|---|
| **An eyeglass device** comprising: | No construction required: the preamble is not a claim limitation. If it is construed, should be construed to mean an eyepiece | An eyeglass device includes a primary spectacle frame and an auxiliary spectacle frame |
| an auxiliary spectacle frame for supporting auxiliary lenses therein, | Undisputed: no construction necessary | Undisputed: no construction necessary |
| said frame including a front side, a rear side, and oppositely positioned side portions, | Undisputed: no construction necessary | Undisputed: no construction necessary |
| each of said side portions having an arm extended therefrom, | Undisputed: no construction necessary | Undisputed: no construction necessary |
| each of said arms having a **rearwardly directed free end** and **for securing a magnetic member having a horizontal surface,** | **rearwardly directed free end** means the end of the arm that extends substantially rearward of the lenses and is not attached to the side portions of the frame.<br><br>**for securing** means for connecting in a manner such that the connection is not likely to fail or give way<br><br>**magnetic member** means a permanent magnet or a ferromagnetic member, but at least one magnetic member in each pair of corresponding auxiliary frame/primary frame magnetic members must be a permanent magnet. | *Plain and ordinary meaning*: the free ends of the auxiliary frame arms are rearwardly directed<br><br>*Plain and ordinary meaning*: the magnetic member is secured in the arm<br><br>**magnetic member** means a member having the properties of a magnet, i.e., attracting iron and producing a magnetic field external to itself |

## JOINT CLAIM CONSTRUCTION CHART

| | | |
|---|---|---|
| | **horizontal surface** means a surface in a substantially horizontal plane when the frame is worn (i.e., in a plane substantially perpendicular to the plane of the lenses of the auxiliary spectacle frame). | **a magnetic member having a horizontal surface** means the magnetic member of the auxiliary frame having a downwardly facing horizontal surface (exterior face) |
| and a pair of magnetic members respectively secured in the free ends of said arms, | Undisputed: no construction necessary | Undisputed: no construction necessary |
| said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame | **primary spectacle frame** means the main frame and includes at least a nose bridge, legs which extend back over the wearer's ears, lens rims (if provided), partial rims (if provided), structures that support lenses in rimless frames (if provided), extensions, and primary frame magnetic members. | **a primary spectacle frame** includes two side portions each having an extension extended rearward therefrom for pivotally coupling a leg thereto, and two projections secured to the rear and side portions thereof for supporting magnetic members therein (i.e., the magnetic members are not embedded in the frame). |
| | **side portions** means those portions of the primary spectacle frame adjacent the lenses or lens rims (if provided) or other lens supporting structure, and which extend outwardly to connect to the legs that fit over the wearer's ears. | **side portions** means those portions of the primary spectacle frame extending from the sides of the lens rims |
| | **adapted to extend across respective side portions of a primary spectacle frame** means the magnetic members and at least some portion of the auxiliary spectacle frame arms are suitable for reaching across the top or bottom of the corresponding side portion of a primary spectacle frame. | **adapted to extend across respective side portions of a primary spectacle frame** means that said arms and said pair of magnetic members are made to extend across the top of respective side portions or extensions of the primary spectacle frame |

## JOINT CLAIM CONSTRUCTION CHART

| Claim 35 Language | Plaintiffs' Interpretation of the Claim Term | Defendants' Interpretation of the Claim Term |
|---|---|---|
| so that said pair of magnetic members having a horizontal surface can vertically engage corresponding magnetic member surfaces on a primary spectacle frame. | **horizontal surface** means a surface in a substantially horizontal plane when the frame is worn (i.e., in a plane substantially perpendicular to the plane of the lenses of the auxiliary spectacle frame).<br><br>**vertically engage** refers to the orientation of the magnetic poles when the horizontal surfaces of the corresponding primary frame/auxiliary frame magnetic members are engaged, and means that the horizontal surfaces of the auxiliary spectacle frame magnetic members engage corresponding magnetic member surfaces on a primary spectacle frame through actual contact, or through magnetic attraction without actual contact, in a plane that is substantially parallel to the plane of the lenses of the primary spectacle frame | **this limitation means** so that said pair of magnetic members having a downwardly facing horizontal surface can be stably supported and secured on top of the upwardly facing non-embedded magnetic member surfaces on a primary spectacle frame. |
| **The eyeglass device according to claim 23**, wherein, said magnetic members of said auxiliary spectacle frame are magnets. | Additional claim 35 element is undisputed and no construction is necessary; see above for disputed claim 23 elements. | Additional claim 35 element is undisputed and no construction is necessary; see above for disputed claim 23 elements. |