UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## NOTICE OF FILING DECLARATION OF ERICKA TURK-MOORE

Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs"), hereby give notice of filing Declaration of Ericka Turk-Moore in Support of Plaintiffs' Claim Construction Brief.

Dated: October 19, 2010           Respectfully submitted,

                                        By:   /s/ *Jacqueline Becerra*
                                        Jacqueline Becerra
                                        BecerraJ@gtlaw.com
                                        Ericka Turk-Moore
                                        TurkMooreE@gtlaw.com
                                        GREENBERG TRAURIG, P.A.
                                        1221 Brickell Avenue
                                        Miami, Florida 33131
                                        Telephone: (305) 579-0500
                                        Facsimile: (305) 579-0717

                                        And

        Michael A. Nicodema, Admitted *Pro Hac Vice*
        NicodemaM@gtlaw.com
        Barry J. Schindler, Admitted *Pro Hac Vice*
        SchindlerB@gtlaw.com
        Todd L. Schleifstein, Admitted *Pro Hac Vice*
        SchleifsteinT@gtlaw.com
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        Florham Park, New Jersey 07932
        Telephone:  (973) 360-7900
        Facsimile:  (973) 301-8410

        *Attorneys for Plaintiffs Aspex Eyewear, Inc.*
        *and Contour Optik, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ *Jacqueline Becerra*
                JACQUELINE BECERRA

**SERVICE LIST**

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

| | |
|---|---|
| Janet T. Munn<br>jmunn@rascoklock.com<br>Rasco Klock Reininger Perez<br>Esquenazi Vigil & Nieto<br>283 Catalonia Avenue<br>Second Floor<br>Miami, Florida 33134<br>Telephone: 305-476-7101<br>Facsimile: 305-476-7102<br><br>*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*<br><br>Steven M. Hanle, Admitted Pro Hac Vice<br>shanle@sheppardmullin.com<br>Jennifer A. Trusso, Admitted Pro Hac Vice<br>jtrusso@sheppardmullin.com<br>Aaron Fennimore, Admitted Pro Hac Vice<br>afennimore@sheppardmulli.com<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714-513-5100<br>Facsimile: 714-513-5130<br><br>*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman* | W. Barry Blum<br>bblum@gjb-law.com<br>Martin J. Keane<br>mkeane@gjb-law.com<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street, Suite 4400<br>Miami, Florida 33131<br>Telephone: 305-349-2300<br>Facsimile: 305-349-2310<br><br>Edgar H. Haug, Admitted Pro Hac Vice<br>ehaug@flhlaw.com<br>Brian S. Goncalves, Admitted Pro Hac Vice<br>bgoncalves@flhlaw.com<br>David Herman, Admitted Pro Hac Vice<br>dherman@flhlaw.com<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>Telephone: 212-588-0888<br>Facsimile: 212-588-0500<br><br>*Attorneys for Defendants<br>Marchon Eyewear, Inc. and Nike, Inc.* |