UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## DECLARATION OF ERICKA TURK-MOORE IN SUPPORT OF PLAINTIFFS' CLAIM CONSTRUCTION BRIEF

I, Ericka Turk-Moore, depose and state under oath as follows:

1. I am an attorney in the Miami, Florida office of Greenberg Traurig, P.A. and am one of the attorneys representing Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs") in this action. I have full knowledge of and am competent to testify as to all matter stated herein.

2. Attached to Plaintiffs' Claim Construction Brief are true and correct copies of the following documents:

    Exhibit 1:    United States Reissued Patent Serial No. RE37,545

    Exhibit 2:    Text Of New Claims 23 And 35 (with disputed terms highlighted)

    Exhibit 3:    Plaintiffs' Proposed Claim Construction With Support.

    Exhibit 4:    A true and correct copy of the definition of "eyeglass" from http://www.merriam-webster.com/dictionary/eyeglass (last accessed October 19, 2010).

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

| | |
|---|---|
| Exhibit 5: | Websters II New College Dictionary- Revised and Updated (1st Ed. 1999)- definition of "secure" |
| Exhibit 6: | *Aspex Eyewear, et al v. Concepts In Optics, Inc.* 00-7067-CIV-Moreno/Dube (S.D. Fla. 2005)- Order on Claim Construction |
| Exhibit 7: | Websters II New College Dictionary- Revised and Updated (1st Ed. 1999)- definition of "magnetic" |
| Exhibit 8: | United States Patent Serial No. 5,416,537 (issued May 16, 1995) |
| Exhibit 9: | A true and correct copy of the definition of "adapted" from http://www.merriam-webster.com/dictionary/adapted (last accessed May 20, 2010). |
| Exhibit 10: | A true and correct copy of the definition of "adapted" from www.thefreedictionary.com |
| Exhibit 11: | A true and correct copy of the definition of "adapted" from www.macmillandictionary.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2010 in Miami-Dade County, Florida.

ERICKA TURK-MOORE