Text Of New Claims 23 And 35 (with disputed terms highlighted)

23. An eyeglass device comprising:

An auxiliary spectacle frame for supporting auxiliary lenses therein, said frame including a front side, a rear side, and oppositely positioned side portions, each of said side portions having an arm extended therefrom, *each of said arms having a rearwardly directed free end for securing a magnetic member having a horizontal surface*, and a pair of magnetic members respectively secured in the free ends of said arms, *said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame so that said pair of magnetic members having a horizontal surface can vertically engage corresponding magnetic member surfaces on a primary spectacle frame.*

35. The eyeglass device according to claim 23, wherein, said magnetic members of said auxiliary spectacle frame are magnets.