# PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT

| Claim | Plaintiffs' Construction | Support for Plaintiffs' Construction |
|---|---|---|
| 23. An eyeglass device comprising: | No construction required: the preamble is not a claim limitation. | N/A |
| An auxiliary spectacle frame for supporting auxiliary lenses therein, | ***auxiliary spectacle frame*** means a clip-on frame that includes at least a nose bridge, lens rims (if provided), partial rims (if provided), structures that support lenses in rimless frames (if provided), magnetic members, and arms for securing the auxiliary frame magnetic members.<br><br>***for supporting auxiliary lenses therein*** means for maintaining the auxiliary lenses in position within the auxiliary spectacle frame. | <u>*auxiliary spectacle frame*</u><br>Reexamined '545 Patent: Figures 2 and 4-7; col. 1, lines 54-62; col. 2, lines 38-48.<br><br><u>*for supporting auxiliary lenses therein*</u><br>Reexamined '545 Patent: Figure 2; col. 1, lines 54-55; col. 2, lines 38-40.<br><br>Webster's II New College Dictionary (1st Ed. 1999) at page 155, defining the term "support" to mean: "to maintain in position so as to keep from falling, sinking or slipping". |
| said frame including a front side, a rear side, and oppositely positioned side portions, | ***front side*** means the front side of the auxiliary spectacle frame when worn.<br><br>***rear side*** means the side of the auxiliary spectacle frame generally opposite the front | <u>*front side*</u><br>Reexamined '545 Patent: Figure 2 illustrates the front side of one embodiment of the auxiliary spectacle frame of the invention.<br><br><u>*rear side*</u><br>Reexamined '545 Patent: Figures 4 and 6 illustrate the |

# **PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT**

| | | |
|---|---|---|
| | side when the frame is worn. | rear side of one embodiment of the auxiliary spectacle frame of the invention. |
| | ***oppositely positioned*** means the side portions of the auxiliary spectacle frame are positioned oppositely of one another.<br><br>***side portions*** means those portions of the auxiliary spectacle frame adjacent the lenses or lens rims (if provided) or other lens supporting structure, and which form part of the arms. | **oppositely positioned side portions**<br>Reexamined '545 Patent: Figures 2, and 4-6 illustrate the oppositely positioned side portions of one embodiment of the auxiliary spectacle frame of the invention; col. 1, lines 55-57; col. 2, lines 38-41. |
| each of said side portions having an arm extended therefrom, | ***arm*** means the portion of the auxiliary spectacle frame that secures one of the auxiliary frame magnetic members and extends outwardly and rearwardly of the auxiliary lenses.<br><br>***extended therefrom*** means extended away from the side portions. | **arm**<br>Reexamined '545 Patent: Figures 2, 4, and 5-7; col. 1, lines 55-57; col. 2, lines 38-41.<br><br>**extended therefrom**<br>Reexamined '545 Patent: Figures 2, 4, and 5-7 illustrate the arms being extended away from the side portions of the auxiliary spectacle frame. |
| each of said arms having a rearwardly directed free end for securing a magnetic member having a horizontal surface, | ***rearwardly directed free end*** means the end of the arm that extends substantially rearward of the lenses and is not attached to the side portions of the frame. | **rearwardly directed free end**<br>Reexamined '545 Patent: Figures 5-7 illustrate the rearwardly directed free ends of the auxiliary spectacle frame arms. |

**PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT**

|  |  | |
|---|---|---|
|  | *for securing* means for connecting in a manner such that the connection is not likely to fail or give way. | *for securing*<br>Reexamined '545 Patent: Figures 5-7 illustrate rearwardly directed free ends for securing the magnetic members of the auxiliary spectacle frame.<br><br>Webster's II New College Dictionary (1st Ed. 1999) at page 150, defining the term "secure" to mean: "not likely to fail or give way". |
|  | *magnetic member* means a permanent magnet or a ferromagnetic member, but at least one magnetic member in each pair of corresponding auxiliary frame/primary frame magnetic members must be a permanent magnet. | *magnetic member*<br>Dependent Claim 35 limits the term "magnetic members" to "magnets".<br><br>Webster's II New College Dictionary (1st Ed. 1999) at page 140, defining the term "magnetic" to mean: "having the properties of a magnet", and "capable of being magnetized or of being attracted by a magnet".<br><br>Sadler, U.S. Patent No. 5,416,357, col. 3, lines 21-25: The Sadler '357 patent was prior art disclosed in the reexamined '545 Patent specification and considered during prosecution of the '545 Patent. Sadler discloses a primary frame having first magnetic members and a front-mounting auxiliary frame having second magnetic members. Sadler further discloses that the first and second magnetic members are made of a permanent magnetic |

# PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT

|  |  |  |
|---|---|---|
|  |  | material or a ferromagnetic material, but "[a]t least the one of the first and second magnetic members must be of a permanent magnetic material for a magnetic attraction to exist". |
|  | *horizontal surface* means a surface in a substantially horizontal plane when the frame is worn (i.e., in a plane substantially perpendicular to the plane of the lenses of the auxiliary spectacle frame). | *horizontal surface* Reexamined '545 Patent: Figures 3-7 illustrate auxiliary frame magnetic members having a horizontal surface; col. 2, lines 63-67 (describing the "horizontal" magnetic surfaces shown in Figure 7). |
| and a pair of magnetic members respectively secured in the free ends of said arms, | *secured in the free ends of said arms* means connected to the free ends of the arms in a manner such that the connection is not likely to fail or give way. | *secured in the free ends of said arms* Reexamined '545 Patent: Figures 5-7 illustrate auxiliary spectacle frame magnetic members that are secured in the free ends of the arms; col. 2, lines 43-45, 57-60.<br><br>Webster's II New College Dictionary (1st Ed. 1999) at page 150, defining the term "secure" to mean: "not likely to fail or give way". |
| said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame | *primary spectacle frame* means the main frame and includes at least a nose bridge, legs which extend back over the wearer's ears, lens rims (if provided), partial rims (if provided), structures that support lenses in rimless frames (if provided), extensions, and primary frame | *primary spectacle frame* Reexamined '545 Patent: Figures 1, 3, and 5-7; col. 1, lines 46-56; col. 2, lines 31-39.<br><br>The primary spectacle frame does not have to be the particular primary frame sold for a particular product. *See Revolution Eyewear, Inc. v.* |

# PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT

| | | magnetic members. | *Aspex Eyewear, Inc.*, 563 F.3d 1358 (Fed. Cir. 2009) (holding that Claim 22 of the '545 Patent, directed to the primary spectacle requires, requires that it be capable of magnetically connecting to "an" auxiliary spectacle frame, not any particular auxiliary spectacle fame). |
|---|---|---|---|
| | | *side portions* means those portions of the primary spectacle frame adjacent the lenses or lens rims (if provided) or other lens supporting structure, and which extend outwardly to connect to the legs that fit over the wearer's ears.<br><br>*adapted to extend across respective side portions of a primary spectacle frame* means the magnetic members and at least some portion of the auxiliary spectacle frame arms are suitable for reaching across the top or bottom of the corresponding side portion of a primary spectacle frame. | *adapted to extend across respective side portions of a primary spectacle frame*<br>Reexamined '545 Patent: Figures 1-7 illustrate one embodiment of the invention in which the arms and magnetic members of an auxiliary spectacle frame are suitable for extending across respective side portions of a primary spectacle frame; col. 1, lines 46-56; col. 2, lines 31-39.<br><br>*www.merriam-webster.com*: defining the term "adapted" to mean "to make fit (as for a specific or new use or situation) often by modification"; synonyms include, e.g., adjust, accommodate, and conform.<br><br>*www.thefreedictionary.com*: defining the term "adapted" to mean "[t]o make suitable to or fit for a specific use or situation.<br><br>*www.macmillandictionary.com*: |

# PLAINTIFFS' PROPOSED CLAIM CONSTRUCTION WITH SUPPORT

| | | |
|---|---|---|
| | | defining the term "adapted" to mean "especially suitable for someone or something"; synonyms include, e.g., fitting, apt, and possible. |
| so that said pair of magnetic members having a horizontal surface can vertically engage corresponding magnetic member surfaces on a primary spectacle frame. | ***vertically engage*** refers to the orientation of the magnetic poles when the horizontal surfaces of the corresponding primary frame/auxiliary frame magnetic members are engaged, and means that the horizontal surfaces of the auxiliary spectacle frame magnetic members engage corresponding magnetic member surfaces on a primary spectacle frame through actual contact, or through magnetic attraction without actual contact, in a plane that is substantially parallel to the plane of the lenses of the primary spectacle frame. | ***vertically engage***<br>Reexamined '545 Patent: Figures 5-7 illustrate one embodiment of the invention in which the auxiliary spectacle frame magnetic members vertically engage corresponding magnetic surfaces on a primary spectacle frame; col. 2, lines 63-67 (further supporting Plaintiffs' construction of "vertically engage" by describing the "horizontal" magnetic surfaces shown in Figure 7).<br><br>*Aspex Eyewear, Inc., et al. v. Miracle Optics, In*c., CV 01-10396 LGB (C.D. Cal. 2003) (construing the magnetic engagement of required by the asserted '545 Patent claims as being facilitated through actual contact or through magnetic attraction without actual contact); *Aspex Eyewear, Inc., et al. v. Concepts In Optics, Inc.*, 00-7067 CIV Moreno/Dube (2005) (same). |
| 35. The eyeglass device according to claim 23, wherein, said magnetic members of said auxiliary frame are magnets | ***magnets*** means permanent magnets. | ***magnets***<br>*See* support for the term "magnetic member". |
| | | |

*NJ 227035821v1 October 17, 2010*