



Word Games    Word of the Day    New Words & Slang    Video

Merriam-Webster
m-w.com

eyeglass



Top 10 Unusually Long & Interesting Words

eyeglass

Ads by Google
**70% off Eyeglasses Online**
Get Your Prescription Glasses Now and Save Up To 70%! Fast Delivery
www.GlassesUSA.com



eye·glass    noun   \ˈī-ˌglas\

**Definition of EYEGLASS**

1  a : EYEPIECE

   b : a lens worn to aid vision; *specifically* : MONOCLE

   c *plural* : GLASSES, SPECTACLES

2 : EYECUP 1

**Examples of EYEGLASS**

   She left her *eyeglasses* at work.

**First Known Use of EYEGLASS**

   1593

**Rhymes with EYEGLASS**

   admass, air mass, alas, Alsace, amass, art glass, avgas, badass, bagasse, beach grass, bear grass, bent grass, black bass, Black Mass, blu...
   [+] more

**Browse**

   Next Word in the Dictionary: eyehole
   Previous Word in the Dictionary: eyeful
   All Words Near: eyeglass



"Heroin," "Granola," & More:
Products That Became Words
Top 10 Words from Trademarks

"Dissident"
After the 2010 Nobel Peace Prize was awarded to ... more »

"Audacious"
In a report on the Chilean mine rescue ... more »



**The Merriam-Webster Unabridged Dictionary**
Online access to a legendary resource
Log In or Sign Up »

**Learning English? We can help.**
Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »

**Join Us**
Merriam-Webster on Twitter »
Merriam-Webster on Facebook »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »
WordCentral for Kids »
Learner's ESL Dictionary »