REVISED AND UPDATED

# Webster's II
# New College

*More than 200,000 clear, concise definitions*

*The newest words in science, technology, and more*

*Hundreds of synonyms, usage notes, and word histories*

*The right choice for home, school, or office*

Houghton Mifflin

**se·cure** (sĭ-kyŏor′) *adj.* **-cur·er, -cur·est.** [Lat. *securus*: *se-*, without + *cura*, care.] 1. Free from danger, harm, or risk of loss: SAFE. 2. Free from fear, anxiety, or doubt: CONFIDENT. 3. a. Not likely to fail or give way: STABLE. b. Well-fastened. 4. Assured: certain. 5. Archaic. Careless or overconfident. —*vt.* **-cured, -cur·ing, -cures.** 1. To guard from danger, harm, or risk of loss. 2. To make tight or firm: FASTEN. 3. To make certain: GUARANTEE. 4. To make a pledge on (e.g., a loan). 5. To gain possession of: ACQUIRE. 6. To bring about: EFFECT. —**se·cur′a·ble** *adj.* —**se·cure′ly** *adv.* —**se·cure′ment** *n.* —**se·cure′ness** *n.* —**se·cur′er** *n.*