REVISED AND UPDATED

# Webster's II
# New College

- More than 200,000 clear, concise definitions
- The newest words in science, technology, and more
- Hundreds of synonyms, usage notes, and word histories
- The right choice for home, school, or office

Houghton Mifflin

mag·net·ic (măg-nĕt′ĭk) *adj.* 1. Of or pertaining to magnetism or magnets. 2. Having the properties of a magnet. 3. Pertaining to the magnetic poles of the earth. 4. Capable of being magnetized or of being attracted by a magnet. 5. Operating by means of magnetism. 6. Having an unusual ability or power to attract <a *magnetic* temperament> —mag·net′i·cal·ly *adv.*