Adapted - Definition and More from the Free Merriam-Webster Dictionary                         Page 1 of 2



Adapted - Definition and More from the Free Merriam-Webster Dictionary   Page 2 of 2





Products   Premium Services   Company Info   Contact Us   Advertising Info   Privacy Policy

© 2010 Merriam-Webster, Incorporated