adapted - definition of adapted by the Free Online Dictionary, Thesaurus and Encyclopedia. Page 1 of 2

Case 0:09-cv-61515-MGC   Document 190-11   Entered on FLSD Docket 10/19/2010   Page 1 of 1



