Case 0:09-cv-61515-MGC   Document 190-12   Entered on FLSD Docket 10/19/2010   Page 1 of 1

## adapted - definition

View thesaurus entry for **adapted**

Using the thesaurus

ADJECTIVE  /əˈdæptɪd/

especially suitable for someone or something
**well adapted:** *a plant well adapted to warm, dry conditions*

Thesaurus entry for this meaning of adapted

**Related dictionary definitions**

adapt VERB

learn English  live English  love English

### BuzzWord

**upcycle**

to reuse an object or materials to create a product of higher quality ...

BuzzWord Article

More BuzzWords

| | | |
|---|---|---|
| eco-bling | off-grid | precycling |
| regift | e-waste | gas-sipper |
| putpocket | recessionista | bioneer |

BuzzWord archive

### Open Dictionary

**lycra lout**

a cyclist who flouts the laws of the road, e.g. jumping red lights

add a word

More submissions

| | | |
|---|---|---|
| lycra lout | hottie | graffiti knitting |
| guns | scoliosis | un-fanmail |
| dunch | inbox | Facebook narcissism |

view entries

### Word of the Day

**affable**

friendly, relaxed, and easy to talk to

Word of the Day

### Blog

A must for anyone with an interest in the changing face of language. The Macmillan Dictionary blog explores English as it is spoken around the world today.

global English and language change from our blog

© Macmillan Publishers Limited 2010