UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

     Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

     Defendants.
_____/

## JOINT NOTICE OF FILING PROPOSED FINAL JUDGMENT

Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs"), and Defendants, Revolution Eyewear, Inc. ("Revolution"), Gary Martin Zelman ("Zelman"), Marchon Eyewear, Inc. ("Marchon"), and Nike, Inc. ("Nike") ("Defendants"), (collectively the "Parties"), by and through their respective counsel and pursuant to S.D. Fla. L. R. 7.1, hereby jointly file the proposed agreed to Final Judgment, attached hereto as Ex. "A."

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the Parties' counsel have conferred on this matter and agree to the form of the proposed Final Judgment, attached hereto as Ex. "A."

Dated:  December 3, 2010

Respectfully submitted,

**s./ Martin J. Keane**

W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
Martin J. Keane
Florida Bar No.: 524239
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:      (305) 349-2310

-- and --

Edgar H. Haug (admitted *Pro Hac Vice*)
ehaug@flhlaw.com
Porter F. Fleming (admitted *Pro Hac Vice*)
pfleming@flhlaw.com
Brian S. Goncalves (admitted *Pro Hac Vice*)
bgoncalves@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York  10151
Telephone:     (212) 588-0888
Facsimile:      (212) 588-0500
*Attorneys for Defendants Marchon and Nike*

**s./ Janet T. Munn[1]**

Janet T. Munn
jmunn@rascoklock.com
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue - Second Floor
Miami, Florida  33134
Telephone:     (305) 476-7101
Facsimile:      (305) 476-7102

---

[1] This Motion was filed via CM/ECF by counsel for Defendants Marchon and Nike. Counsel for Defendants Revolution and Zelman has consented to such filing.

-- and --

Steven M. Hanle (admitted *Pro Hac Vice*)
shanle@sheppardmullin.com
Jennifer A. Trusso (admitted *Pro Hac Vice*)
jtrusso@sheppardmullin.com
Aaron Fennimore (admitted *Pro Hac Vice*)
afennimore@sheppardmulli.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive – 4th Floor
Costa Mesa, California 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
*Attorneys for Defendants Revolution and Zelman*

**s./ Jacqueline Becerra**[2]
_____
Jacqueline Becerra
becerraj@gtlaw.com
Ericka Yolanda Turk
turkmooree@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

-- and --

Michael A. Nicodema (admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
Barry J. Schindler (admitted *Pro Hac Vice*)
schindlerb@gtlaw.com
Douglas R. Weider (admitted *Pro Hac Vice*)
weiderd@gtlaw.com
Todd L. Schleifstein (admitted *Pro Hac Vice*)
schleifsteint@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
*Attorneys for Plaintiffs Aspex and Contour*

---

[2] This Motion was filed via CM/ECF by counsel for Defendants Marchon and Nike. Counsel for Plaintiffs Aspex and Contour has consented to such filing.

3