UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. AND
CONTOUR OPTIK, INC.

    Plaintiffs,

vs.

MARCHON EYEWEAR, INC.,
NIKE, INC.,
REVOLUTION EYEWEAR, INC.,
AND GARY MARTIN ZELMAN,
AN INDIVIDUAL,

    Defendants.
_____/

**JOINT AGREED MOTION TO
(I) STAY DEFENDANTS MARCHON'S AND NIKE'S COUNTERCLAIMS FOR
BREACH OF CONTRACT AND BREACH OF IMPLIED COVENANT OF GOOD
FAITH AND FAIR DEALINGS AND (II) DISMISS WITHOUT PREJUDICE
DEFENDANTS' INVALIDITY AND NON-INFRINGEMENT COUNTERCLAIMS**

Plaintiffs, Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively "Plaintiffs"), and Defendants, Revolution Eyewear, Inc. ("Revolution"), Gary Martin Zelman ("Zelman"), Marchon Eyewear, Inc. ("Marchon"), and Nike, Inc. ("Nike") (collectively "Defendants"), (collectively the "Parties"), by and through their respective counsel and pursuant to S.D. Fla. L. R. 7.1, hereby move this Court to: (i) stay the counterclaims for breach of contract and breach of implied covenant of good faith and fair dealings raised by Defendants Marchon and Nike (see [DE 162-163]) while Plaintiffs appeal a judgment based on this Court's Omnibus Order on Cross Motions for Summary Judgment [DE 210], dated November 3, 2010 (the "Summary Judgment Order") and (ii) dismiss without prejudice Defendants' invalidity and non-infringement

counterclaims.

1. Pursuant to this Court's Summary Judgment Order, summary judgment was entered in favor of Defendants on all of the claims asserted by Plaintiffs in their Complaint [DE 1].

2. In light of this Court's Summary Judgment Order and pursuant to Fed. R. Civ. P. 54, concurrently herewith, the Parties have jointly submitted a proposed Final Judgment (see [DE 211]).

3. The Summary Judgment Order disposes of all of Plaintiffs' claims for the reasons stated therein. Therefore, there is no need for this Court to address at this time: (i) Defendants' non-infringement defenses and counterclaims, or (ii) Defendants' invalidity defenses and counterclaims. As set forth in the proposed Final Judgment, these counterclaims are to be dismissed without prejudice. Defendants reserve their rights to pursue these defenses and counterclaims should an appellate court remand any of Plaintiffs' claims back to this Court.

4. Defendants Marchon and Nike raised counterclaims for breach of contract (Count III) and breach of implied covenant of good faith and fair dealings (Count IV) [DE 162-163]. The Summary Judgment Order does not specifically address these counterclaims.

5. In light of Plaintiffs' stated desire to appeal a judgment based on the Summary Judgment Order and in the interest of judicial economy and efficient administration of this case, the Parties, by way of this Joint Motion, hereby stipulate to stay Defendants Marchon and Nike's counterclaims for breach of contract and breach of implied covenant of good faith and fair dealings, pending a further Order from this Court subsequent to any final decision from the Federal Circuit on Plaintiffs' appeal of the judgment or, if certiorari is granted, from the United States Supreme Court.

CASE NO.: 09-61515-CIV-COOKE/BANDSTRA

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the Parties have conferred in good faith and are in agreement as to the relief sought herein.

WHEREFORE, the Parties respectfully request that the Court enter an Order: (i) staying the counterclaims for breach of contract and breach of implied covenant of good faith and fair dealings raised by Defendants Marchon and Nike during the pendency of Plaintiffs' appeal of the judgment based on this Court's Omnibus Order on Cross Motions for Summary Judgment [DE 210], dated November 3, 2010, and (ii) dismiss without prejudice Defendants' invalidity and non-infringement counterclaims, together with such other and further relief as this Court deems just and proper.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

Dated: December 3, 2010

Respectfully submitted,

**s./ Martin J. Keane**

———————————————

W. Barry Blum
bblum@gjb-law.com
Florida Bar No.: 379301
Martin J. Keane
Florida Bar No.: 524239
mkeane@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300 / Facsimile: (305) 349-2310

-- and --

Edgar H. Haug (admitted *Pro Hac Vice*)
ehaug@flhlaw.com
Porter F. Fleming (admitted *Pro Hac Vice*)
pfleming@flhlaw.com
Brian S. Goncalves (admitted *Pro Hac Vice*)
bgoncalves@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0888 / Facsimile: (212) 588-0500
*Attorneys for Defendants Marchon and Nike*

**s./ Janet T. Munn**[1]

———————————————

Janet T. Munn
jmunn@rascoklock.com
RASCO KLOCK REININGER PEREZ ESQUENAZI VIGIL & NIETO
283 Catalonia Avenue - Second Floor
Miami, Florida 33134
Telephone: (305) 476-7101 / Facsimile: (305) 476-7102

---

[1] This Motion was filed via CM/ECF by counsel for Defendants Marchon and Nike. Counsel for Defendants Revolution and Zelman has consented to such filing.

4

-- and --

Steven M. Hanle (admitted *Pro Hac Vice*)
shanle@sheppardmullin.com
Jennifer A. Trusso (admitted *Pro Hac Vice*)
jtrusso@sheppardmullin.com
Aaron Fennimore (admitted *Pro Hac Vice*)
afennimore@sheppardmulli.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive – 4th Floor
Costa Mesa, California  92626
Telephone: (714) 513-5100 / Facsimile: (714) 513-5130
*Attorneys for Defendants Revolution and Zelman*

**s./ Jacqueline Becerra[2]**
_____
Jacqueline Becerra
becerraj@gtlaw.com
Ericka Yolanda Turk
turkmooree@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida  33131
Telephone: (305) 579-0500 / Facsimile: (305) 579-0717

-- and --

Michael A. Nicodema (admitted *Pro Hac Vice*)
nicodemam@gtlaw.com
Barry J. Schindler (admitted *Pro Hac Vice*)
schindlerb@gtlaw.com
Douglas R. Weider (admitted *Pro Hac Vice*)
weiderd@gtlaw.com
Todd L. Schleifstein (admitted *Pro Hac Vice*)
schleifsteint@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900 / Facsimile: (973) 301-8410
*Attorneys for Plaintiffs Aspex and Contour*

**10289 – 001 / 452**

---

[2]    This Motion was filed via CM/ECF by counsel for Defendants Marchon and Nike. Counsel for Plaintiffs Aspex and Contour has consented to such filing.