UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. *et al.*,

    Plaintiffs

vs.

MARCHON EYEWEAR, INC., *et al.*,
_____/

## ORDER GRANTING AGREED MOTION TO STAY

    THIS MATTER is before me upon the Parties' Agreed Motion to (I) Stay Defendants Marchon's and Nike's Counterclaims for Breach of Contract and Breach of Implied Covenant of Good Faith and Fair Dealings and (II) Dismiss Without Prejudice Defendants' Invalidity and Non-Infringement Counterclaims (ECF No. 212), filed December 3, 2010. Having reviewed the motion, the record, and the relevant legal authorities, I hereby **ORDER and ADJUDGE** as follows:

    1. The Parties' Agreed Motion to Stay (ECF No. 212) is **GRANTED**.

    2. The counterclaims for breach of contract and breach of implied covenant of good faith and fair dealings raised by Defendants Marchon and Nike (*See* ECF No. 162, 163) shall be **STAYED** pending Plaintiffs' appeal of this Court's Omnibus Order on Cross Motions for Summary Judgment (ECF No. 210), dated November 3, 2010.

    3. The counterclaims for invalidity and non-infringement (*See* ECF No. 162, 163) shall be **DISMISSED** *without prejudice*.

    4. The Clerk shall *administratively* **CLOSE** this case for statistical purposes only.

**DONE and ORDERED** in chambers at Miami, Florida this 16th day of December 2010.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*