UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. *et al.*,

    Plaintiffs
vs.

MARCHON EYEWEAR, INC., *et al.*,
_____/

## FINAL JUDGMENT

THIS CASE is before me upon the Parties' Joint Notice of Proposed Final Judgment (ECF No. 211), filed December 3, 2010. In light of the Parties' joint stipulation and this Court's Omnibus Order denying Plaintiffs' Motion for Partial Summary Judgment, granting in part Defendants Marchon Eyewear, Inc.'s ("Marchon"), Revolution Eyewear, Inc.'s ("Revolution"), and Gary Martin Zelman's ("Zelman") Motions for Summary Judgment, and granting Defendant Nike, Inc.'s ("Nike") Motion for Summary Judgment (ECF No. 210), I hereby **ORDER and ADJUDGE** as follows:

    1.    Final Judgment is entered in favor of Defendants Marchon, Revolution, Nike, and Zelman against Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc. on ***all counts*** of Plaintiffs' Complaint. (ECF No. 1).

    2.    Plaintiffs' cause of action against Marchon (Count I) is barred by claim preclusion.

    3.    Plaintiffs' cause of action against Revolution (Count II) is barred by claim preclusion.

    4.    Plaintiffs' cause of action against Nike (Count IV) fails as a matter of law, as the cause of action against Marchon (Count I) is barred by claim preclusion.

5. Plaintiffs' cause of action against Zelman (Count V) fails as a matter of law, as the cause of action against Revolution (Count II) is barred by claim preclusion.

6. Defendants' non-infringement defenses, invalidity defenses and respective counterclaims are *moot as a matter of law* and are **DISMISSED** *without prejudice*.

7. Defendant Marchon's counterclaims for breach of contract and breach of implied covenant of good faith and fair dealings are **STAYED** pending Plaintiffs appeal to Federal Circuit, in accordance with this Courts Order Granting Agreed Motion to Stay.  (ECF No. XXX).

8. Defendants shall file their respective Motions for Attorneys Fees and Costs pursuant to Local Rule 7.3 within sixty (60) days of entry of this Final Judgment.

**DONE and ORDERED** in chambers at Miami, Florida this 16th day of December 2010.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*