UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61515-CIV-COOKE/BANDSTRA

ASPEX EYEWEAR, INC. and
CONTOUR OPTIK, INC.,

    Plaintiffs,

vs.

HARDY LIFE, LLC, MARCHON
EYEWEAR, INC., NIKE, INC.,
REVOLUTION EYEWEAR, INC., and
GARY MARTIN ZELMAN, an
individual,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF APPEAL

On December 16, 2010, the Court issued its "Order Granting The Agreed Motion To Stay" (D.E. # 214): (1) staying the counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing raised by Defendants Marchon Eyewear, Inc. and Nike, Inc., pending appeal by Plaintiffs Aspex Eyewear, Inc. and Contour Optik, Inc. (collectively, "Plaintiffs") to the Court of Appeals for the Federal Circuit of this Court's "Omnibus Order On Cross Motions For Summary Judgment" (D.E. # 210); and (2) dismissing without prejudice all of the named Defendants' counterclaims asserting invalidity and non-infringement of U.S. Patent No. RE 37,545 ("'545 Patent"). The same day, the Court issued its "Final Judgment" (D.E. # 215) in favor of the Defendants on all counts of the Complaint, on the ground that Plaintiffs' infringement claims under the '545 Patent were barred by the doctrine of claim preclusion.

This matter now being ripe for appeal, Plaintiffs, pursuant to Fed. R. Civ. P. 54(b), hereby appeal to the Court of Appeals for the Federal Circuit the "Order Construing Claims Of

U.S. Patent RE37,545" (D.E. # 209), the "Order On Omnibus Cross Motions For Summary Judgment" (D.E. # 210), the "Final Judgment" (D.E. # 215),[1] as well as all other related Orders of this Court.

Dated:  December 22, 2010

Respectfully submitted,

By: s/Jacqueline Becerra
Jacqueline Becerra
becerraj@gtlaw.com
Ericka Turk-Moore
turkmooree@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Facsimile:  (305) 579-0717

And

Michael A. Nicodema, Admitted *Pro Hac Vice*
NicodemaM@gtlaw.com
Barry J. Schindler, Admitted *Pro Hac Vice*
SchindlerB@gtlaw.com
Todd L. Schleifstein, Admitted *Pro Hac Vice*
SchleifsteinT@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410

*Attorneys for Plaintiff Aspex Eyewear, Inc.
    and Contour Optik, Inc.*

---

[1] Copies of these Court documents are attached hereto as Composite Exhibit A.

## **CERTIFICATE OF SERVICE**

     I HEREBY certify that on this 22nd day of December, 2010, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Jacqueline Becerra
                                              Jacqueline Becerra

**SERVICE LIST**

Aspex Eyewear, Inc., et al., v. Hardy Life, LLC, et al.,
Case No. 09-61515-CIV-Cooke/ Bandstra
United States District Court, Southern District of Florida

Janet T. Munn
jmunn@rascoklock.com
Rasco Klock Reininger Perez
Esquenazi Vigil & Nieto
283 Catalonia Avenue
Second Floor
Miami, Florida 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102

*Attorneys for Defendants Hardy Way, LLC, Revolution Eyewear, Inc. and Gary Martin Zelman*

Steven M. Hanle, Admitted Pro Hac Vice
shanle@sheppardmullin.com
Jennifer A. Trusso, Admitted Pro Hac Vice
jtrusso@sheppardmullin.com
Aaron Fennimore, Admitted Pro Hac Vice
afennimore@sheppardmulli.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: 714-513-5100
Facsimile: 714-513-5130

*Attorneys for Defendants Revolution Eyewear, Inc. and Gary Martin Zelman*

W. Barry Blum
bblum@gjb-law.com
Martin J. Keane
mkeane@gjb-law.com
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
Facsimile: 305-349-2310

Edgar H. Haug, Admitted Pro Hac Vice
ehaug@flhlaw.com
Brian S. Goncalves, Admitted Pro Hac Vice
bgoncalves@flhlaw.com
David Herman, Admitted Pro Hac Vice
dherman@flhlaw.com
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: 212-588-0888
Facsimile: 212-588-0500

*Attorneys for Defendants Marchon Eyewear, Inc. and Nike, Inc.*